MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Case No. 18-12662-leb |
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that creditors EDWIN G. MARSHALL AND DR. JILL C. MARSHALL (the "Marshalls"), by and through their attorneys, Meyers Law Group, P.C., appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> MEYERS LAW GROUP, P.C.
> MERLE C. MEYERS, ESQ.
> 44 Montgomery Street, Suite 1010
> San Francisco, California 94104
> Telephone: (415) 362-7500
> Facsimile: (415) 362-7515
> E-mail:  mmeyers@meyerslawgroup.com

*-and-*

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ.
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, hand deliver, telephone, telegraph, facsimile or otherwise.

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any of the Marshalls' rights, including their right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceedings related to this case; (3) to move the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

DATED: May 10, 2018

MEYERS LAW GROUP, P.C.


By   /s/  Merle C. Meyers
    Merle C. Meyers, Esq.
    Attorneys for Edwin G. Marshall and
    Dr. Jill C. Marshall, Creditors

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
31406.DOC 20140

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104