Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:           bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL NUNC PRO TUNC** |
|---|---|

NOTICE IS HEREBY GIVEN that an *Order Granting Trustee's Ex Parte Application To Employ Counsel Nunc Pro Tunc* [Dkt. #20] was entered on May 17, 2018, a copy of which is attached hereto.

Dated this 17th day of May, 2018.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146

*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following documents:

   a. Notice Of Entry Of Order Granting Trustee's Ex Parte Application To Employ Counsel Nunc Pro Tunc.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (on 5/17/2018):**

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL

mmeyers@meyerslawgroup.com

MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL

mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

LENARD E. SCHWARTZER

trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.

mzirzow@lzklegal.com,

carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com

☐ b. **By United States mail, postage fully prepaid on:**

☐ c. **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

1  ☐ For a party represented by an attorney, delivery was made by handing the
2  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
3  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
4  in the office.

5  ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the
6  document(s) at the person's dwelling house or usual place of abode with someone of suitable age
7  and discretion residing there.

8  ☐  d.  **By direct email (as opposed to through the ECF System)**
9  Based upon the written agreement to accept service by email or a court order, I caused the
10 document(s) to be sent to the persons at the email addresses listed below. I did not receive, within
11 a reasonable time after the transmission, any electronic message or other indication that the
12 transmission was unsuccessful.

13 ☐  e.  **By fax transmission**
14 Based upon the written agreement of the parties to accept service by fax transmission or a
15 court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was
16 reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

17 ☐  f.  **By messenger**
18 I served the document(s) by placing them in an envelope or package addressed to the
19 persons at the addresses listed below and providing them to a messenger for service.

20 **I declare under penalty of perjury that the foregoing is true and correct.**

21 Signed on:    May 17, 2018

22 Taylor Jorgensen                                    /s/ Taylor Jorgensen
23 (Name of Declarant)                             (Signature of Declarant)

24
25
26
27
28

*Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122



Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
May 17, 2018

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:       bkfilings@s-mlaw.com

*Proposed Attorneys for Lenard E. Schwartzer*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>                                     Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL NUNC PRO TUNC**<br><br>(No Hearing Requested) |
|---|---|

       The Court having reviewed the *Trustee's Ex Parte Application to Employ Counsel Nunc Pro Tunc* (the "Application") filed on behalf of Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee") seeking authorization to employ and appoint the Schwartzer & McPherson Law Firm (the "Firm") as his counsel in this case, and it appearing that no notice of a hearing on said application need be given, and it further appearing that the Firm employs attorneys admitted to practice in the State of Nevada and before the United States District Court for the District of Nevada, and the Court being satisfied the Firm represents no interest adverse to the Trustee or the estate of the debtor in this matter, that its employment is necessary and would be in the best interests of the estate, and good cause appearing,

1  IT IS HEREBY ORDERED that the Trustee's Application is GRANTED and the Trustee
2  is authorized to employ and appoint the Schwartzer & McPherson Law Firm as his counsel in this
3  case, *nunc pro tunc* to May 8, 2018, with the payment of fees subject to review and approval of
4  this Court pursuant to 11 U.S.C. §330 and FRCP 2016.

  IT IS SO ORDERED.

Submitted by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Yvette Weinstein, Trustee*

Approved / Disapproved:
THE UNITED STATES TRUSTEE

Edward M M Donnelly

Attorney for the US Trustee
US Department of Justice
Office of the US Trustee
300 Las Vegas Blvd., South, #4300
Las Vegas, NV 89101