Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Phone: (702) 228-7590 / Fax:   (702) 892-0122
E-Mail:bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>                                    Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME TO HEAR:**<br><br>**(1) EMERGENCY MOTION FOR INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POST-PETITION FINANCING (11 U.S.C. §364); AND**<br><br>**(2) EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE DEBTOR'S BUSINESS (11 U.S.C. §721);**<br><br>**AND ORDER LIMITING NOTICE OF ORDER SHORTENING TIME AND MOTIONS (FRBP 2002); NOTICE OF HEARINGS**<br><br>Hearing Date:  May 30, 2018<br>Hearing Time: 1:30 p.m. |

NOTICE IS HEREBY GIVEN that an *Order Shortening Time To Hear: (1) Emergency Motion For Interim Order Authorizing Trustee To Obtain Post-Petition Financing (11 U.S.C. §364); And (2) Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721); And Order Limiting Notice Of Order Shortening Time And Motions (FRBP 2002); Notice Of Hearings* [ECF No. 31] was entered on May 22, 2018, a copy of which is attached hereto.

Dated this 22nd day of May, 2018.    /s/ Jason A. Imes
                                              Jason A. Imes, Esq.
                                              Schwartzer & McPherson Law Firm
                                              2850 S. Jones, Blvd., Suite 1
                                              Las Vegas, NV 89146
                                              *Attorneys for Lenard E. Schwartzer, Trustee*

_____
Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
May 22, 2018

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail:bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**ORDER SHORTENING TIME TO HEAR:**<br><br>**(1) EMERGENCY MOTION FOR INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POST-PETITION FINANCING (11 U.S.C. §364); AND**<br><br>**(2) EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE DEBTOR'S BUSINESS (11 U.S.C. §721);**<br><br>**AND ORDER LIMITING NOTICE OF ORDER SHORTENING TIME AND MOTIONS (FRBP 2002); NOTICE OF HEARINGS**<br><br>Hearing Date: May 30, 2018<br>Hearing Time: 1:30 P.M. |

**TO:     ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that upon the Trustee's *Ex Parte Application For An Order Shortening Time To Hear: (1) Trustee's Emergency Motion for Interim Order Authorizing Trustee to Obtain Post-Petition Financing (11 U.S.C. §364); and (2) Emergency Motion for Order Authorizing*

*Trustee to Operate Debtor's Business (11 U.S.C. §721); and to Limit Notice of Order Shortening Time and Motions (FRBP 2002)* (the "Application"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for the hearings, and

**IT IS HEREBY ORDERED** that the hearing on the Trustee's *Emergency Motion for Interim Order Authorizing Trustee to Obtain Post-Petition Financing (11 U.S.C. §364)* (the "Financing Motion") and the hearing on the Trustee's *Emergency Motion for Order Authorizing Trustee to Operate Debtor's Business (11 U.S.C. §721)* (the "Operating Motion") will be heard on shortened time before a United States Bankruptcy Judge in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Las Vegas, Nevada on May 30 , 2018, at the hour of 1:30 P.M.; and

**IT IS FURTHER ORDERED** that notice of this Order Shortening Time, the Financing Motion, the Operating Motion together with any supporting documents and declarations (collectively, the "Notice Packet") may be limited to the "Limited Notice List" attached to the Application as **Exhibit "A"** pursuant to Fed.R.Bankr.P 2002(m), these documents shall be served no later than two (1) business day after the entry of this Order Shortening Time; or in the alternative,

**IT IS FURTHER ORDERED** that any objections or oppositions to the Financing Motion or the Operating Motion shall be filed no later than May 25, 2018.  Any replies to the objections or oppositions shall be filed no later than  May 29, 2018 .

### NOTICE OF HEARINGS

**PLEASE TAKE FURTHER NOTICE** that the Financing Motion seeks an expedited preliminary hearing (pending a final hearing) for entry of an Interim Order authorizing the Trustee to obtain secured credit pursuant to 11 U.S.C. §364(c) in the sum of up to Two Hundred Thousand dollars ($200,000.00) from creditors Edwin G. Marshall and Jill Marshall.  The funds will be used to operate the Debtor's business for approximately 90 days from the petition date (May 8, 2018 through August 10, 2018) to preserve and maximize the value of the bankruptcy estate's assets for the benefit of creditors, and thereby avoid immediate and irreparable harm to the estate.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**PLEASE TAKE FURTHER NOTICE** that the particular terms of the proposed post-petition financing are set forth with more particularity in the Financing Motion and Loan Agreement attached to the Financing Motion as **Exhibit "1"** but are summarized as follows with reference to the particular paragraphs of the Loan Agreement:

| Interest Rate | 10.00% per annum (subject to 400 basis points increase in the event of a default) | ¶3 |
|---|---|---|
| Maturity | Upon closing of sale of Subject Property | ¶4 |
| Events of Default | Non-payment of any amounts due under loan; Expenditures beyond authorization in proposed budget; Entry of order adversely affecting loan or Lender rights; Breach by borrower of loan terms | ¶19 |
| Other Prior Liens | None known, and none disclosed in Debtor's schedules | N/A |
| Borrowing Limits | $200,000.00 | ¶3 |
| Borrowing Conditions | Subject to Bankruptcy Court approval of Loan Agreement, and approval of Trustee's motion to continue to operate under 11 U.S.C. §721 | ¶2 |
| Collateral | Debt will be secured by superpriority administrative expense claim, and a first priority secured interest in and lien on the assets of the estate (not including Chapter 5 avoidance and recovery claims held by the Trustee) | ¶8 |
| Carveout for Administration | Lenders lien subordinated to $15,000 maximum carveout for Trustee's expenses | ¶10 |
| Adequate Protection | Not Applicable (no pre-petition lien claims) | N/A |
| Automatic Stay Relief | Shortened notice period for relief from automatic stay in event of default (7 days) | ¶12 |

The proposed financing also includes a loan fee of $25,000.00, and the proposed debt will be secured by a lien on assets of the bankruptcy estate, including without limitation the Debtor's goodwill, patents, inventory, equipment, but not including any avoidance claims the Trustee may hold, and will have superpriority status pursuant to 11 U.S.C. §507(b). The Trustee's right to surcharge this collateral pursuant to 11 U.S.C. §506(c) will be waived, except for a carveout of up to $15,000.00 for the Trustee's fees and expenses of the estate (to which the Marshalls will subordinate their claim). The debt will be repaid upon sale of the estate's assets. The funds will be used for operation of Debtor's

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

business pursuant to 11 U.S.C. §721.

**PLEASE TAKE FURTHER NOTICE** that the Operating Motion requests authorization *nunc pro tunc* for the Trustee to operate Debtor's business for approximately 90 days from the Petition Date (May 8, 2018 through August 10, 2018) pursuant to 11 U.S.C. §721.

**PLEASE TAKE FURTHER NOTICE** Electronic copies of the Motions and supporting declarations are available through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, at the Bankruptcy Court Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101, or by contacting Jason A. Imes, Esq., of Schwartzer & McPherson Law Firm, at the address or telephone number set forth above.

Submitted by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for Lenard E. Schwartzer, Trustee*

# # #