Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>                                                  Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**NOTICE OF ERRATA AND CORRECTION TO EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE DEBTOR'S BUSINESS (11 U.S.C. §721)**<br><br>Hearing Date:    May 30, 2018<br>Hearing Time:    1:30 p.m. |

**PLEASE TAKE NOTICE** that Lenard E. Schwartzer (the "Trustee"), Chapter 7 Trustee for the above-captioned bankruptcy case, provides the following **Notice of Errata and Correction** to his *Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721)* (the "Operating Motion").

The Trustee's Operating Motion and related filings request authorization to operate Debtor's business for approximately 90 days from May 8, 2018 to August 10, 2018, but this incorrectly states the intended operating dates.

**The Trustee is requesting authorization to operate the Debtor's business for approximately 90 days from June 1, 2018, through August 31, 2018.**

Dated: May 22, 2018.

/s/  Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
*Counsel for Lenard E. Schwartzer, Trustee*