Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:         bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

1.   I caused to be served the following document(s):

   a. Emergency Motion For Interim Order Authorizing Trustee To Obtain Post-Petition Financing (11 U.S.C. §364) ("Loan Motion") [ECF No. 24];

   b. Declaration Of Lenard E. Schwartzer Supporting Emergency Motion For Interim Order Authorizing Trustee To Obtain Post-Petition Financing (11 U.S.C. §364) ("LES Declaration") [ECF No. 25];

   c. Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721) ("Operate Motion") [ECF No. 26];

   d. Declaration Of Lenard E. Schwartzer Supporting Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721) ("LES Declaration 2") [ECF No. 27];

   e. Ex Parte Application For An Order Shortening Time To Hear: (1) Emergency Motion For Interim Order Authorizing Trustee To Obtain Post-Petition Financing  (11 U.S.C. §364); And (2) Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721); And To Limit Notice Of Order Shortening Time And Motions (FRBP 2002) ("OST App") [ECF No. 28];

   f. Declaration Of Jason A. Imes Supporting Ex Parte Application For An Order

|   |   |
|---|---|
| 1 | Shortening Time To Hear: (1) Emergency Motion For Interim Order Authorizing |
| 2 | Trustee To Obtain Post-Petition Financing (11 U.S.C. §364); And (2) Emergency |
| 3 | Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721); |
| 4 | And To Limit Notice Of Order Shortening Time And Motions (FRBP 2002) ("JAI |
| 5 | Declaration") [ECF No. 29]; |
| 6 | g. Attorney Information Sheet [ECF No. 30]; |
| 7 | h. Order Shortening Time To Hear: (1) Emergency Motion For Interim Order Authorizing |
| 8 | Trustee To Obtain Post-Petition Financing (11 U.S.C. §364); And (2) Emergency |
| 9 | Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721); |
| 10 | And To Limit Notice Of Order Shortening Time And Motions (FRBP 2002); Notice Of |
| 11 | Hearings ("OST") [ECF No. 31]; |
| 12 | i. Notice Of Entry Of Order Shortening Time To Hear: (1) Emergency Motion For Interim |
| 13 | Order Authorizing Trustee To Obtain Post-Petition Financing (11 U.S.C. §364); And |
| 14 | (2) Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business |
| 15 | (11 U.S.C. §721); And To Limit Notice Of Order Shortening Time And Motions (FRBP |
| 16 | 2002); Notice Of Hearings ("NOE") [ECF No. 32], and |
| 17 | j. Notice Of Errata And Correction To Emergency Motion For Order Authorizing Trustee |
| 18 | To Operate Debtor's Business (11 U.S.C. §721) ("Errata") [ECF No. 33]. |
| 19 | 2. I served the above-named document(s) by the following means to the persons as listed |
| 20 | below: |
| 21 | ◼ a. **By ECF System (All Documents On 5/22/2018):** |
| 22 | JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER |
| 23 | bkfilings@s-mlaw.com |
| 24 | MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL |
| 25 | mmeyers@meyerslawgroup.com |
| 26 | MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL |
| 27 | mmeyers@meyerslawgroup.com |
| 28 | COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL |

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  comara@fclaw.com, mbyrd@fclaw.com

2  COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

3  comara@fclaw.com, mbyrd@fclaw.com

4  LENARD E. SCHWARTZER

5  trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net

6  U.S. TRUSTEE - LV - 7

7  USTPRegion17.LV.ECF@usdoj.gov

8  MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.

9  mzirzow@lzklegal.com,

10  carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com

11  ■    b.    **By United States First Class postage fully prepaid (Loan Motion, LES**

12  **Declaration, Operate Motion, LES Declaration 2, OST, NOE and Errata on 5/22/2018):**

13          SEE ATTACHED MATRIX

14  ☐    c.    **By United States Certified Mail postage fully prepaid**:

15  ☐    d.    **By Personal Service**

16          I personally delivered the document(s) to the persons at these addresses:

17      ☐   For a party represented by an attorney, delivery was made by handing the

18  document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

19  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place

20  in the office.

21      ☐   For a party, delivery was made by handing the document(s) to the party or by

22  leaving the document(s) at the person's dwelling house or usual place of abode with someone of

23  suitable age and discretion residing there.

