_____
Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
May 31, 2018

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail:            bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-18-12662-LEB |
|---|---|
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE DEBTOR'S BUSINESS (11 U.S.C. §721)** |
| | Hearing Date:   May 30, 2018 (OST)<br>Hearing Time:   2:30 p.m.      (OST) |

The Trustee's *Emergency Motion for Order Authorizing Trustee to Operate Debtor's Business (11 U.S.C. §721)* (the "Operating Motion") [ECF No. 26] having come before this Court on May 30, 2018, pursuant to an Order Shortening Time [ECF No. 31];  Lenard E. Schwartzer (the "Trustee"), Chapter 7 Trustee, appearing by and through his counsel, Jason A. Imes, Esq., of the Schwartzer & McPherson Law Firm;  other parties appearing as noted on the record;  the Court finding that notice has been given to all creditors and parties in interest as required by law, there being no opposition, the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's Operating Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the Trustee is authorized *nunc pro tunc* pursuant to 11 U.S.C. §721 to operate the Debtor's business for approximately 90 days from June 1, 2018 through August 31, 2018; and

**IT IS FURTHER ORDERED** that the Trustee's authorization to operate the business during this period is subject to separate approval by this Court of post-petition financing pursuant to 11 U.S.C. §364 to fund such operation.

Submitted by:                    (APPROVED) DISAPPROVED

/s/ Jason A. Imes., Esq.,                       /s/ Merle C. Meyers, Esq.
Jason A. Imes, Esq.                              Merle C. Meyers, Esq.
SCHWARTZER & MCPHERSON LAW FIRM   MEYERS LAW GROUP, P.C.
2850 South Jones Blvd., Suite 1                  44 Montgomery Street, Suite 1010
Las Vegas NV  89146                              San Francisco, CA 94104
*Attorneys for Lenard E. Schwartzer, Trustee*    *Attorney for Edwin Marshall and Jill Marshall*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**MERLE C. MEYERS, ESQ.:      APPROVED**

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes., Esq.,
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

###