Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-18-12662-LEB |
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE DEBTOR'S BUSINESS (11 U.S.C. §721)** |

NOTICE IS HEREBY GIVEN that an *Order Granting Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721)* [Dkt. #36] was entered on May 31, 2018, a copy of which is attached hereto.

Dated this 31st day of May, 2018.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146

*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**CERTIFICATE OF SERVICE**

1.    I caused to be served the following documents:

      a.    Notice Of Entry Of Order Granting Emergency Motion For Order Authorizing Trustee To Operate Debtor's Business (11 U.S.C. §721).

2.    I served the above-named document(s) by the following means to the persons as listed below:

■    a.    **By ECF System (on 5/31/2018):**

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL

mmeyers@meyerslawgroup.com

MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL

mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

LENARD E. SCHWARTZER

trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.

mzirzow@lzklegal.com,

carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

☐    b.    **By United States mail, postage fully prepaid on**:

☐    c.    **By Personal Service**

      I personally delivered the document(s) to the persons at these addresses:

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   ☐      For a party represented by an attorney, delivery was made by handing the

2   document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

3   other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place

4   in the office.

5   ☐      For a party, delivery was made by handing the document(s) to the party or by leaving the

6   document(s) at the person's dwelling house or usual place of abode with someone of suitable age

7   and discretion residing there.

8   ☐   d.   **By direct email (as opposed to through the ECF System)**

9        Based upon the written agreement to accept service by email or a court order, I caused the

10  document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within

11  a reasonable time after the transmission, any electronic message or other indication that the

12  transmission was unsuccessful.

13  ☐   e.   **By fax transmission**

14       Based upon the written agreement of the parties to accept service by fax transmission or a

15  court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was

16  reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

17  ☐   f.   **By messenger**

18       I served the document(s) by placing them in an envelope or package addressed to the

19  persons at the addresses listed below and providing them to a messenger for service.

20  **I declare under penalty of perjury that the foregoing is true and correct.**

21  Signed on:      May 31, 2018

22  Taylor Jorgensen                                  /s/  Taylor Jorgensen

23  (Name of Declarant)                          (Signature of Declarant)

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122



_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
May 31, 2018

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-18-12662-LEB |
|---|---|
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING EMERGENCY MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE DEBTOR'S BUSINESS (11 U.S.C. §721)** |
| | Hearing Date:    May 30, 2018 (OST) Hearing Time:  2:30 p.m.       (OST) |

The Trustee's *Emergency Motion for Order Authorizing Trustee to Operate Debtor's Business (11 U.S.C. §721)* (the "Operating Motion") [ECF No. 26] having come before this Court on May 30, 2018, pursuant to an Order Shortening Time [ECF No. 31]; Lenard E. Schwartzer (the "Trustee"), Chapter 7 Trustee, appearing by and through his counsel, Jason A. Imes, Esq., of the Schwartzer & McPherson Law Firm; other parties appearing as noted on the record; the Court finding that notice has been given to all creditors and parties in interest as required by law, there being no opposition, the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's Operating Motion is GRANTED; and

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**IT IS FURTHER ORDERED** that the Trustee is authorized *nunc pro tunc* pursuant to 11 U.S.C. §721 to operate the Debtor's business for approximately 90 days from June 1, 2018 through August 31, 2018; and

**IT IS FURTHER ORDERED** that the Trustee's authorization to operate the business during this period is subject to separate approval by this Court of post-petition financing pursuant to 11 U.S.C. §364 to fund such operation.

Submitted by:                                                        APPROVED    DISAPPROVED

/s/ Jason A. Imes., Esq.,                             .        /s/ Merle C. Meyers, Esq.                             .
Jason A. Imes, Esq.                                           Merle C. Meyers, Esq.
SCHWARTZER & MCPHERSON LAW FIRM              MEYERS LAW GROUP, P.C.
2850 South Jones Blvd., Suite 1                      44 Montgomery Street, Suite 1010
Las Vegas NV  89146                                     San Francisco, CA 94104
*Attorneys for Lenard E. Schwartzer, Trustee*     *Attorney for Edwin Marshall and Jill Marshall*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court waived the requirement of approval under LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

   **MERLE C. MEYERS, ESQ.:        APPROVED**

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes., Esq.,                             .
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

                                        # # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122