**Fill in this information to identify the case:**

Debtor name: Medizone International, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 18-12662

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☒ Amended Schedule    G
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

X /s/ David A. Dodd
Signature of individual signing on behalf of debtor

David A. Dodd
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Medizone International, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 18-12662

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement dated 9/30/2016, for premises located at 945 Princess Street, Kingston, Ontario, Canada | 9229205 Canada Inc. Attn: Managing Agent 130 Alber Street, Ste. 210 Ottawa, ON K1P 564 Canada |
| | State the term remaining | June 2018 | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement dated 9/15/2017 | David A. Dodd 4464 Spring Island Okatie, SC 29909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Change of Control Agreement date 9/19/2017 | David A. Dodd 4464 Spring Island Okatie, SC 29909 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement dated 3/1/2017 | David A. Esposito 6842 Shallowford Wy. Portage, MI 49024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor 1 | Medizone International, Inc. | | Case number *(if known)* | 18-12662 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Separation Agreement dated 2/28/2017<br><br>Dr. Jill Marshall<br>c/o Merle C. Meyers, Esq.<br>Meyers Law Group. P.C.<br>44 Montgomery St., Ste. 1010<br>San Francisco, CA 94104 |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Agreement dated 7/16/2001<br><br>Dr. Michael E. Shannon<br>RR 4 Picton<br>ON K0K 2T0<br>CANADA |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Change of Control Agreement dated 11/10/2017<br><br>Dr. Michael E. Shannon<br>RR 4 Picton<br>ON K0K 2T0<br>CANADA |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Separation Agreement dated 2/28/2017<br><br>Edwin G. Marshall<br>c/o Meyers Law Group, P.C.<br>Attn: Merle C. Meyers, Esq.<br>44 Montgomery St., Ste. 1010<br>San Francisco, CA 94104 |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Insurance policy for: Commercial Property; General Liability; Automobile; Worker's Compensation and Umbrella Policy<br><br>Federal Insurance Company<br>Attn: Managing Agent |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | International Distribution and License Agreement, as amended, dated 11/12/2015 | GYD S.A.<br>Attn: Managing Member<br>Los Cactus 1558<br>Lo Barnechea, Santiato<br>CHILE |

| Debtor 1 | Medizone International, Inc. | | Case number *(if known)* | 18-12662 |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Sales Representative Agreement dated 4/10/2017 | |
|---|---|---|---|
| | State the term remaining | 11 months | Innovasource, LLC<br>Attn: Managing Agent<br>11515 Vanstory Drive, Suite 110<br>Huntersville, NC 28078 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Supply & License Agreement dated 10/25/2017 | |
|---|---|---|---|
| | State the term remaining | 53 months | Innovasource, LLC<br>Attn: Managing Agent<br>11515 Vanstory Drive, Suite 110<br>Huntersville, NC 28078 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Product Evaluation Agreement dated 3/19/2018 and Amendment to Product Evaluation Agreement dated 4/30/2018 | |
|---|---|---|---|
| | State the term remaining | 5 months | Innovasource, LLC<br>Attn: Managing Agent<br>11515 Vanstory Drive, Suite 110<br>Huntersville, NC 28078 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement dated 1/30/2018 | |
|---|---|---|---|
| | State the term remaining | | Jude P. Dinges<br>10025 High Falls Pointe<br>Alpharetta, GA 30022 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Change of Control Agreement dated 1/30/2018 | |
|---|---|---|---|
| | State the term remaining | | Jude P. Dinges<br>10025 High Falls Pointe<br>Alpharetta, GA 30022 |
| | List the contract number of any government contract | | |

| Debtor 1 | Medizone International, Inc. | | | Case number *(if known)* | 18-12662 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.16.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Securities Purchase Agreement dated 1/31/2018<br><br><br><br>L2 Capital, LLC<br>Attn: Managing Agent<br>8900 State Line Rd., Ste. 410<br>Leawood, KS 66206 |
| 2.17.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Registration Rights Agreement dated 1/31/2018<br><br><br><br>L2 Capital, LLC<br>Attn: Managing Agent<br>8900 State Line Rd., Ste. 410<br>Leawood, KS 66206 |
| 2.18.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equity Purchase Agreement, as amended, dated 1/31/2018<br><br><br><br>L2 Capital, LLC<br>Attn: Managing Agent<br>8900 State Line Rd., Ste. 410<br>Leawood, KS 66206 |
| 2.19.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Management liability insurance coverage<br><br><br><br>National Union Fire Insurance Company<br>Attn: Managing Agent |
| 2.20.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Products liability insurance coverage<br><br><br><br>Noetic Specialty Insurance Company<br>Attn: Managing Agent |
| 2.21.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | Employment Agreement dated 10/25/2017<br><br><br><br>Philip A. Theodore<br>25 Wentworth St.<br>Charleston, SC 29401 |

| Debtor 1 | Medizone International, Inc. | | | Case number (if known) | 18-12662 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Change of Control Agreement dated 10/25/2017 | |
| | State the term remaining | | Philip A. Theodore |
| | List the contract number of any government contract | | 25 Wentworth Charleston, SC 29401 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Premium Finance Agreement dated 12/21/2017 | |
| | State the term remaining | 8 months | Premium Assignment Corp. Attn: Managing Agent |
| | List the contract number of any government contract | | 151 Kalmus Dr., Ste. C220 Costa Mesa, CA 92626 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Securities Purchase Agreement, as amended, dated 1/31/2018 | |
| | State the term remaining | | SBI Investments LLC, 2014-1 Attn: Managing Agent |
| | List the contract number of any government contract | | 369 Lexington Avenue, 2nd Flr. New York, NY 10017 |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement dated 1/31/2018 | |
| | State the term remaining | | SBI Investments LLC, 2014-1 Attn: Managing Agent |
| | List the contract number of any government contract | | 369 Lexington Avenue, 2nd Flr. New York, NY 10017 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Equity Purchase Agreement dated 1/31/2018 | |
| | State the term remaining | | SBI Investments LLC, 2014-1 Attn: Managing Agent |
| | List the contract number of any government contract | | 369 Lexington Avenue, 2nd Flr. New York, NY 10017 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement dated 10/1/2017 | Stephanie L. Sorensen 3104 W. Cisco Ridge Rd. Taylorsville, UT 84129 |

| Debtor 1 | Medizone International, Inc. | Case number (*if known*) | 18-12662 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Change of Control Agreement dated 11/1/2017 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Stephanie L. Sorensen<br>3104 W. Cisco Ridge Rd.<br>Taylorsville, UT 84129 |