LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

MEDIZONE INTERNATIONAL, INC.,

Debtor.

Case No.: BK-S-18-12662-leb
Chapter 7

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

1. On May 31, 2018, the following document was served:

   a. Notice of Chapter 7 Bankruptcy Case          ECF No. 4

2. The above-named document was served by the following means to the persons as listed below:

☒ **United States mail, postage fully prepaid**:

INNOVASOURCE, LLC
Attn: MANAGING AGENT
11515 VANSTORY DRIVE, SUITE 110
HUNTERSVILLE, NC 28078.

Dated: May 31, 2018.

| Carey Shurtliff | */s/ Carey Shurtliff* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |