LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re:

MEDIZONE INTERNATIONAL, INC.,

        Debtor.

Case No.: BK-S-18-12662-leb
Chapter 7

**CHANGE OF ADDRESS OF:**

☐ **DEBTOR**
☒ **CREDITOR**
☐ **OTHER**

I request that future notices be sent to both addresses:

| | |
|---|---|
| Marilyn Linton | Marilyn Linton |
| 13723 Hughes Lane | P.O. Box 744 |
| Dallas, TX  75240 | Sequim, WA  98382 |

**Please check one of the following:**

☒  The change of address is applicable only in the above captioned case.

☐  The change of address is also applicable in the following related cases

Dated:  June 7, 2018.

                                        By:  /s/ Matthew C. Zirzow
                                        LARSON ZIRZOW & KAPLAN, LLC
                                        ZACHARIAH LARSON, ESQ.
                                        MATTHEW C. ZIRZOW, ESQ.
                                        850 E. Bonneville Ave.
                                        Las Vegas, Nevada 89101
                                        Attorneys for Debtor

TO: Larson Zirzow + Kaplan
ADDRESS: 850 E. Bonneville Ave.
Las Vegas, NV 89101

CHANGE OF ADDRESS

ACCT. # Medizone - Chapter 7

NAME: MARILYN LINTON

OLD ADD: 13723 HUGHES LN
DALLAS, TX 75240

NEW ADD: P.O. Box 74x
SEQUIM, WA. 98382

Summer Vacation address

EFFECTIVE DATE: 6-8-2018 thru 11-30-18

SIGNATURE: Marilyn Linton  DATE: 6/1/18

then back to Dallas