Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone:   (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**APPLICATION TO EMPLOY WILLIAM M. HOLLAND AS SPECIAL ACCOUNTANT**<br><br>Hearing Date:   July 19, 2018<br>Hearing Time:   11:00 a.m. |

Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee") by and through his counsel, Schwartzer & McPherson Law Firm, respectfully requests that the Court approve the employment of William M. Holland ("Holland") as Special Accountant for Trustee *nunc pro tunc* to June 1, 2018, pursuant to section 327(a) of the Bankruptcy Code and Fed.R.Bankr. P. 2014(a), primarily to assist the Trustee with preparation of monthly operating reports and related accounting matters. This Application is supported by the *Declaration of William M. Holland* (the "Holland Declaration") and the following points and authorities:

### I.    JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. CASE BACKGROUND

1. On April 18, 2018, creditors Edwin G. Marshall and Dr. Jill C. Marshall (collectively, the "Marshalls"), and creditor Ushio America, Inc. (together with the Marshalls, the "Petitioning Creditors"), filed an involuntary petition under Chapter 11 the Bankruptcy Code against Debtor MEDIZONE INTERNATIONAL, INC. (the "Debtor") in Reno, Nevada, thereby commencing bankruptcy case number 18-50412-GWZ (the "Involuntary Chapter 11 Case").

2. On May 8, 2018 (the "Petition Date"), the Debtor filed its own voluntary case pursuant to Chapter 7 of the Bankruptcy Code in Las Vegas, Nevada [ECF No. 1], and the Trustee has been appointed to administer this Chapter 7 estate.

3. The Trustee has been granted authorization to operate the business for approximately 90 days from June 1, 2018 through August 31, 2018 [ECF No.36] and has been authorized to borrow up to $200,000.00 from the Marshalls to fund said operation [ECF No. 40].

## III. RETENTION

4. Holland is an accountant and Certified Fraud Examiner licensed by the Association of Certified Fraud Examiners. *See* Holland Declaration.

5. In his capacity as a special accountant, which is an accountant with limited specific accounting duties, Holland will provide such services to the Trustee and the estate as deemed necessary, appropriate, and feasible in order to advise the Trustee in the course of the case including, but not limited to, the following:

   a. Reviewing accounting records of the Debtor;
   b. Reviewing banking records of the Debtor;
   c. Tracing the sources and uses of money by the Debtor;
   d. Preparing summary reports and/or valuations for the Trustee;
   e. Assisting the Trustee in identifying and evaluating potential avoidance and recovery claims; and
   f. Preparing monthly operating reports.

6. Holland maintains an office at 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada, 89146. *See* Holland Declaration.

### IV.    DISINTERESTEDNESS AND CONNECTIONS

7. Holland does not hold or represent and has not previously held or represented any interest adverse to the Debtor's estate. *See* Holland Declaration.

8. To the best of the Trustee's and Holland's knowledge, Holland is disinterested within the meaning of Section 101(14) of the Bankruptcy Code in that Holland:

    a. is not a creditor, equity security holder, or insider of the Debtor;

    b. is not and was not, within two years before the Petition Date, a director, officer, or employee of the Debtor; and

    c. does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

9. Pursuant to FRBP 2014(a), Holland's Declaration constitutes a verified statement and sets forth, to the best of his knowledge, Holland's connections with "the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee." Holland discloses the following:

    a. Holland is an independent contractor employed as a special accountant and investigator in various unrelated bankruptcy cases by Lenard E. Schwartzer in his capacity as a Chapter 7 Panel Trustee. Lenard E. Schwartzer is the acting Chapter 7 Panel Trustee for this case, appointed by the Office of the United States Trustee, and Mr. Schwartzer regularly employs S&MLF to represent him in other unrelated bankruptcy cases in which he is the Trustee. Mr. Schwartzer is also a senior partner in S&MLF, but he will not bill as an attorney in this case.

    b. Holland rents office space from S&M Property, an entity which Lenard E. Schwartzer and Jeanette E. McPherson are members;

    c. Holland is employed as a special accountant by other clients of Schwartzer & McPherson Law Firm in various unrelated bankruptcy matters;

      d.      Holland has employed Schwartzer & McPherson Law Firm in his capacity as a receiver;

      e.      Holland has provided services to the Trustee in other unrelated bankruptcy cases; and

      f.      Holland has been appointed as an examiner in the past by the United States Trustee's Office in various unrelated bankruptcy cases.

The Trustee does not believe Holland represents any interest which would be adverse to him or the bankruptcy estate, and his employment would be in the best interests of the estate.

