MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
FENNEMORE CRAIG, P.C.
300 E. 2nd St.
Reno, NV 89501
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

In re:

MEDIZONE INTERNATIONAL, INC.,

Debtor.

Case No. 18-12662-leb

Chapter 7

## EX PARTE MOTION FOR RULE 2004 EXAMINATION OF ANDREW FAY

Creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (the "Marshalls") hereby move the above-captioned Court, on an *ex parte* basis (the "Motion"), for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), ordering ANDREW FAY ("Mr. Fay"), an individual, to appear for examination, taken before a certified court reporter and which will continue from day to day, except holidays and weekends, until completed.  In support of the Motion, the Marshalls respectfully represent as follows:

### I.    BACKGROUND

1.    On April 18, 2018, the Marshalls, together with USHIO AMERICA, INC. and ENGINEERING CPR, INC., filed an involuntary chapter 11 petition against MEDIZONE INTERNATIONAL, INC. (the "Debtor"), in the Reno Division of the above-captioned Court.

-1-
EX PARTE MOTION FOR RULE 2004 EXAMINATION OF ANDREW FAY
31455 20140

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA  94104

2.    On May 8, 2018, the Debtor filed a voluntary petition for relief commencing the herein chapter 7 case.  Lenard E. Schwartzer was appointed trustee (the "Trustee") of the Debtor's chapter 7 estate and continues to serve in that capacity.

3.    On May 31, 2018, the Court entered an order authorizing the Trustee to operate the Debtor's business through August 31, 2018 (Docket no. 36).

4.    On June 15, 2018, the Court entered a final order authorizing the Trustee to borrow up to $200,000 from the Marshalls, on a secured post-petition basis (Docket no. 53).

5.    Innovasource is located in Huntersville, North Carolina, which is roughly 20 miles outside of Charlotte, North Carolina.

6.    The Marshalls believe that it is beneficial and necessary to examine Mr. Fay to investigate the Debtor's estate, and to examine the Debtor's prepetition transfers of estate assets, including, but not limited to, two (2) AsepticSure® disinfection systems (the "Systems") to Innovasource, and the terms of purported contracts entered into by and between the Debtor and Innovasource, including, but not limited to: a Sales Representative Agreement dated January 16, 2016; a Product Supply & License Agreement dated October 26, 2017, a Product Evaluation Agreement dated March 1, 2018; and an Addendum to Product Evaluation Agreement dated April 30, 2018 (collectively, the "Agreements").

7.    Each of the Agreements was executed by Mr. Fay in his capacity as Vice President of Innovasource.

8.    The Systems were shipped to Innovasource in North Carolina on a temporary basis only, according to U.S. Customs shipping documents reviewed by the Marshalls, but one or more of the documents described above may have purported to grant Innovasource the right to purchase the Systems for a nominal purchase price.

9.    The Marshalls have entered into a purchase agreement with the Trustee herein, subject to Court approval and overbids, for the purchase of the Debtor's assets, including the two Systems, and those Systems are critical to the value and viability of the business to be acquired by the Marshalls.   Therefore, the Marshalls seek to examine Mr. Fay to obtain full information and

-2-
EX PARTE MOTION FOR RULE 2004 EXAMINATION OF ANDREW FAY
31455 20140

1  documentation of any communications, documents or agreements between the Debtor and

2  Innovasource with respect to the Systems or any other assets of the Debtor.

### II.   CONCLUSION

WHEREFORE, the Marshalls pray for entry of an order, pursuant to Rule 2004 of the

Bankruptcy Rules, directing ANDREW FAY to appear for examination on **July 27, 2018** at **1:30**

**p.m. E.S.T.**, at CaseWorks, 6000 Fairview Road, Suite 1273, Charlotte, North Carolina 28210, or at

another such mutually agreed upon date and time.

DATED:  June 29, 2018

MEYERS LAW GROUP, P.C.


By ___/s/  Merle C. Meyers_____
   Merle C. Meyers, Esq.
   Attorneys for Edwin G. Marshall and
   Dr. Jill C. Marshall, Creditors

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA  94104

-3-
EX PARTE MOTION FOR RULE 2004 EXAMINATION OF ANDREW FAY
31455 20140