*Mary A Schott*

_____
Mary A. Schott
Clerk of Court

Entered on Docket
June 29, 2018
_____

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 18-12662-leb<br><br>Chapter 7 |

**ORDER GRANTING *EX PARTE* MOTION FOR**
**RULE 2004 EXAMINATION OF INNOVASOURCE, LLC**

Based upon review and consideration of the *Ex Parte Motion for Rule 2004 Examination of Innovasource, LLC* (the "Motion"), filed by creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (the "Marshalls"), in the above-captioned chapter 7 case of MEDIZONE INTERNATIONAL,

-1-

INC. (the "Debtor"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is hereby granted, and INNOVASOURCE, LLC ("Innovasource"), shall appear for examination, through one or more officers, directors, managing agents or other employees designated by Innovasource, that are most familiar and knowledgeable with respect to the subject matter described below, on **July 27, 2018** at **10:00 a.m. E.S.T.**, at CaseWorks, 6000 Fairview Road, Suite 1273, Charlotte, North Carolina 28210, or at another such mutually agreed upon date and time:

1. The Debtor's prepetition transfers or deliveries of any assets, including, but not limited to, two (2) AsepticSure® disinfection systems (the "Systems") to Innovasource;

2. The terms of purported contracts entered into by and between the Debtor and Innovasource, including, but not limited to: a Sales Representative Agreement dated January 16, 2016; a Product Supply & License Agreement dated October 26, 2017, a Product Evaluation Agreement dated March 1, 2018, and an Addendum to Product Evaluation Agreement dated April 30, 2018; and

3. The content of any communications (whether written, oral, electronic or otherwise), documents or agreements involving the Debtor, or any officer, director, employee, agent or attorney thereof, and Innovasource, or any officer, director, employee, agent or attorney thereof, to the extent occurring on or after January 1, 2016.

###

ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION OF INNOVASOURCE, LLC
31453.DOC 20140