_____
Mary A. Schott
Clerk of Court

Entered on Docket
July 02, 2018

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Case No. 18-12662-leb |
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | |

**ORDER GRANTING *EX PARTE* MOTION FOR**
**RULE 2004 EXAMINATION OF ANDREW FAY**

Based upon review and consideration of the *Ex Parte Motion for Rule 2004 Examination of Andrew*

-1-

ORDER GRANTING *EX PARTE* MOTION FOR RULE 2004 EXAMINATION OF ANDREW FAY
31456_2 20140

*Fay* (the "Motion"), filed by creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (the "Marshalls"), in the above-captioned chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is hereby granted, and that ANDREW FAY shall appear for examination on **July 27, 2018** at **1:30 p.m. E.S.T.**, at CaseWorks, 6000 Fairview Road, Suite 1273, Charlotte, North Carolina 28210, or at another such mutually agreed upon date and time.

###

ORDER GRANTING *EX PARTE* MOTION FOR RULE 2004 EXAMINATION OF ANDREW FAY
31456_2 20140