Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-18-12662-LEB |
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF JASON A. IMES PROVIDING STATUS UPDATE RE: MOTION FOR APPROVAL OF BID PROCEDURES AND TO APPROVE SALE OF ESTATE PROPERTY FREE AND CLEAR OF ANY INTEREST** |
| | Hearing Date:    August 7, 2018<br>Hearing Time:    2:30 p.m. |

I, JASON A. IMES, do declare the following under penalty of perjury:

1.      I am over the age of eighteen and I am competent to make this Declaration.  I have personal knowledge of the facts in this matter, except where stated upon information and belief.

2.      I am an attorney with Schwartzer & McPherson Law Firm, counsel for Lenard E. Schwartzer (the "Trustee"), Chapter 7 Panel Trustee for this bankruptcy estate, and I make this Declaration to provide the Court with a status update regarding the Trustee's *Motion for Approval of Bid Procedures and to Approve Sale of Estate Property Free and Clear of Any Interest* (the "Motion") [ECF No. 60] and the upcoming sale before this Court scheduled for August 7, 2018 at 2:30 p.m.

3.      Pursuant to the Order of this Court approving the proposed sale terms and bid procedures [ECF No. 81], the deadline for parties to qualify to bid has passed.

4.      No party has delivered the required $100,000 bid deposit or otherwise contacted the Trustee to qualify to bid.

/ / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5.      The stalking horse buyers (and post-petition lenders), EDWIN G. MARSHALL and

JILL C. MARSHALL, N.M.D (collectively the "Marshalls"), have indicated they are still prepared to

purchase the assets pursuant to the terms set forth in the Motion.

6.      Accordingly, the Trustee still intends to proceed with the sale hearing before this Court

on August 7, 2018, to confirm the proposed sale to the Marshalls for the sum of Five Hundred

Thousand Dollars ($500,000.00) pursuant to the terms set forth in the Motion, to confirm that the sale

has been conducted in good faith for purposes of 11 U.S.C. §363(m), and for waiver of any stay of the

final sale order pursuant to Fed.R.Bankr.P. 6004.

Dated: August 6, 2018.

_____
Jason A. Imes