Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:   (702) 228-7590
Facsimile:   (702) 892-0122
E-Mail:       bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-18-12662-LEB |
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING AND CONFIRMING SALE OF ESTATE PROPERTY FREE AND CLEAR OF ANY INTEREST** |

NOTICE IS HEREBY GIVEN that an *Order Approving And Confirming Sale Of Estate Property Free And Clear Of Any Interest* [Dkt. #85] was entered on August 10, 2018, a copy of which is attached hereto.

Dated this 13th day of August, 2018.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146

*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

## CERTIFICATE OF SERVICE

1. I caused to be served the following documents:

    a. Notice Of Entry Of Final Order Approving And Confirming Sale Of Estate Property Free And Clear Of Any Interest.

2. I served the above-named document(s) by the following means to the persons as listed below:

■  a. **By ECF System (on 08/13/2018):**

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL

mmeyers@meyerslawgroup.com

MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL

mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

LENARD E. SCHWARTZER

trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.

mzirzow@lzklegal.com,

carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

☐  b. **By United States mail, postage fully prepaid on**:

☐  c. **By Personal Service**

   I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    August 13, 2018

| Taylor Jorgensen | /s/ Taylor Jorgensen |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |




Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
August 10, 2018

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-18-12662-LEB |
|---|---|
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING AND CONFIRMING SALE OF ESTATE PROPERTY FREE AND CLEAR OF ANY INTEREST**  <br><br>Final Hearing Date:   August 7, 2018  <br>Final Hearing Time:   2:30 p.m. |

The Trustee's *Motion For Approval of Bid Procedures and to Approve Sale of Estate Property Free and Clear of Any Interest* (the "Motion") [ECF No. 60] having come before this Court for final hearing on the 7th day of August, 2018, as noted in the related order shortening time [ECF No. 65] and the interim order approving bid procedures [ECF No. 81]; Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee") appearing by and through his counsel, Jason A. Imes., Esq., of the Schwartzer & McPherson Law Firm, and other parties appearing as noted on the record;  the Court finding that notice has been given to all creditors and parties in interest as required by law, there being no opposition, the Court having jurisdiction to consider the Motion

and requested relief in accordance with 28 U.S.C. §§157 and 1334, and this being a core proceeding pursuant to 28 U.S.C. §157(b);  the Court having approved the Bidding Procedures as set forth in the Motion [ECF No. 81], finding that no other parties qualified to bid and no other parties offered competing bids;  the Court finding that the proposed sale is fair, reasonable and appropriate, reflects the Trustee's exercise of prudent business judgment consistent with his fiduciary duties, and is designed to maximize the value to be obtained by the bankruptcy estate for the assets;  the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion and the Trustee's sale are APPROVED on a final basis; and

**IT IS FURTHER ORDERED** that the Sale Agreement (as that term is defined in the Trustee's Motion) is hereby approved pursuant to Sections 363(b) and (f) of the Bankruptcy Code, and the Trustee is hereby authorized to take all necessary steps to complete and close the sale contemplated therein, and to transfer the Assets (as that term is defined in the Sale Agreement) to Edwin G. Marshall and Jill C. Marshall, N.M.D., or their nominees ("Marshalls" or the "Buyer"), free and clear of all liens, encumbrances, interests and claims, in accordance with the terms of the Sale Agreement, for the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00); and

**IT IS FURTHER ORDERED** that the Court finds the sale has been conducted in good faith, and that Marshalls have acted in good faith in purchasing the Assets, for all purposes of 11 U.S.C. §363(m); and

**IT IS FURTHER ORDERED** that the 14-day stay pursuant to Fed.R.Bankr.P. 6004(h) is waived.

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO ORDERED.**

Submitted by:                                                    (APPROVED) DISAPPROVED

/s/ Jason A. Imes., Esq.,                          /s/ Merle C. Meyers, Esq.
Jason A. Imes, Esq.                                Merle C. Meyers, Esq.
SCHWARTZER & MCPHERSON LAW FIRM                    MEYERS LAW GROUP, P.C.
2850 South Jones Blvd., Suite 1                    44 Montgomery Street, Suite 1010
Las Vegas NV  89146                                San Francisco, CA 94104
*Attorneys for Lenard E. Schwartzer, Trustee*      *Attorneys for Edwin Marshall and Jill Marshall*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court waived the requirement of approval under LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**MERLE C. MEYERS, ESQ.:        APPROVED**

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes., Esq.,
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

###