# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Medizone International, Inc.

Case No. BK-S 18-12662 LEB

CHAPTER 7
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

RECEIVED AND FILED 2018 AUG 15 PM 3:24 U.S. BANKRUPTCY COURT MARY A. SCHOTT

ARV

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jun-18        PETITION DATE: 05/08/18

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Cash Basis of accounting (or if checked here   x
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $2,474 | | |
| | b. Total Assets | $17,130,708 | | |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $3,971,782 | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $56,594 | | $0 |
| | b. Total Disbursements | $41,966 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $14,627 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | $14,627 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | $14,627 | | |
| 5. | Account Receivables (Pre and Post Petition) | $0 | | |
| 6. | Post-Petition Liabilities | $0 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | X | |

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition
    tax reporting and tax returns:    ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:    8/12/2018 0:00                        William M. Holland, CFE
                                                Court Appointed Special Accountant

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ June, 2018 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $2,474 | | $2,474 | 1 | Gross Receipts | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $2,474 | $0 | $2,474 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | |
| $2,474 | $0 | $2,474 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| $54,120 | | $54,120 | 8 | Borrowing - Court Approved | | |
| | | $0 | 9 | | | |
| $56,594 | $0 | $56,594 | 10 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $24,132 | | ($24,132) | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| $2,280 | | ($2,280) | 14 | Contract Services | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| $6,101 | | ($6,101) | 16 | Real Property | | |
| $653 | | ($653) | 17 | General Business Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| $590 | | ($590) | 23 | Medical Samples Expenses | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: | | |
| $686 | | ($686) | 27 | Product Liability Insurance | | |
| $56 | | ($56) | 28 | Bank Fees | | |
| $26 | | ($26) | 29 | Telephone Fees | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $34,525 | $0 | ($34,525) | 35 | **Total Expenses** | $0 | $0 |
| $22,069 | $0 | $22,069 | 36 | **Subtotal** | $0 | $0 |
| | | | | **Reorganization Items:** | | |
| ($7,441) | | $7,441 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| ($7,441) | $0 | ($7,441) | 43 | **Total Reorganization Items** | $0 | $0 |
| $14,627 | $0 | $14,627 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $0 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $14,627 | $0 | $14,627 | 46 | **Net Profit (Loss)** | $0 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended ___June, 2018___

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $2,474 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $2,474 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $290,057 |
| 12 | Furniture and fixtures | D | $323,389 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $16,514,789 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $17,128,235 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $17,130,708 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: _____ | | |
| 42 | _____ | | |
| 43 | _____ | | |
| 44 | **Total Current Liabilities** | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $0 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $287,500 |
| 49 | General unsecured claims | F | $3,684,282 |
| 50 | **Total Pre-Petition Liabilities** | | $3,971,782 |
| 51 | **Total Liabilities** | | $3,971,782 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | ($13,158,926) |
| 59 | **Total Equity (Deficit)** | ($13,158,926) |
| 60 | **Total Liabilities and Equity (Deficit)** | ($9,187,144) |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**          **Inventory(ies) Balance at End of Month**

**Cost of Goods Sold**

Retail/Restaurants -
  Product for resale                      _____

**Inventory Beginning of Month**        _____
Add -
  Net purchase                           _____
  Direct labor                           _____
Distribution -
  Products for resale                    _____
  Manufacturing overhead                 _____
  Freight in                             _____
  Other:                                 _____

Manufacturer -
  Raw Materials
  Work-in-progress                       _____
  Finished goods                         _____

Less -
  Inventory End of Month                 _____
  Shrinkage                              _____
Other - Explain                          _____
  Personal Use                           _____

                                         
TOTAL                            $0

Cost of Goods Sold                       $0

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes ____  No ____

How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost                    ____
  LIFO cost                    ____
  Lower of cost or market      ____
  Retail method                ____
  Other                        ____
    Explain
    _____
    _____

