1  Jason A. Imes, Esq., NV Bar No. 7030
2  Schwartzer & McPherson Law Firm
   2850 South Jones Blvd., Suite 1
3  Las Vegas NV  89146-5308
   Telephone:    (702) 228-7590
4  Facsimile:    (702) 892-0122
   E-Mail:    bkfilings@s-mlaw.com
5
   *Attorneys for Lenard E. Schwartzer, Trustee*
6

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-18-12662-LEB |
| MEDIZONE INTERNATIONAL, LLC, | Chapter 7 |
| Debtor. | **FIRST INTERIM APPLICATION FOR COMPENSATION FOR SCHWARTZER & MCPHERSON LAW FIRM AS ATTORNEYS FOR CHAPTER 7 TRUSTEE** |
| | Date:   October 16, 2018 |
| | Time:  2:30 p.m. |

Name of Applicant:    SCHWARTZER & MCPHERSON LAW FIRM

Authorized to Provide Services to:    Lenard E. Schwartzer, Chapter 7 Trustee

Date of Retention:    *Nunc pro tunc* to May 8, 2018 [ECF No. 20]

Period for which Interim Compensation
and Reimbursement is sought
("First Interim Fee Period"):    May 8, 2018 – September 14, 2018

Amount of Fees Incurred:        $    67,103.00
Amount of Expenses Incurred:    $    1,146.63
**Total Interim Amount Requested:**    $    **68,249.63**

This is a(n):___X___ interim _____final application.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## SUMMARY OF PROFESSIONAL FEES
May 8, 2018 – September 14, 2018

| ATTORNEY | YEAR ADMITTED TO PRACTICE | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---|---|---|---|
| Jason A. Imes | 2000 | $385.00 | 172.80 | $  66,528.00 |
|  |  | $125.00 | 4.20 | $  525.00 |
| **Attorney Subtotal** |  |  | **177.00** | **$  67,053.00** |
| **PARAPROFESSIONAL** |  | **HOURLY RATE** | **APPLICATION HOURS** | **TOTAL FEES** |
| Paralegal |  | $  125.00 | 0.40 | $  50.00 |
| **Paralegal Subtotal** |  |  | **0.40** | **$  50.00** |
| **Total** |  |  | **177.40** | **$  67,103.00** |
| **Blended Hourly Rate** |  | **$  378.26** |  |  |

## SUMMARY OF COSTS/DISBURSEMENTS
May 8, 2018 – September 14, 2018

| EXPENSES | RATE | TOTAL FEES |
|---|---|---|
| Courier (Delivery) charges | $5.00 per run + Actual costs for rush or out-of-area deliveries | $  15.00 |
| Pacer research | Actual cost | $  21.00 |
| Photocopy charge | $.25 / page + Actual costs for any outside vendor services | $  762.00 |
| Postage | Actual cost | $  9.01 |
| Westlaw | Actual cost | $  339.62 |
| **Total** |  | **$  $1,146.63** |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   Schwartzer & McPherson Law Firm ("Applicant"), attorneys for Lenard E. Schwartzer,

2   Chapter 7 Trustee (the "Trustee"), applies to this Court for allowance of a Chapter 7

3   administrative priority claim for interim compensation pursuant to 11 U.S.C. §§328, 330, and 331,

4   Fed.R.Bankr.P. 2002 and 2106, and the Guidelines of the United States Department of Justice,

5   Office of the United States Trustee (the "Guidelines").

6   This first interim Application (pursuant to 11 U.S.C. §331) seeks allowance and payment

7   of compensation for Applicant's 177.40 hours of professional services rendered to the Chapter 7

8   Trustee during this case in the amount of $67,103.00, and reimbursement for costs expended in the

9   amount of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018

10  through September 14, 2018 (the "First Interim Fee Period") as a Chapter 7 administrative priority

11  expense.

12  **I.    NARRATIVE STATEMENT OF SERVICES PERFORMED**

13          A.    Bankruptcy Case History.

14          On April 18, 2018, creditors Edwin G. Marshall and Dr. Jill C. Marshall

15  (collectively, the "Marshalls"), and creditors Ushio America, Inc. and Engineering CPR, Inc., filed

16  an involuntary petition under Chapter 11 the Bankruptcy Code against Debtor MEDIZONE

17  INTERNATIONAL, INC. (the "Debtor") in Reno, Nevada, thereby commencing bankruptcy case

18  number 18-50412-GWZ (the "Involuntary Chapter 11 Case").   On May 8, 2018, the Debtor, a

19  publicly traded company, filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code

20  in Las Vegas, Nevada, commencing this instant case, and Trustee Schwartzer was appointed to

21  administer the Chapter 7 estate.

22          The Trustee was granted authorization to operate the business for approximately 90 days

23  from June 1, 2018 through August 31, 2018 [ECF No. 36], and was authorized to borrow up to

24  $200,000.00 from the Marshalls to fund said operation [ECF No. 40].  The Trustee has sold the

25  assets for operation of the business to the Marshalls for the total sum of $500,000.00 [ECF No. 85]

26  (subject to offset for funds advanced by the Marshalls pursuant to the loan agreement).  The

27  related Involuntary Chapter 11 Case has been dismissed.

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 - Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

B.    Jurisdiction.

This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of the Debtors' chapter 7 case and this Application is proper under 28 U.S.C. § 1409(a). The statutory predicates for the relief sought herein are sections 328 and 330 of the Bankruptcy Code.

C.    Benefit to the Estate.

Applicant diligently worked with the Trustee to understand the scope and value of the bankruptcy estate's assets, to promptly determine the most efficient manner to administer the assets of the estate, and to assist with recovery and liquidation. In additional to general counsel services such as analysis of case materials and attendance at the meeting of creditors, Applicant assisted the Trustee with investigation of the Debtor's assets and financial history, advised the Trustee and secured authorization for the Trustee to borrow funds for temporary operation of the Debtor's business pending a sale, and evaluated and secured authorization for employment of several law firms as special counsel to preserve the value of certain assets and pending claims. During this First Interim Period, Applicant also advised and secured Court authorization for temporary operation of the Debtor's business, and assisted with negotiation and Court approval of the sale of the estate's assets and related post-sale issues.

II.    NOTICE

A.    A copy of the Application and the Notice of the Application will be served on the United States Trustee at or about the time the Application is filed. *See* Guidelines § 1.1.

B.    A copy of the Notice of the Application filed in connection with the Application identifying Applicant and the amounts requested, will be served on the Debtor and all identified creditors and parties-in-interest. Fed.R.Bankr.P. 2002(a) and (c)(2).

III.    STATUTORY AUTHORITY FOR RELIEF SOUGHT

11 U.S.C. §§ 328 and 330 govern the award of compensation to officers and professionals. 11 U.S.C. § 328 provides:

### § 328.  Limitation on compensation of professional persons

(a)    The trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis.  Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

(b)    If the court has authorized a trustee to serve as an attorney or accountant for the estate under section 327(d) of this title, the court may allow compensation for the trustee's services as such attorney or accountant only to the extent that the trustee performed services as attorney or accountant for the estate and not for performance of any of the trustee's duties that are generally performed by a trustee without the assistance of an attorney or accountant for the estate.

(c)    Except as provided in section 327(c), 327(e) or 1107(b) of this title, the court may deny allowance of compensation for services and reimbursement of expenses of a professional person employed under section 327 or 1103 of this title if, at any time during such professional person's employment under section 327 or 1103 of this title, such professional person is not a disinterested person, or represents or holds an interest adverse to the interest of the estate with respect to the matter on which such professional person is employed.

11 U.S.C. §330 provides:

### §330.  Compensation of officers

(a) (1)  After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 228, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, a professional person employed under section 327 or 1103 –

(A)    reasonable compensation for actual, necessary services rendered to the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

(2)    The court may, on its own motion or on the motion of the United States Trustee, the United States Trustee for the District or Region, the trustee for the estate, or any other party in interest, award compensation that is less than the amount of compensation that is requested.

(3)    In determining the amount of reasonable compensation to be awarded to an examiner, trustee under Chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

(A)    the time spent on such services;
(B)    the rates charged for such services;
(C)    whether the services were necessary to the administration of, or beneficial at the time at which the services was rendered toward the completion of, a case under this title;
(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

(4)(A) Except as provided in subparagraph (B), the court shall not allow compensation for –
(i)    unnecessary duplication of services;
or
(ii)    services that were not -
(I)    reasonably likely to benefit the debtor's estate; or
(II)    necessary to the administration of the case.
. . . .

(5)    The court shall reduce the amount of compensation awarded under this section by the amount of any interim compensation awarded under section 331, and, if the amount of such interim compensation exceeds the amount of compensation awarded under this section, may order the return of the excess to the estate.

(6)    Any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

Professionals may also submit interim applications for compensation pursuant to 11 U.S.C. §331 which states:

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

### §331.  Interim Compensation

A trustee, an examiner, a debtor's attorney, or any professional person employed under section 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

To the best of Applicant's knowledge, this Application complies with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, any guidelines promulgated by the US Trustee, and the Local Rules of the United States Bankruptcy Court of the District of Nevada.

### IV.    DATE, TERMS AND CONDITIONS OF EMPLOYMENT OF APPLICANT

A.    Applicant was retained as general counsel for Trustee (*nunc pro tunc* to May 8, 2018) by an Order of this Court entered on May 17, 2018 [ECF No. 20].

B.    Notwithstanding such terms and conditions, the Court may allow compensation to Applicant on terms and conditions different than as described above, if the original terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of Applicant's employment.  11 U.S.C. §328(a).

