Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Phone: (702) 228-7590 / Fax: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>MEDIZONE INTERNATIONAL, LLC,<br><br>Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**NOTICE OF HEARING REGARDING FIRST INTERIM APPLICATION FOR COMPENSATION FOR SCHWARTZER & MCPHERSON LAW FIRM AS ATTORNEYS FOR CHAPTER 7 TRUSTEE**<br><br>Date:  October 16, 2018<br>Time:  2:30 p.m. |
|---|---|

**NOTICE IS HEREBY GIVEN** that Schwartzer & McPherson Law Firm ("Applicant"), attorneys for Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee"), has applied to this Court for allowance of a Chapter 7 administrative priority claim for interim compensation pursuant to 11 U.S.C. §§328, 330, and 331, Fed.R.Bankr.P. 2002 and 2106, and the Guidelines of the United States Department of Justice, Office of the United States Trustee (the "Guidelines").

The first interim Application (pursuant to 11 U.S.C. §331) seeks allowance and payment of compensation for Applicant's 177.40 hours of professional services rendered to the Chapter 7 Trustee during this case in the amount of $67,103.00, and reimbursement for costs expended in the amount of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018 through September 14, 2018 (the "First Interim Fee Period") as a Chapter 7 administrative priority expense.

/ / /

/ / /

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

   If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

   A copy of the Application may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, telephone:  (702) 228-7590 or fax:  (702) 892-0122.

   NOTICE IS FURTHER GIVEN that the hearing on the Application may be continued without further notice.

   NOTICE IS FURTHER GIVEN that the hearing on the Application will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **October 16, 2018 at 2:30 p.m.**

   Dated: September 14, 2018

*/s/* Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Counsel for Trustee*