Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-18-12662-LEB |
|---|---|
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

1. I caused to be served the following document(s):

   a. First Interim Application For Compensation For Schwartzer & McPherson Law Firm As Attorneys For Chapter 7 Trustee ("Fee App") [ECF No. 88], and

   b. Notice Of Hearing Regarding First Interim Application For Compensation For Schwartzer & McPherson Law Firm As Attorneys For Chapter 7 Trustee ("NOH") [ECF No. 89].

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a. **By ECF System (Both Documents On 09/14/2018):**

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL

mmeyers@meyerslawgroup.com

MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL

mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

LENARD E. SCHWARTZER

1. trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net
2. U.S. TRUSTEE - LV - 7
3. USTPRegion17.LV.ECF@usdoj.gov
4. MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.
5. mzirzow@lzklegal.com,
6. carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

7. ■ b. **By United States First Class postage fully prepaid (NOH Only on 09/17/2018):**
8. SEE ATTACHED MATRIX
9. ☐ c. **By United States Certified Mail postage fully prepaid**:
10. ☐ d. **By Personal Service**
11. I personally delivered the document(s) to the persons at these addresses:
12. ☐ For a party represented by an attorney, delivery was made by handing the document(s)
13. to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in
14. charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
15. ☐ For a party, delivery was made by handing the document(s) to the party or by leaving
16. the document(s) at the person's dwelling house or usual place of abode with someone of suitable age
17. and discretion residing there.
18. ☐ e. **By direct email (as opposed to through the ECF System)**
19. Based upon the written agreement to accept service by email or a court order, I caused
20. the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within
21. a reasonable time after the transmission, any electronic message or other indication that the
22. transmission was unsuccessful.
23. ☐ f. **By fax transmission**
24. Based upon the written agreement of the parties to accept service by fax transmission
25. or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was
26. reported by the fax machine that I used. A copy of the record of the fax transmission is attached.
27. ☐ g. **By messenger**
28. I served the document(s) by placing them in an envelope or package addressed to the

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

Page 2 of 3

persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:       September 18, 2018

| Taylor Jorgensen | /s/ Taylor Jorgensen |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

Page 3 of 3

Arthur A Wills
PO Box 1061
Duxbury, MA 02331

American Stock Transfer
Attn: Managing Agent
P.O. Box 12893
Philadelphia, PA 19176-0893

Barry A. & Cynthia L. Fadden
83 Van Winkle St., #1
Dorchester, MA 02124

Betty Jane Cecil
5340 Manauwea St.
Honolulu, HI 96821

Betty Tanaka
21820 Delany Lane
Canoga Park, CA 91304

Billy Erwin
4026 W Whitewater Ave.
Werton, FL 33332

Boyd Evans
316 E. La Vera Lane
Sandy, UT 84070

Brian Couture
1829 NW 139th Terrace
Pembrone Pines, FL 33028

Bruce Oryson
168 Bragburn Way
Waynesville, NC 28785

Carla G. Brunner
17007 Metzler Lane
Jonesboro, AK 72401

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551401
Las Vegas, Nevada 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
P.O. Box 551220
Las Vegas, Nevada 89155

Cindy Shetler Varble
1644 Zaldia Dr.
Minden, NV 89423

Dana Guertin
2130 Carolyn Way
Bountiful, UT 84010

Daniel & Rosemary T. Durica
59 Samuel Woodworth Rd.
Norwell, MA 02061

Daniel Hoyt
5236 Fawn Hill Terrance
Indianapolis, IN 46226

Daniel M. Newman
11620 Weeping Willow Ct.
Zionsville, IN 46077

Darlene M. Laino-Kuren
81 Mary Ave.
Woodland Park, NJ 07424

David A. Esposito
6842 Shallowford Way
Portage, MI 49024

David E. Arthur
9 4th St.
Vandling, PA 18421

David A. Dodd
4464 Spring Island
Okatie, SC 29909

Deborah L. Perri
80 Brookwillow Ave.
West Long Branch, NJ 07764

Dept. of Empl., Training & Rehab
Employment Security Division
500 East Third Street
Carson City, Nevada 89713

