MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>            Debtor. | Case No. 18-12662-leb<br><br>Chapter 7<br><br>Date:     October 23, 2018<br>Time:     9:30 a.m.<br>Place:    U.S. Bankruptcy Court<br>              300 Las Vegas Blvd. So.<br>              Ctrm. 3<br>              Las Vegas, NV<br>Judge:   Hon. Laurel E. Babero |

**DECLARATION OF COURTNEY MILLER O'MARA
IN SUPPORT OF PETITIONERS' MOTION FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT**

I, COURTNEY MILLER O'MARA, declare:

1. I am a duly-admitted attorney licensed to practice law in the state and federal courts in the State of Nevada, and am a director of the law firm Fennemore Craig, P.C. ("FC"), local counsel for creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (the "Marshalls").  In such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. I make this declaration in support of *Petitioners' Motion for Allowance of*

-1-
DECLARATION OF COURTNEY MILLER O'MARA IN SUPPORT OF PETITIONERS' MOTION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT
31529.DOC 20140

*Administrative Expense Claim for Reimbursement* (the "Motion"),[1] filed in the chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor").

3. In order to commence and prosecute the Chapter 11 Case, the Marshalls retained FC as its local bankruptcy counsel, and incurred and paid actual and necessary fees and expenses billed by FC for time incurred through August 31, 2018 in the total amount of $2,560.20. Of the $2,560.20 total amount billed to, and paid by, the Marshalls, $1,363.00 relate to the Chapter 11 Case, and are reflected in FC's Invoice Numbers 990161, 991577,[2] and 996091[3] (collectively, the "Invoices"). Attached hereto as **Exhibit "A"** are true and correct copies of the Invoices.

4. FC maintains daily time logs detailing time spent by each attorney and paraprofessional who rendered professional services to or on behalf of the Marshalls during the period covered by the Motion. These daily time logs are maintained in the ordinary course of FC's practice. The Invoices attached hereto as Exhibit "A" contain summaries and daily logs of the actual and necessary expenses paid by FC during the period covered by the Motion.

5. The fees requested in the Motion are based upon the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

6. The legal services provided by FC in connection with the Chapter 11 Case included the following: Communicating with co-counsel regarding the Chapter 11 Petition and association of counsel; reviewing the Debtor's filings in connection with the Chapter 11 Petition; and communicating and coordinating with co-counsel regarding the stipulated dismissal of the Chapter 11 Petition.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 17, 2018 at Reno, Nevada.

    /s/ Courtney Miller O'Mara
COURTNEY MILLER O'MARA

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] For Invoice Number 991577, $665.00 in FC's fees relate to the Chapter 11 Case.
[3] For Invoice Number 996091, $70.00 in FC's fees relate to the Chapter 11 Case.

-2-
DECLARATION OF COURTNEY MILLER O'MARA IN SUPPORT OF PETITIONERS' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT
31529.DOC 20140

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104