# EXHIBIT "A"

**INVOICE**

# FENNEMORE CRAIG, P.C.

Attn: Accounting Department
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
(602) 916-5000

Federal ID No. 86-0293128

EDWIN & JILL MARSHALL
MEYERS LAW GROUP
MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANSCISCO, CA 94104
UNITED STATES
medoz3int@yahoo.com; mmeyers@meyerslawgroup.com

FILE NO: 047704.0001 - CMOM
DATE: 05/24/18
INVOICE: 990161

**DUE UPON RECEIPT**

RE: Involuntary Bankruptcy - Medizone

For Professional Services Rendered and Charges and Costs Advanced

| | | |
|---|---|---|
| Fees | | $628.00 |
| Total Current Invoice | | $628.00 |
| Less Trust Applied | | -$628.00 |
| Total Invoice | | $0.00 |
| Trust Balance | $1,872.00 | |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 04/16/18 | Courtney Miller O'Mara - Phone call from Kathy with Meyer law group re: upcoming filing. Brief instructions to M. Byrd re: same. | 0.10 | 35.00 |
| 04/17/18 | Courtney Miller O'Mara - Review emails re: coming Medizone involuntary petition. | 0.30 | 105.00 |
| 04/18/18 | Meg Byrd - (Assistant Paralegal) Prepare Notice of Association of Counsel; meeting with attorney re: review and revision of same. Update draft with attorney revisions. | 0.40 | 68.00 |
| 04/18/18 | Courtney Miller O'Mara - Emails with team re: filed case. Review and revise draft notice of association. Email from S. Cho re: desire for committee work on this case. | 0.40 | 140.00 |
| 04/19/18 | Courtney Miller O'Mara - Brief review of PHV application filed. Email to K. Bryant re: consent of local counsel document. | 0.20 | 70.00 |
| 04/20/18 | Courtney Miller O'Mara - Review amended petition. | 0.20 | 70.00 |
| 04/25/18 | Courtney Miller O'Mara - Review message from M. Meyers. | 0.10 | 35.00 |
| 04/30/18 | Courtney Miller O'Mara - Review emails between Zirzow and Meyer re: DIP loan issues. Call with K. Quon-Bryant re: notices of entry, forms for involuntary. Email with Kathy re: status call. | 0.30 | 105.00 |
| | **Total Hours and Fees** | **2.00** | **$628.00** |

**TIME SUMMARY**

| SERVICES PERFORMED BY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Meg Byrd | 0.40 | 170.00 | 68.00 |
| Courtney Miller O'Mara | 1.60 | 350.00 | 560.00 |
| **Summary of Hours and Fees** | **2.00** | | **$628.00** |

Involuntary Bankruptcy - Medizone
05/24/18
Page: 3

Client: 047704
Matter: 047704.0001
Invoice: 990161

| | |
|---|---|
| Total Current Invoice | $628.00 |
| Less Trust Applied | -$628.00 |
| Total Invoice | $0.00 |
| **Total Balance Due** | **$0.00** |

Trust Balance $1,872.00

FENNEMORE CRAIG, P.C.
Attorneys
Denver | Las Vegas | Nogales | Phoenix | Reno | Tucson
www.fennemorecraig.com

**INVOICE**

# FENNEMORE CRAIG, P.C.

Attn: Accounting Department
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
(602) 916-5000

Federal ID No. 86-0293128

EDWIN & JILL MARSHALL
MEYERS LAW GROUP
MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANSCISCO, CA 94104
UNITED STATES
medoz3int@yahoo.com; mmeyers@meyerslawgroup.com
RE: Involuntary Bankruptcy - Medizone

FILE NO: 047704.0001 - CMOM
DATE: 05/24/18
INVOICE: 990161

**DUE UPON RECEIPT**

**Remittance Page**

| | | |
|---|---|---|
| Fees | | $628.00 |
| Total Current Invoice | | $628.00 |
| Less Trust Applied | | -$628.00 |
| Total Invoice | | $0.00 |
| Trust Balance | $1,872.00 | |

If you are not receiving this invoice by email and would like to in the future, please contact **billing@fclaw.com**.

*The following information is needed to process a wire payment:*

| | |
|---|---|
| Receiving Bank: | Wells Fargo Bank N.A.<br>420 Montgomery<br>San Francisco, CA 94104<br>ABA Bank Number 121000248 |
| Beneficiary Information: | General Acct #79645-01-004<br>Fennemore Craig, PC |

**INVOICE**

# FENNEMORE CRAIG, P.C.

Attn: Accounting Department
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
(602) 916-5000

Federal ID No. 86-0293128

EDWIN & JILL MARSHALL
MEYERS LAW GROUP
MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANSCISCO, CA 94104
UNITED STATES
medoz3int@yahoo.com; mmeyers@meyerslawgroup.com

