# EXHIBIT "A"

# Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|

*[redacted block]*

**Task Code: A11000**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/3/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review 10K and S-1, review correspondence. | P<br>A11000 | 1.3000 | 650.0000 | 845.0000 |
| 4/4/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Ms. Carter, review correspondence from Mr. Marshall; review updated S-1. | P<br>A11000 | 1.4000 | 650.0000 | 910.0000 |
| 4/4/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Meeting with Ms. Carter (.9); prepare correspondence to same (N/C). | P<br>A11000 | 0.9000 | 650.0000 | 585.0000 |
| 4/9/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence regarding Medizone. | P<br>A11000 | 0.7000 | 650.0000 | 455.0000 |
| 4/10/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Meeting with clients, Ms. Carter, Mr. Carter and Ms. Bryant. | P<br>A11000 | 1.5000 | 650.0000 | 975.0000 |
| 4/10/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Nevada counsel (N/C). | P<br>A11000 | 0.4000 | 0.0000 | 0.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare memorandum correspondence to clients. | P<br>A11000 | 1.3000 | 650.0000 | 845.0000 |
| 4/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with client. | P<br>A11000 | 0.5000 | 650.0000 | 325.0000 |
| 4/12/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients and with Mr. Claus; telephone conference with Mr. Claus and Ms. Bryant, review and revise draft petition. | P<br>A11000 | 1.8000 | 650.0000 | 1,170.0000 |
| 4/13/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Marshall, exchange correspondence with same, regarding petition (.7); telephone conference with Mr. Worona regarding same (.3); prepare correspondence to Messrs. Worona and Claus regarding same (.6). | P<br>A11000 | 1.6000 | 650.0000 | 1,040.0000 |
| 4/13/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Ms. O'Mara, telephone conference with same, regarding local counsel retention, exchange correspondence with Mr. Marshall regarding same (N/C). | P<br>A11000 | 0.5000 | 0.0000 | 0.0000 |
| 4/13/2018 | MT | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Update involuntary petition to include additional creditor. | P<br>A11000 | 0.6000 | 450.0000 | 270.0000 |
| 4/14/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients regarding petition and communications with company. | P<br>A11000 | 0.6000 | 650.0000 | 390.0000 |
| 4/16/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Marshall, exchange correspondence with same. | P<br>A11000 | 0.6000 | 650.0000 | 390.0000 |
| 4/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review petition, prepare correspondence to debtor's management regarding same, telephone conference with Mr. Marshall regarding same (1.10). | P<br>A11000 | 1.1000 | 650.0000 | 715.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140  Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/19/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Esposito (.4); telephone conference with Mr. Marshall regarding same (.3). | P<br>A11000 | 0.7000 | 650.0000 | 455.0000 |
| 4/20/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review and exchange correspondence with clients (.4); telephone conference with Messrs. Esposito and Dodd and Ms. Bryant (.3); telephone conference with Marshalls and Ms. Bryant regarding same (.3). | P<br>A11000 | 1.0000 | 650.0000 | 650.0000 |
| 4/20/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare correspondence to Messrs. Esposito and Dodd. | P<br>A11000 | 0.4000 | 650.0000 | 260.0000 |
| 4/20/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Long, LC Capital, exchange correspondence with same and with clients. | P<br>A11000 | 0.8000 | 650.0000 | 520.0000 |
| 4/20/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence and projections from Mr. Esposito, prepare correspondence to clients regarding same. | P<br>A11000 | 0.5000 | 650.0000 | 325.0000 |
| 4/22/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review company projections, prepare correspondence to clients regarding same. | P<br>A11000 | 1.1000 | 650.0000 | 715.0000 |
| 4/23/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients and Mr. Esposito regarding budget projections (.7); telephone conference with Mr. Marshall regarding same (.5); exchange correspondence with clients (.4). | P<br>A11000 | 1.6000 | 650.0000 | 1,040.0000 |
| 4/26/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Messrs. Esposito and Dodd, exchange correspondence with clients regarding same. | P<br>A11000 | 0.5000 | 650.0000 | 325.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/27/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients and Medizone counsel regarding DIP loan (1.3); telephone conference with Mr. Marshall regarding same (.6). | P<br>A11000 | 1.9000 | 650.0000 | 1,235.0000 |
| 4/27/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with debtor's counsel. | P<br>A11000 | 0.6000 | 650.0000 | 390.0000 |
