# EXHIBIT "A"

Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|



**Task Code: B21000**

| Date | Prof | Matter/Narrative | Task | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/10/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with trustee and counsel (.5); exchange correspondence with trustee and clients regarding same (.7). | P<br>B21000 | 1.2000 | 650.0000 | 780.0000 |
| 5/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with clients regarding proposed loan to chapter 7 trustee (.5); prepare correspondence to trustee regarding same (1.3). | P<br>B21000 | 1.8000 | 650.0000 | 1,170.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/14/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with clients regarding loan/purchase proposal. | P<br>B21000 | 0.8000 | 650.0000 | 520.0000 |
| 5/15/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence regarding budget for postpetition loan (.5); telephone conference with Dr. Shannon, Mr. Marshall and Ms. Marshall regarding same (1.0). | P<br>B21000 | 1.5000 | 650.0000 | 975.0000 |
| 5/15/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare draft budget for postpetition loan, prepare correspondence to trustee regarding same. | P<br>B21000 | 0.9000 | 650.0000 | 585.0000 |
| 5/15/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Marshall, exchange correspondence with trustee, regarding loan. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 5/16/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Dr. Shannon. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 5/16/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare draft loan agreement. | P<br>B21000 | 2.2000 | 650.0000 | 1,430.0000 |
| 5/16/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with trustee, Dr. Shannon, trustee's counsel and Marshalls (.7); telephone conference with clients regarding same (.4). | P<br>B21000 | 1.1000 | 650.0000 | 715.0000 |
| 5/16/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare draft loan agreement, exchange correspondence with trustee and counsel (2.2); telephone conference with clients regarding same (.3). | P<br>B21000 | 2.5000 | 650.0000 | 1,625.0000 |
| 5/16/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare promissory note, prepare correspondence regarding same. | P<br>B21000 | 1.4000 | 650.0000 | 910.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/17/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence from trustee and counsel regarding loan documents (.4); telephone conference with clients regarding same (.6); telephone conference with clients and Dr. Shannon regarding same (.4); prepare correspondence to Mr. Imes regarding same (.2). | P<br>B21000 | 1.6000 | 650.0000 | 1,040.0000 |
| 5/17/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare draft security agreement. | P<br>B21000 | 1.6000 | 650.0000 | 1,040.0000 |
| 5/17/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review Mr. Imes' proposed changes to loan documents (.4); telephone conference with clients regarding same (.5); prepare revised versions of loan documents and correspondence to Mr. Imes (1.1). | P<br>B21000 | 2.0000 | 650.0000 | 1,300.0000 |
| 5/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes regarding loan agreement. | P<br>B21000 | 0.2000 | 650.0000 | 130.0000 |
| 5/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review trustee's proposed changes to security agreement (.4); telephone conference with clients regarding same (.2); prepare revisions and correspondence to Mr. Imes regarding same (.8). | P<br>B21000 | 1.4000 | 650.0000 | 910.0000 |
| 5/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes and clients regarding loan documents, prepare changes to same. | P<br>B21000 | 2.1000 | 650.0000 | 1,365.0000 |
| 5/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes regarding loan documents (.8); telephone conferences with clients regarding same (.3, .2). | P<br>B21000 | 1.3000 | 650.0000 | 845.0000 |
| 5/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare revisions to loan documents. | P<br>B21000 | 0.5000 | 650.0000 | 325.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/21/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Imes and Mr. Schwartzer regarding loan agreement terms (.3); telephone conference with clients regarding same (.2); prepare revisions regarding same (.4). | P<br>B21000 | 0.9000 | 650.0000 | 585.0000 |
| 5/21/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes and clients regarding loan documents. | P<br>B21000 | 0.9000 | 650.0000 | 585.0000 |
| 5/22/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review motions, declarations and other filings regarding Section 364 financing and 721 operations, prepare correspondence to clients regarding same. | P<br>B21000 | 2.3000 | 650.0000 | 1,495.0000 |
| 5/22/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Marshall regarding filed 364 and 721 motions (.4); prepare correspondence to Mr. Imes regarding same (.3). | P<br>B21000 | 0.7000 | 650.0000 | 455.0000 |
| 5/22/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes and clients regarding Section 364 motion (1.1); telephone conference with Mr. Marshall regarding same (.3). | P<br>B21000 | 1.4000 | 650.0000 | 910.0000 |
| 5/23/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with client and Dr. Shannon regarding loan and Section 364 motion (.3); telephone conference with same and Dr. Marshall regarding same (.7). | P<br>B21000 | 1.0000 | 650.0000 | 650.0000 |
| 5/23/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call to Mr. Prebula at Hogan Lovells regarding proposed engagement as ch. 7 trustee's special counsel (0.10). | P<br>B21000 | 0.1000 | 500.0000 | 50.0000 |
| 5/25/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients regarding implementation of loan agreement. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/24/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone call to Mr. Maclean regarding proposed engagement as trustee's special intellectual property counsel (0.10). | P<br>B21000 | 0.1000 | 500.0000 | 50.0000 |
| 5/29/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients and trustee regarding loan advances, checks and budget items. | P<br>B21000 | 1.3000 | 650.0000 | 845.0000 |
| 5/29/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. McLean regarding special counsel role per loan budget. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 5/29/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review files, motions, prepare for hearings. | P<br>B21000 | 1.1000 | 650.0000 | 715.0000 |
