# EXHIBIT "B"

## Transactions Listing Report

Search Description:
Search for: 20140   Search by: Matter ID  Stage: (all)  Type: (all)

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|



**Task Code: Z160000**

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/27/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review biling records and prepare cost summary for fee application as related to postpetition loan expenses (0.40). | P<br>Z160000 | 0.4000 | 500.0000 | 200.0000 |
| 8/24/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Draft fee application as related to postpetition loan and motion to operate Debtor's business (1.70). | P<br>Z160000 | 1.7000 | 500.0000 | 850.0000 |
| 9/6/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Review and revise draft motion for approval of loan fees and costs. | P<br>Z160000 | 2.2000 | 650.0000 | 1,430.0000 |
| 9/7/2018 | MCM | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare motion for approval of loan fees and costs. | P<br>Z160000 | 1.3000 | 650.0000 | 845.0000 |
| 9/14/2018 | KQB | 20140 / Edwin and Jill Marshall<br>Medizone International, Inc., Debtor; Case No.<br>Prepare declarations of Mr. Meyers and Mr. Marshall in support of motion for reimbursement of postpetition lender's fees and costs (0.30). | P<br>Z160000 | 0.3000 | 500.0000 | 150.0000 |
| | | | Task Code: Z160000 | 5.9000 | | 3,475.0000 |