MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 18-12662-leb<br><br>Chapter 7<br><br>Date:    October 23, 2018<br>Time:   9:30 a.m.<br>Place:  U.S. Bankruptcy Court<br>          300 Las Vegas Blvd. So.<br>          Ctrm. 3<br>          Las Vegas, NV<br>Judge:  Hon. Laurel E. Babero |

**DECLARATION OF EDWIN G. MARSHALL IN SUPPORT OF
POSTPETITION LENDER'S MOTION FOR REIMBURSEMENT OF FEES
AND EXPENSES INCURRED UNDER LOAN AGREEMENT WITH TRUSTEE**

I, EDWIN G. MARSHALL, declare:

1. I am an individual who resides in Stinson Beach, California, and am a creditor and postpetition lender in the chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), and in such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. I make this declaration in support of the *Postpetition Lender's Motion for Reimbursement of Fees and Expenses Incurred under Loan Agreement with Trustee* (the Motion")

filed by my wife, Dr. Jill C. Marshall, and me.[1]

3. As of the date of the commencement of this chapter 7 case, the Debtor was a public company with operations in Ontario, Canada. The Debtor developed disinfection solutions for use in hospitals, other healthcare facilities and other institutions. In particular, the Debtor developed and patented a disinfection system named AsepticSure,® which utilizes hydrogen peroxide vapor and ozone in a process that achieves dramatic reductions of bacterial and viral pathogens.

4. Jill and I are the former Director of Operations and Chairman/C.E.O., respectively, of the Debtor. We retired from those positions in February 2017, entering into separation agreements with the Debtor, pursuant to which we hold unsecured promissory notes issued by the Debtor in an aggregate amount in excess of $1,500,000. The notes were in substantial default prepetition, for lack of monthly payments owed to us in 2017 and 2018.

5. From June 1, 2018 to August 31, 2018, Jill and I made all advances requested by the Trustee in order to operate the Debtor's business.

6. Jill and I incurred costs in connection with the Loan, primarily in attending the final hearing of the Section 364 Motion in June 2018. Those costs are in the total amount of $662.71, were actually and necessarily incurred by us in such matters, and are listed below categorically at actual cost. The costs consist, by category, as follows:

| EXPENSE | AMOUNT |
|---|---|
| Air Fare | $354.40 |
| Hotel | $202.54 |
| Meals | $105.77 |
| **Total Costs** | **$662.71** |

7. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 19, 2018 at Kingston, Ontario, Canada.

                                      /s/ Edwin G. Marshall
                                      EDWIN G. MARSHALL

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DECLARATION OF EDWIN G. MARSHALL IN SUPPORT OF POSTPETITION LENDER'S MOTION FOR REIMBURSEMENT OF FEES AND EXPENSES INCURRED UNDER LOAN AGREEMENT WITH TRUSTEE
31523.DOC 20140