MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 18-12662-leb<br><br>Chapter 7<br><br>Date: October 23, 2018<br>Time: 9:30 a.m.<br>Place: U.S. Bankruptcy Court<br>300 Las Vegas Blvd. So.<br>Ctrm. 3<br>Las Vegas, NV<br>Judge: Hon. Laurel E. Babero |

**NOTICE OF HEARING OF: (1) POSTPETITION LENDER'S MOTION FOR REIMBURSEMENT OF FEES AND EXPENSES INCURRED UNDER LOAN AGREEMENT WITH TRUSTEE; AND (2) PETITIONERS' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT**

**TO: THE UNITED STATES TRUSTEE; LENARD E. SCHWARTZER, TRUSTEE OF THE ABOVE-CAPTIONED DEBTOR'S CHAPTER 7 ESTATE; THE DEBTOR; AND THE LIMITED NOTICE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 23, 2018 at 9:30 a.m. (the "Hearing"), or as soon thereafter as counsel may be heard, that the: (1) *Postpetition Lender's Motion For Reimbursement Of Fees And Expenses Incurred Under Loan Agreement With Trustee* (the "Loan Reimbursement Motion"); and (2) *Petitioners' Motion For Allowance Of Administrative Expense*

*Claim For Reimbursement* (the "Chapter 11 Reimbursement Motion," collectively, the "Motions"), filed by creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (the "Marshalls"), in the chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), will be heard by the above-captioned Court, located at the United States Bankruptcy Court, 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada. The Motions are supported by the memoranda of points and authorities contained respectively therein, the supporting declarations, the notice herein, all filed concurrently herewith, and all other facts and legal arguments presented at or before the time of the Hearing.

By way of the Loan Reimbursement Motion, the Marshalls seek entry of an order of the Court approving reimbursement from the estate herein to the Marshalls in the total amount of $49,099.77 (the "Requested Reimbursement"), which is comprised of $45,950.00[1] in fees paid to the Marshalls' law firm, Meyers Law Group, P.C. ("MLG"), and $3,149.77[2] for in costs paid by MLG and Mr. Marshall. Payment of the Requested Reimbursement from the chapter 7 estate herein is provided for pursuant to 11 U.S.C. § 506(b) and the terms of the postpetition *Loan Agreement* dated May 17, 2018 by and between the Marshalls and Lenard E. Schwartzer, as trustee herein (the "Trustee"), approved on a final basis by the Court in its *Final Order Granting Emergency Motion For Interim Order Authorizing Trustee To Obtain Post-Petition Financing (11 U.S.C. § 364)* (docket no. 53).

By way of the Chapter 11 Reimbursement Motion, the Marshalls seek the entry of an order confirming and allowing them an administrative expense claim in the amount of $32,035.00, pursuant to 11 U.S.C. §§ 503(b)(3)(A) and 503(b)(4), as reimbursement of actual and necessary expenses incurred by the Marshalls, primarily consisting of fees and costs paid to MLG and the Marshalls' local counsel, in their filing and prosecution of an involuntary chapter 11 petition filed against the Debtor on April 18, 2018 (the "Chapter 11 Petition"), Case No. 18-50412, pursuant to 11 U.S.C. § 303.[3]

---

[1] This amount includes an estimate of $3,250.00 in fees for attorney travel, preparation, and appearance at the hearing on this Motion. The amount also includes a voluntary reduction of $5,000.00 as a matter of billing discretion, as described below.

[2] This amount includes an estimate of $720.00 for travel and related costs to appear at the hearing on this Motion.

[3] With the commencement of the chapter 7 case, the Chapter 11 Petition became moot, and therefore, pursuant to a stipulation between the petitioners, including the Marshalls, and the Trustee, the Chapter 11 Case was dismissed by the

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

**FURTHER NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 9014(d)(1):

If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and,
- The court may rule against you without formally calling the matter at the hearing.

Pursuant to Local Rule 9014(d)(1), any opposition to the Motions must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the Hearing date for the Motions. The opposition must set forth all relevant facts and any relevant legal authority, and must be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c). Any reply memorandum must be filed and served no later than seven (7) days preceding the Hearing date.

Copies of the Motions may be obtained by accessing PACER through the United States Bankruptcy Court for the District of Nevada's website: www.nvb.uscourts.gov (charges may apply) or by contacting, in writing, Kathy Quon Bryant, Esq., Meyers Law Group, P.C., 44 Montgomery St., Ste. 1010, San Francisco, CA 94104; Tel: (415) 362-7500; Fax: (415) 362-7515; email kquonbryant@meyerslawgroup.com.

DATED: September 19, 2018

MEYERS LAW GROUP, P.C.

By    /s/ Merle C. Meyers
     Merle C. Meyers, Esq.
     Attorneys for EDWIN G. MARSHALL and
     DR. JILL C. MARSHALL, Creditors

---

Court by its order entered on July 16, 2018 (docket no. 35 in the Chapter 11 Case).

-3-

NOTICE OF HEARING OF: (1) POSTPETITION LENDER'S MOTION FOR REIMBURSEMENT OF FEES AND EXPENSES INCURRED UNDER LOAN AGREEMENT WITH TRUSTEE; AND (2) PETITIONERS' MOTION FOR ALLOWANCE OF ADMIN. EXPENSE CLAIM FOR REIMBURSEMENT

31536.DOC 20140