## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RECEIVED
AND FILED

MAG

In re: Medizone International, Inc.

| | |
|---|---|
| **Case No.** | BK-S 18-12662-LEB 2018 SEP 26 PM 3 29 |
| **CHAPTER 7** | U.S. BANKRUPTCY COURT |
| **MONTHLY OPERATING REPORT** | MARY A. SCHOTT, CLERK |
| **(GENERAL BUSINESS CASE)** | |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    Aug-18                **PETITION DATE:**        05/08/18

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Cash Basis of accounting (or if checked here    x
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in     $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $298,810 | $27,457 | |
| b. Total Assets | $298,810 | $17,155,692 | |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $3,971,782 | $3,971,782 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $325,138 | $46,785 | $428,516 |
| b. Total Disbursements | $53,786 | $33,955 | $129,707 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $271,352 | $12,830 | $298,810 |
| d. Cash Balance Beginning of Month | $27,458 | $14,627 | $0 |
| e. Cash Balance End of Month (c + d) | $298,810 | $27,457 | $298,810 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | $372,257 | $12,830 | |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | X | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | X | |

15. Check if paid: Post-petition taxes ____ ;        U.S. Trustee Quarterly Fees ____ ; Check if filing is current for: Post-petition
    tax reporting and tax returns:        ____ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:        9/25/2018 0:00

William M. Holland, CFE
Court Appointed Special Accountant

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended          August, 2018

| Actual | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | **Current Month** | | | | | |
| | | | | **Revenues:** | | |
| | | 0.00 | 1 | Gross Receipts | 2473.61 | |
| | | 0.00 | 2 | less: Sales Returns & Allowances | | |
| | | 0.00 | 3 | Net Sales | 2473.61 | 0.00 |
| | | 0.00 | 4 | less: Cost of Goods Sold        (Schedule 'B') | | |
| | | 0.00 | 5 | Gross Profit | 2473.61 | 0.00 |
| 3977.96 | | 3977.96 | 6 | Insurance Refund | 3977.96 | |
| 298159.91 | | 298159.91 | 7 | Sale of Medizone Assets: | 298159.91 | |
| 123905.00 | | 123905.00 | 8 | Borrowing - Court Approved | 123905.00 | |
| | | 0.00 | 9 | | | |
| 426042.87 | 0.00 | 426042.87 | 10 | **Total Revenues** | 428516.48 | 0.00 |
| | | | | **Expenses:** | | |
| | | 0.00 | 11 | Compensation to Owner(s)/Officer(s) | | |
| 23932.44 | | -23932.44 | 12 | Salaries | 72377.60 | |
| | | 0.00 | 13 | Commissions | | |
| 2304.69 | | -2304.69 | 14 | Contract Services | 6872.67 | |
| | | | | Rent/Lease: | | |
| | | 0.00 | 15 | Personal Property | | |
| | | 0.00 | 16 | Real Property | 9126.08 | |
| 2187.00 | | -2187.00 | 17 | General Business Insurance | 2840.30 | |
| | | 0.00 | 18 | Management Fees | | |
| | | 0.00 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | 0.00 | 20 | Employer Payroll Taxes | | |
| | | 0.00 | 21 | Real Property Taxes | | |
| | | 0.00 | 22 | Other Taxes | | |
| | | 0.00 | 23 | Medical Samples Expenses | | |
| 885.58 | | -885.58 | 24 | General Business Expenses | 4132.92 | |
| | | 0.00 | 25 | Interest | | |
| | | 0.00 | 26 | Other Expenses: | | |
| 718.64 | | -718.64 | 27 | Product Liability Insurance | 1404.61 | |
| 447.45 | | -447.45 | 28 | Bank Fees | 554.63 | |
| 25.41 | | -25.41 | 29 | Telephone Fees | 326.32 | |
| 3225.76 | | -3225.76 | 30 | Lab Licensing & Annual Renewal | 4571.67 | |
| | | 0.00 | 31 | | | |
| | | 0.00 | 32 | | | |
| | | 0.00 | 33 | | | |
| | | 0.00 | 34 | | | |
| 33726.97 | 0.00 | -33726.97 | 35 | **Total Expenses** | 102206.80 | 0.00 |
| 392315.90 | 0.00 | 392315.90 | 36 | **Subtotal** | 326309.68 | 0.00 |
| | | | | **Reorganization Items:** | | |
| -20058.73 | | 20058.73 | 37 | Professional Fees | -27500.00 | |
| | | 0.00 | 38 | Provisions for Rejected Executory Contracts | | |
| | | 0.00 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | 0.00 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | 0.00 | 41 | U.S. Trustee Quarterly Fees | | |
| | | 0.00 | 42 | | | |
| -20058.73 | 0.00 | -20058.73 | 43 | **Total Reorganization Items** | -27500.00 | 0.00 |
| 372257.17 | 0.00 | 372257.17 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | 298809.68 | 0.00 |
| | | 0.00 | 45 | Federal & State Income Taxes | | |
| 372257.17 | 0.00 | 372257.17 | 46 | **Net Profit (Loss)** | 298809.68 | 0.00 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____ August, 2018 _____

