Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:          bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:                          | Case No. BK-S-18-12662-LEB |
|---------------------------------|----------------------------|
| MEDIZONE INTERNATIONAL, INC.,   | Chapter 7                  |
|                        Debtor.  | **NOTICE OF ENTRY OF ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION FOR SCHWARTZER & MCPHERSON LAW FIRM AS ATTORNEYS FOR CHAPTER 7 TRUSTEE** |

NOTICE IS HEREBY GIVEN that an *Order Granting First Interim Application For Compensation For Schwartzer & McPherson Law Firm As Attorneys For Chapter 7 Trustee* [Dkt. #113] was entered on October 17, 2018, a copy of which is attached hereto.

Dated this 17th day of October, 2018.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146

*Attorneys for Lenard E. Schwartzer, Ch. 7 Trustee*

**CERTIFICATE OF SERVICE**

1. I caused to be served the following documents:

    a. Notice Of Entry Of Order Granting First Interim Application For Compensation For Schwartzer & McPherson Law Firm As Attorneys For Chapter 7 Trustee.

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **By ECF System (on 10/18/2018):**

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL

mmeyers@meyerslawgroup.com

MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL

mmeyers@meyerslawgroup.com

COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

comara@fclaw.com, mbyrd@fclaw.com

LENARD E. SCHWARTZER

trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net

U.S. TRUSTEE - LV - 7

USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.

mzirzow@lzklegal.com,

carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com;recept@lzklegal.com

☐ b. **By United States mail, postage fully prepaid on**:

☐ c. **By Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    October 18, 2018

Taylor Jorgensen                                      /s/ Taylor Jorgensen
(Name of Declarant)                              (Signature of Declarant)

*signature*
Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
October 17, 2018

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:         bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-18-12662-LEB |
|---|---|
| MEDIZONE INTERNATIONAL, LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION FOR SCHWARTZER & MCPHERSON LAW FIRM AS ATTORNEYS FOR CHAPTER 7 TRUSTEE**<br><br>Date: October 16, 2018<br>Time: 2:30 p.m. |

The Trustee's *First Interim Application for Compensation for Schwartzer & McPherson Law Firm as Attorneys for Chapter 7 Trustee* (the "First Interim Application") [ECF No. 88] having come before this Court on the 16th day of October, 2018; Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee"), appearing by and through his counsel, Jason A. Imes., Esq., of the Schwartzer & McPherson Law Firm; the Court finding that notice has been given to all creditors and parties in interest as required by law and that no parties appeared or filed written opposition; having heard the arguments of counsel, the Court having made its findings of fact and conclusions

of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, finding the requested fees and costs are reasonable and appropriate, and for good cause appearing,

**IT IS HEREBY ORDERED** that the First Interim Application is GRANTED; and

**IT IS FURTHER ORDERED** that the Schwartzer & McPherson Law Firm is allowed interim compensation for professional fees as Trustee's counsel in this case pursuant to 11 U.S.C. §330 rendered in the amount of $67,103.00, and reimbursement for costs expended in the amount of $1,146.63, for a total interim request of $68,249.63, for the period from May 8, 2018 through September 14, 2018 (the "First Interim Fee Period"), and this sum may be immediately paid as an allowed administrative expense of this bankruptcy estate.

Submitted by:


/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Lenard E. Schwartzer, Ch.7 Trustee*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☒     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

###