MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 18-12662-leb<br><br>Chapter 7<br><br>Date:    October 23, 2018<br>Time:    9:30 a.m.<br>Place:   U.S. Bankruptcy Court<br>         300 Las Vegas Blvd. So.<br>         Ctrm. 3<br>         Las Vegas, NV<br>Judge:   Hon. Laurel E. Babero |

**SUPPLEMENTAL DECLARATION OF MERLE C. MEYERS
IN SUPPORT OF PETITIONERS' MOTION FOR ALLOWANCE OF
<u>ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT</u>**

I, MERLE C. MEYERS, declare:

1. I am a duly-admitted attorney licensed to practice law in all the courts in the State of California, and the principal of Meyers Law Group, P.C. ("MLG"), counsel for creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (collectively, the "Marshalls"). In such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. I make this supplemental declaration in support of *Petitioner's Motion for Allowance*

-1-
SUPPLEMENTAL DECLARATION OF MERLE C. MEYERS IN SUPPORT OF PETITIONERS' MOTION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT
31559.DOC 20140

1  *of Administrative Expense Claim for Reimbursement* (the "Motion," docket no. 92),[1] filed in the
2  chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor").

3      3.    No objections, opposition, or other response to the Motion were served or filed. A
4  hearing on the Motion was held on October 23, 2018 (the "Hearing"). At the Hearing, the Court
5  directed MLG to submit a supplement to support the costs requested in the Motion. The Motion was
6  otherwise granted.

7      4.    As stated in the Motion, the costs as related to the Chapter 11 Petition were in the total
8  amount of $1,967.00. The Costs were and actually and necessarily incurred by MLG and the
9  Marshalls to file and prosecute the Chapter 11 Petition.

10      5.    The costs are comprised of: (a) the chapter 11 involuntary petition filing fee in the
11  amount of $1,717.00; and (b) a *pro hac vice* application filing fee in the amount of $250.00.
12  Attached hereto as **Exhibit "A"** are true and correct copies of confirmations issued by the Court and
13  received by MLG, confirming payment of the aforementioned fees.

14      6.    I declare under penalty of perjury that the foregoing is true and correct, and that this
15  declaration was executed on October 24, 2018 at San Francisco, California.

        /s/ Merle C. Meyers
17         MERLE C. MEYERS

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-2-
SUPPLEMENTAL DECLARATION OF MERLE C. MEYERS IN SUPPORT OF PETITIONERS' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT
31559.DOC 20140

# EXHIBIT "A"

# U.S. Bankruptcy Court
## District of Nevada

Thank you. Your transaction in the amount of **$1717.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **18145988**.

**Detail description:**
Involuntary Petition (Chapter 11)(18-50412) [misc,invol11] (1717.00)

# U.S. Bankruptcy Court
# District of Nevada

Thank you. Your transaction in the amount of **$ 250.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **18149820**.

**Detail description:**
Verified Petition/Pro Hac Vice(18-50412-gwz) [misc,verpeta] ( 250.00)