_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
October 25, 2018

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

MEDIZONE INTERNATIONAL, INC.,

      Debtor.

Case No. 18-12662-leb

Chapter 7

Date: October 23, 2018
Time: 9:30 a.m. U.S. Bankruptcy Court
Place: 300 Las Vegas Blvd. So.
   Ctrm. 3
   Las Vegas, NV
Judge: Hon. Laurel E. Babero

**ORDER GRANTING POSTPETITION LENDER'S MOTION FOR REIMBURSEMENT OF FEES AND EXPENSES INCURRED UNDER LOAN AGREEMENT WITH TRUSTEE**

On September 19, 2018, postpetition creditors EDWIN G. MARSHALL and DR. JILL C.

-1-

MARSHALL (collectively the "Marshalls") filed the *Postpetition Lender's Motion For Reimbursement Of Fees And Expenses Incurred Under Loan Agreement With Trustee* (the "Motion," docket no. 96) in the chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), as supported by the declarations of Edwin G. Marshall and Merle C. Meyers, and the notice of hearing of the Motion. No objections, oppositions, or other responses to the Motion were served or filed.

On October 23, 2018, the Motion came before the Court for hearing following due and adequate notice. Merle C. Meyers, Esq. of Meyers Law Group, P.C. (MLG") appeared on behalf of the Marshalls.

Based upon the Court's review and consideration of the Motion, and all pleadings filed concurrently therewith in support of the same, notice having been properly given, and for the reasons stated by the Court on the record at the hearing, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is hereby GRANTED.

2. The Requested Reimbursement[1] in the amount of $49,099.77, is hereby approved pursuant to 11 U.S.C. § 506(b), as the Marshalls' reimbursable fees and expenses under the terms of the Loan Agreement.

3. MLG is hereby authorized to release $49,099.77 of the $50,000.00 deposit held in MLG's trust account to the Marshalls or at their direction, in satisfaction of the Requested Reimbursement.

4. MLG is hereby authorized to pay the balance of the $50,000.00 deposit, in the amount of $900.23, to the Trustee in final payment of the asset purchase price.

Submitted by:

   /s/ Merle C. Meyers
Merle C. Meyers, Esq.
Meyers Law Group, P.C.
Attorneys for Edwin G. Marshall and
Dr. Jill C. Marshall, Creditors

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to them in the Motion.

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order herein accurately reflects the court's ruling and that (check one):

- ☐ The court waived the requirement of approval under LR 9021 (b)(1).
- ☒ No party appeared at the hearing or filed an objection to the motion.
- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.
- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

By  /s/ Merle C. Meyers
Merle C. Meyers, Esq.
MEYERS LAW GROUP, P.C.

###

COURT SERVICE LIST
31557.DOC 20140