_____
Honorable Laurel E. Babero
United States Bankruptcy Judge



Entered on Docket
October 29, 2018

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>              Debtor. | Case No. 18-12662-leb<br><br>Chapter 7<br><br>Date:   October 23, 2018<br>Time:  9:30 a.m.<br>Place:  300 Las Vegas Blvd. So.<br>          Ctrm. 3<br>          Las Vegas, NV<br>Judge:  Hon. Laurel E. Babero |

**ORDER GRANTING PETITIONERS' MOTION FOR ALLOWANCE
OF ADMINISTRATIVE EXPENSE CLAIM FOR REIMBURSEMENT**

On September 19, 2018, creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (the

"Marshalls") filed the *Petitioners' Motion For Allowance Of Administrative Expense Claim For Reimbursement* (the "Motion," docket no. 92) in the chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), as supported by the declarations of Edwin G. Marshall, Merle C. Meyers and Courtney Miller O'Mara, and the notice of hearing of the Motion.  No objections, oppositions, or other responses to the Motion were served or filed.

On October 23, 2018, the Motion came before the Court for hearing following due and adequate notice.  Merle C. Meyers, Esq. of Meyers Law Group, P.C. ("MLG") appeared on behalf of the Marshalls. On October 24, 2018, at the Court's direction, the Marshalls filed a *Supplemental Declaration of Merle C. Meyers In Support Of Petitioners' Motion for Allowance of Administrative Expense Claim for Reimbursement*, regarding itemization of costs.

As evidenced below by the signatures of the Marshalls, the administrative expense claim requested in the Motion has been assigned to MLG.

Based upon the Court's review and consideration of the Motion, and all pleadings filed in support of the same, notice having been properly given, and for the reasons stated by the Court on the record at the hearing, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The Motion is hereby GRANTED, and MLG, as assignee of the Marshalls, is hereby awarded and allowed an administrative expense claim against the Debtor's estate, pursuant to 11 U.S.C. §§ 503(b)(3)(A) and 503(b)(4), in the amount of $32,035.00.

*********

The Marshalls hereby assign to MLG the administrative expense claim requested in the Motion.

|    /s/ Edwin G. Marshall    |    /s/ Jill C. Marshall    |
|---|---|
| EDWIN G. MARSHALL | DR. JILL C. MARSHALL |

Submitted by:

   /s/  Merle C. Meyers
Merle C. Meyers, Esq.
Meyers Law Group, P.C.
Attorneys for Edwin G. Marshall and
Dr. Jill C. Marshall, Creditors

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order herein accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021 (b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

By   /s/ Merle C. Meyers
Merle C. Meyers, Esq.
MEYERS LAW GROUP, P.C.

###

COURT SERVICE LIST
31558 20140