_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
November 07, 2018

_____

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:          bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>MEDIZONE INTERNATIONAL, LLC,<br><br>                                Debtor. | Case No. BK-S-18-12662-LEB<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION FOR COMPENSATION FOR WILLIAM M. HOLLAND AS SPECIAL ACCOUNTANT**<br><br>Date:   November 6, 2018<br>Time:   2:30 p.m. |
|---|---|

The Trustee's *Application for Compensation for William M. Holland as Special Accountant* (the "Application") [ECF No. 110] having come before this Court on the 6th day of November, 2018;  Lenard E. Schwartzer (the "Trustee"), Chapter 7 Trustee, appearing by and through his counsel, Jason A. Imes., Esq., of the Schwartzer & McPherson Law Firm; the Court finding that notice has been given to all creditors and parties in interest as required by law and that no parties appeared or filed written opposition; the Court finding the requested fees and costs are reasonable and appropriate, and for good cause appearing,

/ / /

/ / /

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay William M. Holland compensation as the Trustee's special accountant in the amount of $2,668.75 for fees, and reimburse costs in the amount of $4.09, for a total of **$2,672.84**, for the period from June 1, 2018 through September 26, 2018, as an allowed Chapter 7 administrative expense of this bankruptcy estate.

Submitted by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Counsel for Lenard Schwartzer, Trustee*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm

### # # #