**160 Rumson Road**
**Atlanta, Georgia**
**30305**

RECEIVED AND FILED
2018 DEC 13  PM 12 58
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

EGP

December 9, 2018

U.S. Bankruptcy Court, District of Nevada
Foley Federal Building and U.S. Courthouse
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101

        In re:  Medizone International, Inc.
        Case No. BK-S-18-12662-LEB

Dear Sirs:

    Please adjust your records to reflect that my address has changed.  You may now correspond with me at 160 Rumson Road, Atlanta, Georgia 30305.  My former address was 25 Wentworth Street, Charleston, SC 29401.  That address is no longer current.

    Thank you very much in advance,

        Sincerely,

        *[signature]*

        Philip A. Theodore