_____
Mary A. Schott
Clerk of Court



Entered on Docket
January 24, 2019

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | MEYERS LAW GROUP, P.C. |
| | MERLE C. MEYERS, ESQ., CA Bar. No. 66849 |
| 9 | 44 Montgomery Street, Suite 1010 |
| | San Francisco, CA  94104 |
| 10 | Telephone: (415) 362-7500 |
| | Facsimile:  (415) 362-7515 |
| 11 | Email:  mmeyers@meyerslawgroup.com |
| 12 | FENNEMORE CRAIG, P.C. |
| | COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683 |
| 13 | 300 S. Fourth St., Ste. 1400 |
| | Las Vegas, NV 89101 |
| 14 | Telephone: (702) 692-8000 |
| | Facsimile: (702) 692-8099 |
| 15 | Email: comara@fclaw.com |
| 16 | Attorneys for EDWIN G. MARSHALL and |
| | DR. JILL C. MARSHALL, Creditors |
| 17 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | | Case No. 18-12662-ABL |
| MEDIZONE INTERNATIONAL, INC., | | Chapter 7 |
| | Debtor. | Date of Examination:  February 27, 2019<br>Time of Examination: 11:00 a.m. E.S.T. |

**ORDER GRANTING EX PARTE MOTION FOR**
**RULE 2004 EXAMINATION OF DAVID A. ESPOSITO**

Based upon review and consideration of the *Ex Parte Motion for Rule 2004 Examination of David A.*

-1-

*Esposito* (the "Motion"), filed by creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (collectively, the "Marshalls"), in the above-captioned chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  The Motion is hereby granted, and

2.  DAVID A. ESPOSITO ("Mr. Esposito") shall appear for examination on **February 27, 2019** at **11:00 a.m. E.S.T.**, at a location to be designated by the Marshalls in Grand Rapids, Michigan, or at such other place, time and/or date as may be mutually agreed upon by the Marshalls and Mr. Esposito.

###

ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION OF DAVID A. ESPOSITO
31607 20140