_____
Mary A. Schott
Clerk of Court

Entered on Docket
January 24, 2019

MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515
Email:  mmeyers@meyerslawgroup.com

FENNEMORE CRAIG, P.C.
COURTNEY MILLER O'MARA, ESQ., NV Bar No. 10683
300 S. Fourth St., Ste. 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: comara@fclaw.com

Attorneys for EDWIN G. MARSHALL and
DR. JILL C. MARSHALL, Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

MEDIZONE INTERNATIONAL, INC.,

                Debtor.

Case No. 18-12662-ABL

Chapter 7

Date of Examination:  March 13, 2019
Time of Examination: 11:00 a.m. E.S.T.

**ORDER GRANTING EX PARTE MOTION FOR
RULE 2004 EXAMINATION OF PHILIP A. THEODORE**

      Based upon review and consideration of the *Ex Parte Motion for Rule 2004 Examination of Philip A.*

ORDER GRANTING EX PARTE MOTION FOR RULE 2004 EXAMINATION OF PHILIP A. THEODORE
31611 20140

*Theodore* (the "Motion"), filed by creditors EDWIN G. MARSHALL and DR. JILL C. MARSHALL (collectively, the "Marshalls"), in the above-captioned chapter 7 case of MEDIZONE INTERNATIONAL, INC. (the "Debtor"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is hereby granted, and

2. PHILIP A. THEODORE ("Mr. Theodore") shall appear for examination on **March 13, 2019** at **11:00 a.m. E.S.T.**, at a location to be designated by the Marshalls in Atlanta, Georgia, or at such other place, time and/or date as may be mutually agreed upon by the Marshalls and Mr. Theodore.

###