UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re: MEDIZONE INTERNATIONAL, INC., Debtor        Case No. 18-12662-ABL

## TRANSFER OF CLAIM FOR SECURITY

CLAIM NO. 1 HAS BEEN FILED IN THIS CASE by Jill C. Marshall ("Mrs. Marshall" or "Transferor"), in the amount of $466,812.00. Such claim has been transferred to Meyers Law Group, P.C. ("MLG" or "Transferee"), as of January 1, 2019, as security for present and future obligations owing from Mrs. Marshall to MLG, pursuant to the Assignment of Claim entered into by and between Mrs. Marshall and MLG.

MLG, as transferee, hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice. Transferor has authorized Transferee to receive directly all distributions or other payments made on account of the claim, and therefore, **all distributions or payments made on account of said Claim No. 1 must be paid by the trustee of the chapter 7 estate of MEDIZONE INTERNATIONAL, INC., Debtor, Case No. 18-12662, directly to Transferee**.

| Meyers Law Group, P.C. | Jill C. Marshall |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim Number: 1
Amount of Claim: $466,812.00 (as of 4/13/18)
Date Claim Filed: May 11, 2018

Name and Address where notices should be sent:

To Transferee:
    Meyers Law Group, P.C.
    Attn: Merle C. Meyers, Esq.
    44 Montgomery St., Ste. 1010
    San Francisco, CA 94104
    Tel: (415) 362-7500
    Fax: (415) 362-7515
    Email: mmeyers@meyerslawgroup.com

To Transferor:
    Jill C. Marshall
    144 Buena Vista
    Stinson Beach, CA 94970
    Tel: (415) 868-0300
    Email: drjillnmd@gmail.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        DATED: January 25, 2019
    Merle C. Meyers, President
    Meyers Law Group, P.C., Transferee