MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar. No. 66849
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515
Email: mmeyers@meyerslawgroup.com

For Itself as Transferee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

MEDIZONE INTERNATIONAL, INC.,

Debtor.

Case No. 18-12662-ABL

Chapter 7

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**TRANSFER OF CLAIM FOR SECURITY (EDWIN G. MARSHALL);**

**AND TRANSFER OF CLAIM FOR SECURITY (JILL C. MARSHALL)**

on each party listed below in the following manner:

☒ BY FIRST CLASS MAIL: by placing said document(s) listed above in a sealed envelope with postage fully prepaid, in a United States mail box at San Francisco California, addressed as set forth below.

☐ BY TELECOPIER: by transmitting via facsimile said document(s) listed above to the fax number set forth below.

☐ BY OVERNIGHT DELIVERY: by placing said document(s) listed above in a sealed envelope to be delivered on the next business day by Federal Express overnight delivery addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) listed above addressed as set forth below.

CERTIFICATE OF SERVICE
31625 20140

1

1  ☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) listed above to the email address set forth below.

2  ☐ BY ECF EMAIL NOTIFICATION: by way of this court's ECF email notification to the participating parties set forth below.

3

4   I declare under penalty of perjury that the foregoing is true and correct. Executed at San

5  Francisco, California on January 25, 2019.

6
                                    /s/ Kathy Quon Bryant
7                                   KATHY QUON BRYANT

8  Jason A. Imes, Esq.
   Schwartzer & McPherson Law Firm
9  2850 South Jones Blvd., Ste. 1
   Las Vegas, NV 89146
10

11 Edwin G. Marshall
   144 Buena Vista
12 Stinson Beach, CA  94970

13 Jill C. Marshall
   144 Buena Vista
14 Stinson Beach, CA  94970

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATE OF SERVICE
31625 20140