1  LENARD E. SCHWARTZER
   2850 S. Jones Blvd., Ste 1
2  Las Vegas, NV 89146
   (702) 307-2022
3
   TRUSTEE
4

5

6

7
                     UNITED STATES BANKRUPTCY COURT
8
                           DISTRICT OF NEVADA
9

10 In re                              )   Case No. BK-S 18-12662-ABL
                                      )
11 MEDIZONE INTERNATIONAL, INC.,      )   IN PROCEEDINGS UNDER CHAPTER 7
                                      )
12                                    )   EX PARTE APPLICATION FOR
                                      )   COMPENSATION FOR KENNETH A.
                                      )   SELTZER, CPA
13                                    )
                     Debtor.          )        (No Hearing Required)
14                                    )
                                      )
15 _____     )

16     LENARD E. SCHWARTZER, Trustee herein, makes application for compensation for

17 KENNETH A. SELTZER, CPA, and alleges:

18     1. LENARD E. SCHWARTZER is the duly appointed and acting Trustee in this case.

19     2. By order entered January 30, 2019 [Doc 137], KENNETH A. SELTZER, CPA, was

20 employed to prepare estate tax returns as required.

21     3. A 2018 tax return has been prepared by the accountant, and the estate owes KENNETH A.

22 SELTZER, CPA, $750.00 for said return. See the attached invoice, marked Exhibit 1 and

23 incorporated herein by reference.

24 / / / / /

25

26 / / / / /

27

28

WHEREFORE, your Applicant prays for an order authorizing compensation for KENNETH A. SELTZER, CPA, in the amount of $750.00.

Date: February 7, 2019

_____
LENARD E. SCHWARTZER, Trustee

## DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge information and belief.

Date: February 7, 2019

_____
LENARD E. SCHWARTZER, Trustee

# EXHIBIT "1"

Kenneth A Seltzer CPA, APC

17 Candlewyck Dr
Henderson, NV 89052

# Invoice

| Date | Invoice # |
|---|---|
| 2/5/2019 | 12006 |

| Bill To |
|---|
| Medizone International, Inc.<br>Lenard E Schwartzer<br>2850 S Jones Blvd<br>Ste 1<br>Las Vegas, NV 89146 |

| Item | Description | Amount |
|---|---|---|
| Corporate Tax Retur... | Preparation of federal tax return for 2018 (3hrs) | 750.00 |

| | Total | $750.00 |
|---|---|---|

*Exhibit "1"*