Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail:            bkfilings@s-mlaw.com

*Attorneys for Lenard E. Schwartzer*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. BK-S-18-12662-ABL<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

1. I caused to be served the following document(s):

   a. Trustee's Reply To Objection To Application To Employ Meyers Law Group, P.C., As Special Litigation Counsel Pursuant To 11 U.S.C. §327(e) [ECF 161], and

   b. Trustee's Reply To Objection To Motion For Approval Of Amended Settlement Agreement (FRBP 9019) [ECF 162].

2. I served the above-named document(s) by the following means to the persons as listed below:

■    a.    **By ECF System (Both Documents On 04/12/2019):**

JEREMY R. ALBERTS on behalf of Creditor DAVID DODD

jalberts@wwhgd.com, eamoroso@wwhgd.com;abonney@wwhgd.com

JEREMY R. ALBERTS on behalf of Creditor DAVID ESPOSITO

jalberts@wwhgd.com, eamoroso@wwhgd.com;abonney@wwhgd.com

JEREMY R. ALBERTS on behalf of Creditor PHIL THEODORE

jalberts@wwhgd.com, eamoroso@wwhgd.com;abonney@wwhgd.com

JASON A. IMES on behalf of Trustee LENARD E. SCHWARTZER

bkfilings@s-mlaw.com

MERLE C. MEYERS on behalf of Creditor MEYERS LAW GROUP, P.C.

1  mmeyers@meyerslawgroup.com

2  MERLE C. MEYERS on behalf of Creditor EDWIN G. MARSHALL

3  mmeyers@meyerslawgroup.com

4  MERLE C. MEYERS on behalf of Creditor JILL C. MARSHALL

5  mmeyers@meyerslawgroup.com

6  COURTNEY MILLER O'MARA on behalf of Creditor EDWIN G. MARSHALL

7  comara@fclaw.com, aalley@fclaw.com;sbraselton@fclaw.com

8  COURTNEY MILLER O'MARA on behalf of Creditor JILL C. MARSHALL

9  comara@fclaw.com, aalley@fclaw.com;sbraselton@fclaw.com

10 LENARD E. SCHWARTZER

11 trustee@s-mlaw.com, lbenson@s-mlaw.com;nv17@ecfcbis.com;les@trustesolutions.net

12 U.S. TRUSTEE - LV - 7

13 USTPRegion17.LV.ECF@usdoj.gov

14 MATTHEW C. ZIRZOW on behalf of Debtor MEDIZONE INTERNATIONAL, INC.

15 mzirzow@lzklegal.com,

16 carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com

17 ☐   b.   **By United States First Class postage fully prepaid:**

18 ☐   c.   **By United States Certified Mail postage fully prepaid**:

19 ☐   d.   **By Personal Service**

20       I personally delivered the document(s) to the persons at these addresses:

21       ☐   For a party represented by an attorney, delivery was made by handing the

22 document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

23 other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place

24 in the office.

25       ☐   For a party, delivery was made by handing the document(s) to the party or by

26 leaving the document(s) at the person's dwelling house or usual place of abode with someone of

27 suitable age and discretion residing there.

28 ☐   e.   **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    f.    **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    g.    **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:      April 15, 2019

Taylor N Jorgensen                    */s/ Taylor N Jorgensen*
(Name of Declarant)                (Signature of Declarant)