Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:   (702) 938-3838
Facsimile:   (702) 938-3864

Attorneys for David Dodd, David Esposito and Philip Theodore

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-18-12662-ABL |
| MEDIZONE INTERNATIONAL. INC. | Chapter 7 |
| Debtor. | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |

Matthew Kramer, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Miami, Florida.

2. That Petitioner is an attorney at law and a member of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, with offices at 6385 S. Rainbow Blvd., Suite 400, Las Vegas, Nevada 89118.

3. That Petitioner has been retained personally or as a member of the law firm by David Dodd, David Esposito and Philip Theodore to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since Matthew I. Kramer, Petitioner has been and presently us a member in good standing of the bar of the highest Court of the State of Florida where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and the Courts of other States on the dates indicated for each, and that the Petitioner is presently a member of good standing in said Courts.

| | Date Admitted |
|---|---|
| U.S. District Court – District of Colorado | 05/19/2016 |
| U.S. District Court – Northern District of Florida | 01/15/2018 |
| U.S. District Court – Southern District of Florida | 04/26/2005 |
| U.S. District Court – Middle District of Florida | 01/04/2005 |
| Southern District of N.Y. | 03/21/2000 |
| Eastern District of N.Y. | 03/21/2000 |
| U.S. District Court, ED Michigan | 08/14/2003 |

6. That there have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in The Florida Bar Association and The New York Bar State Bar Association.

9. Petitioner or any member of Petitioner's firm with which Petitioner is associated has filed application to appear as counsel under Local Rule IA II-2 during the past three (3) years in the following matters:

| Date of Application | Case | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agreed to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and the client has consented to such representation.

DATED this 15th day of April, 2019.

Matthew I. Kramer
Petitioner

STATE OF FLORIDA         )
                         )
COUNTY OF MIAMI-DADE     )

Matthew I. Kramer, Petitioner, being first duly sworn, deposed and says:

That the foregoing statements are true.

Matthew I. Kramer
Petitioner

(SEAL)

Subscribed and sworn to me before this 15th day of April, 2019.

Notary Public



DIANA MALLQUI
Commission # GG 210743
Expires April 26, 2022
Bonded Thru Budget Notary Services

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, and that on the 17th day of April, 2019, the foregoing **VERIFIED PETITION FOR ADMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court.

*/s/ signature/*

An Employee of Winberg, Wheeler,
Hudgins, Gunn & Dial, LLC

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838