Name, Address, Telephone No., Bar Number, Fax No. & E-mail address
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
jalberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Phone: (702) 938-3838 / Facsimile: (702) 938-3864

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.:BK-S-18-12662-A |
| | ) | Chapter 7 |
| MEDIZONE INTERNATIONAL, INC. | ) | |
| | ) | DESIGNATION OF LOCAL |
| | ) | COUNSEL AND CONSENT |
| | ) | THERETO |
| Debtor(s). | ) | |

      The undersigned, attorney of record for <u>David Dodd, David Esposito, Philip Theodore</u>, the _____ herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate <u>Jeremy R. Alberts, Esq.</u> attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

6385 S . Rainbow Blvd., Ste. 400, Las Vegas, NV  89118

702-938-3838; JAlberts@wwhgd.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____ Attorney at Law

Counsel for Dodd, Esposito, Theodo

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Jeremy R. Alberts___ as his/her/their Designated Nevada Counsel is this case.

*[signatures]*

Deslocalcounsel.wpd rev. 4/12/07

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, and that on the 17th day of April, 2019, the foregoing **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court.

_____
An Employee of Winberg, Wheeler,
Hudgins, Gunn & Dial, LLC

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838