NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−18−12662−abl |
| MEDIZONE INTERNATIONAL, INC. | CHAPTER 7 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by MATTHEW KRAMER is **GRANTED**.

Dated: 4/18/19

*/s/ Mary A. Schott*

Mary A. Schott
Clerk of Court