United States Bankruptcy Court
District of Nevada

In re:  
MEDIZONE INTERNATIONAL, INC.  
      Debtor

Case No. 18-12662-abl  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0978-2     User: youngbloo     Page 1 of 1     Date Rcvd: Apr 18, 2019  
                      Form ID: ovpbk       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.  
aty           +MATTHEW KRAMER,    6385 S. RAINBOW BLVD., SUITE 400,    LAS VEGAS, NV 89118-3208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:  
          COURTNEY MILLER O'MARA    on behalf of Creditor JILL C. MARSHALL comara@fclaw.com,  
           aalley@fclaw.com;sbraselton@fclaw.com  
          COURTNEY MILLER O'MARA    on behalf of Creditor EDWIN G. MARSHALL comara@fclaw.com,  
           aalley@fclaw.com;sbraselton@fclaw.com  
          JASON A. IMES    on behalf of Trustee LENARD E. SCHWARTZER bkfilings@s-mlaw.com  
          JEREMY R. ALBERTS    on behalf of Creditor PHILIP A THEODORE jalberts@wwhgd.com,  
           eamoroso@wwhgd.com;abonney@wwhgd.com  
          JEREMY R. ALBERTS    on behalf of Creditor DAVID  DODD jalberts@wwhgd.com,  
           eamoroso@wwhgd.com;abonney@wwhgd.com  
          JEREMY R. ALBERTS    on behalf of Creditor DAVID  ESPOSITO jalberts@wwhgd.com,  
           eamoroso@wwhgd.com;abonney@wwhgd.com  
          JEREMY R. ALBERTS    on behalf of Creditor PHIL  THEODORE jalberts@wwhgd.com,  
           eamoroso@wwhgd.com;abonney@wwhgd.com  
          LENARD E. SCHWARTZER    trustee@s-mlaw.com,  
           lbenson@s-mlaw.com;nv17@ecfcbis.com;les@trustesolutions.net  
          MATTHEW C. ZIRZOW    on behalf of Debtor    MEDIZONE INTERNATIONAL, INC. mzirzow@lzklegal.com,  
           carey@lzklegal.com;trish@lzklegal.com;sara@lzklegal.com;carita@lzklegal.com  
          MERLE C. MEYERS    on behalf of Creditor JILL C. MARSHALL mmeyers@meyerslawgroup.com  
          MERLE C. MEYERS    on behalf of Creditor EDWIN G. MARSHALL mmeyers@meyerslawgroup.com  
          MERLE C. MEYERS    on behalf of Creditor    MEYERS LAW GROUP, P.C. mmeyers@meyerslawgroup.com  
          U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov  
                                                                                                        TOTAL: 13

NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–18–12662–abl |
| | CHAPTER 7 |
| MEDIZONE INTERNATIONAL, INC. | |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by MATTHEW KRAMER is **GRANTED**.

Dated: 4/18/19

Mary A. Schott
Clerk of Court