_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 24, 2019

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

MEDIZONE INTERNATIONAL, INC.,

Debtor.

Case No.: 18-12662-abl

Chapter 7

Hearing Date: June 14, 2019
Hearing Time: 2:30 p.m.

**ORDER DENYING TRUSTEE'S MOTION TO APPROVE SETTLEMENT**

On June 14, 2019, the court issued its oral ruling on a Motion for Approval of Amended Settlement Agreement ("Motion") (ECF No. 151).[1] The Motion was filed on behalf Lenard E. Schwartzer, Chapter 7 Trustee ("Trustee").

At the June 14, 2019 hearing, attorney Jason A. Imes appeared on behalf of the Trustee. Attorney Merle Meyers appeared telephonically on behalf of Meyers Law Group, P.C. ("Special Council"). Other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on June 14, 2019, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

Copies sent via BNC to:

JOSEPHINE DELLA VECCHIA
3 LINWOOD AVENUE
ELMWOOD PARK, NJ 07407

HOGAN LOVELLS US LLP
555 THIRTEENTH ST
NW WA, DC 20004

WILLIAM M. HOLLAND
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146

L2 CAPITAL, LLC
411 DORADO BEACH EAST
DORADO, PR 00646

CASSAN MACLEAN
336 MACLAREN ST
OTTAWA, CA K2P0M6

KENNETH A. SELTZER
17 CANDLEWYCK DRIVE
HENDERSON, NV 89052

PHILIP A THEODORE
160 RUMSON ROAD
ATLANTA, GA 30305

# # #

2