24  ☐    e.    **By direct email (as opposed to through the ECF System)**

25          Based upon the written agreement to accept service by email or a court order, I

26  caused the document(s) to be sent to the persons at the email addresses listed below. I did not

27  receive, within a reasonable time after the transmission, any electronic message or other indication

28  that the transmission was unsuccessful.

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  ☐   f.   **By fax transmission**

2        Based upon the written agreement of the parties to accept service by fax
3 transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
4 below.  No error was reported by the fax machine that I used.  A copy of the record of the fax
5 transmission is attached.

6  ☐   g.   **By messenger**

7        I served the document(s) by placing them in an envelope or package addressed to
8 the persons at the addresses listed below and providing them to a messenger for service.

9 **I declare under penalty of perjury that the foregoing is true and correct.**

10 Signed on:    May 30, 2018

11 Taylor N Jorgensen                                             */s/  Taylor N Jorgensen*
(Name of Declarant)                                              (Signature of Declarant)

Medizone International, Inc.
350 E. Michigan Avenue, Suite 500
Kalamazoo, MI 49007

Matthew Zirzow, Esq.
Larson, Zirzow & Kaplan, LLC
850 E. Bonneville Avenue
Las Vegas, Nevada 89101

Internal Revenue Service
Attn: Bankruptcy Dept/ Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, Nevada 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551401
Las Vegas, Nevada 89155

United States Trustee
300 Las Vegas Boulevard South #4300
Las Vegas, Nevada 89101

Dept. of Empl., Training & Rehab
Employment Security Division
500 East Third Street
Carson City, Nevada 89713

Nevada Dept. of Taxation
Bankruptcy Section
444 E. Washington Avenue #1300
Las Vegas, Nevada 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33021
Baltimore, MD 21290-3021

Lenard E. Schwartzer, Trustee
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Dr. Jill C. Marshall
c/o Merle C. Meyers, Esq.
Meyers Law Group, P.C.
44 Montgomery Street, Suite 1010
San Francisco, Ca 94104

Dr. Jill C. Marshall
c/o Fennemore Craig, P.C.
Courtney Miller O'Mara, Esq.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Edwin G. Marshall
c/o Fennemore Craig, P.C.
Courtney Miller O'Mara, Esq.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Fennemore Craig, P.C.
Courtney Miller O'Mara, Esq.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Edwin G. Marshall
c/o Meyers Law Group, P.C.
Attn: Merle C. Meyers, Esq.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

Jude P. Dinges
10025 High Falls Pointe
Alpharetta, GA 30022

L2 Capital, LLC
Attn: Managing Agent
8900 State Line Road, Suite 410
Leawood, KS 66206

Philip A. Theodore
25 Wentworth Street
Charleston, SC 29401

Premium Assignment Corp.
Attn: Managing Agent
151 Kalmus Drive, Suite C220
Costa Mesa, Ca 92626

SBI Investments LLC, 2014-1
Attn: Managing Agent
369 Lexington Avenue, 2nd Floor
New York, NY 10017

Stephanie L. Sorensen
3104 W. Cisco Ridge Road
Taylorsville, UT 84129

Vincent Caponi
8166 Darnley Court
Indianapolis, IN 46260

Stephen F. Meyer
15 Sugal Mill Drive
Okatie SC 29909

Dwayne Montgomery
6127 Orchard Park Drive
Frisco, TX 75034

Daniel Hoyt
5236 Fawn Hill Terrance
Indianapolis, IN 46226

American Stock Transfer
Attn: Managing Agent
P.O. Box 12893
Philadelphia, PA 19176-0893

Betty M. Tanaka
21820 Delany Lane
Canoga Park, CA 91304

Durham Jones & Pinegar
Attn: Managing Agent
111 S. Main, Suite 2400
Salt Lake City, Ut 84111

EMA Partners, LLC
Attn: Managing Agent
535 16th Street, Suite 820
Denver, CO 80202-4243

Federal Filings, Inc.
Attn: Managing Agent
807 Brazos, #403
Austin, TX 78701

Frank G. Rakas
10 Minerva Drive
Yonkers, NY 101701

G. Handel
6900 West Field Avenue
Pennsauken, NJ 08110

Gerald Sunnun
200 E. 33rd Street
New York, NY 10016

Hogan Lovells US LLP
Attn: Managing Agent
555 Thirteenth Street, NW
Washington, DC 20004-1109