10. As such, Holland is disinterested within the meaning of Section 101(14) of the Bankruptcy Code. *See* Holland Declaration.

11. To the best of his knowledge, Holland does not have any present or prior connection with the United States Trustee, any persons employed in the Office of the United States Trustee, or any judge of the United States Bankruptcy Court for the District of Nevada in this case, **except as set forth above in paragraph 9**. *See* Holland Declaration.

12. Holland does not hold or represent any interest that would impair Holland's ability to objectively perform the services contemplated herein. *See* Holland Declaration.

### V. PROFESSIONAL COMPENSATION

13. Trustee proposes that the compensation for the services of Holland be on an hourly basis, subject to final application and approval by this Court pursuant to Sections 330 and 331 of the Bankruptcy Code. Specifically, Holland's hourly billing rate in this matter will be $175. *See* Holland Declaration.

14. Holland intends to apply to the Court for final approval of payment of compensation and reimbursement of expenses relating to its services performed in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules and the U.S. Trustee Guidelines, and pursuant to any additional procedures that may be established by the Court in this case.

15. Holland will not share any compensation to be paid with another entity, and he is not a pre-petition creditor of the Debtor. *See* Holland Declaration.

### Memorandum Of Law

11 U.S.C. § 327(a) provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

The Trustee will be operating the Debtor's business for a short period which requires the preparation and filing of monthly operating reports. These services are required to be performed by the estate, so Holland's skill and expertise are necessary for the Trustee's administration of this bankruptcy estate. Mr. Holland's resume and case history is attached as **Exhibit "1."**

### CONCLUSION

Based upon the foregoing, the Trustee requests:

1. Authorization to employ William M. Holland as Special Accountant to the Trustee in this matter under general retainer *nunc pro tunc* to June 1, 2018, with payment of his fees subject to separate review and approval of this Court pursuant to 11 U.S.C. §330 and §331; and

2. Such further relief as the Court may allow.

DATED: June 8, 2018.

Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Lenard E. Schwartzer, Trustee*

# EXHIBIT "1"

# William M. Holland, CFE
2850 S. Jones Blvd. Suite
Las Vegas, Nevada   89146-5308

(702) 307-2022 Office                                                                                           (702) 682-1221 Cellular

## Objective

To seek employment as a fraud examiner and/or fraud investigator, and/or District Court receiver.

## Experience

**Nevada District Court**                                                                                  **July 2000 to Present**
*District Court Receiver*

◇ Receiver for dozens of District Court Appointments to oversee the operation and liquidation of businesses under Receiverships or bankruptcy.
◇ Provide forensic accounting for companies under receiverships, for both civil and criminal prosecution.
◇ Provide management team to operate companies under Receivership.
◇ Provide all required reporting motions and reports as required by the Courts.


**US Bankruptcy Court**                                                                                **October 2000 to Present**
Lenard E. Schwartzer, Trustee                                    2850 S. Jones Blvd. Suite 1, Las Vegas, Nevada 89146
Kathleen McDonald, Trustee                                            302 E. Carson Street, Las Vegas, Nevada 89101
Shelley Krohn, Trustee                                      411 E. Bonneville Ave, #300, Las Vegas, Nevada  89101
Office of the US Trustee                                      300 Las Vegas Blvd, South, Las Vegas, Nevada  89101

*Bankruptcy Fraud Investigator, Examiner & Receiver*

◇ Researcher: Provide analysis of Chapter 7 asset cases for liquidation and recovery.
◇ Provide assistance to Chapter 7 Trustee in 341 Creditor Hearings.  Conduct 341 Hearings in absence of Trustee.
◇ Prepare legal briefs for application of Title 11 USC Bankruptcy Code to enforce bankruptcy laws.
◇ Prepare examiner reports to the US Bankruptcy Court as directed by US Trustee's Office
◇ Prepare monthly operating reports (MOR) for Chapter 11 operating cases.
◇ Obtain District Court appointments as Receiver to operate and control businesses in litigation.
◇ Investigate bankruptcy fraud allegations.  Prepare cases for submission to the US Dept of Justice for prosecution.
◇ Administer hundreds of asset cases for Trustee


**Electrical Services Group, Inc.**                                                      **September 1996 to October 2000**
President & CFO                                                                3111 S. Valley View Blvd.  Las Vegas, Nevada 89102

*Business Owner & Operator of a Commercial Electrical Contractor*

◇ Establish operating policies & procedures for an electrical contractor.
◇ Apply extensive knowledge of the National Electrical Code & State and local codes to the application of electrical installations in commercial applications.
◇ Supervise and coordinate all business activities involved in the operation of an electrical contractor.
◇ Provide effective leadership and motivation to a staff of 30 employees.
◇ Facilitate electrical drawings and provide specifications to obtain electrical permits.
◇ Consult with general contractors and other customers to design electrical systems.
◇ Provide the company with accounting supervision, as well as full charge bookkeeping functions, including job cost analysis and planning.