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| None | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Inventory | $290,057 | |
| Total | $290,057 | $0 |
| Furniture & Fixtures - | | |
| Intangibles & Intellectual Property | $323,388 | |
| Total | $323,388 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Other Assets | $16,514,789 | |
| Total | $16,514,789 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $0 | |
| Priority claims other than taxes | $287,500 | |
| Priority tax claims | | |
| General unsecured claims | $3,684,282 | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo | Wells Fargo | Integrity Bank | |
| Account Type | Checking | Checking | Checking | |
| Account No. | ....6745 | ...6737 | ...2662 | |
| Account Purpose | Debtor Acct | Debtor Acct | Trustee Acct | |
| Balance, End of Month | $929 | $1,544 | $14,627 | |
| Total Funds on Hand for all Accounts | $17,101 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    June, 2018

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Cash Received from Debtor's bank accounts | 2,473.57 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | 54,120.00 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 56,593.57 | $0 |
| | **Cash Disbursements** | | |
| 13 | Payments for Medical Samples | 590.46 | |
| 14 | Selling | | |
| 15 | Professional Fees - Court Approved | 7,441.27 | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 |     Personal Property | | |
| 20 |     Real Property | 6,101.37 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |     Salaries | | |
| 22 |     Draws | | |
| 23 |     Commissions/Royalties | | |
| 24 |     Expense Reimbursements | | |
| 25 |     Contract Services | 2,280.00 | |
| 26 | Salaries/Commissions (Inclusive) | 24,131.82 | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 |     Employee Withholding | | |
| 29 |     Employer Payroll Taxes | | |
| 30 |     Real Property Taxes | | |
| 31 |     Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 |     Product Liability Insurance | 685.97 | |
| 34 |     Bank Fees | 56.29 | |
| 35 |     Telephone Services | 25.69 | |
| 36 |     General Business Insurance | 653.30 | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | 41,966.17 | $0 |
| 39 | **Net Increase (Decrease) in Cash** | 14,627.40 | $0 |
| 40 | **Cash Balance, Beginning of Period** | | |
| 41 | **Cash Balance, End of Period** | 14,627.40 | $0 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended June, 2018

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from debtor's bank accounts. | $2,474 | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | |
| 8 |    Real Property | $6,101 | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Payroll and Benefits | $24,132 | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Payroll Services (Inclusive) | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Contract Services | $2,280 | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | |
| 17 |    Employee Withholdings | | |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | |
| 20 | Cash Paid for Medical Samples Expenses | $590 | |
| 21 | Product Liability Insurance | $686 | |
| 22 | Bank Fees | $56 | |
| 23 | Telephone Services | $26 | |
| 24 | General Business Insurance | $653 | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($32,051) | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 7 Case | $7,441 | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($7,441) | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($39,493) | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $54,120 | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $54,120 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $14,627 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $0 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $14,627 | $0 |

Revised 1/1/98

UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re:
MEDIZONE INTERNATIONAL, INC.                                   BK-S 18-12662 LEB

**Notes to the Monthly Operating Report**

General Notes:

1. Medizone International, Inc., (Medizone) filed for Chapter 7 bankruptcy protection on May 8, 2018. The debtor was incorporated in the State of Nevada, but headquartered in Kalamazoo, Michigan. Medizone leased a building and conducted their business operations at 945 Princess Street, Kinston, ON, K7L OE9, Canada.

This is the first month of operation under the direction and supervision of a Federal Bankruptcy Trustee. From the date of filing to June 1, 2018, several motions and stipulations were filed with the US Bankruptcy Court requesting permission to allow Medizone to continue to operate until such time as the Trustee is allowed to sell the company and their operations in Canada.

The debtor is a global provider of disinfection solutions and invented the method of AsepticSure (Registered) system of disinfecting non-porous surfaces. The business itself is not in a position to receive income, during the normal course of business, therefore requires outside funding to keep the debtor's business operating. The US Bankruptcy Court has approved a loan of $200,000.

This Monthly Operating Report (MOR) covers the period of June, 2018. The Trustee has requested and received $54,120.00 of the approved loan. The MOR reflects that infusion of money. The Debtors bank accounts were closed, and the Trustee received approximately $2,473.57 which has been logged as cash from bank accounts. No sales or invoicing of customers during the month of June, 2018.

The information in this report conforms to the principals of GAAP, as outlined in the attached reports based on the Trustee's cash method of accounting. No prior MOR's have been filed and the Special Accountant has been authorized by the US Bankruptcy Court to prepare MOR's for June, July and August, 2018. The Special Accountant has not received any financial documents to assit him in preparing the June MOR. Therefore, this report does not show "End of Month" information on the Summary of Financial Status Report.