### V.    AMOUNT OF COMPENSATION SOUGHT TO BE ALLOWED AND APPROVED

This Application seeks allowance and payment of interim compensation for services rendered as counsel for the Chapter 7 Trustee.  For this First Interim Fee Period, Applicant seeks fees for professional services case in the amount of $67,103.00, and reimbursement for costs expended in the amount of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018 through September 14, 2018.

### VI.    SUMMARY OF SERVICES RENDERED, HOURLY RATES AND EXPENSES INCURRED

A.    **Billing Methodology**

1.    The services rendered by Applicant are set forth in **Exhibit "1"** which includes a detailed list of all time for which compensation is sought, including the date the

1    services were rendered, the person performing the services, the nature of the services performed

2    and the time spent on each service.  Fed.R.Bankr.P. 2016(a).

3          2.     Applicant believes that every professional employed on behalf of a trustee

4    in a Chapter 7 case has a responsibility to control fees and expenses by providing services in an

5    efficient and effective manner.  To this end, Applicant diligently works to coordinate and facilitate

6    the efficient prosecution of the matters for which it is employed.  Applicant reviews all client

7    billings for reasonableness and makes adjustments so that the charges are consistent with the value

8    of the services provided.  Applicant has charged its customary hourly rates for services rendered

9    for which compensation is sought in this Application.   Applicant's hourly rates are comparable to,

10    if not lower than, those charged by other professional persons with similar levels of expertise in

11    the Las Vegas, Nevada area.

12          3.     Applicant has not been employed on a contingency basis and Applicant is

13    aware that the fees charged by Applicant are subject to allowance at the discretion of the Court.

**B.    Expenses**

15    The expenses incurred by Applicant are set forth in **Exhibit "2."**   No unusual or costly

16    expenses have been incurred.   The expenses are ones customarily charged to Applicant's non-

17    bankruptcy clients.

19    "Expenses which are compensable are those fronted by the attorney or law firm on
behalf of a particular client.  These expenses can only be charged to the bankruptcy

20    estate at the cost to the attorney or law firm….Examples of such expenses are:
computer research, long-distance calls, fax machine charges, postage, federal

21    express, photocopying charges, secretarial overtime."

22    In re Ginji Corp., 117 B.R. 983, 995 (Bankr. D.Nev. 1990).

23          1.    Courier charges:  Applicant does not have an in-house runner but uses an

24    outside delivery service.  Based upon Applicant's contracted rates with Legal Wings, the courier

25    charges listed in applicant's invoices represent the allocated portion of courier charges for

26    deliveries under Applicant's contract for services with Legal Wings and includes actual costs for

27    rush or out-of-area deliveries.   Applicant bills these charges directly to its clients with no

28    additional mark-up.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2.    <u>Facsimiles</u>:    For facsimiles, Applicant charges twenty-five cents per page to send local faxes and one-dollar per page to send long-distance faxes.  Applicant has estimated that the rates it charges for facsimiles are comparable to or less than those charged by other firms in bankruptcy cases.

3.    <u>PACER</u>:    These charges are the actual and necessary expenses incurred by Applicant for the use of PACER.

4.    <u>Photocopy charges</u>:    For copies, Applicant charges twenty-five cents per page for in-house copies, and for copies of pleadings received via the Court's Electronic Case Filing system ("<u>Photocopy ECF</u>").  Applicant has estimated that the rates it charges for copies are comparable to or less than those charged by other firms in this district.

5.    <u>Postage</u>:    These charges are the actual and necessary expenses incurred by Applicant for postage.  Applicant bills these charges directly to its clients with no additional mark-up.

6.    <u>Westlaw</u>:    Applicant's Westlaw charges represent the allocated portion of legal research charges under Applicant's contract with Westlaw.  These charges are not charged out at the full rate that would be charged if Applicant did not have a special-pricing contract with Westlaw.

7.    <u>Certified Copies from Court Clerk</u>:  These charges are the actual and necessary expenses incurred by Applicant for certified copies of documents from the Bankruptcy Court Clerk and are required for recording with the County Recorder.

8.    <u>County Recorder / Recording Fees</u>:  These charges are the actual and necessary expenses incurred by Applicant for recording documents (including the notice of estate's interest in the Condominium and judgments) with the County Recorder's Office.

9.    <u>Process Server Fees</u>:  These charges are the actual and necessary expenses incurred by Applicant for hiring a process server to attempt personal service of process on Nina Sarau.

10.    <u>Depositions Transcripts</u>:  This charge is the actual expense paid by Applicant for the court reporter's service and transcript of the 2004 Examination of Debtor John Badea.

**C.    Narrative Statement**

For the convenience of the Court, the U. S. Trustee, and all interested parties, the following paragraphs set forth a brief narrative statement, summary and explanation of certain activities and services performed during the time period covered by this Application, from May 8, 2018 through September 14, 2018.  The narrative statement is intended only to highlight a number of the services rendered by Applicant in the separate project billing categories where Applicant has expended a considerable number of hours on behalf of the Trustee, and is not meant to be a detailed description of all of the work performed.

1.    **Task Code B101 – Asset Analysis & Recovery.**  This task category includes 33.10 hours ($12,743.50) for time spent assisting the Trustee with investigation and evaluation of the estate's assets (including intellectual property in numerous countries, inventory and equipment) and potential claims (including insurance and avoidance claims).  Time in this category included analysis of potential insurance claims, avoidance claims, and successful recovery of equipment from InnovaSource valued at over $100,000.

2.    **Task Code B201 – Asset Disposition.**  This task category includes 12.20 hours ($4,697.00) for time spent assisting and advising the Trustee on the sale of the estate's assets pursuant to 11 U.S.C. §363.  This included negotiating sale terms and bidding procedures, drafting and revising sale and closing documents, and also time spent coordinating payment, transfer documents, and other closing issues.

3.    **Task Code B202 – Motion to Sell.**  This task category includes 22.90 hours ($8,816.50) for time spent drafting the motion to approve sale of the majority of the estate's assets pursuant to 11 U.S.C. §363.  This included drafting the motion and related pleadings (including an application for shortened time) and substantial revisions negotiated with the buyers.  Time was also spent attending the initial hearing to approve the procedures and preparing the

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  related order, and then attending the subsequent hearing for final approval of the sale, and

2  preparing the final sale approval order.

3          4.      **Task Code B301 – Business Operations.**  This task category includes

4  22.20 hours ($8,547.00) for time spent assisting the Trustee in negotiations with the Marshalls to

5  continue operation of the business to maintain its value pending sale.  Time was also spent

6  preparing an emergency motion and related pleadings to authorize the Trustee to continue

7  operation of the business temporarily pursuant to 11 U.S.C. §721, and includes communication

8  with other counsel regarding this application, attending the related hearing, and preparing the

9  approval order.    This category also includes time advising the Trustee on various issues that

10  arose relating to his operation of the business including certification renewals.

11          5.      **Task Code B401 – Case Administration.**  This task category includes

12  20.80 hours ($8,008.00) for time spent on general case activities including review of the case file,

13  communication with the Trustee and his staff, communication with other counsel, communication

14  with shareholders, issues relating currency exchange, waiver of the attorney-client privilege, and

15  the voluminous mailing matrix.  This category also includes time spent drafting a motion to limit

16  notice and attending the related hearing.

17          6.      **Task Code B501 – Claim Administration and Objections.**  This task

18  category includes 2.60 hours ($1,001.00) for time spent reviewing proofs of claim and other

19  potential claims against the estate, and advising the Trustee of certain proofs of claim to flag for

20  further analysis and possible objection.

21          7.      **Task Code B701 – Fee/Employment Applications for S&MLF.**  This

22  task category includes 6.60 hours ($1,345.00) for time spent preparing the Firm's application for

23  employment as Trustee's counsel, and time spent preparing this First Interim Application for fees,

24  and for attending the related hearing (estimated).  This category includes 4.20 hours spent by

25  attorney Jason A. Imes on predominately clerical work preparing this First Interim Application, so

26  this portion of the work was only billed at the firm's base Paralegal rate ($125.00/hour).

27          8.      **Task Code B702 – Fee/Employment Applications for Others.**  This task

28  category includes 22.90 hours ($8,816.50) for time spent advising the Trustee on employment of

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

law firms needed to maintain the value of the estate's assets including Debtor's intellectual property counsel (Cassan Maclean), and counsel handling Debtor's pending application before the US Food & Drug Administration (Hogan Lovells). Time was spent reviewing employment proposals, discussing the scope employment with the law firms, advising the Trustee, and preparing applications, declarations and orders for employment of the firms as special litigation counsel.

9.    **Task Code B901 – Financing.**  This task category includes 27.30 hours ($10,510.00) for time spent evaluating and advising the Trustee on the financing proposal from the Marshalls, negotiating the terms of the loan, and drafting and revising the various loan documents (promissory note, security agreement, etc.). This category also includes time spent drafting the emergency motion and related pleadings for approval of the financing, attending the related hearing, and assisting the Trustee with issues relating to payoff calculations and loan fees.

10.    **Task Code B1101 – 341 Meeting of Creditors.**  This task category includes 4.10 hours ($1,578.50) for time spent reviewing case filings and background materials in preparation for the 341 Meeting of Creditors, and then attending the meeting of creditors.

11.    **Task Code B1204 – Involuntary Chapter 11 Case.**  This task category includes 2.70 hours ($1,039.50) for time spent working with the petitioning creditors to effectuate dismissal of the Involuntary Chapter 11 case filed in Reno.

**VII.    PRIOR APPLICATIONS AND ORDERS FOR COMPENSATION**

Applicant has made no prior applications for compensation in this case.