Donald G Smith
418 Trimble Road
Joppa, MO 21085

Donna M. Teada
219 Messenger & Stewart
E. Bangor, PA 18013

Dorothy Jackson
165 N. Sappington Rd.
St. Louis, MO 63122

Dr. Jill C. Marshall
c/o Fennemore Craig, P.C.
Courtney Miller O'Mara, Esq.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Dr. Jill C. Marshall
c/o Merle C. Meyers, Esq.
Meyers Law Group, P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

Durham Jones & Pinegar
Attn: Kevin Pinegar
111 S. Main, Suite 2400
Salt Lake City, Ut 84111

Dwayne Montgomery
6127 Orchard Park Drive
Frisco, TX 75034

Dyke R Varble
1644 Zaldia Drive
Minden, NV 89423

Edwin G. Marshall
c/o Fennemore Craig, P.C.
Courtney Miller O'Mara, Esq.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 8910

Edwin G. Marshall
c/o Meyers Law Group, P.C.
Attn: Merle C. Meyers, Esq.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104

Elaine Parenteau
9332 N. Hampshire Dr.
Tucson, AZ 85742

EMA Partners, LLC
Attn: Managing Agent
535 16th Street, Suite 820
Denver, CO 80202-4243

Erica Varble
2785 Rowland Road
Reno, NV 89509

Federal Filings, Inc.
Attn: Managing Agent
807 Brazos, #403
Austin, TX 78701

Federal Insurance Company
Attn: Managing Agent
251 North Illinois
Capital Center, Suite 1100
Indianapolis, IN 46204-1927

Federal Insurance Company
Attn: Paul Joseph Krump, President
251 North Illinois
Capital Center, Suite 1100
Indianapolis, IN 46204-1927

Fennemore Craig, P.C.
Courtney Miller O'Mara, Esq.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

Frank G. Rakas
10 Minerva Drive
Yonkers, NY 10701

Fred Schneider
606 Willow Ct.
Glassboro, NJ 08028

G. Handel
6900 West Field Avenue
Pennsauken, NJ 081101

George James Kamoutsis
290 N. Woodhill Dr.
Amherst, OH 44001

Gerald Sunnun
200 E. 33rd Street
New York, NY 10016

Greg M. Conger
c/o Gilbert & Sackman, a Law Corporation
3699 Wilshire Blvd., Suite 1200
Los Angeles, CA 90010-2732

Guenter B. Moldzio
c/o Andria Moldzio, Trustee
Estate of Guenter B. Moldzio
2435 Countryside Dr.
Long Lake, MN 55356

Harriet Gertner
3350 McCue Rd., Apt. 1702
Houston, TX 77056-7128

Henry L. Kozloski
PO Box 370
East Otis, MA 01029

Hogan Lovells US LLP
Attn: Christopher R. Donoho, III
875 Third Avenue
New York, NY 10022

Hogan Lovells US LLP
Attn: Managing Agent
555 Thirteenth Street, NW
Washington, DC 20004-1109

Howard Feinsand
Feinsand Business Advisory
3131 Piedmont Road NE Suite 100
Atlanta, GA 30305

Innovasource, LLC
Attn: Managing Agent
11515 Vanstory Drive, Suite 110
Huntersville, NC 28078

Internal Revenue Service
Attn: Bankruptcy Dept/ Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