FILE NO: 047704.0001 - CMOM
DATE: 06/18/18
INVOICE: 991577

**DUE UPON RECEIPT**

RE: Involuntary Bankruptcy - Medizone

For Professional Services Rendered and Charges and Costs Advanced

| | | |
|---|---|---|
| Fees | | $1,687.00 |
| Total Current Invoice | | $1,687.00 |
| Less Trust Applied | | -$1,687.00 |
| Total Invoice | | $0.00 |
| Trust Balance | $185.00 | |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 05/01/18 | Courtney Miller O'Mara - Call with Merle and Kathy re: status update, possible next moves. Call with T. Fell re: involuntary issues. | 0.40 | 140.00 |
| 05/03/18 | Courtney Miller O'Mara - Email to co-counsel re: docketing deadlines, the possibility of competing chapter 7 petition. | 0.30 | 105.00 |
| 05/08/18 | Courtney Miller O'Mara - Review electronic notice re: motion for intra-district transfer filed. Review motion. Email memo to Merle re: motion, hearing date, next steps. Call w/ Merle Meyers re: strategy. Call to GWZ's calendar clerk re; available dates for hearing. Review rule re: deadline for response to involuntary petition. Review additional emails from Merle re: possible strategies in response to Chapter 7. Review judicial assignment for Chapter 7. | 1.00 | 350.00 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 05/23/18 | Courtney Miller O'Mara - Review papers filed in the Chapter 7 case, including ECF Doc. Nos. 24, 26). Emails re: proposed dismissal of involuntary case. | 0.20 | 70.00 |
| | **Total Hours and Fees** | **4.10** | **$1,687.00** |

**TIME SUMMARY**

| SERVICES PERFORMED BY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Tom Fell | 0.90 | 630.00 | 567.00 |
| Courtney Miller O'Mara | 3.20 | 350.00 | 1,120.00 |
| **Summary of Hours and Fees** | **4.10** | | **$1,687.00** |

| | |
|---|---|
| Total Current Invoice | $1,687.00 |
| Less Trust Applied | -$1,687.00 |
| Total Invoice | $0.00 |
| **Total Balance Due** | **$0.00** |

Trust Balance $185.00

**INVOICE**

# FENNEMORE CRAIG, P.C.

Attn: Accounting Department
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
(602) 916-5000

Federal ID No. 86-0293128

EDWIN & JILL MARSHALL
MEYERS LAW GROUP
MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANSCISCO, CA 94104
UNITED STATES
medoz3int@yahoo.com; mmeyers@meyerslawgroup.com

FILE NO: 047704.0001 - CMOM
DATE: 06/18/18
INVOICE: 991577

**DUE UPON RECEIPT**

RE: Involuntary Bankruptcy - Medizone

**Remittance Page**

| | | |
|---|---|---|
| Fees | | $1,687.00 |
| Total Current Invoice | | $1,687.00 |
| Less Trust Applied | | -$1,687.00 |
| Total Invoice | | $0.00 |
| Trust Balance | $185.00 | |

If you are not receiving this invoice by email and would like to in the future, please contact **billing@fclaw.com.**

*The following information is needed to process a wire payment:*

| | |
|---|---|
| Receiving Bank: | Wells Fargo Bank N.A.<br>420 Montgomery<br>San Francisco, CA 94104<br>ABA Bank Number 121000248 |
| Beneficiary Information: | General Acct #79645-01-004<br>Fennemore Craig, PC |

**INVOICE**

# FENNEMORE CRAIG, P.C.

Attn: Accounting Department
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
(602) 916-5000

Federal ID No. 86-0293128

EDWIN & JILL MARSHALL
MEYERS LAW GROUP
MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANSCISCO, CA 94104
UNITED STATES
medoz3int@yahoo.com; mmeyers@meyerslawgroup.com

FILE NO: 047704.0001 - CMOM
DATE: 08/16/18
INVOICE: 996091

**DUE UPON RECEIPT**

RE: Involuntary Bankruptcy - Medizone

For Professional Services Rendered and Charges and Costs Advanced

| | |
|---|---|
| Fees | $105.00 |
| Total Current Invoice | $105.00 |
| Less Trust Applied | -$44.80 |
| Total Invoice | $60.20 |

| DATE | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|
| 07/11/18 | Courtney Miller O'Mara - Emails re: stipulation. | 0.10 | 35.00 |
| 07/16/18 | Courtney Miller O'Mara - Review order dismissing involuntary case. Email to Merle and Kathy re: same. | 0.10 | 35.00 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| | **Total Hours and Fees** | **0.30** | **$105.00** |

**TIME SUMMARY**

| SERVICES PERFORMED BY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Courtney Miller O'Mara | 0.30 | 350.00 | 105.00 |
| **Summary of Hours and Fees** | **0.30** | | **$105.00** |

| | |
|---|---|
| Total Current Invoice | $105.00 |
| Less Trust Applied | -$44.80 |
| Total Invoice | $60.20 |
| **Total Balance Due** | **$60.20** |

**INVOICE**

# FENNEMORE CRAIG, P.C.

Attn: Accounting Department
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
(602) 916-5000

Federal ID No. 86-0293128

EDWIN & JILL MARSHALL
MEYERS LAW GROUP
MERLE MEYERS, ESQ.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANSCISCO, CA 94104
UNITED STATES
medoz3int@yahoo.com; mmeyers@meyerslawgroup.com
RE: Involuntary Bankruptcy - Medizone

FILE NO: 047704.0001 - CMOM
DATE: 08/16/18
INVOICE: 996091

**DUE UPON RECEIPT**

**Remittance Page**

| | |
|---|---|
| Fees | $105.00 |
| Total Current Invoice | $105.00 |
| Less Trust Applied | -$44.80 |
| Total Invoice | $60.20 |

If you are not receiving this invoice by email and would like to in the future, please contact **billing@fclaw.com**.

*The following information is needed to process a wire payment:*

Receiving Bank: Wells Fargo Bank N.A.
420 Montgomery
San Francisco, CA 94104
ABA Bank Number 121000248

Beneficiary Information: General Acct #79645-01-004
Fennemore Craig, PC