| 4/10/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Initial meeting with Mr. and Dr. Marshall, Mr. Carter, Ms. Carter, and Mr. Meyers regarding status with Medizone (N/C). | P<br>A11000 | 1.5000 | 0.0000 | 0.0000 |
| 3/30/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email from Mr. Meyers regarding potential new matter; review Medizone SEC filings and other documents; email to Mr. Meyers regarding same (N/C). | P<br>A11000 | 0.7000 | 0.0000 | 0.0000 |
| 3/30/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare client engagement agreement; email to Mr. Meyers regarding same; email to Ms. Carter regarding same (N/C). | P<br>A11000 | 0.3000 | 0.0000 | 0.0000 |
| 4/12/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare involuntary ch. 11 petition for Medizone; email to Mr. Meyers regarding same (0.30). | P<br>A11000 | 0.3000 | 500.0000 | 150.0000 |
| 4/12/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call to Mr. Claus with Mr. Meyers regarding involuntary petition (N/C). | P<br>A11000 | 0.2000 | 0.0000 | 0.0000 |
| 4/12/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to Mr. Claus regarding involuntary petition (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 4/16/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call to Ms. Miller O'Mara regarding status of filing (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |

Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/17/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to Ms. Miller O'Mara regarding status of involuntary filing (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 4/18/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Efile involuntary ch. 11 petition for Medizone (N/C). | P<br>A11000 | 0.2000 | 0.0000 | 0.0000 |
| 4/17/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to Mr. Meyers regarding efiled involuntary petition; email to Ms. Miller O'Mara regarding same (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 4/17/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare pro hac vice petition for Mr. Meyers' appearance in ch. 11 case (0.40). | P<br>A11000 | 0.4000 | 500.0000 | 200.0000 |
| 4/18/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare designation of local counsel; email to Mr. Meyers regarding same and pro hac petition (N/C). | P<br>A11000 | 0.2000 | 0.0000 | 0.0000 |
| 4/19/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email from/to Mr. Meyers regarding error notice for involuntary petition; review same (N/C). | P<br>A11000 | 0.1000 | 0.0000 | 0.0000 |
| 4/19/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to/from Ms. O'Mara regarding authorization to file notice of designation of local counsel (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 4/19/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Efile designation of local counsel (0.10 (n/c). | P<br>A11000 | 0.1000 | 0.0000 | 0.0000 |
| 4/19/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare amended ch. 11 petition; email to Mr. Meyers regarding same (N/C). | P<br>A11000 | 0.2000 | 0.0000 | 0.0000 |
| 4/20/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call with Mr. Meyers to Messrs. Dodd and Esposito regarding involuntary filing and request for budget (0.30). | P<br>A11000 | 0.3000 | 500.0000 | 150.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 4/20/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call with Mr. Meyers to Mr. Marshall regarding call with debtor's management (0.30) (n/c). | P<br>A11000 | 0.3000 | 0.0000 | 0.0000 |
| 4/25/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call to Ms. O'Mara regarding notice of entry of order on pro hac petition (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 4/30/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call from/email to Ms. O'Mara regarding notice of entry of order on pro hac petition and conference call regarding status (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 5/3/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare correspondence to debtor's counsel, exchange correspondence with clients regarding same. | P<br>A11000 | 1.4000 | 650.0000 | 910.0000 |
| 5/4/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients, telephone conference with same, regarding case status, DIP loan and debtor BOD. | P<br>A11000 | 1.4000 | 650.0000 | 910.0000 |
| 5/6/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients regarding DIP loan. | P<br>A11000 | 0.3000 | 650.0000 | 195.0000 |
| 5/7/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conferences with clients regarding possible chapter 7 filing, DIP loan (.3, .4). | P<br>A11000 | 0.7000 | 650.0000 | 455.0000 |
| 5/10/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review debtor's answer to involuntary petition. | P<br>A11000 | 0.5000 | 650.0000 | 325.0000 |
| 5/23/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review and revise draft stipulation for dismissal of involuntary petition, per loan agreement, prepare correspondence to Mr. Imes regarding same (.7); exchange correspondence with Mr. Imes and with | P<br>A11000 | 1.4000 | 650.0000 | 910.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/23/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email from Mr. Meyers regarding stipulation for dismissal of involuntary ch. 11 case and related procedure; research same and respond to Mr. Meyers (0.30). | P<br>A11000 | 0.3000 | 500.0000 | 150.0000 |