| 5/30/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Travel to/from Las Vegas for financing motion hearing. | P<br>B21000 | 2.7000 | 650.0000 | 1,755.0000 |
| 5/30/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Attend Court and hearing (delayed) of financing and Section 721 motions, confer with trustee and counsel. | P<br>B21000 | 2.4000 | 650.0000 | 1,560.0000 |
| 5/30/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients regarding loan motion and hearing (.5); telephone conference with same (.2). | P<br>B21000 | 0.7000 | 650.0000 | 455.0000 |
| 5/30/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review forms of order regarding financing and Section 721, exchange correspondence with Mr. Imes regarding same. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 5/31/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Maclean regarding special counsel role and loan budget, prepare correspondence to Mr. Imes regarding same. | P<br>B21000 | 0.8000 | 650.0000 | 520.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 5/31/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. Prebola and others regarding special counsel and budget. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 5/31/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with trustee, counsel, Dr. Shannon and others regarding payroll and other budget items. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 5/31/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review Section 721 order and notice of entry, prepare correspondence to clients regarding same. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 6/1/2018 | MT | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare email to Jason Imes re retention of Hogan Lovells as special counsel. | P<br>B21000 | 0.7000 | 450.0000 | 315.0000 |
| 6/7/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review and exchange correspondence with clients and trustee regarding insurance, special counsel and other loan budget items (.8); telephone conference with clients and Ms. Bryant regarding same (1.1); prepare correspondence to Mr. Imes regarding budget modification for Hogan Lovells estimate and retainer (.4). | P<br>B21000 | 2.3000 | 650.0000 | 1,495.0000 |
| 6/7/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review insurance correspondence, prepare correspondence to trustee and insurance broker regarding loan budget item for insurance premiums (.6); exchange correspondence with Mr. Highum and Ms. Hoyer regarding same (.7). | P<br>B21000 | 1.3000 | 650.0000 | 845.0000 |
| 6/4/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Hogan Lovells and clients regarding Hogan fee estimates, for loan budget. | P<br>B21000 | 0.8000 | 650.0000 | 520.0000 |
| 6/5/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients (N/C). | P<br>B21000 | 0.5000 | 0.0000 | 0.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID   Stage: (all)   Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/7/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes regarding retention of Maclean firm per loan budget, review application regarding same. | P<br>B21000 | 0.5000 | 650.0000 | 325.0000 |
| 6/7/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with trustee and Dr. Shannon regarding payroll in loan budget. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 6/8/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with insurance brokers and trustee regarding insurance premiums and loan budget (.8); telephone conference with Mr. Marshall regarding same (.2); telephone conference with Dr. Shannon regarding same (.3). | P<br>B21000 | 1.3000 | 650.0000 | 845.0000 |
| 6/8/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes and clients regarding insurance budget items, including product liability policy. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 6/9/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with insurance broker and clients regarding loan budget items. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 6/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with clients, Dr. Shannon, Mr. Schwartzer and Mr. Imes, regarding budget items, including insurance and payroll. | P<br>B21000 | 0.5000 | 650.0000 | 325.0000 |
| 6/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Telephone conference with Mr. and Ms. Marshall regarding loan budget issues, including payroll and insurance. | P<br>B21000 | 0.6000 | 650.0000 | 390.0000 |
| 6/11/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with trustee and Dr. Shannon regarding payroll timing under loan budget, prepare statement as requested by trustee regarding same. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/12/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence from Dr. Shannon regarding payroll item in budget (.3); telephone conference with clients regarding same (.3); prepare correspondence to Dr. Shannon regarding same (.4); prepare correspondence to trustee regarding same (.1). | P<br>B21000 | 1.1000 | 650.0000 | 715.0000 |
| 6/13/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Dr. Shannon regarding budget items. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 6/13/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review files, prepare for final hearing regarding postpetition loan motion. | P<br>B21000 | 0.6000 | 650.0000 | 390.0000 |
| 6/14/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Travel to Las Vegas, NV, confer with Mr. Marshall regarding loan hearing (1.2); attend hearing regarding loan motion, meeting with trustee, cousnel and Mr. Marshall regarding same (3.1). | P<br>B21000 | 4.3000 | 650.0000 | 2,795.0000 |
| 6/14/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review draft form of loan order, exchange correspondence with Mr. Imes regarding same. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 6/15/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Travel from Las Vegas, NV. | P<br>B21000 | 1.4000 | 650.0000 | 910.0000 |
| 6/18/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review final order authorizing postpetition loan, review notice regarding same. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 6/22/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review trustee correspondence regarding loan budget items. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 6/25/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with trustee and Mr. Imes regarding loan advances. | P<br>B21000 | 0.2000 | 650.0000 | 130.0000 |

# Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 6/25/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Schwarzer regarding July budget and advances (.5); telephone conferences with Mr. and Ms. Marshall regarding same (.2, .1). | P<br>B21000 | 0.8000 | 650.0000 | 520.0000 |
| 6/27/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Imes regarding July adances. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 7/2/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Schwartzer and others regarding loan advances and trustee's request for expense reimbursements. | P<br>B21000 | 0.4000 | 650.0000 | 260.0000 |
| 7/20/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence from trustee regarding requested advances, exchange correspondence with clients regarding same. | P<br>B21000 | 0.2000 | 650.0000 | 130.0000 |
| 8/3/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare chart and correspondence to trustee's counsel regarding loan calculations (1.6); exchange correspondence with Ms. Marshall regarding same (.3). | P<br>B21000 | 1.9000 | 650.0000 | 1,235.0000 |
| 8/6/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Exchange correspondence with Mr. Schwartzer regarding loan payoff calculations. | P<br>B21000 | 0.3000 | 650.0000 | 195.0000 |
| 8/13/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review correspondence from trustee requesting advance, exchange correspondence with clients regarding same, prepare correspondence to trustee regarding same. | P<br>B21000 | 0.6000 | 650.0000 | 390.0000 |
| 8/17/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review loan payoff calculations, prepare correspondence to clients and to Mr. Imes regarding same; exchange correspondence with Mr. Imes regarding same. | P<br>B21000 | 1.2000 | 650.0000 | 780.0000 |

Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 9/17/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No. Review and revise declarations and notice of reimbursement motions. | P<br>B21000 | 0.6000 | 650.0000 | 390.0000 |
| | | | Task Code: B21000 | 68.8000 | | 44,225.0000 |