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $298,810 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $298,810 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements/ Other | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $298,810 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $0 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $287,500 |
| 49 | General unsecured claims | F | $3,684,282 |
| 50 | **Total Pre-Petition Liabilities** | | $3,971,782 |
| 51 | **Total Liabilities** | | $3,971,782 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | ($3,672,972) |
| 59 | **Total Equity (Deficit)** | ($3,672,972) |
| 60 | **Total Liabilities and Equity (Deficit)** | $298,810 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | | Cost of Goods Sold | |
|---|---|---|---|---|
| | | | Inventory Beginning of Month | |
| | | | Add - | |
| Retail/Restaurants - | | | Net purchase | |
| Product for resale | | | Direct labor | |
| | | | Manufacturing overhead | |
| Distribution - | | | Freight in | |
| Products for resale | | | Other: | |
| | | | | |
| Manufacturer - | | | | |
| Raw Materials | | | | |
| Work-in-progress | | | Less - | |
| Finished goods | | | Inventory End of Month | |
| | | | Shrinkage | |
| Other - Explain | | | Personal Use | |
| | | | | |
| | | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
Yes_____  No_____

How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost
LIFO cost ___
Lower of cost or market ___
Retail method ___
Other ___
Explain ___

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Inventory | $0 | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Furniture & Fixtures - | | |
| Intangibles & Intellectual Property | $0 | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| Other Assets | $0 | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | |
| Priority claims other than taxes | $287,500 | |
| Priority tax claims | | |
| General unsecured claims | $3,684,282 | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo | Wells Fargo | Integrity Bank | Independent |
| Account Type | Checking | Checking | Checking | Checking |
| Account No. | …6745 | …6737 | …2662 | …2662 |
| Account Purpose | Debtor Acct | Debtor Acct | Trustee Acct | New Trustee Acc |
| Balance, End of Month | $0 | $0 | $0 | $295,784 |
| Total Funds on Hand for all Accounts | $295,784 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  August, 2018

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| **Cash Receipts** | | | |
| 1 | Cash Received from Debtor's bank accounts | 0.00 | 2,473.61 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | 23,000.00 | 123,905.00 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Sale of Medizone Assets | 298,159.91 | 298,159.91 |
| 8 | Refund from Unused Insurance Policy | 3,977.96 | 3,977.96 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 325,137.87 | 428,516.48 |
| **Cash Disbursements** | | | |
| 13 | Payments for Medical Samples | | |
| 14 | Cash Paid for General Business Expenses | 885.58 | 4,132.92 |
| 15 | Professional Fees - Court Approved | 20,058.73 | 27,500.00 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 |     Personal Property | | |
| 20 |     Real Property | | 9,126.08 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |     Salaries | | |
| 22 |     Draws | | |
| 23 |     Commissions/Royalties | | |
| 24 |     Expense Reimbursements | | |
| 25 |     Contract Services | 2,304.69 | 6,872.67 |
| 26 | Salaries/Commissions (Inclusive) | 23,932.44 | 72,377.60 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 |     Employee Withholding | | |
| 29 |     Employer Payroll Taxes | | |
| 30 |     Real Property Taxes | | |
| 31 |     Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 |     Product Liability Insurance | 718.64 | 1,404.61 |
| 34 |     Bank Fees | 447.45 | 554.63 |
| 35 |     Telephone Services | 25.41 | 326.32 |
| 36 |     General Business Insurance | 2,187.00 | 2,840.30 |
| 37 |     Lab Licensing & Annual Renewal | 3,225.76 | 4,571.67 |
| 38 | **Total Cash Disbursements:** | 53,785.70 | 129,706.80 |
| 39 | **Net Increase (Decrease) in Cash** | 271,352.17 | 298,809.68 |
| 40 | **Cash Balance, Beginning of Period** | 27,457.51 | |
| 41 | **Cash Balance, End of Period** | 298,809.68 | 298,809.68 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended  August, 2018**