Howard Feinsand
Feinsand Business Advisory
3131 Piedmont Road NE Suite 100
Atlanta, GA 30305

John D. Pealer
c/o Yoreko Pealer
212 Beaver Drive
Mechanicsburg, PA 17055

Kaylene Kotter
4202 S. Marquis Way
Salt Lake City, UT 84124

Parfco, LLC
Attn: Managing Agent
350 E. Michigan Avenue, Suite 500
Kalamazoo, MI 49007

PR Newswire
Attn: Managing Agent
G.P.O. Box 5897
New York, NY 10087-5897

Ruby Receptionists
Attn: Managing Agent
805 SW Broadway, #900
Portland, OR 97205

S. Handel
6900 Westfield Avenue
Pennsauken, NJ 08110

Sherry M. Adler
24 Coakley Avenue
Harrison, NY 10528

Steve Hanni
303 N. Homestead Lane
Fruit Heights, UT 84037

Toxcel, LLC
Attn: Managing Agent
7140 Heritage Village Plaza
Gainesville, VA 20155-3061

USHIO America
Attn: Managing Agent
5440 Cerritos Avenue
Cypress, CA 90630

L2 Capital, LLC
c/o Smallbiz Agents, LLC
Resident Agent
4021 SW 10th
Topeka, KS 66604

L2 Capital, LLC
c/o Edward Liceaga, Member
501 N. Clinton Street, Unit 603
Chicago, IL 60654

L2 Capital, LLC
Attn: Adam Long, Member
2008 West 81st Street
Leawood, KS 66206

SBI Investments LLC, 2014-1
c/o Agents and Corporations, Inc.
as Resident Agent
1201 Orange Street, Suite 600
Wilmington, DE 19801

Sea Otter Global Ventures
c/o Agents and Corporations, Inc.
as Resident Agent
1201 Orange Street, Suite 600
Wilmington, DE 19801

David A. Dodd
4464 Spring Island
Okatie, SC 29909

David A. Esposito
6842 Shallowford Way
Portage, MI 49024

Meyers Law Group, P.C.
Merle C. Meyers, Esq.
44 Montgomery Street, Suite 1010
San Francisco, CA 94014

Noetic Specialty Insurance Company
Attn: Howard Harley Friedman, V.P.
14280 Park Meadow Drive
Suite 300
Chantilly, VA 20151-2219

Federal Insurance Company
Attn: Paul Joseph Krump, President
251 North Illinois
Capital Center, Suite 1100
Indianapolis, IN 46204-1927

Federal Insurance Company
Attn: Managing Agent
251 North Illinois
Capital Center, Suite 1100
Indianapolis, IN 46204-1927

National Union Fire Insurance Company
Attn: Alexander Ross Baugh, President
175 Water Street
18th Floor
New York, NY 10038

National Union Fire Insurance Company
Attn: Managing Agent
175 Water Street
18th Floor
New York, NY 10038

Noetic Specialty Insurance Company
Attn: Managing Agent
14280 Park Meadow Drive
Suite 300
Chantilly, VA 20151-2219

Kevin Anderson
(No Address Provided by Debtor)

**Plesner Law Firm**
**Amerika Plads 37**
**DK-2100 Copenhagen**
**Denmark**

**GYD S.A.**
**Attn: Managing Member**
**Los Cactus 1558**
**Lo Barnechea, Santiato**
**Chile**

**9229205 Canada Inc.**
**Attn:  Managing Agent**
**130 Alber Street, Suite 210**
**Ottawa, ON  K1P 564**
**Canada**

**Dr. Michael E. Shannon**
**RR 4 Picton**
**ON K0K 2T0**
**Canada**

**Cassan Maclean**
**336 MacLaren Street**
**Ottawa, Ontario K2P 0M6**
**Canada**

**Dr. Ronald K. St. John**
**1320 Potter Drive**
**Manotick, Ontario K4M 1C6**
**Canada**

**Zoutman Medical Consulting**
**Attn:  Managing Agent**
**18 Seaforth Road**
**Kingston ON K7M 1E2**
**Canada**