Page 2,

**Holland & Holland Electric, Inc.**     **October 1983 to September 1996**
President & CEO     3234 W. Desert Inn Road, Las Vegas, Nevada 89121

*Business Owner & Operator of a Commercial, Residential & Service Electrical Contractor*

◇ Develop and operate an electrical contractor with annual sales of $2 million.
◇ Estimate & supervise installation of electrical systems in major projects.
◇ In 1989 was the second largest electrical contractor in Las Vegas. Installed electrical systems in over 1200 homes.
◇ Design and wrote installation manuals for the electrical profession.
◇ Maintain accounting records and develop financial strategy for business development.

**Las Vegas Metro Police Department**     **August 1975 to August 1986**
Detective & Police Officer     400 E. Stewart Ave. Las Vegas, Nevada   89101

*Police Officer and Detective for the Vice, Narcotics, and Intelligence Bureaus*

◇ Graduated 2nd in class of 35 recruits - Highest academic scores of the class.
◇ Charter member of Metro's hostage negotiation team. Assisted in preparing hostage policy manuals.
◇ Conducted investigations, provide electronic, audio and video surveillance of suspects activities.
◇ Selected as a field training officer for 2 years to train street patrol officers.
◇ Initiated and conducted several specialized training seminars in electronic & video surveillance. Assisted in building Metro's undercover electronic surveillance vehicles.
◇ Provide expert testimony on behalf of District Attorney for apprehension techniques of major criminals.
◇ Received 2 Distinguished Officers Awards

**United States Secret Service**     **January 1974 to September 1975**
Officer     Washington, D.C.

*Assigned to the White House Division for Protective Services*

◇ Qualified for Top Secret Security Clearance
◇ Provide protective services to the President of the United States and other protectees.
◇ Investigate alleged and suspected criminal violations of federal laws as they apply to protectees.
◇ Assist in providing security measures for the White House and adjoining buildings.
◇ Apply Title 18 of the USC to activities surrounding the White House
◇ Receive, analysis and report critical information to proper authorities.

**US House of Representatives**     **May 1970 to December 1974**
Legislative Assistant     Washington D.C.

*Researcher for Representative William S. Broomfield*

◇ Assisted legislator in preparing research documents for proposed legislation.
◇ Research constituents complaints regarding topics of concern for the Congressman.
◇ Assisted Congressman in drafting proposed legislation on Foreign Affairs topics.
◇ Provide agendas for Congressman while on travel assignments.
◇ Analysis voting records of other legislators and assess political ramifications for his district.
◇ Submit press releases and meet with constituents who travel to Washington D.C. to meet Congressman.

Page 3,

## Education

**Certified Fraud Examiners Training Center**  **Austin, Texas**
Certified Fraud Examiner's Certification  August 2004

*Extensive training to become certified in Fraud detection and prevention.*

◇ Extensive training in law & investigative study for fraud related subjects
◇ Forensic training in accounting practices and understanding criminal behavior.
◇ Requirements include Bachelor's Degree, 5 years investigative experience, and 30 credit hours of higher education    in accounting.
◇ Must continue education requirements by obtaining 20 CPE credits each year in fraud subjects.

**University of Nevada - Las Vegas**  **Las Vegas, Nevada**
Completing Masters Degree in Accounting  July 2002 - Present

*Working to improve my knowledge of financial accounting and auditing techniques.*

◇ Extensive college courses in accounting, law, auditing, cost accounting and information management systems.
◇ Additional courses in taxation, business management and CPA prep topics.
◇ Graduation in 2007 followed by possible CPA exam.

**Las Vegas Metro Police Dept. Training Center**  **Las Vegas, Nevada**
Law Enforcement Training Center  October 1975

*Sixteen week extensive training course to become a law enforcement officer.*

◇ Graduated #2 in class of 35 with GPA of 3.95
◇ Extensive training in all forms of law enforcement, including law, police procedures and social interaction.
◇ Advance instruction in surveillance, hostage negotiations, and audio & video undercover investigations.
◇ Additional training in stress management and domestic violence techniques.

**University of Maryland**  **College Park, Maryland**
Bachelor of Science Degree in Criminal Justice  December 1975

*A four year college degree with a major in Criminal Justice & a Minor in Business Law*

◇ Achieved the Dean's List of outstanding students for several months.
◇ Enrolled in advance courses in business law, sociology, criminal justice and international studies.
◇ Maintained a 3.6 grade average while maintaining a job.