All financial information contained in this June, 2018 MOR comes solely from the Trustee's Form 2 accounting documents and the bankruptcy schedules filed on May 5, 2018.

Page 2,

Summary of Financial Status:

There are no prior financial data available to inserted into the June, 2018, MOR, as shown on the summary page of the MOR, as well as any supporting pages that make up the June, 2018 MOR.

9.  Prior Court Appointments obtained by the Trustee for Schwartzer & McPherson Law Firm and William M. Holland, Special Accountant. There could be additional Motions filed for other professionals.

13. There is no plan of re-organization filed nor will there be one anytime soon. It is the intent of the Trustee to sell the business assets to one of the creditors, after he receives approval of the US Bankruptcy Court.


**INTEGRITY BANK**

```
                                          Date    6/29/18      Page    1
                                          Account Number    46711812662
                                          Enclosures                  5
```

```
        113885

        EST OF MEDIZONE INTERNATIONAL INC DEBTOR
        LENARD E SCHWARTZER TRUSTEE
        CHAPTER 7 CASE NO 18-12662
        ******************************************
        BANKRUPTCY***DO NOT MAIL
        ******************************************
```

```
                   ---- CHECKING ACCOUNTS ----

        Thanks for banking with
        Integrity Bank!
COMMERCIAL CHECKING                     Number of Enclosures                5
Account Number          46711812662     Statement Dates   6/01/18 thru  6/30/18
Previous Balance          49,091.81     Days in the statement period        30
   1 Deposits/Credits      7,500.00     Average Ledger                  38,149
   6 Checks/Debits        29,718.83     Average Collected               37,899
Service Charge                54.49
Interest Paid                   .00
Ending Balance            26,818.49
```

```
****************************************************************************

Deposits and Additions
Date       Description                                          Amount
 6/25      DDA REGULAR DEPOSIT                                 7,500.00

****************************************************************************

Checks and Withdrawals
Date       Description                                          Amount
 6/12      INT'L WIRE TO CANADA                               12,164.25
 6/26      INT'L WIRE TO CANADA                               11,967.57
 6/30      SERVICE CHARGE                                         54.49

****************************************************************************

Checks in Serial Number Order
Date     Check No.         Amount    Date    Check No.              Amount
 6/12        101           685.97    6/15       103               1,155.00
 6/15        102         3,092.74    6/29       109*                653.30
*Indicates Skip in Check Number

****************************************************************************
```

1


# INTEGRITY BANK

```
                                     Date    6/29/18      Page      2
                                     Account Number    46711812662
                                     Enclosures                    5
```

113885


COMMERCIAL CHECKING              46711812662    (Continued)

```
Daily Balance Information
Date       Balance       Date        Balance      Date        Balance
6/01     49,091.81       6/25      39,493.85      6/30      26,818.49
6/12     36,241.59       6/26      27,526.28
6/15     31,993.85       6/29      26,872.98
```

# INTEGRITY BANK


Amount $7,500.00 Date 6/25/2018


Date 6/25/2018 Back


Check 101 Amount $685.97 Date 6/12/2018

Check 101 Back


Check 102 Amount $3,092.74 Date 6/15/2018


Check 102 Back


Check 103 Amount $1,155.00 Date 6/15/2018


Check 103 Back

3

# INTEGRITY BANK



| | |
|---|---|
| Lenard E. Schwartzer, Trustee | Case #: 18-12662-LEB |
| 2850 S. Jones Blvd., Ste 1 | Case: MEDIZONE INTERNATIONAL, INC. |
| Las Vegas NV 89146 | Debtor(s). |

INTEGRITY BANK
4040 Washington Ave
Houston, TX - 77007

VOID AFTER 90 DAYS    DATE: 06/22/2018    CHECK NO:    109

PAY:  SIX HUNDRED FIFTY-THREE AND 30/100                    $653.30

TO THE ORDER OF:
PREMIUM ASSIGNMENT CORPORATION
PO BOX 8000
TALLAHASSEE, FL 323148000

Trustee

LOAN NO 1776414J / MCGOWAN INSURANCE GROUP INC

⑃000000109⑃ ⑈113094136⑈ ⑈46711812662⑈

Check 109 Amount $653.30 Date 6/29/2018      Check 109 Back