**VIII.    AVAILABILITY OF FUNDS**

The Trustee is currently holding net funds of approximately $298,809.68 in this bankruptcy estate for payment of allowed administrative expenses and allowed creditor claims.

**IX.    EXPERTISE REQUIRED**

Applicant is skilled in insolvency proceedings and has special knowledge which enables Applicant to perform services of benefit to the bankruptcy estate. Applicant currently has three attorneys who work primarily in the areas of bankruptcy, reorganization, and insolvency, one who has over 41 years of experience, one who has over 25 years of experience, and one who has over

1  15 years of experience in these areas.  The members of the Firm, Lenard E. Schwartzer and

2  Jeanette E. McPherson, are certified in business bankruptcy law by the American Board of

3  Certification.  Applicant has represented numerous committees, debtors, creditors, trustees and

4  parties-in-interest in bankruptcy cases.  Applicant is therefore particularly skilled, knowledgeable,

5  and experienced in the representation of parties in bankruptcy cases and with the issues that may

6  arise and are to be considered.

7  **X.    PAYMENTS MADE OR PROMISED AND LACK OF AGREEMENT TO SHARE**

8  **COMPENSATION**

9      A.    All services for which compensation is requested were performed for, or on behalf

10  of, the Trustee for the benefit of the estate and creditors.

11      B.    No compensation received by Applicant will be shared and no agreement or

12  understanding exists between Applicant and any other entity for the sharing of compensation to be

13  received for services rendered in connection with this case.  Fed.R.Bankr.P. 2016.

14  **XI.    CONCLUSION**

15      Wherefore, Applicant respectfully requests that the Court enter an order granting this First

16  Interim Application and allowing and authorizing the immediate payment of Applicant's fees

17  rendered case in the amount of $67,103.00, and reimbursement for costs expended in the amount

18  of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018 through

19  September 14, 2018 (the "First Interim Fee Period"), as an allowed Chapter 7 administrative

20  expense of this bankruptcy estate, and for such other relief as is just and proper.

21      Pursuant to LR 9021, a proposed form of order is attached hereto as **Exhibit "3."**

22      DATED: September 14, 2018.

23

24

25      Jason A. Imes, Esq.
        Schwartzer & McPherson Law Firm
26      2850 South Jones Blvd., Suite 1
        Las Vegas NV 89146
27      *Counsel for Lenard Schwartzer, Trustee*

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT "1"

### *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:   (702) 892-0122

Lenard Schwartzer                                                    September 14, 2018
2850 South Jones Blvd.    Suite 1                        File #:      30520-00152
Las Vegas, NV 89146

Inv #:     1st INTERIM
**THROUGH**
**9/14/18**

**Attention:**
**RE:**          Medizone International, Inc.

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|------|--|---------------|-------|--------|
| **B100** | **ASSET ANALYSIS & RECOVERY** | | | |
| B101 | Asset Analysis & Recovery | $385.00 | 33.10 | 12,743.50 |
| | | Total | **33.10** | **$12,743.50** |
| | | | | |
| **B200** | **ASSET DISPOSITION** | | | |
| B201 | Asset Disposition | $385.00 | 12.20 | 4,697.00 |
| B202 | Motions to Sell | $385.00 | 22.90 | 8,816.50 |
| | | Total | **35.10** | **$13,513.50** |
| | | | | |
| **B300** | **BUSINESS OPERATIONS** | | | |
| B301 | Business Operations | $385.00 | 22.20 | 8,547.00 |
| | | Total | **22.20** | **$8,547.00** |
| | | | | |
| **B400** | **CASE ADMINISTRATION** | | | |
| B401 | Case Administration | $385.00 | 20.80 | 8,008.00 |
| | | Total | **20.80** | **$8,008.00** |
| | | | | |
| **B500** | **CLAIMS ADMINISTRATION & OBJECTIONS** | | | |
| B501 | Claims Administration & Objections | $385.00 | 2.60 | 1,001.00 |
| | | Total | **2.60** | **$1,001.00** |

| | | | | |
|---|---|---|---|---|
| **B700** | **FEE/EMPLOYMENT APPLICATIONS** | | | |
| B701 | Fee/Employment Applications SAMLF | $203.79 | 6.60 | 1,345.00 |
| B702 | Fee/Employment Applications Others | $385.00 | 22.90 | 8,816.50 |
| | | **Total** | **29.50** | **$10,161.50** |
| | | | | |
| **B900** | **FINANCING** | | | |
| B901 | Financing | $385.00 | 27.30 | 10,510.50 |
| | | **Total** | **27.30** | **$10,510.50** |
| | | | | |
| **B1100** | **MEETING OF CREDITORS** | | | |
| B1101 | Meeting of Creditors | $385.00 | 4.10 | 1,578.50 |
| | | **Total** | **4.10** | **$1,578.50** |
| | | | | |
| **B1200** | **CHAPTER 11** | | | |
| B1204 | Involuntary Ch. 11 Case | $385.00 | 2.70 | 1,039.50 |
| | | **Total** | **2.70** | **$1,039.50** |
| | | | | |
| | | **Grand Total** | **177.40** | **$67,103.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Jason A. Imes | Associate | $385.00 | 172.80 | 66,528.00 |
| | | $125.00 | 4.20 | 525.00 |
| Paralegal | Paralegal | $125.00 | 0.40 | 50.00 |