James Bellman
1836 Grand Isle Blvd.
Viera, FL 32940

James R Campbell
3 Mainstay Lane
Bourne, MA 02532

Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146

Jim Carroll
869 Geraldine St.
Livermore, CA 94550

Joel R. Savitch
1700 NW 70 Lane
Margate, FL 33063

John D. Pealer
c/o Yoreko Pealer
212 Beaver Drive
Mechanicsburg, PA 17055

| | | |
|---|---|---|
| John S. Washburn<br>6215 S. Surrey Lane<br>Carbondale, IL 62901 | Joseph Genebe<br>178 Echo Ave.<br>Edison, NJ 08837 | Joseph V. Martin<br>97 Laramie Lane<br>Brandon, MS 39042 |
| Josephine Della Vecchia<br>3 Linwood Ave.<br>Elmwood Park, NJ 07407 | Jude P. Dinges<br>10025 High Falls Pointe<br>Alpharetta, GA 30022 | Kathryne O'Connell<br>8 Onyx Lane<br>Portsmouth, NH 03801 |
| Kaylene Kotter<br>4202 S. Marquis Way<br>Salt Lake City, UT 84124 | Kenneth D. Holroyd<br>419 Bannockburn Ave.<br>Ambler, PA 19002-5806 | Kevin Anderson<br>(No Address Provided by Debtor) |
| L2 Capital, LLC<br>c/o Adam Long, Member<br>2008 W. 81st St<br>Leawood, KS 66206 | L2 Capital, LLC<br>c/o Edward Liceaga, Member<br>501 N. Clinton St., Unit 603<br>Chicago, IL 60654 | L2 Capital<br>Attn: Managing Agent<br>8900 State Line Rd., Ste. 410<br>Leawood, KS 66206 |
| L2 Capital, LLC<br>c/o Smallbiz Agents, LLC<br>Resident Agent<br>4021 SW 10th<br>Topeka, KS 66604 | Lenard E. Schwartzer, Trustee<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146 | Linda Patow<br>10251 Kings St.<br>Los Alamitos, CA 90720 |
| Maribeth Kambitsch<br>2813 Comanche Dr.<br>Kettering, OH 45420 | Manuel Perea<br>PO Box 733<br>Sunset Beach, CA 90742 | Marilyn Linton<br>PO Box 744<br>Sequim, WA 98382 |
| Marilyn Linton<br>13723 Hughes Lane<br>Dallas, TX 75240 | Matthew Zirzow, Esq.<br>Larson, Zirzow & Kaplan, LLC<br>850 E. Bonneville Avenue<br>Las Vegas, Nevada 89101 | Medizone International, Inc.<br>350 E. Michigan Avenue, Suite 500<br>Kalamazoo, MI 49007 |
| Meyers Law Group, P.C.<br>Merle C. Meyers, Esq.<br>44 Montgomery Street, Suite 1010<br>San Francisco, CA 94014 | Mr. & Mrs. Richard Lane Johnson<br>64 Yale Ave.<br>Plymouth, MA 02360 | Morgan & Ruth O'Shea<br>105 Nightingale Ave.<br>Quincy, MA 02169 |
| Nancy E. Miller<br>302 Cottonwood Way N.<br>Monmouth, OR 97361 | Nancy E. Miller<br>302 Cottonwood Way N.<br>Monmouth, OR 97361 | Nancy A. Penza<br>447 Washington St.<br>Norwell, MA 02061 |
| National Union Fire Insurance Company<br>Attn: Alexander Ross Baugh, President<br>175 Water Street<br>18th Floor<br>New York, NY 10038 | National Union Fire Insurance Company<br>Attn: Managing Agent<br>175 Water Street<br>18th Floor<br>New York, NY 10038 | Nevada Dept. of Taxation<br>Bankruptcy Section<br>444 E. Washington Avenue #1300<br>Las Vegas, Nevada 89101 |

Noetic Specialty Insurance Company
Attn: Howard Harley Friedman, V.P.
14280 Park Meadow Drive
Suite 300
Chantilly, VA 20151-2219

Noetic Specialty Insurance Company
Attn: Managing Agent
14280 Park Meadow Drive
Suite 300
Chantilly, VA 20151-2219

Parfco, LLC
Attn: Managing Agent
350 E. Michigan Avenue, Suite 500
Kalamazoo, MI 49007

Parfco, LLC
350 E. Michigan Ave., Ste. 500
Kalamazoo, MI 49007

Patsy Wong
1255 Nuuanu Ave. #2414
Honolulu, HI 96817

Peter & Sheila DiPiazza
15618 Seafoam Circle
Port Charlotte, FL 33981

Peter M & Annette J Mullarkey
27 Sampo Place
Quincy, MA 02169

Peter A. Schoener
6 Briley Place
Nashua, NH 03063

Philip A. Theodore
25 Wentworth Street
Charleston, SC 29401

PR Newswire
Attn: Managing Agent
G.P.O. Box 5897
New York, NY 10087-5897

PR Newswire, LLC
350 Hudson St., Suite 300
New York, NY 10014

Premium Assignment Corp.
Attn: Managing Agent
151 Kalmus Drive, Suite C220
Costa Mesa, CA 92626