| 5/23/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Draft stipulation for dismissal of involuntary ch. 11 case (0.30). | P<br>A11000 | 0.3000 | 500.0000 | 150.0000 |
| 5/24/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with petitioners regarding status of petition. | P<br>A11000 | 0.4000 | 650.0000 | 260.0000 |
| 6/28/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review email exchange between Mr. Meyers and Mr. Imes regarding stipulation to dismiss involuntary ch. 11 case; email to Mr. Worona, Mr. Holger, and Mr. Imes regarding execution of stipulation for dismissal (.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 6/29/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review signed sitpulations received from Messrs. Imes, Claus, and Worona and respond to same; email from/to Mr. Marshall regarding stipulation (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 6/29/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Finalize dismissal stipulation and efile same (0.10) (n/c). | P<br>A11000 | 0.1000 | 0.0000 | 0.0000 |
| 7/2/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to/from Mr. Imes regarding procedure for dismissal of involuntary ch. 11 case (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 7/5/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email from Mr. Imes regarding draft motion to dismiss involuntary ch. 11 case; review draft motion and email to Mr. Meyers regarding same; respond | P<br>A11000 | 0.2000 | 500.0000 | 100.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | to Mr. Imes regarding revision to the draft motion to conform with stipulation for dismissal (0.20). | | | | |
| 7/10/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email from Ms. O'Mara regarding submission of dismissal order for involuntary ch. 11 case; draft proposed order; email to Mr. Meyers regarding same (0.20). | P<br>A11000 | 0.2000 | 500.0000 | 100.0000 |
| 7/11/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to Ms. O'Mara regarding submission of dismissal order for involuntary ch. 11 case (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 7/12/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to Ms. O'Mara regarding status of submission of dismissal order (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 8/8/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Legal research for motion for administrative expense reimbursement claim for involuntary ch. 11 fees and costs (1.40). | P<br>A11000 | 1.4000 | 500.0000 | 700.0000 |
| 8/9/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Legal research for motion for reimbursement of involuntary ch. 11 fees and costs (2.30). | P<br>A11000 | 2.3000 | 500.0000 | 1,150.0000 |
| 8/10/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Draft motion for reimbursement of ch. 11 expenses (2.80). | P<br>A11000 | 2.8000 | 500.0000 | 1,400.0000 |
| 8/13/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Draft motion for reimbursement of ch. 11 expenses (3.30). | P<br>A11000 | 3.3000 | 500.0000 | 1,650.0000 |
| 9/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare and revise motion for allowance of Section 503(b)(3) and (4) administrative claim. | P<br>A11000 | 3.3000 | 650.0000 | 2,145.0000 |
| 9/12/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email to Ms. O'Mara regarding motion for adminisrative expenses reimbursement claim for | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | involuntary ch. 11 case; email to/from Ms. Byrd regarding same (0.10). | | | | |
| 9/13/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Email from/to Ms. O'Mara regarding motion for administrative expense claim for reimbursement of involuntary ch. 11 expenses (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 9/13/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Draft declarations of Mr. Meyers, Ms. O'Mara, and Mr. Marshall in support of motion for administrative expense claim for reimbursement of involuntary ch. 11 expenses (0.60). | P<br>A11000 | 0.6000 | 500.0000 | 300.0000 |
| 9/13/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review and revise declarations in support of petitioners' reimbursement motion. | P<br>A11000 | 1.1000 | 650.0000 | 715.0000 |
| 9/17/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review revisions to Ms. O'Mara's declaration and email to/from Ms. O'Mara regarding same (0.10). | P<br>A11000 | 0.1000 | 500.0000 | 50.0000 |
| 9/17/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review additional revisions received from Ms. O'Mara regarding her declaration in support of admin. expense motion; email to Mr. Meyers regarding same, and email to Ms. O'Mara regarding same (0.20). | P<br>A11000 | 0.2000 | 500.0000 | 100.0000 |
| | | Task Code: A11000 | | 52.4000 | | 28,705.0000 |