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from debtor's bank accounts. | 0.00 | 2,473.61 |
| 2 | Rent/Leases Collected | | |
| 3 | Refund from unused Insurance Policy | 3,977.96 | 3,977.96 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for General Business Expenses | 885.58 | 4,132.92 |
| | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | |
| 8 |     Real Property | 0.00 | 9,126.08 |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Payroll and Benefits | 23,932.44 | 72,377.60 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Payroll Services (Inclusive) | | |
| 12 |     Draws | | |
| 13 |     Commissions/Royalties | | |
| 14 |     Expense Reimbursements | | |
| 15 |     Contract Services | 2,304.69 | 6,872.67 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | | |
| 17 |     Employee Withholdings | | |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | |
| 20 | Cash Paid for Medical Samples Expenses | | |
| 21 |     Product Liability Insurance | 718.64 | 1,404.61 |
| 22 |     Bank Fees | 447.45 | 554.63 |
| 23 |     Telephone Services | 25.41 | 326.32 |
| 24 |     General Business Insurance (HUB) | 2,187.00 | 2,840.30 |
| 25 |     Lab Licensing & Annual Renewal | 3,225.76 | 4,571.67 |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | -29,749.01 | -95,755.23 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 7 Case | 20,058.73 | 27,500.00 |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | -20,058.73 | -27,500.00 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | -49,807.74 | -123,255.23 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Medizone assets | 298,159.91 | 298,159.91 |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | 298,159.91 | 298,159.91 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | 23,000.00 | 123,905.00 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | 23,000.00 | 123,905.00 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | 271,352.17 | 298,809.68 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | 27,457.51 | |
| 46 | **Cash and Cash Equivalents at End of Month** | 298,809.68 | 298,809.68 |

Revised 1/1/98

UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re:
MEDIZONE INTERNATIONAL, INC.                                    BK-S 18-12662 LEB

**Notes to the Monthly Operating Report**

General Notes:

1.  Medizone International, Inc., (Medizone) filed for Chapter 7 bankruptcy protection on May 8, 2018.  The debtor was incorporated in the State of Nevada, but headquartered in Kalamazoo, Michigan.  Medizone leased a building and conducted their business operations at 945 Princess Street, Kinston, ON, K7L OE9, Canada.

This is the third and final month of operation under the direction and supervision of a Federal Bankruptcy Trustee.  From the date of filing to Maya 8, 2018, several motions and stipulations were filed with the US Bankruptcy Court requesting permission to allow Medizone to continue to operate until such time as the Trustee is allowed to sell the company and their operations, in Canada.

The debtor is a global provider of disinfection solutions and invented the method of AsepticSure (Registered) system of disinfecting non-porous surfaces.  The business itself is not in a position to receive income, during the normal course of business, therefore requires outside funding to keep the debtor's business operating.  The US Bankruptcy Court has approved a loan of $200,000.

This Monthly Operating Report (MOR) covers the period of August, 2018.  However, there were several payments performed, by the Trustee, which occurred in September, 2018.  These payments were for transactions that occurred in August, 2018, but the payments were made in September, 2018.  There will not be any further MOR's.  During the month of August, 2018, the Trustee has requested and received $123,905.00 of the approved loan.  The August, 2018, MOR reflects that infusion of money.  The Debtor's bank accounts were closed, and the Trustee received approximately $2,473.61 which has been logged as cash from bank accounts for the month of June, 2018.  No sales or invoicing of customers has occurred during the month of August, 2018.

As outlined in the Motion to Sell the assets of Medizone, the Trustee was to terminate his operation of the company, as of August 31, 2018, and receive the proceeds of $298,159.91 for the assets of the debtor company.

The information in this report conforms to the principals of GAAP, as outlined in the attached reports, based on the Trustee's cash method of accounting.  This MOR becomes the third and final MOR to be filed, by the Special Accountant, who has been authorized by the US Bankruptcy Court to prepare MOR's for June, July and August, 2018.  The Special Accountant has not received any financial documents to assist him in preparing the August, 2018, MOR, except the accounting records from the Trustee.