**United States Secret Service Training Center**  **Beltsville, Maryland**
Protective Security & Investigations program  June 1974

*Extensive training center for the Secret Service Division*

Page 4,

◇ Specialized training for protection of political dignitaries.
◇ Enrolled in advance courses in detection of suspicious persons and criminal profiling.
◇ Maintained 3.5 grade point average.
◇ Relevant course work included bomb detection, weapons deployment, and aviation recognition.
◇ Extensive training in defensive driving, physical and electronic surveillance of suspicious individuals.

**Federal Law Enforcement Training Center**                                             **Washington, D.C.**
Law Enforcement Training Program                                                           April 1974

*Extensive law enforcement training for federal agencies.*

◇ Standard law enforcement training for new federal officers
◇ Detail courses in evidence gathering, weapons training, and federal laws
◇ Detailed training in defensive driving, suspect apprehension and criminal prosecution.

## Accomplishments

**State Bar of Nevada**                                                                 **Las Vegas, Nevada**
Member of the Southern Nevada Disciplinary Board                              October 2011 to Present

*Member of the Disciplinary Board Hearing Complaints*

◇ Appointed as lay (non-attorney) member of the Board
◇ Review grievance complaints against attorneys
◇ Attend informal & formal hearings on disciplinary hearings

**Shriners Hospital of Los Angeles**                                                 **Los Angeles, California**
Member of the Board of Governors                                                     July 1996 to August 2003

*Member of the Governing Board of Hospital Operations*

◇ An appointed position approved by the International Shrine Organization
◇ Oversee operations for an 60 bed hospital for specific areas of hospital administration.
◇ Compile operating budges and prepare review reports on hospital operations.
◇ Establish a successful testing program for hospital assets.
◇ Ensure that the hospital complies with state and federal regulations and policies.
◇ Review hiring procedures and establish policies on terminations.

**Zelzah Shrine Center**                                                                 **Las Vegas, Nevada**
Potentate & CEO                                                                      January 2001 - December 2001

*Chief Executive Officer for the Shriners Fraternal Organization*

◇ Oversee complete business operations of the Shrine Center.
◇ Direct extensive fund raising activities to support the medical care of 1200 Las Vegas children.
◇ Oversee rental operations of the Shrine building to raise money for Center operations and activities.
◇ Coordinate Shrine policies with the National Organization as well as participate in local charitable activities to support the City of Las Vegas help the children functions.

Page 5,

**City of Las Vegas Electrical Examining Board**  **Las Vegas, Nevada**
Member of the Examining Board for Electricians  1990 to 1996

*Participate in the issuance of Master Electrical licensing procedures for the City.*

◇ Establish Master Electrical License requirements within the City of Las Vegas
◇ Set guidelines for city inspection requirements and administer policies on inspection techniques.
◇ Review regulations on training manuals for City electrical inspectors.
◇ Review disciplinary action against license holders.

## Affiliations

International Association of Financial Crimes Investigators - 2013
Member of the National Association of Bankruptcy Trustees - 2004
Member of the Association of Certified Fraud Examiners - 2003
Former member of the American Institute of Certified Public Accountants - 2003
Member of the American Bankruptcy Institute - 2004

## References

Lenny Schwartzer, Esq, US Bankruptcy Panel Trustee - Las Vegas, Nevada   702 307-2022
Larry Bertsch, CPA, Former US Bankruptcy Panel Trustee - Las Vegas, Nevada 702 896-4788
Shelly Krohn, US Bankruptcy Panel Trustee - Las Vegas, Nevada   702 421-2210
Scutter Newton, Investment Broker - Las Vegas, Nevada   702 364-4805
Ed Kaufer, Esq., Attorney & Certified Fraud Examiner - Reno, Nevada 775 742-3146