| Task Code | Timekeeper | Task / Detail | Hours | Rate | Amount |
|-----------|-----------|---------------|-------|------|--------|
| **B101**<br>May-15-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of voluminous materials from debtor's counsel (M. Zirzow) offered by debtor (instead of responding to trustee's request for explanation) including bank statements, P&L's, SEC filings, etc. | 1.80 | $385.00 | 693.00 |
| **B101**<br>May-16-18 | JAI | **Asset Analysis & Recovery**<br>Continued review of SEC filings and exhibits | 1.80 | $385.00 | 693.00 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Legal research re avoidance of stock transfer contracts | 1.20 | $385.00 | 462.00 |
| **B101**<br>May-17-18 | JAI | **Asset Analysis & Recovery**<br>Review modification to debtor's website; Prepare memorandum to trustee re same | 0.30 | $385.00 | 115.50 |
| **B101**<br>May-31-18 | JAI | **Asset Analysis & Recovery**<br>Emails to and from Debtor's counsel and M. Meyers re equipment transferred to InnovaSource | 0.30 | $385.00 | 115.50 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Receipt and review of documents from debtor's counsel re transfer of equipment to InnovaSource, an amended schedules; Memorandum to trustee re same | 0.40 | $385.00 | 154.00 |
| **B101**<br>Jun-01-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of emails and documents re D&O insurance and liability policies;  Email trustee re same | 0.30 | $385.00 | 115.50 |
| **B101**<br>Jun-04-18 | JAI | **Asset Analysis & Recovery**<br>Continued discussions with insurance broker and trustee re insurance policies and issues | 0.40 | $385.00 | 154.00 |
| **B101**<br>Jun-07-18 | JAI | **Asset Analysis & Recovery**<br>Review extended email exchange between trustee, M. Meyers and insurance broker re various insurance issues and D&O coverage;  Review documents re D&O policy | 0.60 | $385.00 | 231.00 |
| **B101**<br>Jun-08-18 | JAI | **Asset Analysis & Recovery**<br>Review series of emails between trustee and insurance broker re liability coverage and D&O claim issues | 0.30 | $385.00 | 115.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B101** | JAI | **Asset Analysis & Recovery**<br>Receipt and review of D&O policy<br>documents (.5);  Discuss D&O coverage<br>with trustee (.2);  Extensive email<br>exchange with trustee, M. Meyers and<br>insurance broker re cancellation options<br>(.5) | 1.20 | $385.00 | 462.00 |
| **B101**<br>Jun-18-18 | JAI | **Asset Analysis & Recovery**<br>Conference with Bill Holland re debtor's<br>boxes of records (.4);  Email debtor's<br>counsel and B. Holland re turnover of<br>same (.2) | 0.60 | $385.00 | 231.00 |
| **B101**<br>Jun-25-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of Innovasource<br>transfer contract documents (.3);<br>Conference with trustee re various<br>Innovasource issues (.2);  Draft letter to<br>Innovasource to demand return of 2<br>AsepticSure systems, to give notice of<br>rejection of contracts, and invitation to<br>bid on assets (1.1) | 1.60 | $385.00 | 616.00 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Conference with trustee re equipment<br>held by Innovasource;  Emails to and<br>from M. Meyers re same;  Revise/finalize<br>Innovasource demand letter and exhibits | 0.50 | $385.00 | 192.50 |
| **B101**<br>Jun-26-18 | JAI | **Asset Analysis & Recovery**<br>Review additional insurance contract<br>materials for D&O claim and additional<br>legal research re D&O claim by Ch.7<br>Trustee and deadlines (1.2);  Email<br>trustee and M. Meyers re D&O "claims<br>made" deadlines (.2) | 1.40 | $385.00 | 539.00 |
| **B101**<br>Jun-27-18 | JAI | **Asset Analysis & Recovery**<br>Conference call with M. Meyers and<br>Kathy Bryant to discuss D&O claim, sale<br>motion, Innovasource turnover claim, and<br>FDA process | 0.70 | $385.00 | 269.50 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Review additional D&O insurance policy<br>materials (.8);  Legal reseach re Chapter 7<br>trustee's claims against D&O policies<br>(1.4) | 2.20 | $385.00 | 847.00 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Email insurance broker re D&O policy<br>forms (.1);  Discuss D&O policy claim<br>deadlines with trustee and M. Meyers (.3) | 0.40 | $385.00 | 154.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B101** | JAI | **Asset Analysis & Recovery**<br>Work drafting D&O claim notice letter | 2.10 | $385.00 | 808.50 |
| **B101**<br>Jun-28-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of D&O claim forms from insurance broker (.1); Conference with trustee to go over draft claim notice letter to D&O carrier (.2); Email agent re same (.1) | 0.40 | $385.00 | 154.00 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Work on revisions to D&O claim notice letter to add additional potential litigation targets and claims | 0.80 | $385.00 | 308.00 |
| **B101**<br>Jun-29-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of 2004 exam applications filed by Marshalls re Andrew Fay and Innovasource; | 0.20 | $385.00 | 77.00 |
| **B101**<br>Jul-02-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of email from A. Fay (Innovasource) and discuss turnover delay with trustee (.2); Discuss with trustee and draft response to A. Fay with deadline (.4); Receipt and review of additional Innovasource documents from M. Meyers (.4) | 1.00 | $385.00 | 385.00 |
| **B101**<br>Jul-09-18 | JAI | **Asset Analysis & Recovery**<br>Emails to and from Dr. Shannon re equipment return freight from Innovasource | 0.40 | $385.00 | 154.00 |
| **B101**<br>Jul-12-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of info re debtor's IT issues; Draft correspondence to John Pentony (IT contact) with info request list | 0.50 | $385.00 | 192.50 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Review email history and additional documents from debtor's counsel re investors, D. Parfet, etc. | 0.50 | $385.00 | 192.50 |
| **B101**<br>Jul-17-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of response from D&O carrier re claim; Prepare memorandum to trustee re same | 0.50 | $385.00 | 192.50 |
| **B101**<br>Jul-19-18 | JAI | **Asset Analysis & Recovery**<br>Email exchanges with trustee re D&O claim denial; Prepare memorandum to trustee re same | 0.50 | $385.00 | 192.50 |
| **B101**<br>Jul-23-18 | JAI | **Asset Analysis & Recovery**<br>Review debtor's bank records and accounting materials to identify and evaluate potential avoidable transfers; | 1.80 | $385.00 | 693.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B101**<br>Jul-24-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of Dropbox of stacks of emails and contract documents from Innovasource | 1.10 | $385.00 | 423.50 |
| **B101**<br>Jul-31-18 | JAI | **Asset Analysis & Recovery**<br>Review postings on shareholder forums and other online information relating to debtor;  Memorandum to trustee re same | 0.80 | $385.00 | 308.00 |
| **B101**<br>Aug-07-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of Medizone shareholder forum posts online (.6)  Discuss same with trustee (.3) | 0.90 | $385.00 | 346.50 |
| **B101**<br>Aug-14-18 | JAI | **Asset Analysis & Recovery**<br>Conference with trustee's staff re production of documents from debtor;  Email debtor's counsel (M. Zirzow) re debtor's books and records (to confirm all have been delivered/turned over, etc.);  Email M. Meyers re same;  Recieve and respond to M. Meyers' emails re closing documents and related details | 0.90 | $385.00 | 346.50 |
| **B101**<br>Aug-16-18 | JAI | **Asset Analysis & Recovery**<br>Review additional boxes of documents from debtor (7x bankers boxes) (1.3);  Emails to and from M. Meyers re turnover of same following asset sale (.3) | 1.60 | $385.00 | 616.00 |
| **B101**<br>Aug-21-18 | JAI | **Asset Analysis & Recovery**<br>Email exchange with insurance agent re policy cancellation credits | 0.30 | $385.00 | 115.50 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Review boxes of documents for turnover to buyer (.5);  Emails to and from buyer's counsel re same (.2) | 0.70 | $385.00 | 269.50 |
| **B101**<br>Aug-22-18 | JAI | **Asset Analysis & Recovery**<br>Prepare memorandum to trustee per phone call from M. Meyers re other possible claims that creditors are interested in pursuing | 0.50 | $385.00 | 192.50 |
| **B101**<br>Aug-31-18 | JAI | **Asset Analysis & Recovery**<br>Email exchange with trustee re privilege waiver, and claims against officers/directors for breach of fiduciary duty | 0.40 | $385.00 | 154.00 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Meeting with trustee to discuss transfer of breach claims against former officers/directors;  Email M. Meyers re same | 0.20 | $385.00 | 77.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B101**<br>Sep-04-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of umbrella insurance documents from broker and email from M. Meyers re same | 0.20 | $385.00 | 77.00 |
| **B101** | JAI | **Asset Analysis & Recovery**<br>Receive and respond to email from M. Meyers with proposal to trustee from new entity (additional claims) and privilege waiver | 0.30 | $385.00 | 115.50 |
| **B101**<br>Sep-05-18 | JAI | **Asset Analysis & Recovery**<br>Receipt and review of D&O litigation and claim objection proposal from M. Meyers (.2); Prepare analysis memorandum to trustee re same (.3) | 0.50 | $385.00 | 192.50 |
| **B201**<br>May-18-18 | JAI | **Asset Disposition**<br>Receipt and review of draft asset purchsae agreement; Prepare memorandum to trustee with proposed revisions | 1.20 | $385.00 | 462.00 |
| **B201** | JAI | **Asset Disposition**<br>Meeting with trustee to discuss 363 sale transaction terms, and timing concerns | 0.50 | $385.00 | 192.50 |
| **B201**<br>May-21-18 | JAI | **Asset Disposition**<br>Receipt and review of Marshalls' latest changes to Purchase Agreement; Discus same with trustee | 0.30 | $385.00 | 115.50 |
| **B201** | JAI | **Asset Disposition**<br>Meeting with trustee to go over asset purchase issues (.3); Email M. Zirzow to advise of potential sale and request conference call (.1); Email M. Meyers re same (.1); Series of emails to and from M. Zirzow re conference call (.4); Receipt and review of additional documents from debtor's counsel (.8) | 1.70 | $385.00 | 654.50 |
| **B201**<br>Jun-27-18 | JAI | **Asset Disposition**<br>Extended disuccsions with M. Meyers and trustee re: the Marshalls' request to modify the purchase agreement, and re: recovery of Innovasource machines | 0.60 | $385.00 | 231.00 |
| **B201**<br>Jun-28-18 | JAI | **Asset Disposition**<br>Conference with trustee to discuss Marshalls' latest proposal to modify 363 sale/purchase agreement (.3); Draft response to M. Meyers rejecting latest proposal (.2) | 0.50 | $385.00 | 192.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B201** | | **Asset Disposition** | 0.60 | $385.00 | 231.00 |
| | JAI | Review response from M. Meyers re Innovasource issue and discuss 363 sale concerns with trustee (.3);  Review Trustee's response (.1);  Emails to and from M. Meyers re hearing and auction dates (.2) | | | |
| **B201** Aug-01-18 | JAI | **Asset Disposition** Receive and respond to series of emails from M. Meyers re other bidders and accounting issues. | 0.80 | $385.00 | 308.00 |
| **B201** Aug-07-18 | JAI | **Asset Disposition** Prepare memorandum to trustee re asset sale and closing terms (.4);  Conference with trustee's staff re same (.4) | 0.80 | $385.00 | 308.00 |
| **B201** Aug-08-18 | JAI | **Asset Disposition** Receipt and review of M. Meyers' proposed edits to final asset sale order; Revise sale order and email M. Meyers with revised draft | 0.80 | $385.00 | 308.00 |
| **B201** Aug-21-18 | JAI | **Asset Disposition** Receipt and review of draft sale transfer/assignment documents from M. Meyers (.5);  Discuss with trustee and revise bill of sale (.4);  Email M. Meyers re revised bill of sale (.1) | 1.00 | $385.00 | 385.00 |
| **B201** | JAI | **Asset Disposition** Meeting with trustee to go over and sign sale/transfer documents | 0.30 | $385.00 | 115.50 |
| **B201** | JAI | **Asset Disposition** Telephone call to M. Meyers re sale closing issues (.4);  Discuss concerns with trustee (.4) | 0.80 | $385.00 | 308.00 |
| **B201** Aug-30-18 | JAI | **Asset Disposition** Series of emails to and from M. Meyers and trustee re asset sale closing issues | 0.70 | $385.00 | 269.50 |
| **B201** | JAI | **Asset Disposition** Emails to and from M. Meyers re wire transfer fee payment confirmation (.3); Check with trustee's office re wire transfers and instructions (.2); | 0.50 | $385.00 | 192.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B201**<br>Aug-31-18 | JAI | **Asset Disposition**<br>Conference with trustee's staff re sales proceeds (.1);  Receipt and review of email from bank re wire transfer fee transfer (.1);  Emails to and from trustee's bank confirming status of wire transfer fee (.2);  Email M. Meyers re same and to confirm receipt of sales proceeds, and authority to proceed with closing (.2) | 0.60 | $385.00 | 231.00 |
| **B201**<br>Sep-04-18 | JAI | **Asset Disposition**<br>Receipt and review of notes from M. Meyers re Bill of Sale;  Discuss same with trustee;  Email M. Meyers with email closing this issue | 0.50 | $385.00 | 192.50 |
| **B202**<br>Jun-25-18 | JAI | **Motions to Sell**<br>Work on motion to approve 363 sale of assets, bid procedures, and waiver of stay (2.1);  Email M. Meyeres re bid procedure (.2) | 2.30 | $385.00 | 885.50 |
| **B202**<br>Jun-26-18 | JAI | **Motions to Sell**<br>Conference with M. Meyers re asset purchase issues (.3);  Continued work on motion to approve 363 sale of assets and bid procedure (1.8) | 2.10 | $385.00 | 808.50 |
| **B202** | JAI | **Motions to Sell**<br>Legal research re breakup fee and overbid minimums (.9);  Draft proposed bid procedure order for 363 sale (.9) | 1.80 | $385.00 | 693.00 |
| **B202** | JAI | **Motions to Sell**<br>Draft trustee's declaration supporting 363 sale and bid procedure (.6);  Email M. Meyers re draft motion and order and related questions(.2) | 0.80 | $385.00 | 308.00 |
| **B202** | JAI | **Motions to Sell**<br>Receipt and review of edits proposed by M. Meyers to 363 sale motion and order (.2);  Memorandum to M. Meyers and trustee re timing of 363 motion and changes to purchase agreement requested by the Marshalls (.4);  Conference with trustee and AFH re hearing dates and service of 363 sale motion (.4) | 1.00 | $385.00 | 385.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B202** Jun-28-18 | JAI | **Motions to Sell** Review memorandum from trustee and work on revisions to 363 sale motion after discussions with Marshalls (1.4); Revise proposed order approving bid procedures (.4); Email M. Meyers revision B with notes (.3); Revise trustee's declaration supporting same (.5); Meeting with trustee to go over revised sales terms and procedures (.2) | 2.80 | $385.00 | 1,078.00 |