Robert A. Kelley
1860 Leonard St. NW
Grand Rapids, MI 49504-3970

Robert McGuire
205 Spruce St.
Denver, PA 17517

Ronald R. Coomber
6 Kamark Drive
Medfield, MA 02052

Ruby Boecker
4385 Johanna Ave.
Lakewood Ave., 90713-3303

Ruby Receptionists
Attn: Managing Agent
805 SW Broadway, #900
Portland, OR 97205

S. Handel
6900 Westfield Avenue
Pennsauken, NJ 08110

SBI Investments LLC, 2014-1
Attn: Managing Agent
369 Lexington Avenue, 2nd Floor
New York, NY 10017

SBI Investments LLC, 2014-1
c/o Agents and Corporations, Inc.
as Resident Agent
1201 Orange Street, Suite 600
Wilmington, DE 19801

Sea Otter Global Ventures
c/o Agents and Corporations, Inc.
as Resident Agent
1201 Orange Street, Suite 600
Wilmington, DE 19801

Sherry M. Adler
24 Coakley Avenue
Harrison, NY 10528

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33021
Baltimore, MD 21290-3021

Stephanie Freeman Gardner
664 East 6th St.
Mesa, AZ 85203

Stephanie L. Sorensen
3104 W. Cisco Ridge Road
Taylorsville, UT 84129

Stephen F. Meyer
15 Sugal Mill Drive
Okatie SC 29909

Steve Hanni
303 N. Homestead Lane
Fruit Heights, UT 84037

Supreme Court Of New York
Westchester County
Re: Case No. 879800
148 Martine Ave.
White Plains, NY 10601

Tanner LLC
36 S. State St., Ste. 600
Salt Lake City, UT 84111

Tevon Mertz
604 Wilcox
Rochester, MI 48307

The Sunset Trust
c/o Russell L. Leonard
188 Grand View Lane
Sewanee, TN 37375

Thelma Jo Bennet
680 Madison #8401
Hindsville, AK 72738

Thomas Auger
4685 Wander Lane
Holaday, UT

Thomas Beaumont
2316 Fox Glenn Circle
Bedford, TX 76021

Thomas Booth Harris
5350 Woodbury St.
Ventura, CA 93003

Timothy R. Ryan
4310 L. Honoapiilani Rd. #161
Lahaina, HI 96761

Toxcel, LLC
Attn: Managing Agent
7140 Heritage Village Plaza
Gainesville, VA 20155-3061

United States Trustee
300 Las Vegas Boulevard South #4300
Las Vegas, Nevada 89101

USHIO America
Attn: Managing Agent
5440 Cerritos Avenue
Cypress, CA 90630

Valery Varble
PO Box 2087
El Prado, NM 87529

Vincent Caponi
8166 Darnley Court
Indianapolis, IN 46260

Joasia Carson
PO Box 2147
Mill Valley, CA 94942

9229205 Canada Inc.
Attn:  Managing Agent
130 Alber Street, Suite 210
Ottawa, ON  K1P 564
Canada

Cassan Maclean
336 MacLaen Street
Ottawa, Ontario K2P OM6
Canada

Cassan MacLean
c/o Cassan Maclean IP Agency Inc.
336 Maclean St.
Ottawa, ON
Canada K2P 0M6

David Anthony Gaughan
212 Beach Haven Road
Beach Haven, Auckland
New Zealand 0626

Dr. Michael E. Shannon
RR 4 Picton
ON KOK 2TO
Canada

Dr. Ronald K. St. John
1320 Potter Drive
Manotick, Ontario K4M 1C6
Canada

GYD S.A.
Attn: Managing Member
Los Cactus 1558
Lo Barnechea, Santiato
Chile

Hans Peter Peters
Vivtoriaweg 16
61350 Bad Homburg
Germany

L2 Capital, LLC
411 Dorado Beach East
Dorado, PR 00646

Medizone Canada, Inc.
945 Princess St., Ste. 213
Kingston, ON K7L 0E9
Canada

Mr. L & Mrs. C Cooke
2 Grendon Road
Titirangi, Auckland
New Zealand 0604

Plesner Law Firm
Amerika Plads 37
DK-2100 Copenhagen
Denmark

Vincent Family Trust
PO Box 31157
Milford, Auckland
New Zealand

William Leslie Stoddard
2/6/105 Apollo Drive
Rosedale, Auckland
New Zealand 0632

Zoutman Medical Consulting
Attn:  Managing Agent
18 Seaforth Road
Kingston ON K7M 1E2
Canada