Page 2,

Therefore, this report now reflects the amounts for the "End of Month" column on the Summary of Financial Status Report.

All financial information contained in this August, 2018, MOR comes solely from the Trustee's Form 2 accounting documents, and the bankruptcy schedules filed on May 5, 2018.

Finally, during the month of August, 2018, the Trustee's bank account, Integrity Bank, was purchased by Independent Bank and all monies in the Integrity Bank account ...2662 was transferred to Independent Bank to the new account ...2662.

Summary of Financial Status:

There are no prior financial data available to inserted into the June, 2018, MOR, as shown on the summary page of the MOR, as well as any supporting pages that make up the July, 2018, MOR.

9.    Prior Court Appointments obtained by the Trustee for Schwartzer & McPherson Law Firm and William M. Holland, Special Accountant.  There could be additional Motions filed for other professionals.

13.   There is no plan of re-organization filed nor will there be one anytime soon.  It is the intent of the Trustee to sell the business assets to one of the creditors, after he receives approval of the US Bankruptcy Court.



# INTEGRITY BANK

```
                                    Date    8/03/18     Page    1
                                    Account Number      46711812662
                                    Enclosures                    3


            123459


        EST OF MEDIZONE INTERNATIONAL INC DEBTOR
        LENARD E SCHWARTZER TRUSTEE
        CHAPTER 7 CASE NO 18-12662
        ****************************************
        BANKRUPTCY***DO NOT MAIL
        ****************************************


                ---- CHECKING ACCOUNTS ----

        Thanks for banking with
        Independent Bank!

COMMERCIAL CHECKING              Number of Enclosures             3
Account Number       46711812662   Statement Dates  8/01/18 thru  8/05/18
Previous Balance      35,393.34   Days in the statement period        5
    Deposits/Credits       .00   Average Ledger              31,725
    3 Checks/Debits   4,848.04   Average Collected           31,725
Service Charge            7.60
Interest Paid             .00
Ending Balance       30,537.70


********************************************************************************

Checks and Withdrawals
Date    Description                              Amount
 8/05    SERVICE CHARGE                           7.60

********************************************************************************

Checks in Serial Number Order
Date    Check No.          Amount    Date    Check No.          Amount
 8/03      4             1,439.92    8/01      119*             383.41
 8/02     113*          3,024.71
    *Indicates Skip in Check Number

********************************************************************************

Daily Balance Information
Date       Balance        Date        Balance
 8/01     35,009.93        8/03      30,545.30
 8/02     31,985.22        8/05      30,537.70
```

Date: 8/3/2018 Page: 2 of 2
Primary Account: 46711812662

# ▦ INTEGRITY BANK



Check 4 Amount $1,439.92 Date 8/3/2018



Check 4 Back



Check 113 Amount $3,024.71 Date 8/2/2018



Check 113 Back



Check 119 Amount $383.41 Date 8/1/2018

Check 119 Back

2

2149

 **Independent Bank**
3090 Craig Drive
PO Box 3035
McKinney, TX 75070

| ACCOUNT NUMBER | 46711812662 |
|---|---|
| STATEMENT DATE | 8/31/18 |
| PAGE | 1 of 6 |

EST OF MEDIZONE INTERNATIONAL INC DEBTO
LENARD E SCHWARTZER TRUSTEE
CHAPTER 7 CASE NO 18-12662
*************************************
***BANKRUPTCY TRUSTEE***
*************************************





ESTABLISH A SENSIBLE AND REWARDING SAVINGS STRATEGY.
OUR COMPETITIVE RATES CAN GET YOU STARTED.

CONTACT ONE OF
OUR RELATIONSHIP
EXPERTS TODAY OR CALL
CUSTOMER CARE AT 800.460.6634.

f 🐦 in | ibtx.com

## CHECKING TRUSTEE

| | | | |
|---|---|---|---|
| Account Number Ending | 2662 | Statement Dates | 8/06/18 thru 9/03/18 |
| Previous Stmt Balance | 30,537.70 | Days in the statement period | 29 |
| Deposits/Credits | 321,167.51 | Average Ledger | 56,745.43 |
| Checks/Debits | 50,652.97 | Average Collected | 56,745.43 |
| Service Charge | 5,268.41 | | |
| Interest Paid | .00 | | |
| Current Stmt Balance | 295,783.83 | | |