# William M. Holland, CFE
# Job Reference

EX = Expert Witness

## Bankruptcy Cases

| Job # | Case Name | | Court | Type | Title | Duties |
|---|---|---|---|---|---|---|
| 00-16660 | Harrison/Ross Mortuaries | | Bankruptcy | Chapter 7 | Accountant | Business Operations |
| 01-10367 | Richard Baines | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 01-14028 | Hynd's Plumbing | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 01-16687 | Developers Maintenance | | Bankruptcy | Chapter 11 | Accountant | Business Operations |
| 01-19572 | Stanley & Diane Kloza | | Bankruptcy | Chapter 11 & 7 | Accountant | Asset Liqudation |
| 01-22907 | Lazer Graphix | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 02-12308 | William Lind | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 02-15672 | Mustang Tile | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 02-15968 | SVJ, Inc | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 02-22283 | Foto Technology | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 03-13579 | Tropicana Partners | | Bankruptcy | Chapter 7 & 11 | Accountant | Business Operations |
| 03-15245 | Brown-Ponce Dental | | Bankruptcy | Chapter 7 | Accountant | Business Operations |
| 03-16262 | Concrete, Inc. | | Bankruptcy | Chapter 7 | Investigator | Business Operations |
| 04-17765 | Wilson Agne | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 04-21228 | Guardian Security | | Bankruptcy | Chapter 7 | Accountant | Business Operations |
| 04-22290 | Dr. Tali H. Arik | EX | Bankruptcy | Chapter 11 | Examiner | Fraud Examination |
| 04-22633 | American Plan | | Bankruptcy | Chapter 11 | Accountant | Asset Liqudation |
| 06-13977 | US Mortgage | | Bankruptcy | Chapter 11 & 7 | Investigator | 1 conviction |
| 08-21137 | Clark & Nye Co. Deve | | Bankruptcy | Chapter 7 | Accountant | 1 conviction |
| 08-21176 | H.S.L.V | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 09-15390 | Italdiroma | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 09-17018 | Inter-Shopping | | Bankruptcy | Chapter 7 | Accountant | Asset Liqudation |
| 09-26137 | Walt Waters | | Bankruptcy | Chapter 11 | Examiner | Business Operations |
| 09-32258 | Gaming Entertainment | | Bankruptcy | Chapter 11 | Examiner | Business Operations |
| 09-33417 | Haggadah, LLC | | Bankruptcy | Chapter 7 | Accountant | Business Operations |
| 10-27623 | Cent Comm | | Bankruptcy | Chapter 7 | Accountant | Asset Liquidation |
| 11-15193 | Charles Grigsby | | Bankruptcy | Chapter 11 & 7 | Accountant | Business Operations |
| 11-19196 | Sunray Petroleum, Inc | EX | Bankruptcy | Chapter 11 | Examiner | Fraud Examination |
| 11-25409 | Mechanical Insulation | | Bankruptcy | Chapter 11 | Examiner | Fraud Examination |
| 11-27409 | Sunline Logistics | | Bankruptcy | Chapter 7 | Examiner | Fraud Examination |
| 11-28137 | Makino Premium | EX | Bankruptcy | Chapter 11 | Examiner | Fraud Examination |
| 12-10368 | O'Bannon Plaza | | Bankruptcy | Chapter 11 & 7 | Accountant | Business Operations |
| 12-16650 | Belcorp Resources | | Bankruptcy | Chapter 11 | Accountant | Business Operations |
| 13-13411 | 5440 W. Sahara, LLC | | Bankruptcy | Chapter 11 | Examiner | Fraud Examination |
| 12-24096 | Jeannie Sutherland | | Bankruptcy | Chapter 11 & 7 | Accountant | Monthly Operating |
| 15-10462 | Lionel, Sawyer & Collins | | Bankruptcy | Chapter 7 | Accountant | Preference/Transfers |
| 15-14104 | Chateau De Lumiere, LLC | EX | Bankruptcy | Chapter 11 | Accountant | Examination of Docs |
| 15-15566 | Maas Global | | Bankruptcy | Chapter 11 & 7 | Accountant | Monthly Operating |
| 17-23687 | The Resort Group | | Bankruptcy | Chapter 7 | Operations | Las Vegas Operations |

## Receivership Cases

| Job # | Case Name | | Court | Type | Title | Duties |
|---|---|---|---|---|---|---|
| 09-591848-B | AAMAX Properties | EX | District Court | Receivership | Accountant | Business Operations |
| 08-567325-C | Camino Al Norte | | District Court | Receivership | Accountant | Business Operations |
| | Dr. Avery | | District Court | Law Suit | Examiner | Fruad Examination |
| 10-614539-C | Koo Trust | | District Court | Receivership | Accountant | Business Operations |
| | LSI | | District Court | Receivership | Accountant | Asset Liqudation |
| | Oasis RV | | District Court | Law Suit | Examiner | 3 Convictions |
| 10-608539-B | Town & Country Bank | | District Court | Receivership | Accountant | Business Operations |
| 03-469009-C | PR Business Park | | District Court | Receivership | Accountant | Business Operations |
| | Stanley & Diane Kloza | | District Court | Receivership | Accountant | Business Operations |
| 13-685030-C | Henri & Margaret Uzan | | District Court | Receivership | Operations | Rexford Apartments |
| 12-669776-C | AMTS Consortium, LLC | EX | District Court | Receivership | Operations | FCC Licenses |