| **B202** | JAI | **Motions to Sell** Receive and review M. Meyers revision #C to 363 motion and order, and discuss proposed edits with trustee (.3); Work on version D revisions (only incorporating certain edits from Marshalls) (.7); Prepare memorandum to M. Meyers detailing reasons for same (.2) | 1.20 | $385.00 | 462.00 |
| **B202** | JAI | **Motions to Sell** Work on application for order shortening time, declaration, order and attorney information sheet re 363 sale motion (1.3); Discuss timing issues with trustee (.2) | 1.50 | $385.00 | 577.50 |
| **B202** Jun-29-18 | JAI | **Motions to Sell** Email M. Zirzow re order shortening time for 363 sale hearings; Email E. McDonald (OUST) and Jared Day re same; Update attorney information sheet | 0.50 | $385.00 | 192.50 |
| **B202** | JAI | **Motions to Sell** Revise/finalize 363 sale and bid procedure motion and exhibits (.7); Compile list of interested bidders to include in bidder notice list (.7) | 1.40 | $385.00 | 539.00 |
| **B202** | JAI | **Motions to Sell** Revise/finalize order shortening time application, declaration, attorney sheet and proposed order and notice for 363 sale motion; Conference with trustee to discuss status | 0.50 | $385.00 | 192.50 |
| **B202** Jul-23-18 | JAI | **Motions to Sell** Prepare for hearing to approve 363 sale agreement and proposed bid procedures | 0.50 | $385.00 | 192.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B202**<br>Jul-24-18 | JAI | **Motions to Sell**<br>Travel to (.5) and attend hearing to approve 363 sale agreement and bid procedures (.8);  Prepare order granting same (.3);  Email draft to M. Meyers per LR9021 (.1) | 1.70 | $385.00 | 654.50 |
| **B202**<br>Aug-02-18 | JAI | **Motions to Sell**<br>Conference with trustee re other bidders;  Emails to and from M. Meyers re same | 0.50 | $385.00 | 192.50 |
| **B202**<br>Aug-06-18 | JAI | **Motions to Sell**<br>Conference with trustee re auction status (deposits, other bidders, etc.) (.3);  Draft declaration with update re bidders and deposits for asset sale (.5); | 0.80 | $385.00 | 308.00 |
| **B202** | JAI | **Motions to Sell**<br>Prepare for hearing to approve asset sale (and possible auction) (.6);  Conference with trustee re possible auction and/or sale situations (.3) | 0.90 | $385.00 | 346.50 |
| **B202**<br>Aug-07-18 | JAI | **Motions to Sell**<br>Travel to (.5) and attend hearing to approve 363 sale of assets (.8);  Conference with M. Meyers re various operating and closing issues (.2);  Discuss sale hearing results (no auction) and issues with trustee (.3) | 1.80 | $385.00 | 693.00 |
| **B202** | JAI | **Motions to Sell**<br>Prepare draft order for final approval of 363 sale of assets (.6);  Email M. Meyers re draft order and related issues (.2) | 0.80 | $385.00 | 308.00 |
| **B301**<br>May-11-18 | JAI | **Business Operations**<br>Receipt and review of Marshall's proposed loan terms, purchase terms, and operating terms from Merle Meyers | 0.80 | $385.00 | 308.00 |
| **B301** | JAI | **Business Operations**<br>Series of emails to and from trustee and Merle Meyers (for the Marshalls) with budget spreadsheets, and additional operating information | 0.50 | $385.00 | 192.50 |
| **B301**<br>May-15-18 | JAI | **Business Operations**<br>Series of emails to and from trustee and Merle Meyers re operating loan and budget proposal materials | 0.70 | $385.00 | 269.50 |
| **B301**<br>May-16-18 | JAI | **Business Operations**<br>Work on emergency motion to authorize trustee to operate business (section 721) | 1.70 | $385.00 | 654.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B301** | JAI | **Business Operations** <br> Conference call with trustee, creditors' counsel (Merle Meyers), the Marshalls, and principal employee (Dr. Shannon) to discuss operation, financing, employment of special counsel, etc. | 0.70 | $385.00 | 269.50 |
| **B301** | JAI | **Business Operations** <br> Conference with trustee to discuss post-petition operation of business;  Continued work on emergency motion for authorization to operate business (section 721) | 2.40 | $385.00 | 924.00 |
| **B301** <br> May-17-18 | JAI | **Business Operations** <br> Work on revisions to emergency 721 motion for authorization to operate business (1.1);  Draft trustee's declaration supporting 721 motion to operate (.5);  Draft proposed order granting 721 motion to operate (.4) | 2.00 | $385.00 | 770.00 |
| **B301** <br> May-18-18 | JAI | **Business Operations** <br> Work on revisions to emergency 721 motion, declaration, proposed order and exhibits for authorization to operate business | 1.60 | $385.00 | 616.00 |
| **B301** | JAI | **Business Operations** <br> Prepare application, declaration and order shortening time re 721 emergency motion for Ch.7 trustee to operate business | 0.70 | $385.00 | 269.50 |
| **B301** <br> May-21-18 | JAI | **Business Operations** <br> Preparation for, and participate in conference call with trustee, debtor's counsel, and members of debtor's board to discuss case and proposed operation of business, and possible asset sale | 1.20 | $385.00 | 462.00 |
| **B301** | JAI | **Business Operations** <br> Work on revisions to 721 motion to operate business (to incorporate updated case information, etc.) | 1.10 | $385.00 | 423.50 |
| **B301** | JAI | **Business Operations** <br> Revise application and declaration for Order shortening time for loan and operation Motions (.6);  Email Ed McDonald at Office of US Trustee re order shortening time and case update (.2);  Review and revise draft attorney information sheet for order shortening time (.1) | 0.90 | $385.00 | 346.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B301** | JAI | **Business Operations**<br>Additional revisions to 721 emergency operating motion, exhibits, trustee's declaration and proposed order; | 0.60 | $385.00 | 231.00 |
| **B301**<br>May-22-18 | JAI | **Business Operations**<br>Finalize and sign emergency 721 motion to operate business, declaration and exhibits for filing | 0.30 | $385.00 | 115.50 |
| **B301** | JAI | **Business Operations**<br>Series of emails to and from trustee and M. Meyers re operating dates (.2); Discuss operating dates with trustee (.1); Draft notice of Errata to correct requested operational dates for the trustee (.5) | 0.80 | $385.00 | 308.00 |
| **B301** | JAI | **Business Operations**<br>Receipt and review of entered order shortening time (.1); Revise and sign Notice of Entry of Order and advise trustee of hearing date (.2); Series of emails to and from M. Meyers and trustee re payment instructions and other operational matters (.5) | 0.80 | $385.00 | 308.00 |
| **B301**<br>May-29-18 | JAI | **Business Operations**<br>Prepare for emegency hearing to authorize trustee to operate business on order shortening time | 0.50 | $385.00 | 192.50 |
| **B301**<br>May-30-18 | JAI | **Business Operations**<br>Travel to (.5) and attend emergency hearings (.8) to approve post-petition financing (sec 364) and to authorize operation of business (sec 721); Conference with trustee and M. Meyers about issues going forward (.5) | 1.80 | $385.00 | 693.00 |
| **B301** | JAI | **Business Operations**<br>Prepare draft order to authorize operation of business (sec 721); Discuss order with M. Meyers | 0.40 | $385.00 | 154.00 |
| **B301**<br>Jun-08-18 | JAI | **Business Operations**<br>Extensive email exchange with trustee and M. Meyers and E. Marshall re product liability insurance | 0.40 | $385.00 | 154.00 |
| **B301**<br>Jun-14-18 | JAI | **Business Operations**<br>Review emails between trustee and M. Meyers re QPS (OSHA certification vendor) (.2); Review QPS certification materials (.3) Conference with trustee re same (.2) | 0.70 | $385.00 | 269.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B301**<br>Jun-19-18 | JAI | **Business Operations**<br>Telephone call from lender Ed Marshall re transfer of funds for operation of business | 0.20 | $385.00 | 77.00 |
| **B301**<br>Jun-20-18 | JAI | **Business Operations**<br>Receipt and review of list of requested actions from M. Meyers;  Email M. Meyers re same | 0.20 | $385.00 | 77.00 |
| **B301**<br>Jul-31-18 | JAI | **Business Operations**<br>Review series of emails between shareholder Peter Gaide and trustee re Gaide's (unfunded) suggestions to continue operations, etc. | 0.40 | $385.00 | 154.00 |
| **B301**<br>Aug-13-18 | JAI | **Business Operations**<br>Emails to and from trustee and M. Meyers re various closing issues and calculations for August advances (.5);  Receipt and review of update and pay request from Cassan Maclean (patent special counsel) and discuss with trustee (.3) | 0.80 | $385.00 | 308.00 |
| **B401**<br>May-08-18 | JAI | **Case Administration**<br>Receipt and review of email from Matt Zirzow (debtor's counsel), and review additional pleadings including debtor's motion to transfer venue | 0.50 | $385.00 | 192.50 |
| **B401**<br>May-10-18 | JAI | **Case Administration**<br>Receipt and review of new file from trustee (.8);  Email AFH re employment application (no charge);  Review involuntary Ch.11 filings and discuss venue change motion with trustee (.5) | 1.30 | $385.00 | 500.50 |
| **B401** | JAI | **Case Administration**<br>Conference call with Merle Meyers, counsel for creditors Edwin Marshall and Jill Marshall to discuss case background | 0.50 | $385.00 | 192.50 |
| **B401**<br>May-21-18 | JAI | **Case Administration**<br>Extended conference with trustee and trustee's staff re notice expense and logistic issues (over 2,200 parties listed by debtor on matrix) (.5);  Draft motion to limit notice (.8);  Emails to and from counsel for Marshalls re notice issues (.2) | 1.50 | $385.00 | 577.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B401** | JAI | **Case Administration** Revise application, declaration and attorney information sheet (re 721 operating motion and 364 financing motion) to include request to limit notice | 0.70 | $385.00 | 269.50 |
| **B401** May-22-18 | JAI | **Case Administration** Revise/finalize application materials for order shortened time (for 721 motion, 364 motion) and to limit notice for order shortening time; Conference with AFH re service procedure if order shortening time is approved | 0.70 | $385.00 | 269.50 |
| **B401** | JAI | **Case Administration** Revise proposal to limit notice and review proposed limited service list (.5); Emails to and from M. Meyers re same (.2) | 0.70 | $385.00 | 269.50 |
| **B401** May-23-18 | JAI | **Case Administration** Emails to and from debtor's counsel re boxes of documents, 341 meeting and Ch.11 case dismissal (.3); Emails to and from M. Meyers re Ch.11 dismissal options (.3) | 0.60 | $385.00 | 231.00 |
| **B401** | JAI | **Case Administration** Series of emails to and from trustee and Office of US Trustee re banking issues and conference call (.3); Emails to and from M. Meyers re employment of special counsel (.2); Review SEC filings and discuss employment of special counsel with trustee (.5) | 1.00 | $385.00 | 385.00 |
| **B401** May-25-18 | JAI | **Case Administration** Respond to various information and document requests from investors including L. Olson | 0.50 | $385.00 | 192.50 |
| **B401** | JAI | **Case Administration** Receipt and review of email from Leon Hirsch (investor) re case background (.1); Emails to and from trustee and various shareholders/investors (.3); Series of emails to and from M. Meyers re employment of special counsel (.3) | 0.70 | $385.00 | 269.50 |
| **B401** May-29-18 | JAI | **Case Administration** Series of emails to and from trustee and debtor's counsel re debtor's website (.2); Email exchange with trustee and M. Meyers re banking transfers and currency conversions (.2) | 0.40 | $385.00 | 154.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B401**<br>May-31-18 | JAI | **Case Administration**<br>Receipt and review of email exchange between trustee and UST's office and Dr. Shannon (key employee) re operations, banking and payroll issues (.5); | 0.50 | $385.00 | 192.50 |
| **B401**<br>Jun-08-18 | JAI | **Case Administration**<br>Work on motion to limit notice (1.7); Draft proposed order limiting notice (.5); Select parties to include on updated proposed limited service list (.6) | 2.80 | $385.00 | 1,078.00 |
| **B401**<br>Jun-13-18 | JAI | **Case Administration**<br>Conference with trustee and trustee's staff re logisitics and options for noticing (mailing matrix exceed 2,250 parties) (.3);  Revise/finalize motion to limit notice and proposed limited service list (.3) | 0.60 | $385.00 | 231.00 |
| **B401**<br>Jun-14-18 | JAI | **Case Administration**<br>Meeting with trustee, M. Meyers and E. Marshall to discuss case, sale issues, and potential claims (1.1);  Discuss case strategy with trustee (.5) | 1.60 | $385.00 | 616.00 |
| **B401**<br>Jul-18-18 | JAI | **Case Administration**<br>Prepare for hearing to limit notice | 0.40 | $385.00 | 154.00 |
| **B401**<br>Jul-19-18 | JAI | **Case Administration**<br>Revise/finalize order limiting notice (.3); Prepare memorandum to trustee staff and SMLF staff re list update and maintenance (.2) | 0.50 | $385.00 | 192.50 |
| **B401**<br>Jul-24-18 | JAI | **Case Administration**<br>Draft proposed form letter to shareholders re address change requests | 0.50 | $385.00 | 192.50 |
| **B401**<br> | JAI | **Case Administration**<br>Meeting with trustee and his staff re noticing issues raised by court clerk (appointment of claim agent, etc.) | 0.60 | $385.00 | 231.00 |
| **B401**<br>Jul-25-18 | JAI | **Case Administration**<br>Extended conference with trustee and his staff re limited service and noticing options | 0.50 | $385.00 | 192.50 |
| **B401**<br>Aug-03-18 | JAI | **Case Administration**<br>Receipt and review of series of emails to trustee from shareholders Peter Gaide and Ben Kokis (.3);  Discuss emails with trustee, and draft response to Ben Kokis (.3);  Draft response to Peter Gaide (.2); Draft response to shareholder Leon Hirsch email (.3) | 1.10 | $385.00 | 423.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B401**<br>Aug-30-18 | JAI | **Case Administration**<br>Emails to and from M. Meyers re request for copies of debtor's emails and electronically stored documents (.3); Discuss same with trustee (.3); Email exchange with M. Meyeres re trustee's waiver of attorney-client privilege (.3) | 0.90 | $385.00 | 346.50 |
| **B401**<br>Aug-31-18 | JAI | **Case Administration**<br>Conference with M. Meyers re trustee's waiver of attorney-client privilege (.1); Legal research re same and discuss with trustee (.6); Draft letter to M. Meyers confirming waiver of privilege (.5) | 1.20 | $385.00 | 462.00 |
| **B401** | JAI | **Case Administration**<br>Conference with trustee re waiver of debtor's attorney-client privilege and draft letter; Revise draft letter for Trustee's review | 0.50 | $385.00 | 192.50 |
| **B501**<br>Jul-19-18 | JAI | **Claims Administration & Objections**<br>Receipt and review of proofs of claim filed by SBI and L2; Prepare memorandum to trustee re inflated claim figures | 0.50 | $385.00 | 192.50 |
| **B501** | JAI | **Claims Administration & Objections**<br>Conference with trustee re SBI and L2 claims and objections to same | 0.50 | $385.00 | 192.50 |