## SERVICE CHARGE SUMMARY

| Date | Description | Amount |
|---|---|---|
| 8/31 | Bank Admin Fee in Service Chg | 5,268.41 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/06 | DESCRIPTIVE CREDIT | 7.60 |
| 8/15 | REGULAR DEPOSIT | 8,000.00 |
| 8/21 | REGULAR DEPOSIT | 15,000.00 |
| 8/31 | WIRE-IN 20182430000100 MEDIZON 1/MEDIZONE INTERNATIONAL INC | 298,159.91 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 8/16 | WIRE-OUT 20182280092600 CERIDI CERIDIAN CANADA PAYROLL TRUST | 12,017.22- |
| 8/21 | WIRE-OUT 20182330112700 OXOID OXOID COMPANY | 1,138.17- |
| 8/27 | WIRE-OUT 20182390121800 CERIDI | 11,915.22- |

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Customer Care 800.460.6634 | ibtx.com | Member FDIC 🏠 Equal Housing Lender

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1)    Tell us your name and account number.

    (2)    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3)    Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days for Debit Card point of sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

---

Reconciliation of Account

Date _____

| CHECKS/TRANSACTIONS NOT PAID | |
|---|---|
| Check #/ACH/Debit Card | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total of Transactions not paid | |

Please examine this statement and items at once and report any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your transactions paid by the bank and list the descriptions and amounts of those not paid in the space provided at the left. Include any transactions still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge(s) appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Subtract total of Transactions not paid | | | |

THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ▶


**Independent Bank**

| ACCOUNT NUMBER | 46711812662 |
|---|---|
| STATEMENT DATE | 8/31/18 |
| PAGE | 3 of 6 |

EST OF MEDIZONE INTERNATIONAL INC DEBTO
LENARD E SCHWARTZER TRUSTEE
CHAPTER 7 CASE NO 18-12662
*****************************************

***BANKRUPTCY TRUSTEE***
*****************************************

### OTHER DEBITS (continued)

| Date | Description | Amount |
|---|---|---|
| | CERIDIAN CANADA PAYROLL TRUST | |
| 8/31 | Service Charge | 5,268.41- |

### CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 8/21 | 106 | 25.69 | 8/17 | 125 | 5,558.73 |
| 8/08 | 118* | 1,345.91 | 8/16 | 126 | 14,500.00 |
| 8/21 | 122* | 804.40 | 8/31 | 127 | 718.64 |
| 8/21 | 123 | 49.08 | 8/30 | 128 | 1,156.80 |
| 8/15 | 124 | 1,147.89 | 8/08 | 9999* | 275.22 |

*(\*) Indicates Gap in Sequence*

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/06 | 30,545.30 | 8/16 | 9,259.06 | 8/27 | 4,767.77 |
| 8/08 | 28,924.17 | 8/17 | 3,700.33 | 8/30 | 3,610.97 |
| 8/15 | 35,776.28 | 8/21 | 16,682.99 | 8/31 | 295,783.83 |



Check 0  Amount  8000.00  Date  8/15/2018

Check 0  Amount  8000.00  Date  8/15/2018

Check 0  Amount  15000.00  Date  8/21/2018

Check 0  Amount  15000.00  Date  8/21/2018

Check 106  Amount  25.69  Date  8/21/2018

Check 106  Amount  25.69  Date  8/21/2018

Check 118  Amount  1345.91  Date  8/8/2018

Check 118  Amount  1345.91  Date  8/8/2018

Check 122  Amount  804.40  Date  8/21/2018

Check 122  Amount  804.40  Date  8/21/2018

Check 123  Amount  49.08  Date  8/21/2018

Check 123  Amount  49.08  Date  8/21/2018

Independent Bank
xxxxx2662




Check 124 Amount 1147.89 Date 8/15/2018     Check 124 Amount 1147.89 Date 8/15/2018




Check 125 Amount 5558.73 Date 8/17/2018     Check 125 Amount 5558.73 Date 8/17/2018




Check 126 Amount 14500.00 Date 8/16/2018     Check 126 Amount 14500.00 Date 8/16/2018




Check 127 Amount 718.64 Date 8/31/2018     Check 127 Amount 718.64 Date 8/31/2018




Check 128 Amount 1156.80 Date 8/30/2018     Check 128 Amount 1156.80 Date 8/30/2018



Check 9999 Amount 275.22 Date 8/8/2018     Check 9999 Amount 275.22 Date 8/8/2018