| **B501**<br>Aug-08-18 | JAI | **Claims Administration & Objections**<br>Review claims register and review certain proofs of claim (.8); Conference with trustee re shareholder proofs of claim and inflated claims from lenders (.3); | 1.10 | $385.00 | 423.50 |
| **B501**<br>Aug-30-18 | JAI | **Claims Administration & Objections**<br>Conference with trustee re Marshalls raising claim for Ch.11 fees/expenses; Review filings from Ch.11 involuntary case | 0.50 | $385.00 | 192.50 |
| **B701**<br>May-11-18 | JAI | **Fee/Employment Applications SAMLF**<br>Review/revise application, declaration and order to employ S&MLF as trustee's counsel | 0.50 | $385.00 | 192.50 |
| **B701**<br>Sep-14-18 | JAI | **Fee/Employment Applications SAMLF**<br>[AT PARALEGAL RATE] Discuss case status with trustee; Review billing records and start compiling S&MLF interim fee application | 1.60 | $125.00 | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B701** | JAI | **Fee/Employment Applications SAMLF** [AT PARALEGAL RATE]  Continued work on S&MLF first interim fee application (calculations, outline of application, etc.) | 2.60 | $125.00 | 325.00 |
| **B701** | JAI | **Fee/Employment Applications SAMLF** Revise/finalize S&MLF 1st interim fee application (task descriptions, benefit to estate, etc.) | 1.50 | $385.00 | 577.50 |
| **B701** | PL | **Fee/Employment Applications SAMLF** Draft notice of hearing for S&MLF 1st interim fee application | 0.20 | $125.00 | 25.00 |
| **B701** | PL | **Fee/Employment Applications SAMLF** Arrange service and prepare certificate of service re S&MLF 1st interim fee application | 0.20 | $125.00 | 25.00 |
| **B702** May-31-18 | JAI | **Fee/Employment Applications Others** Series of emails to and from trustee and M. Meyers (counsel for lenders) re employment of special counsel and review documents re IP attorneys (.3) | 0.30 | $385.00 | 115.50 |
| **B702** | JAI | **Fee/Employment Applications Others** Work on application to employ the law firm of Cassan Maclean as special litigation counsel to maintain patent rights | 1.40 | $385.00 | 539.00 |
| **B702** | JAI | **Fee/Employment Applications Others** Work on application to employ the law firm of Hogan Lovells as special litigation counsel for FDA approval process | 1.00 | $385.00 | 385.00 |
| **B702** | JAI | **Fee/Employment Applications Others** Work on application to employ William Holland as special accountant to the estate | 0.80 | $385.00 | 308.00 |
| **B702** Jun-01-18 | JAI | **Fee/Employment Applications Others** Emails from M.Meyers re proposed FDA process attorneys (Hogan Lovells) (.2); Review materials re employment of the law firm of Hogan Lovells as FDA counsel (.2);  Discuss same with trustee (.2) | 0.60 | $385.00 | 231.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B702**<br>Jun-05-18 | JAI | **Fee/Employment Applications Others**<br>Email M. Meyers for additional information re proposed patent counsel; Receipt and review of additional materials re same; Conference with trustee to discuss proposed employment of special counsel for patent maintenance | 0.60 | $385.00 | 231.00 |
| **B702**<br>Jun-06-18 | JAI | **Fee/Employment Applications Others**<br>Email patent counsel with additional questions and document request | 0.30 | $385.00 | 115.50 |
| **B702**<br>Jun-07-18 | JAI | **Fee/Employment Applications Others**<br>Emails to and from M.Meyers re FDA counsel employment and review retention proposal (.2);  Discuss employment of FDA counsel with trustee (.2);  Email M. Meyers for additional information re same (.1). | 0.50 | $385.00 | 192.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Receipt and review of additional information and materials re patent counsel and work proposal (.3);  Work on revisions to application to employ Cassan Maclean as patent counsel (1.3);  Review documents + select exhibits for same (.2) | 1.80 | $385.00 | 693.00 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Draft declaration of Scott Maclean re employment of Cassan Maclean as patent counsel (.6);  Draft proposed order for employment of Cassan Maclean as special counsel (.3);  Email S. Maclean and M. Meyers re additional information request, and draft pleadings for review and signature (.3) | 1.20 | $385.00 | 462.00 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Work on application to employ Hogan Lovells as FDA counsel (1.3);  Email Randy Prebula (HL) and M. Meyers for additional clarifications (.2) | 1.50 | $385.00 | 577.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Receipt and review of edit notes from M. Meyers and work on revisions to application and order to employ Cassan Maclean as patent counsel | 0.50 | $385.00 | 192.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Draft declaration of Randy Prebula re employment of Hogan Lovells as FDA counsel (.5);  Draft proposed order re same (.3) | 0.80 | $385.00 | 308.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B702**<br>Jun-08-18 | JAI | **Fee/Employment Applications Others**<br>Work on application to employ B. Holland as accountant for estate (.8); Prepare declaration of Bill Holland re same (.4); Prepare proposed order (.3) | 1.50 | $385.00 | 577.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Work on revisions to application to employ patent counsel Cassan Maclean per edits from Scott Maclean (.5); Revise/finalize application, declaration and exhibits for employment of Cassan Maclean as patent counsel (.4) | 0.90 | $385.00 | 346.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Receipt and review of original retainer contracts and project proposal materials from Hogan Lovells (.4); Work on revisions to HL employment application and declaration (.8); Emails to and from HL for declaration signatures (.2) | 1.40 | $385.00 | 539.00 |
| **B702**<br>Jun-13-18 | JAI | **Fee/Employment Applications Others**<br>Emails to and from R. Prebula (Hogan Lovells) re employment application (.2); Revise HL employment application and declaration (.2); Email R. Prebula re same (.1) | 0.50 | $385.00 | 192.50 |
| **B702**<br>Jun-14-18 | JAI | **Fee/Employment Applications Others**<br>Email exchange with R. Prebula re Hogan Lovells employment application (.3); Revise declaration and application again (.3), and email R. Prebula the latest revisions (.1) | 0.70 | $385.00 | 269.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Work on revisions to omnibus notice re Holland employment application, HL employment application, Cassan Maclean employment application, and motion to limit notice (.5); Prepare cover letter to accompany omnibus notice (.4) | 0.90 | $385.00 | 346.50 |
| **B702**<br>Jun-15-18 | JAI | **Fee/Employment Applications Others**<br>Receive signed documents from R. Prebula and revise/finalize application to employ HL | 0.40 | $385.00 | 154.00 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Conference with trustee re noticing issues (.2) and work on revisions to omnibus hearing notice for employment applications (.3); Work on revisions to notice cover page for mass mailing (.3) | 0.80 | $385.00 | 308.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B702**<br>Jul-05-18 | JAI | **Fee/Employment Applications Others**<br>Receive and respond to email from R. Prebula (FDA counsel) re employment application and retainer | 0.30 | $385.00 | 115.50 |
| **B702**<br>Jul-18-18 | JAI | **Fee/Employment Applications Others**<br>Prepare for hearing to employ B. Holland (CPA), hearing to employ Cassan Maclean (patent attorneys), and hearing to employ Hogan Lovells (FDA counsel) | 0.50 | $385.00 | 192.50 |
| **B702**<br>Jul-19-18 | JAI | **Fee/Employment Applications Others**<br>Contact M. Meyers with update re employment apps | 0.20 | $385.00 | 77.00 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Prepare order granting application to employ B. Holland (.3);  Revise order granting application to employ Cassan Maclean (.3);  Prepare order for employment of Hogan Lovells (.3) | 0.90 | $385.00 | 346.50 |
| **B702**<br>Jul-20-18 | JAI | **Fee/Employment Applications Others**<br>Receive and respond to various emails from R. Prebula and M. Meyers re employment of Hogan Lovells as special counsel for FDA approval process; Discuss issues with trustee | 0.70 | $385.00 | 269.50 |
| **B702**<br>Jul-23-18 | JAI | **Fee/Employment Applications Others**<br>Email Cassan Maclean re entry of employment order as special counsel; Email Hogan Lovells re same;  Email B. Holland re same | 0.50 | $385.00 | 192.50 |
| **B702**<br>Aug-08-18 | JAI | **Fee/Employment Applications Others**<br>Conference with trustee re representation of buyer's new entity by pre-petition counsel, Durham Jones Pinegar;  Draft response to M. Meyers re same | 0.50 | $385.00 | 192.50 |
| **B702**<br>Aug-20-18 | JAI | **Fee/Employment Applications Others**<br>Review employment documents and draft response to M. Meyers re Cassan Maclean employment/fees issue | 0.50 | $385.00 | 192.50 |
| **B702** | JAI | **Fee/Employment Applications Others**<br>Discussion with trustee and draft response to M. Meyers re Meyers' fee claim as lender's counsel | 0.40 | $385.00 | 154.00 |
| **B901**<br>May-15-18 | JAI | **Financing**<br>Review post-petition financing proposal from M. Meyers and related documents | 0.60 | $385.00 | 231.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B901**<br>May-16-18 | JAI | **Financing**<br>Receipt and review of revised term proposal for post-petition financing from M. Meyers (.2);  Discuss revised term proposal with trustee (.2) | 0.40 | $385.00 | 154.00 |
| **B901** | JAI | **Financing**<br>Work on emergency motion to approve post-petition financing offered by the Marshalls (section 364) | 2.10 | $385.00 | 808.50 |
| **B901**<br>May-17-18 | JAI | **Financing**<br>Receipt and review of draft loan documents and promissory note from M. Meyers (.5);  Preparation of memorandum to trustee with outline of initial concerns over proposed documents (.6) | 1.10 | $385.00 | 423.50 |
| **B901** | JAI | **Financing**<br>Draft proposed revisions to loan agreement and promissory note (.8);  Meeting with trustee to go over proposed revisions (.4) | 1.20 | $385.00 | 462.00 |
| **B901** | JAI | **Financing**<br>Revise loan documents (contract, note and security agreement) and draft memorandum to M. Meyers re same | 1.00 | $385.00 | 385.00 |
| **B901** | JAI | **Financing**<br>Receipt and review of draft security agreement from M. Meyers (.2);  Discuss concerns with trustee (.2);  Work on proposed edits and memorandum to M. Meyers re same (.8) | 1.20 | $385.00 | 462.00 |
| **B901**<br>May-18-18 | JAI | **Financing**<br>Receipt and review of latest revisions of Marshall promissory note and loan agreement from M. Meyers (.2);  Emails to and from M. Meyer and the trustee to discuss same (.3) | 0.50 | $385.00 | 192.50 |
| **B901** | JAI | **Financing**<br>Receipt and review of latest revision of loan documents from M. Meyers (.4);  Email trustee with comments (esp. new attorney fees and conversion terms)(.2) | 0.60 | $385.00 | 231.00 |
| **B901** | JAI | **Financing**<br>Work on revisions to emergency 364 motion for interim order to approve post-petition financing (1.8);  Legal research re basis for interim order pending final hearing, etc. (.7) | 2.40 | $385.00 | 924.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B901** | JAI | **Financing**<br>Draft order approving 364 motion for financing (.4);  Draft trustee's declaration supporting 364 motion (.5) | 0.90 | $385.00 | 346.50 |
| **B901** | JAI | **Financing**<br>Series of emails to and from M. Meyers re motion timing and continued exchange of requests for revisions to loan and purchase documents | 1.10 | $385.00 | 423.50 |
| **B901** | JAI | **Financing**<br>Prepare application, declaration and order shortening time re 364 emergency motion to approve post-petition financing | 0.70 | $385.00 | 269.50 |
| **B901** | JAI | **Financing**<br>Work on edits to proposed Loan Agreement and email M. Meyers re same | 0.70 | $385.00 | 269.50 |
| **B901** | JAI | **Financing**<br>Work on edits to proposed Purchase Agreement and email M. Meyers re same | 0.60 | $385.00 | 231.00 |
| **B901** | JAI | **Financing**<br>Receipt and review of emails from M. Meyers re Loan Agreement and purchase agreement language (.1);  Prepare detailed memorandum to trustee re latest lenders' proposed revisions of each document | 0.70 | $385.00 | 269.50 |
| **B901**<br>May-21-18 | JAI | **Financing**<br>Discuss latest Marshall loan document and term negotiations with the trustee (.3);  Conference call with trustee and M. Meyers to work on same (.5) | 0.80 | $385.00 | 308.00 |
| **B901** | JAI | **Financing**<br>Receipt and review of Marshalls' latest changes to loan agreement;  Discuss same with trustee | 0.50 | $385.00 | 192.50 |
| **B901** | JAI | **Financing**<br>Work on revisions to emergency 364 motion due to additional changes to loan terms | 1.30 | $385.00 | 500.50 |
| **B901** | JAI | **Financing**<br>Receipt and review of signed documents M. Meyers;  Meeting with trustee for review and execution of final versions of loan documents | 0.40 | $385.00 | 154.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B901** | JAI | **Financing**<br>Additional revisions to 364 emergency motion to approve post-petition financing, trustee's declaration, exhibits, and proposed order; | 0.50 | $385.00 | 192.50 |
| **B901** | JAI | **Financing**<br>Review final draft of loan documents and preparation of same for trustee's signature | 0.40 | $385.00 | 154.00 |
| **B901**<br>May-22-18 | JAI | **Financing**<br>Finalize and sign emergency 364 motion for post-petition financing, declaration and exhibits for filing | 0.30 | $385.00 | 115.50 |
| **B901**<br>May-29-18 | JAI | **Financing**<br>Meeting with trustee re use of advanced funds;  Email M. Meyers re wire transfer fee transfer vs. check | 0.30 | $385.00 | 115.50 |
| **B901** | JAI | **Financing**<br>Prepare for emergency hearing to approve post-petition financing on order shortening time | 0.50 | $385.00 | 192.50 |
| **B901**<br>May-30-18 | JAI | **Financing**<br>Emails to and from L. Olson re "better offer" (but still no details or proposal documents) | 0.40 | $385.00 | 154.00 |
| **B901** | JAI | **Financing**<br>Prepare draft interim order and exhibit authorizing post-petition financing (sec 364);  Discuss same with M. Meyers | 0.40 | $385.00 | 154.00 |
| **B901**<br>Jun-14-18 | JAI | **Financing**<br>Travel to (.5) and attend hearing for final approval of post-petition financing (.8);  Prepare order re same (.3);  Email M. Meyers re draft order per LR9021 (.1) | 1.70 | $385.00 | 654.50 |
| **B901**<br>Jun-25-18 | JAI | **Financing**<br>Receipt and review of various emails from trustee re loan advances and budget issues | 0.40 | $385.00 | 154.00 |
| **B901**<br>Aug-03-18 | JAI | **Financing**<br>Receipt and review of loan payoff quote and calculations from the Marshalls (.2);  Check payoff calculations and discuss same with trustee (.5) | 0.70 | $385.00 | 269.50 |

| | | | | | |
|---|---|---|---|---|---|
| **B901**<br>Aug-17-18 | JAI | **Financing**<br>Receipt and review of Marshall UPDATED payoff request and documents, and review trustee's accounting re same to confirm accuracy of both (.5);  Prepare response to M. Meyers inquiry re accounting issue and counsel fees for the Marshalls (.5); Prepare memorandum to trustee with evaluation and recommendation re same (.6) | 1.60 | $385.00 | 616.00 |
| **B901**<br>Aug-27-18 | JAI | **Financing**<br>Receipt and review of fee statements and billing proposal from M. Meyers per loan agreement (.5);  Memorandum to trustee re evaluation of M. Meyers billing records (.3) | 0.80 | $385.00 | 308.00 |
| **B901**<br>Aug-30-18 | JAI | **Financing**<br>Receipt and review of notes from trustee re M. Meyers fee materials; Prepare correspondence to M. Meyers with concerns re his proposed fee/cost claim | 0.50 | $385.00 | 192.50 |
| **B1101**<br>May-31-18 | JAI | **Meeting of Creditors**<br>Emails to and from trustee and debtor's counsel re 341 meeting and attendance at same | 0.50 | $385.00 | 192.50 |
| **B1101**<br>Jun-14-18 | JAI | **Meeting of Creditors**<br>Prepare for 341 Meeting and examination of debtor's principal | 1.40 | $385.00 | 539.00 |
| **B1101**<br>Jun-15-18 | JAI | **Meeting of Creditors**<br>Email exchange with trustee, debtor's counsel and M. Meyers re 341 meeting issues | 0.50 | $385.00 | 192.50 |
| **B1101** | JAI | **Meeting of Creditors**<br>Travel to (.5) and attend 341 meeting of creditors (1.2) | 1.70 | $385.00 | 654.50 |
| **B1204**<br>Jun-28-18 | JAI | **Involuntary Ch. 11 Case**<br>Work on motion to approve stipulation to dismiss involuntary chapter 11 case (1.2); Email M. Meyers re same (.1);  Receipt and review of draft stipulation for dismissal from K. Brown (.1) | 1.40 | $385.00 | 539.00 |

| | | | | | |
|---|---|---|---|---|---|
| **B1204**<br>Jul-02-18 | JAI | **Involuntary Ch. 11 Case**<br>Emails to and from Kathy Quon Bryant re dismissal of involuntary Ch.11 case pending in Reno;  Receipt and review of executed stipulation | 0.50 | $385.00 | 192.50 |
| **B1204**<br>Jul-03-18 | JAI | **Involuntary Ch. 11 Case**<br>Revise request for notice in Ch.11 involuntary case in Reno | 0.20 | $385.00 | 77.00 |
| **B1204**<br>Jul-12-18 | JAI | **Involuntary Ch. 11 Case**<br>Email K. Brown re revisions to motion for dismissal of involuntary Ch.11 case pending in Reno | 0.20 | $385.00 | 77.00 |
| **B1204**<br>Jul-17-18 | JAI | **Involuntary Ch. 11 Case**<br>Emails to and from M. Meyers re dismissal of Ch.11 case;  Review docket confirming same | 0.40 | $385.00 | 154.00 |

|  | **Totals** | 177.40 | | **$67,103.00** |
|---|---|---|---|---|

# EXHIBIT "2"

### *Schwartzer & McPherson Law Firm*
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Ph:(702) 228-7590          Fax:   (702) 892-0122

Lenard Schwartzer                                              September 14, 2018
2850 South Jones Blvd.
Suite 1
Las Vegas, NV 89146

                                                    File #:      30520-00152
**Attention:**                                      Inv  #:        INTERIM
                                                                   09/14/18

**RE:**     Medizone International, Inc.

## DISBURSEMENTS

| | |
|---|---:|
| Courier | 15.00 |
| Pacer | 21.00 |
| Photocopies | 762.00 |
| Postage | 9.01 |
| Westlaw | 339.62 |

**Total Disbursements**              **$1,146.63**

# EXHIBIT "3"

1

2

3

4

5

6

Jason A. Imes, Esq., NV Bar No. 7030

7

Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1

8

Las Vegas NV 89146-5308
Telephone:    (702) 228-7590

9

Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

10

*Attorneys for Lenard E. Schwartzer, Trustee*

11

## UNITED STATES BANKRUPTCY COURT

12

## DISTRICT OF NEVADA

13

14

In re:

MEDIZONE INTERNATIONAL, LLC,

15

16

Debtor.

17

18

19

20

Case No. BK-S-18-12662-LEB

Chapter 7

**[ PROPOSED ] ORDER GRANTING
FIRST INTERIM APPLICATION
FOR COMPENSATION FOR
SCHWARTZER & MCPHERSON
LAW FIRM AS ATTORNEYS FOR
CHAPTER 7 TRUSTEE**

Date:    October 16, 2018
Time:    2:30 p.m.

21

22

The Trustee's *First Interim Application for Compensation for Schwartzer & McPherson*

23

*Law Firm as Attorneys for Chapter 7 Trustee* (the "First Interim Application") [ECF No. _____]

24

having come before this Court on the 16th day of October, 2018;  Lenard E. Schwartzer, Chapter 7

25

Trustee (the "Trustee"), appearing by and through his counsel, Jason A. Imes., Esq., of the

26

Schwartzer & McPherson Law Firm;  the Court finding that notice has been given to all creditors

27

and parties in interest as required by law and that no parties appeared or filed written opposition;

28

having heard the arguments of counsel, the Court having made its findings of fact and conclusions

Page 1 of 3

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy

2    Procedure 9014(c) and 7052, finding the requested fees and costs are reasonable and appropriate,

3    and for good cause appearing,

4        **IT IS HEREBY ORDERED** that the First Interim Application is GRANTED; and

5        **IT IS FURTHER ORDERED** that the Schwartzer & McPherson Law Firm is allowed

6    interim compensation for professional fees as Trustee's counsel in this case pursuant to 11 U.S.C.

7    §330 rendered in the amount of $67,103.00, and reimbursement for costs expended in the amount

8    of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018 through

9    September 14, 2018 (the "First Interim Fee Period"), and this sum may be immediately paid as an

10   allowed administrative expense of this bankruptcy estate.

11   Submitted by:

12

13

14   _____

15   Jason A. Imes, Esq.
     SCHWARTZER & McPHERSON LAW FIRM

16   2850 South Jones Blvd., Suite 1
     Las Vegas NV 89146

17   *Attorneys for Lenard E. Schwartzer, Ch.7 Trustee*

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

_____
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

# # #

This interim Application (pursuant to 11 U.S.C. §331) seeks allowance and payment of compensation for Applicant's 177.40 hours of professional services rendered to the Chapter 7 Trustee during this case in the amount of $67,103.00, and reimbursement for costs expended in the amount of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018 through September 14, 2018 (the "First Interim Fee Period") as a Chapter 7 administrative priority expense.