1  Jason A. Imes, Esq., NV Bar No. 7030
2  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
3  Las Vegas NV 89146-5308
   Telephone:    (702) 228-7590
4  Facsimile:    (702) 892-0122
   E-Mail:    bkfilings@s-mlaw.com
5  *Counsel for Lenard E. Schwartzer, Trustee*

6                 **UNITED STATES BANKRUPTCY COURT**

7                        **DISTRICT OF NEVADA**

8   In re:                              Case No. BK-S-18-12662-ABL

9   MEDIZONE INTERNATIONAL, INC.,       Chapter 7

10                          Debtor.     **OMNIBUS OBJECTION FOR AUTHORITY**
11                                      **TO DESIGNATE CERTAIN PROOFS OF**
                                        **CLAIM AS SHAREHOLDER INTERESTS**
12                                      **(FRBP 3007(d))**

13                                      Hearing Date:    June 10, 2020
                                        Hearing Time:    9:30 a.m.
14

15         LENARD E. SCHWARTZER, Chapter 7 Trustee (the "Trustee"), by and through his

16  counsel, Schwartzer & McPherson Law Firm, files this *Omnibus Objection to Designate Certain*

17  *Claims as Shareholder Claims* (the "Omnibus Objection") pursuant to Fed.R.Bankr.P. 3007(d).

18         The Trustee has identified 77 proofs of claim filed in this case by investors that should

19  have been filed as proof of shareholder interests instead, so the Trustee requests that such claims

20  be deemed proof of shareholder interests for purposes of distribution. The Trustee requests this

21  omnibus relief instead of requiring each investor to withdraw the proofs of claims they have

22  already filed and re-file proofs of shareholder interest. The claims to be designated as shareholder

23  interests are set forth in this Omnibus Objection and listed in **Exhibit "1"** attached to this Motion.

24         This Omnibus Objection is supported by the *Declaration of Lenard E. Schwartzer* (the

25  "Schwartzer Declaration") filed concurrently with this Omnibus Objection, and the following

26  Points and Authorities. This Omnibus Objection is brought pursuant to FRBP 3007(d)(7) because

27  the objection is based solely on the fact that these subject claims are shareholder interests rather

28  than claims.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## I.  JURISDICTION

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.  FACTUAL BACKGROUND

1.      On April 18, 2018, creditors Edwin G. Marshall and Dr. Jill C. Marshall (collectively, the "Marshalls"), and creditors Ushio America, Inc. and Engineering CPR, Inc. (together with the Marshalls, the "Petitioning Creditors"), filed an involuntary petition under Chapter 11 the Bankruptcy Code against Debtor MEDIZONE INTERNATIONAL, INC. (the "Debtor") in Reno, Nevada, thereby commencing bankruptcy case number 18-50412-GWZ (the "Involuntary Chapter 11 Case").

2.      On May 8, 2018, the Debtor filed its voluntary petition pursuant to Chapter 7 of the Bankruptcy Code in Las Vegas, Nevada, and Trustee Schwartzer was appointed to administer the Chapter 7 estate. The Involuntary Chapter 11 Case was subsequently dismissed.

3.      The Debtor was a publicly traded company and financed its operations since inception primarily by the sale of its common stock in small private placements. Debtor's most recent Form 10-K annual report filed March 20, 2018, with the United States Securities and Exchange Commission, indicates it had 415,191,788 shares of common stock outstanding as of March 20, 2018.

4.      The Trustee was authorized by this Court to operate the business for approximately 90 days from June 1, 2018 through August 31, 2018 [ECF No. 36], and was authorized to borrow up to $200,000.00 from the Marshalls [ECF No. 40] to fund said operation pending sale of the estate's assets.  The Trustee completed the necessary operation of the business, sold substantially all of the estate assets to ASEPTICSURE SCIENTIFIC, LLC [ECF No. 85], and repaid the post-petition loan from the Marshalls in full.

5.      Upon review of the 93 proofs of claim filed in this case, the Trustee has identified 77 proofs of the claim that appear to assert shareholder capital stock interests in the Debtor rather than claims against the Debtor for money owed pursuant to a debt.

6.    Shareholder equity rights from ownership of capital stock are categorized differently for purposes of distribution than proofs of claim for a debt, so the Trustee requests authorization to designate the following 77 proofs of claims (the "Shareholder Filings") as proofs of shareholder equity interests, rather than proofs of claim, for purposes of distribution:

| Claim No. | Claimant | Date Filed | Amount Claimed |
|---|---|---|---|
| 4 | Hans Peter Peters | 06/07/2018 | $ 86,250.00 |
| 7 | Stephanie Freeman | 06/26/2018 | $ 0.00 |
| 8 | Tevon (Dedona) Davis, Tevon Mertz | 06/25/2018 | $ 0.00 |
| 9 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 10 | Robert A Kelley | 06/25/2018 | $ 750.00 |
| 11 | David E. Arthur | 06/25/2018 | $ 500.00 |
| 12 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 13 | Darlene M. Laino-Kuren | 06/25/2018 | $ 0.00 |
| 14 | Daniel Durica & Rosemary T. Durica JTTEN | 06/25/2018 | $ 2,500.00 |
| 15 | John S. and Sally J. Washburn JT TEN | 06/26/2018 | $ 0.00 |
| 16 | Batty A. and Cynthia L. Fadden | 06/26/2018 | $ 0.00 |
| 17 | Nancy E. Miller | 06/27/2018 | $ 500.00 |
| 18 | Stephanie Freeman | 06/28/2018 | $ 0.00 |
| 19 | Dorothy J. Jackson | 06/28/2018 | $ 500.00 |
| 20* | Richard L. and Lorna J. Johnson | 06/28/2018 | $ 0.00 |
| 21 | Thelma Jo Bennett,Theodore Grant Bennett (deceased) | 06/29/2018 | $ 0.00 |
| 22 | Greg M. Conger | 07/02/2018 | $ 10,699.48 |
| 23 | The Sunset Trust, Maud P. Leonard, deceased, Russell L. Leonard | 07/02/2018 | $ 0.00 |
| 24 | Patsy Wong | 07/02/2018 | $ 955.63 |
| 25 | Joel Savitch | 07/02/2018 | $ 0.00 |
| 26 | Deborah L. Perri | 07/02/2018 | $ 0.00 |
| 27 | Guenter B. Moldzio, c/o Andria Moldzio, Trustee | 07/02/2018 | $ 5,000.00 |
| 28 | Carla G. Brunner | 07/02/2018 | $ 100.00 |
| 29 | Manuel Perea | 07/05/2018 | $ 500.00 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 30 | Peter and Sheila DiPiazza | 07/05/2018 | $ | 0.00 |
|---|---|---|---|---|
| 31 | George James Kamoutsis | 07/06/2018 | $ | 500.00 |
| 32 | Bruce Oryson | 07/11/2018 | $ | 761.00 |
| 33 | Elaine Parenteau | 07/12/2018 | $ | 500.00 |
| 35 | Joseph V. Martin | 07/13/2018 | $ | 575,000.00 |
| 36 | Harriet Gertner | 07/13/2018 | $ | 0.00 |
| 37 | Erika Varble | 07/16/2018 | $ | 951.60 |
| 38 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 07/16/2018 | $ | 72,350.00 |
| 39* | Daniel M. Newman | 07/16/2018 | $ | 0.00 |
| 40 | Timothy R. Ryan | 07/16/2018 | $ | 3,000.00 |
| 41 | William Leslie Stoodard | 07/17/2018 | $ | 0.00 |
| 44* | Vincent Fam. Trust | 07/19/2018 | $ | 10,000.00 |
| 45 | Valery Warble | 07/20/2018 | $ | 951.60 |
| 47 | David Anthony Gaughan | 07/20/2018 | $ | 1641.20 |
| 48 | Arthur Allison Wills III | 07/23/2018 | $ | 0.00 |
| 49 | Billy Erwin | 07/26/2018 | $ | 151,500.00 |
| 50 | Brian Couture | 07/26/2018 | $ | 261,500.00 |
| 51 | Peter Schoener | 07/27/2018 | $ | 83,000.00 |
| 52 | Jacqueline Rose | 07/30/2018 | $ | 633.00 |
| 53 | Fred Schneider | 07/30/2018 | $ | 441.00 |
| 54 | Donald G. Smith | 07/31/2018 | $ | 750.00 |
| 55* | Donna M. Teada | 08/01/2018 | $ | 0.00 |
| 57 | Lawrence Walter Cooke & Constance Mary Cooke JT TEN | 08/03/2018 | $ | 11,665.00 |
| 58* | Betty Jane Cecil | 08/06/2018 | $ | 5,020.00 |
| 59 | Kathryne O'Connell | 08/06/2018 | $ | 52,000.00 |
| 60 | Ronald R. Coomber & Claire T. Coomber JTWROS | 08/07/2018 | $ | 36,599.00 |
| 61 | Jim Carroll | 08/13/2018 | $ | 10,000.00 |
| 62 | Nancy A. Penza | 08/13/2018 | $ | 0.00 |
| 63 | James Bellman, Deneen Bellman | 08/13/2018 | $ | 11,502.10 |
| 64* | Ruby M. Boecker | 08/13/2018 | $ | 1,000.00 |

| 65 | James Richard Campbell | 08/17/2018 | $ | 0.00 |
|---|---|---|---|---|
| 66 | Peter M. Mullarkey & Annette J. Mullarkey | 08/17/2018 | $ | 6,500.00 |
| 67 | Thomas G. Beaumont, Mary B. Beaumont | 08/20/2018 | $ | 500.00 |
| 69 | Cindy Shelter Varble | 08/29/2018 | $ | 951.60 |
| 70 | Dyke R. Varble | 08/29/2018 | $ | 951.60 |
| 71 | Linda Patow | 08/29/2018 | $ | 10,000.00 |
| 73 | Robert McGuire | 09/04/2018 | $ | 0.00 |
| 77 | Henry L. Kozloski | 09/10/2018 | $ | 800.00 |
| 78 | Joseph Gehebe | 09/07/2018 | $ | 750.00 |
| 79 | Sherry M. Adler | 09/10/2018 | $ | 2,300.00 |
| 81 | Kenneth D. Holroyd | 09/11/2018 | $ | 22,000.00 |
| 82 | Joasia Carson | 09/12/2018 | $ | 0.00 |
| 83* | Dana Guertin | 09/13/2018 | $ | 1,500.00 |
| 84* | Morgan and Ruth O'Shea | 09/13/2018 | $ | 540.00 |
| 85 | Maribeth Kambitsch | 09/13/2018 | $ | 3,647.76 |
| 86 | Catherine M. Campigno & Anthony M. Campigno | 09/14/2018 | $ | 425.00 |
| 87 | Rudolph K. Paulsen, Jr. | 09/14/2018 | $ | 581.25 |
| 88 | Ronald St. John | 09/14/2018 | $ | 0.00 |
| 89 | Solomon Volen & Irma Volen JT TEN | 09/21/2018 | $ | 200.00 |
| 90 | David M. Krombeen | 09/24/2018 | $ | 12,880.00 |
| 91 | Renee Paulson | 09/27/2018 | $ | 250,000.00 |
| 92* | Pauline L. King | 01/28/2019 | $ | 0.00 |
| 93 | Paul D. Borchadt and Paula R. Borchadt | 02/07/2020 | $ | 30,595.00 |

*Nine of these Shareholder Filings (marked with *) do not expressly state they are shareholder interests, but the Trustee has determined these claims represent shareholder interests based on available information.

      6.     The first page from each of the Shareholder Filings is attached in numerical order as **Exhibit "2."**

/ / /

/ / /

/ / /

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

### III.  MEMORANDUM OF LAW

2

**A.**     **Creditor '*Proof of Claim*' vs. Shareholder '*Proof of Interest*'**

3        The Bankruptcy Code differentiates a proof of claim from proof of an equity security

4    interest.  Under the Bankruptcy Code, a "claim" is defined as a "right to payment ... or ... an

5    equitable remedy." 11 U.S.C. §101(5).  An "equity security," by contrast, is a "share in a

6    corporation, whether or not transferrable or denominated 'stock,' or similar security," or a

7    "warrant or right, other than a right to convert, to purchase, sell, or subscribe to [such an interest],"

8    *Id*. §101(16)(A), (C).  Thus, an interest in an equity security (which in this case includes

9    shareholders) is distinct from a claim to a right to payment or an equitable remedy.  Parties with

10   "claims" against a debtor are "creditors," *Id*. §101(10), and those with "equity securities" of the

11   debtor (*i.e.*, shareholders) are "equity security holders," *Id*. § 101 (17).

12       11 U.S.C. §501(a) states that "a creditor or an indenture trustee may file a **proof of claim**.

13   An equity security holder may file a **proof of interest**."  §501(a)(emphasis added).   In this case,

14   however, it appears numerous shareholders of the Debtor have filed proofs of claim rather than

15   proofs of interest.  To facilitate distribution, the Trustee submits this omnibus request to designate

16   these Shareholder Filings as proofs of interest for purposes of distribution, rather than impose a

17   burden on these investors to withdraw their proofs of claim and refile them as proofs of interest.

18       The Ninth Circuit Bankruptcy Appellate Panel has sanctioned this approach, noting that if

19   an equity security holder, "out of confusion," "file[s] [a] proof[ ] of claim"—instead of a proof of

20   interest—the claim is "properly disallowed" as "duplicative" of a proof of interest. USA Capital

21   Realty Advisors, LLC v. USA Capital Diversified Trust Deed Fund, LLC (In re USA Commercial

22   Mortg. Co.), 377 B.R. 608, 615 (B.A.P. 9th Cir. 2007).

23       In such a situation, the chapter 7 trustee may file an omnibus objection to such claims "on

24   the ground they are 'interests, rather than claims.' Fed. R. Bankr. P. 3007(d)(7)."  In re Lehman

25   Bros. Holdings Inc., 855 F.3d 459, 469–70 (2d Cir. 2017)

26       The Trustee has not identified any basis to object to the numbers of shares claimed in each

27   Shareholder Filing.

28   / / /

**SCHWARTZER & McPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## IV.  CONCLUSION

Based upon the foregoing, the Trustee requests entry of an Order of this Court pursuant to Fed.R.Bankr.P 3007 that the Shareholder Filings identified in this Motion and in attached **Exhibit "1"** shall be deemed timely filed proofs of shareholder equity security interests rather than proofs of claim for purposes of distribution.

A proposed form of Order is attached to this Motion as **Exhibit "3."**

Dated: April 21, 2020.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146
*Counsel for Lenard E. Schwartzer, Trustee*

# EXHIBIT "1"

**EXHIBIT 1**

**PROOFS OF CLAIM TO BE DESIGNATED AS
PROOFS OF SHAREHOLDER INTERESTS**

| Claim No. | Claimant | Date Filed | Amount Claimed |
|---|---|---|---|
| 4 | Hans Peter Peters | 06/07/2018 | $ 86,250.00 |
| 7 | Stephanie Freeman | 06/26/2018 | $ 0.00 |
| 8 | Tevon (Dedona) Davis, Tevon Mertz | 06/25/2018 | $ 0.00 |
| 9 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 10 | Robert A Kelley | 06/25/2018 | $ 750.00 |
| 11 | David E. Arthur | 06/25/2018 | $ 500.00 |
| 12 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 13 | Darlene M. Laino-Kuren | 06/25/2018 | $ 0.00 |
| 14 | Daniel Durica & Rosemary T. Durica JTTEN | 06/25/2018 | $ 2,500.00 |
| 15 | John S. and Sally J. Washburn JT TEN | 06/26/2018 | $ 0.00 |
| 16 | Batty A. and Cynthia L. Fadden | 06/26/2018 | $ 0.00 |
| 17 | Nancy E. Miller | 06/27/2018 | $ 500.00 |
| 18 | Stephanie Freeman | 06/28/2018 | $ 0.00 |
| 19 | Dorothy J. Jackson | 06/28/2018 | $ 500.00 |
| 20* | Richard L. and Lorna J. Johnson | 06/28/2018 | $ 0.00 |
| 21 | Thelma Jo Bennett,Theodore Grant Bennett (deceased) | 06/29/2018 | $ 0.00 |
| 22 | Greg M. Conger | 07/02/2018 | $ 10,699.48 |
| 23 | The Sunset Trust, Maud P. Leonard, deceased, Russell L. Leonard | 07/02/2018 | $ 0.00 |
| 24 | Patsy Wong | 07/02/2018 | $ 955.63 |
| 25 | Joel Savitch | 07/02/2018 | $ 0.00 |
| 26 | Deborah L. Perri | 07/02/2018 | $ 0.00 |
| 27 | Guenter B. Moldzio, c/o Andria Moldzio, Trustee | 07/02/2018 | $ 5,000.00 |
| 28 | Carla G. Brunner | 07/02/2018 | $ 100.00 |
| 29 | Manuel Perea | 07/05/2018 | $ 500.00 |
| 30 | Peter and Sheila DiPiazza | 07/05/2018 | $ 0.00 |
| 31 | George James Kamoutsis | 07/06/2018 | $ 500.00 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM

2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 32 | Bruce Oryson | 07/11/2018 | $ | 761.00 |
|---|---|---|---|---|
| 33 | Elaine Parenteau | 07/12/2018 | $ | 500.00 |
| 35 | Joseph V. Martin | 07/13/2018 | $ | 575,000.00 |
| 36 | Harriet Gertner | 07/13/2018 | $ | 0.00 |
| 37 | Erika Varble | 07/16/2018 | $ | 951.60 |
| 38 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 07/16/2018 | $ | 72,350.00 |
| 39* | Daniel M. Newman | 07/16/2018 | $ | 0.00 |
| 40 | Timothy R. Ryan | 07/16/2018 | $ | 3,000.00 |
| 41 | William Leslie Stoodard | 07/17/2018 | $ | 0.00 |
| 44* | Vincent Fam. Trust | 07/19/2018 | $ | 10,000.00 |
| 45 | Valery Warble | 07/20/2018 | $ | 951.60 |
| 47 | David Anthony Gaughan | 07/20/2018 | $ | 1641.20 |
| 48 | Arthur Allison Wills III | 07/23/2018 | $ | 0.00 |
| 49 | Billy Erwin | 07/26/2018 | $ | 151,500.00 |
| 50 | Brian Couture | 07/26/2018 | $ | 261,500.00 |
| 51 | Peter Schoener | 07/27/2018 | $ | 83,000.00 |
| 52 | Jacqueline Rose | 07/30/2018 | $ | 633.00 |
| 53 | Fred Schneider | 07/30/2018 | $ | 441.00 |
| 54 | Donald G. Smith | 07/31/2018 | $ | 750.00 |
| 55* | Donna M. Teada | 08/01/2018 | $ | 0.00 |
| 57 | Lawrence Walter Cooke & Constance Mary Cooke JT TEN | 08/03/2018 | $ | 11,665.00 |
| 58* | Betty Jane Cecil | 08/06/2018 | $ | 5,020.00 |
| 59 | Kathryne O'Connell | 08/06/2018 | $ | 52,000.00 |
| 60 | Ronald R. Coomber & Claire T. Coomber JTWROS | 08/07/2018 | $ | 36,599.00 |
| 61 | Jim Carroll | 08/13/2018 | $ | 10,000.00 |
| 62 | Nancy A. Penza | 08/13/2018 | $ | 0.00 |
| 63 | James Bellman, Deneen Bellman | 08/13/2018 | $ | 11,502.10 |
| 64* | Ruby M. Boecker | 08/13/2018 | $ | 1,000.00 |
| 65 | James Richard Campbell | 08/17/2018 | $ | 0.00 |
| 66 | Peter M. Mullarkey & Annette J. Mullarkey | 08/17/2018 | $ | 6,500.00 |
| 67 | Thomas G. Beaumont, Mary B. Beaumont | 08/20/2018 | $ | 500.00 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 69 | Cindy Shelter Varble | 08/29/2018 | $ | 951.60 |
| 70 | Dyke R. Varble | 08/29/2018 | $ | 951.60 |
| 71 | Linda Patow | 08/29/2018 | $ | 10,000.00 |
| 73 | Robert McGuire | 09/04/2018 | $ | 0.00 |
| 77 | Henry L. Kozloski | 09/10/2018 | $ | 800.00 |
| 78 | Joseph Gehebe | 09/07/2018 | $ | 750.00 |
| 79 | Sherry M. Adler | 09/10/2018 | $ | 2,300.00 |
| 81 | Kenneth D. Holroyd | 09/11/2018 | $ | 22,000.00 |
| 82 | Joasia Carson | 09/12/2018 | $ | 0.00 |
| 83* | Dana Guertin | 09/13/2018 | $ | 1,500.00 |
| 84* | Morgan and Ruth O'Shea | 09/13/2018 | $ | 540.00 |
| 85 | Maribeth Kambitsch | 09/13/2018 | $ | 3,647.76 |
| 86 | Catherine M. Campigno & Anthony M. Campigno | 09/14/2018 | $ | 425.00 |
| 87 | Rudolph K. Paulsen, Jr. | 09/14/2018 | $ | 581.25 |
| 88 | Ronald St. John | 09/14/2018 | $ | 0.00 |
| 89 | Solomon Volen & Irma Volen JT TEN | 09/21/2018 | $ | 200.00 |
| 90 | David M. Krombeen | 09/24/2018 | $ | 12,880.00 |
| 91 | Renee Paulson | 09/27/2018 | $ | 250,000.00 |
| 92* | Pauline L. King | 01/28/2019 | $ | 0.00 |
| 93 | Paul D. Borchadt and Paula R. Borchadt | 02/07/2020 | $ | 30,595.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

</td></tr>
</table>

Debtor 1  MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **18–12662**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

6/7/2018

**Mary A. Schott, Clerk**

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | |
| --- | --- |
| 1. **Who is the current creditor?** | HANS PETER PETERS<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor    pls change house number from ' 16 ' to ' 12 ' |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>HANS PETER PETERS<br><br>Name<br><br>VIVTORIAWEG 16<br>61350 BAD HOMBURG<br>GERMANY<br><br>Contact phone        0049 6172 84282<br><br>Contact email<br>   petershanspeter2@yahoo.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent?** (if different)<br><br>hans peter peters<br><br>Name<br><br>viktoriaweg 12<br><br><br>bad homburg – Germany, 61350<br><br>Contact phone        0049617284282<br><br>Contact email<br>   petershanspeter2@yahoo.com |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)          Filed on<br>                                                                MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

**Fill in this information to identify the case:**

Debtor 1    MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:   **18–12662**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

6/26/2018

**Mary A. Schott, Clerk**

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:**   **Identify the Claim**

| | |
|---|---|
| 1. **Who is the current creditor?** | STEPHANIE FREEMAN<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| STEPHANIE FREEMAN | |
| Name | Name |
| 664 E 6TH ST<br>MESA AZ 85203–7107 | |
| Contact phone    602–317–2644 | Contact phone |
| Contact email<br>stephanie.gardner@avnet.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)      Filed on      MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410          Proof of Claim          page 1

**Fill in this information to identify the case:**

Debtor 1 _Medizone International, Inc._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED
AND FILED

NPC

2018 JUN 25 PM 2 36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_Tevon (DeDona) MERTZ_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Tevon MERTZ_
Name

_604 Wilcox_
Number Street

_Rochester MI 48307_
City State ZIP Code

Contact phone _248 6505299_

Contact email _etmertz@sbcglobal.net_

Where should payments to the creditor be sent? (if different)

Name _____

Number Street _____

City State ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

043386

26710043429020

Fill in this information to identify the case:

Debtor 1 _Medizone International Inc._

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_



RECEIVED AND FILED
2018 JUN 25 PM 2 31
U.S. ........ COURT
MARY .... CLERK
NPC

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | _Thomas Booth Harris_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor _Booth Harris_ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes.  From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>_Thomas Booth Harris_<br>Name<br>_5350 Woodbury ST_<br>Number   Street<br>_Ventura CA        93003_<br>City            State         ZIP Code<br>Contact phone _805 479-1333_<br>Contact email _Tbharris@roadrunner.com_<br><br>**Where should payments to the creditor be sent? (if different)**<br>_Thomas Booth Harris_<br>Name<br>_5350 Woodbury ST_<br>Number   Street<br>_Ventura CA        93003_<br>City            State         ZIP Code<br>Contact phone _805 479-1333_<br>Contact email _tbharris@roadrunner.com_<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____<br>                                                                                        MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                                    Proof of Claim                                    page 1

NPC

RECEIVED
AND FILED

2018 JUN 25 PM 2 34

U.S. ............ COURT
MARY .............. CLERK

**Fill in this information to identify the case:**

Debtor 1 _ROBERT A. KELLEY_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _NEVADA_

Case number _BK-S 18-12662-LEB_

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_ROBERT A. KELLEY_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices ...



Name _____

Number _____

City _____ State ____ ZIP Code ____

Contact phone _616-453-2833_

Contact email _____

Mr Robert A Kelley
1860 Leonard St NW
Grand Rapids MI 49504-3970

**Where should payments to the creditor be sent? (if different)**

Name _____

Number _____ Street _____

City _____ State ____ ZIP Code ____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ____ / ____ / ____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

045189

2671004523 4024

NPC

Fill in this information to identify the case:

Debtor 1 __MEDIZONE INTERNATIONAL__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the __LAS VEGAS__ District of __NEVADA__

Case number __AKS 18-12662-LEB__

RECEIVED
AND FILED

2018 JUN 25 PM 2 34

U.S. ........... URT
MARY ...... CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

__DAVID E ARTHUR__
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

__DAVID E ARTHUR__
Name

__9 - 4TH ST.__
Number          Street

__VANDLING, PA. 18421__
City          State          ZIP Code

Contact phone __570-785-2617__

Contact email _____

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number          Street

_____
City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

012215          26710012227028

Fill in this information to identify the case:

Debtor 1 _Medizone International Inc_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_



RECEIVED
AND FILED

2013 JUN 25 PM 2 31

U.S. _____ COURT
MARY _____ CLERK

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| 1. Who is the current creditor? | _Thomas Booth Harris_ |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _Booth Harris_ |

| 2. Has this claim been acquired from someone else? | ☒ No |
| --- | --- |
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Name _Thomas Booth Harris_ | Name _Thomas Booth Harris_ |
| | Number Street _5350 Woodbury ST_ | Number Street _5350 Woodbury ST_ |
| | City _Ventura_ State _CA_ ZIP Code _93003_ | City _Ventura_ State _CA_ ZIP Code _93003_ |
| | Contact phone _805 479-1333_ | Contact phone _805 479-1333_ |
| | Contact email _Tbharris@roadrunner.com_ | Contact email _tbharris@roadrunner.com_ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| 4. Does this claim amend one already filed? | ☒ No |
| --- | --- |
| | ☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
| --- | --- |
| | ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                    Proof of Claim                    page 1

RECEIVED
AND FILED
**NPC**

2018 JUN 25 PM 2 33

U.S. ____ COURT
MARY A. ____ CLERK

| Fill in this information to identify the case: |
|---|
| Debtor 1 _____ |
| Debtor 2 _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of _____ |
| Case number _____ |

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Darlene M. Laino-Kuren
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  Darlene M. Laino

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Darlene M. Laino-Kuren
Name

81 Mary Ave
Number    Street

Woodland Pk NJ 07424
City    State    ZIP Code

Contact phone  973-2259903

Contact email  darlenelk@optonline.net

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street    Same

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ / ____ / _____
                                                                      MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

006558    26710006564021

Fill in this information to identify the case:

Debtor 1 __DANIEL DURICA__

Debtor 2 __ROSEMARY T. DURICA__
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __NEVADA__

Case number __BK-S 18-12662-LEB__

RECEIVED
AND FILED    NPC

2018 JUN 25 PM 2 36

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

__DANIEL DURICA AND ROSEMARY T. DURICA__
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor __N/A__

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

__DANIEL DURICA__
Name

__59 SAMUEL WOODWORTH RD.__
Number    Street

__Norwell, MA 02061__
City    State    ZIP Code

Contact phone __781-659-7725__

Contact email __DEANTOWN6@ME.COM__

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

*Case: Medizone International, Inc.*

Official Form 410

Proof of Claim

Fill in this information to identify the case:

Debtor 1 _John S. WASHBURN_

Debtor 2 _Sally J. Washburn_
(Spouse, if filing)

United States Bankruptcy Court for the: District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED
AND FILED           DLS

2018 JUN 26 PM 1 26

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

_John S. Washburn_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _Sally J. Washburn_

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? ___

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_John S. Washburn_
Name

_621 S. SURREY LN._
Number    Street

_Carbondale, IL.    62901_
City    State    ZIP Code

Contact phone _618-924-2576_

Contact email _jwash@siu.edu_

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone ___

Contact email ___

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) ___

Filed on ___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ___

005370          66704005375025

Fill in this information to identify the case:

Debtor 1 _Barry A. Fadden_

Debtor 2 _Cynthia L. FADDEN_
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _BK-S 18 12662-LEB_

RECEIVED
AND FILED

2018 JUN 26 PM 1 40

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | _Barry A. + Cynthia L. Fadden_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>_Barry + Cynthia Fadden_<br>Name<br>_83 Van Winkle St #1_<br>Number    Street<br>_DORCHESTER   MA   02124_<br>City          State      ZIP Code<br><br>Contact phone _617-282-2824_<br>Contact email _bcatfadde@yahoo.com_ | Where should payments to the creditor be sent? (if different)<br><br>_Barry + Cynthia Fadden_<br>Name<br>_83 Van Winkle ST #1_<br>Number    Street<br>_DORCHESTER   MA   02124_<br>City          State      ZIP Code<br><br>Contact phone _617-282-2824_<br>Contact email _bcatfadde@yahoo.com_ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>                                                                         MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

003622                          2 6 7 1 0 0 0 3 6 2 5 0 2 6

*Medizone International Inc.*

Fill in this information to identify the case:

Debtor 1 ~~Barry A Fadden~~

Debtor 2 Cynthia L. FADDEN
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number BK-S 18 12662-LEB

RECEIVED
AND FILED **DLS**

2018 JUN 26 PM 1 40

**RETURNED**

U.S. _____
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Barry A. + Cynthia L. Fadden
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Barry + Cynthia Fadden
Name

83 Van Winkle St. #1
Number     Street

DORCHESTER MA 02124
City     State     ZIP Code

Contact phone 617-282-2824

Contact email bcetfadd@yahoo.com

Where should payments to the creditor be sent? (if different)

Barry + Cynthia Fadden
Name

83 Van Winkle ST #1
Number     Street

DORCHESTER MA 02124
City     State     ZIP Code

Contact phone 617-282-2824

Contact email bcetfadd@yahoo.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

RECEIVED
AND FILED **DLS**

JUL 05 2018

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

003622     26710003625026

Fill in this information to identify the case:

Debtor 1 _Medizone International_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _____

Case number _18-12662_

RECEIVED
AND FILED **DLS**

2019 JUN 27  PM 1 12

U.S. _____
MART_____, CLERK

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | Who is the current creditor? | _Nancy E. Miller_ |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _N/A_ |

| 2. | Has this claim been acquired from someone else? | ☒ No |
| | | ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | _Nancy E. Miller_ | |
| | | Name | Name |
| | | _302 Cottonwood Way N_ | |
| | | Number    Street | Number    Street |
| | | _Monmouth    OR    97361_ | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | | Contact phone _503-838-0721_ | Contact phone _____ |
| | | Contact email _ladynanmil@icloud.com_ | Contact email _____ |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| 4. | Does this claim amend one already filed? | ☒ No | |
| | | ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No | |
| | | ☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                    Proof of Claim                    page 1

Fill in this information to identify the case:

Debtor 1 _Stephanie Freeman_ → (last name now Gardner)

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S   18-12462 -LEB_

2018 JUN 28   PM 12 51    EGP

U.S. _____ COURT
MARY _____ CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Stephanie Freeman   (new last name is: Gardner)_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _none_

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Stephanie Freeman Gardner_
Name

_664 East   6th Street_
Number   Street

_Mesa,   Arizona   85203_
City   State   ZIP Code

Contact phone _602-317-2644_

Contact email
_stephanie.gardner@avnet.com_

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ___ / ___ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1

66704020266029

Fill in this information to identify the case:

Debtor 1 _Medtone International_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _18-12662_ District of ___

Case number _____

RECEIVED
AND FILED

EGP

2018 JUN 28  PM 12 53

U.S. _____ ____
MARY A. _____ CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Dorothy Jackson_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Dorothy Jackson_
Name

_165 N. Sappington Rd_
Number      Street

_St Louis   MO   63122_
City      State      ZIP Code

Contact phone _314-822-8908_

Contact email _mstitty2003@yahoo.com_

Where should payments to the creditor be sent? (if different)

_the same_
Name

Number      Street

City      State      ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410
Proof of Claim
page 1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | _Richard L Johnson_ |
| Debtor 2 (Spouse, if filing) | _Lorna J Johnson_ |
| United States Bankruptcy Court for the: District of _NEVADA_ | |
| Case number | _BK-S 18-12662-LEB_ |

Medizone International

RECEIVED
AND FILED

2018 JUN 20 PM 12 5 EGP

U.S. [illegible] COURT
MARY [illegible] CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**
_Richard L Johnson and Lorna J Johnson_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name _MR + MRS Richard Lane Johnson_
Number/Street _64 Yale Ave_
City/State/ZIP _Plymouth MA 02360_

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)
Name _____
Number Street _____
City State ZIP Code _____

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

049147          26710049196023

Fill in this information to identify the case:

Debtor 1 _Thelma Jo Bennett_

Debtor 2 _Theodore Grant Bennett (deceased)_
(Spouse, if filing)

United States Bankruptcy Court for the Bankruptcy court District of _Nevada_

Case number _BK-S 18-12662-LEB_

NPC

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Thelma Jo Bennett_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _Theodore Grant Bennett (deceased)_

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Thelma Bennett_
Name

_680 Madison 8401_
Number    Street

_Hindsville Ark. 72738_
City    State    ZIP Code

Contact phone _479-789-2897_

Contact email _____

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

011194

66704011205026

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor 1   MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **18–12662**

</td><td>

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

7/2/2018

**Mary A. Schott, Clerk**

</td></tr>
</table>

## Official Form 410
## Proof of Claim

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Greg M. Conger

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Greg M. Conger

Name

Gilbert & Sackman, a Law Corporation
3699 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90010–2732

Contact phone    2139004690

Contact email    jlpaller@gslaw.org

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent?** (if different)

Greg M. Conger

Name

4339 Terra Vista Lane

Anaheim Hills, CA 92807

Contact phone    7142697911

Contact email    gmconger@gmail.com

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)       Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410             Proof of Claim             page 1

Fill in this information to identify the case:

Debtor 1 Medizone International, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Nevada

Case number BK-S 18-12662-LEB

RECEIVED
AND FILED

2018 JUL 2 PM 2**EGP**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | The Sunset Trust<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor  Maud P. Leonard, deceased |
| 2. Has this claim been acquired from someone else? | ☐ No<br>☒ Yes. From whom? Maud P. Leonard, deceased. |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>RUSSELL L. LEONARD<br>Name<br>188 Grand View Lane<br>Number    Street<br>Sewanee    TN    37375<br>City    State    ZIP Code<br><br>Contact phone  931-212-0447<br>Contact email  rleonardlegal<br>@gmail.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Where should payments to the creditor be sent? (if different)<br><br>Same as notices<br>Name<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>Contact phone _____<br>Contact email _____ |

| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____<br>                                                                          MM / DD / YYYY |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410    **Proof of Claim**    page 1

032971    26710033003023

Fill in this information to identify the case:

Debtor 1 _Patby Wong_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12642-LEB_

RECEIVED
AND FILED  EGP

2018 JUL 2 PM 1 58

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices. itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

_Patby Wong_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _Patby Kwabaki_

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Patby Wong_
Name
_1255 Muuana Ave. #2414_
Number    Street
_Honolulu   HI        96817_
City        State      ZIP Code

Contact phone _808-521-2403_
Contact email _none_

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City        State      ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

030023                    66704030053024

Fill in this information to identify the case:

Debtor 1    MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number BKS 18-12662-LEB

RECEIVED
AND FILED    EGP

2019 JUL 2 PM 2 02

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Joel R. Savitch
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Joel Savitch
Name

1700 NW 70 LANE
Number   Street

MARGATE FL. 33063
City    State    ZIP Code

Contact phone 954-993-5635

Contact email JoelSavitch@AOL.Com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number  18 - 12662

RECEIVED AND FILED    EGP

2018 JUL 2 PM 1 56

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

DEBORAH L. PERRI
Name of the current creditor (the person or entity to be paid for this claim)

deceased parents   Other names the creditor used with the debtor  FLORENCE H. MEOLA ; Philip MEOLA

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

DEBORAH L. PERRI
Name

80 BROOKWILLOW AVE
Number   Street

WEST LONG BRANCH   NJ   07764
City   State   ZIP Code

Contact phone  973-650-2642

Contact email  deborah.perri@gmail.com

Where should payments to the creditor be sent? (if different)

DEBORAH L. PERRI
Name

80 BROOKWILLOW AVE.
Number   Street

WEST LONG BRANCH   NJ   07764
City   State   ZIP Code

Contact phone  973-650-2642

Contact email  deborah.perri@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                    MM / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                     Proof of Claim                     page 1

Fill in this information to identify the case:

Debtor 1    Medizone International, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Nevada

Case number   BK-S 18-12662 LEB

RECEIVED
AND FILED   EGP

2018 JUL 2 PM 1 56

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# **Proof of Claim**

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

Guenter B Moldzio

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Andria Moldzio, Trustee
Name   Estate of Guenter B Moldzio
Number   Street   2435 Countryside Dr.

City   Long Lake   State MN   ZIP Code 55356

Contact phone (012-272-3923)
Contact email Andria.fullerton@gmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street _____
City _____ State _____ ZIP Code _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

017734     66704017751024

Fill in this information to identify the case:

Debtor 1  Carla G. Brunner

Debtor 2 (Spouse, if filing)  Frank J. Brunner Jr. (Dec'd.)

United States Bankruptcy Court for the: Las Vegas Division District of Nevada

Case number  BK-S 18-12662-LEB

RECEIVED
AND FILED

**EGP**

2018 JUL 2 PM 2 01

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

**Part 1:** **Identify the Claim**

**1. Who is the current creditor?**

Carla G. Brunner (Mrs. Frank Brunner)
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom? My husband (Frank J. Brunner Jr.)

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Carla G. Brunner
Name

1707 Metzler, Lane
Number   Street

Jonesboro, Arkansas 72401
City       State       ZIP Code

Contact phone (870) 203-0178

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street

City       State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

Fill in this information to identify the case:

Debtor 1    MANUEL PEREA

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: LAS VEGAS District of NEVADA

Case number   BK-S ~~18~~ 18-12662-LEB

MEDIZONE INTERNATIONAL INC.

**DLS**

2018 JUL 5 AM 11 49

## Official Form 410

# Proof of Claim    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

MANUEL PEREA
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

MANUEL PEREA
Name

P.O. BOX 733
Number   Street

SUNSET BEACH, CALIF. 90742
City   State   ZIP Code

Contact phone (562) 592-5544

Contact email PEREASUNSET @ GMAIL.COM

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City   State   ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

029723     66704029752020

DLS

Fill in this information to identify the case:

_Peter DiPiazza_
_Sheila DiPiazza_

United States Bankruptcy Court for the: _____ District of _____

Case number _BK-S-18-12662-LEB_

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
_Peter and Sheila DiPiazza_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Peter DiPiazza_
Name
_15618 Sea Foam Cir_
Number   Street
_Pt Charlotte Fl 33981_
City   State   ZIP Code

Contact phone _941 879 2269_

Contact email _____

Where should payments to the creditor be sent? (if different)

_____
Name
_____
Number   Street
_____
City   State   ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ / _____ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410

Proof of Claim

page 1

26710048897026

**DLS**

Fill in this information to identify the case:

Debtor 1    George James Kamoutsis

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number    BK-S-18-12662-LEB

2018 JUL 6 PM 12 43

U.S. [illegible] BANKRUPTCY
MARY [illegible], CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

George James Kamoutsis
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

George James Kamoutsi
Name

290 N. Woodhill Dr.
Number     Street

Amherst, OH.    44001
City    State    ZIP Code

Contact phone 440.-988-2440

Contact email g-o-kamoutsis@hotmail.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No ?
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

Fill in this information to identify the case:

Debtor 1 _Medicine International, Inc_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _____

Case number _18-12662-Leb_

RECEIVED
AND FILED **NPC**

2018 JUL 11 PM 1 48

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**
_BRUCE ORYSON_
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _JANET ORYSON_

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
_BRUCE ORYSON_
Name
_168 BRAEBURN WAY_
Number        Street
_WAYNESVILLE   NC   28785_
City        State        ZIP Code

Contact phone _7025394798_
Contact email _ORYSON@GMAIL.COM_

Where should payments to the creditor be sent? (if different)
Name _____
Number        Street
City        State        ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

21504                    66704021525020

Fill in this information to identify the case:

Debtor 1    MEDIZONE INTERNATIONAL

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Nevada

Case number    BK-S 18-12642-LEB

RECEIVED
AND FILED    DLS

2018 JUL 12 PM 1 22

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Elaine Parenteau <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor ___N/A___ |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> Elaine Parenteau <br> Name <br> 9332 N. Hampshire Dr <br> Number    Street <br> Tucson, Az   85742 <br> City    State    ZIP Code <br><br> Contact phone (520) 400-5044 <br> Contact email epsunbum@comcast.net <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |  **Where should payments to the creditor be sent? (if different)** <br> Name <br> Number    Street <br> City    State    ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

020914    66704020934027

Fill in this information to identify the case:

Debtor 1 _Virdalyne Int'l Inc_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _____

Case number _18-12-662_

RECEIVED
AND FILED **DLS**

2018 JUL 13 PM 1 38

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_Joseph V. Martin_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☒ Yes. From whom? _Leonard E. Schwartzer_

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Joseph V. Martin_
Name

_91 Laramie Lane_
Number    Street

_Brandon, MS  39042_
City        State      ZIP Code

Contact phone _601-519-1185_

Contact email _vmmm1228@bellsouth.net_

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City        State      ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

☐ No
☒ Yes. Claim number on court claims registry (if known) _____ Filed on _05/08/2018_
MM / DD / YYYY

_Case 18-12662-jeb  (EIN 81-0412648)_

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410

**Proof of Claim**

page 1

036492

**Fill in this information to identify the case:**

Debtor 1 _Gilbert Gertner_

Debtor 2 _Harriet Gertner_
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED
AND FILED **DLS**

2018 JUL 13 PM 1 45

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Harriet Gertner
3350 McCue Rd. Apt. 1702
Houston, TX 77056-7128

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Harriet Gertner (sole inheritor of Gilbert Gertner Estate_ (heir)_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

_Harriet Gertner_
Name

_3350 McCue Rd. Apt 1702_
Number     Street

_Houston , Texas      77056_
City              State       ZIP Code

Contact phone _713-960-1200_

Contact email _Harriet0815@att.net_
_(att)_

**Where should payments to the creditor be sent?** (if different)

Name _____

Number       Street

City              State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410

**Proof of Claim**

page 1

66704015482025

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED AND FILED **DLS**

2018 JUL 16 PM 1 57

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

ERICA VARBLE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

ERICA VARBLE
Name

3775 ROWLAND RD
Number     Street

RENO    NV    89509
City     State     ZIP Code

Contact phone (775) 842-2135

Contact email VARBLE.ERICA789@
gmail.com

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number     Street

_____
City     State     ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ____ / ____ / ____
        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

031640                    66704031671027

**Fill in this information to identify the case:**

Debtor 1 _Thelma Jo Bennett_

Debtor 2 _Theodore Grant Bennett (deceased)_
(Spouse, if filing)

United States Bankruptcy Court for the: ~~Bankruptcy court~~ District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED
AND FILED **DLS**

2018 JUL 16 PM 2 27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | _Thelma Jo Bennett_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor _Theodore Grant Bennett (deceased)_ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_Thelma Bennett_<br>Name<br>_680 Madison 8401_<br>Number      Street<br>_Hindsville Ark. 72738_<br>City          State          ZIP Code<br>Contact phone _479-789-2897_<br>Contact email _____ | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br>Number      Street<br>City          State          ZIP Code<br>Contact phone _____<br>Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____<br>                                                                                    MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                               Proof of Claim                               page 1

**Fill in this information to identify the case:**

Debtor 1 _A. Medizone International Inc_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _____

Case number _DK-S 18-12662-TTB_

RECEIVED
AND FILED **DLS**

2018 JUL 16 PM 2 22

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_DANIEL M. Newman_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

_DANIEL M. Newman_
Name

_11620 Weeping Willow Ct_
Number       Street

_Zionsville, Ind   46077_
City       State       ZIP Code

Contact phone _317 223 5754_

Contact email _Deckynewman@_
_excesir.com_

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**Where should payments to the creditor be sent?** (if different)

Name _____

Number       Street

City       State       ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

041134          26710041175024

Fill in this information to identify the case:

Debtor 1 _Medizone Internation_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _B14-5 18-12662-L___

RECEIVED AND FILED DLS

2018 JUL 16 PM 2 23

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Timothy K. Ryan_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☑ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Timothy Ryan_
Name

_4310 L Henquila ni Rd #1_
Number Street

_Lahaina HI 96761_
City State ZIP Code

Contact phone _808-214-8474_

Contact email _tryan2325@gmail.com_

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number Street

_____
City State ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___ / ___ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

031895     6670403192 6024

Fill in this information to identify the case:

Debtor 1 _MEDIZONE INTERNATIONAL, INC_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _NEVADA_

Case number _BK-S 18-12662 LEB_

RECEIVED
AND FILED

**EGP**

2018 JUL 17 PM 1 32

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_WILLIAM LESLIE STODDARD_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_WILLIAM LESLIE STODDARD_
Name

_216/105 APOLLO DRIVE ROSEDALE_
Number      Street

_AUCKLAND NEW ZEALAND     0632_
City            State         ZIP Code

Contact phone _____

Contact email _WILLIAM.STODDY@GMAIL.COM_

Where should payments to the creditor be sent? (if different)

Name

Number      Street

City            State         ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

X00113                    2670900 0113029

Fill in this information to identify the case:

Debtor 1 _Medizone International Inc_

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662 - LEB_

RECEIVED
AND FILED **DLS**
2018 JUL 19 PM 1 44
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_Vincent Family Trust_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Vincent Family Trust_
Name

_Po Box 31157  Milford_
Number     Street

_Auckland          NZ_
City          State          ZIP Code

Contact phone _09  4159900_

Contact email _john@dva.co.nz_

Where should payments to the creditor be sent? (if different)

Name _____

Number     Street

City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
            MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Fill in this information to identify the case:

Debtor 1 *Medizone Int'l Inc.*

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number *18 - 12462*

**RECEIVED AND FILED** **DLS**

2018 JUL 20 PM 12 54

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

✓ *VALERY VARBLE*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

✓ *VALERY VARBLE*
Name

✓ *PO BOX 2087*
Number Street

✓ *EL PRADO NM 87529*
City State ZIP Code

✓ Contact phone *(775) 223-1521*
✓ Contact email *valeryvarble@me.com*

Where should payments to the creditor be sent? (if different)

*Same*
Name

Number Street

City State ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ____/____/____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1



031640

66704031671027

Fill in this information to identify the case:

Debtor 1 _Medizone International Inc._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the _Las Vegas_ District of _Nevada_

Case number _BK-S 18-12662-LEB_

**RECEIVED
AND FILED**

NPC

2018 JUL 23 PM 3 09

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_David Anthony Gaughan_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

_Beachhaven_

Where should notices to the creditor be sent?

_David Gaughan_
Name

_212 Beachhaven Road_
Number    Street

_Auckland New Zealand 0626_
City    State    ZIP Code
        Country

Contact phone _+64 274259891_

Contact email _davidgaughan.nz@gmail.com_

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

00145

26709000145024

**Fill in this information to identify the case:**

Debtor 1 __Medizone International, Inc.__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of __Nevada__

Case number __18-12662-leb__

RECEIVED
AND FILED   NPC

2018 JUL 23  PM 1 41

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410
# Proof of Claim

*medizone shaw*

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**
__Arthur A Wills III__
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

__Arthur A Wills III__
Name
__PO Box 1061__
Number        Street
__Duxbury        Ma        02331__
City                State        ZIP Code

Contact phone __781-837 6056__

Contact email __arthurwills@me.Com__

Where should payments to the creditor be sent? (if different)

← same
Name

Number        Street

City                State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ____/____/____
                                                                                                 MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1

004140

2671000414402 9

Fill in this information to identify the case:

Debtor 1 _Billy Erwin_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _USDC_ District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED
AND FILED                    NPC

2018 JUL 26 PM 1 27

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Official Form 410**

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Billy Erwin_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Billy Erwin_
Name

_4026 W.Whitewater Ave_
Number      Street

_Weston      FL      33332_
City      State      ZIP Code

Contact phone _954-914-0507_

Contact email _billyerwin1@gmail.com_

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number      Street

_____
City      State      ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

026645                         26710026671020

Fill in this information to identify the case:

Debtor 1 _Brian Cashre_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED
AND FILED

NPC

2018 JUL 26 PM 1 26

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Brian Couture_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Brian Couture_
Name

_1839 nw 139th terrace_
Number     Street

_Pembroke pines  FL 33028_
City     State     ZIP Code

Contact phone _954-350-1010_

Contact email _FCP4567@Aol.com_

Where should payments to the creditor be sent? (if different)

Name _____

Number     Street

City     State     ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                     Proof of Claim                     page 1

**Fill in this information to identify the case.**

Debtor 1 _Medizone_

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _18-12662. LEB_

RECEIVED
AND FILED    DLS

2018 JUL 27 PM 2 13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | _PETER A. SCHOENER_ <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> _PETER A. SCHOENER_ <br> Name <br> _6 BRILEY PLACE_ <br> Number   Street <br> _NASHUA    NH    03063_ <br> City      State     ZIP Code <br><br> Contact phone _603.943.7540_ <br> Contact email _PASKLS@aol.com_ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Where should payments to the creditor be sent? (if different) <br><br> Name _____ <br><br> Number   Street _____ <br><br> City    State    ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ | |

Official Form 410                          Proof of Claim                          page 1

004711

26710004715025



Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED
AND FILED
DLS

2018 JUL 30 PM 2 15

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**
JACQUELINE ROSE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

JACQUELINE ROSE
Name
3/58 ESPLANADE
Number    Street
GOLDEN BEACH   QLD   4551
City    State    ZIP Code
AUSTRALIA
Contact phone 0422 673 497
Contact email Jacquierose55@
hotmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street
City    State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____
                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED
AND FILED     *DLS*

2018 JUL 30 PM 2 17

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | *Fred Schneider*<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>*Fred Schneider*<br>Name<br>*606 Willow Ct*<br>Number  Street<br>*Glassboro NJ 08028*<br>City  State  ZIP Code<br><br>Contact phone *215-589-4293*<br>Contact email *Fred Schneider 606@gmail.com*<br><br>**Where should payments to the creditor be sent? (if different)**<br>*Fred Schneider*<br>Name<br>*606 Willow Court*<br>Number  Street<br>*Glassboro NJ 08028*<br>City  State  ZIP Code<br><br>Contact phone _____<br>Contact email *FredSchneider606@gmail.com*<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on ____/____/____<br>                                                                                   MM  /  DD  /  YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                         Proof of Claim                         page 1

26710007169029

RECEIVED AND FILED DLS

2018 JUL 31 PM 1 47

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Fill in this information to identify the case:

Debtor 1    MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number   BK-S-18-12662-LEB

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Donald G. Smith
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Donald G. Smith
Name

418 Trimble Road
Number   Street

Joppa    MD    21085
City    State    ZIP Code

Contact phone 410 679 8503

Contact email Dcal2131@aol.com

Where should payments to the creditor be sent? (if different)

Name

Number   Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

---

014814        26710014828029

Fill in this information to identify the case:

Debtor 1 *Donna M. Teada*

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: *Bankrupt* District of *Nevada*

Case number *BK-S-18-12662-LEB*

RECEIVED
AND FILED
DLS

2018 AUG 1 PM 1 55

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

*Donna M. Teada*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☒ Yes. From whom? *Lenard E. Schwartzer (Trustee)*

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

*Donna M. Teada*
Name

*219 Messenger & Stewart*
Number          Street

*E. Bangor          Pa          18013*
City          State          ZIP Code

Contact phone *484 241 5609*

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number          Street

City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
                                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

049578          26710049627024

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED
AND FILED

**DLS**

2018 AUG 3 PM 2 28

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

LAWRENCE WALTER COOKE + CONSTANCE MARY COOKE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

TITIRANGI ,

Where should notices to the creditor be sent?

MR L & MRS C COOKE
Name

2 CLENDON ROAD
Number    Street

AUCKLAND NEW ZEALAND 0604
City          State         ZIP Code

Contact phone 0064 9 8175025

Contact email lmcooke56@gmail.com

Where should payments to the creditor be sent? (if different)

(SAME)
Name

_____
Number    Street

_____
City          State         ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Fill in this information to identify the case:

Debtor 1 __Betty Jane Cecil__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of __Nevada__

Case number __BK-S 18-12662 LEB__

RECEIVED
AND FILED

*EGP*

AUG 0 6 2018

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | __Betty Jane Cecil__<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br>__Betty Jane Cecil__<br>Name<br>__5340 Manauwea St__<br>Number      Street<br>__Honolulu    Hi       96821__<br>City          State      ZIP Code<br>Contact phone __(808) 373-2470__<br>Contact email ~~ashley.jean~~<br>__ashley.jeanede@gmail.com__ | Where should payments to the creditor be sent? (if different)<br>__Betty Jane Cecil__<br>Name<br>__5340 Manauwea St__<br>Number      Street<br>__Honolulu    Hi       96821__<br>City          State      ZIP Code<br>Contact phone __(808) 373-2470__<br>Contact email __ashley.jeanede@gmail.com__ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>                                                          MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                                    Proof of Claim                                    page 1

030038

66704030068028

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED
AND FILED

AUG 0 6 2018   **EGP**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Kathryne O'Connell
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Kathryne O'Connell
Name

8 Onyx Lane
Number    Street

Portsmouth    NH    03801
City    State    ZIP Code

Contact phone 603 235. 8136

Contact email kaogator@comcast.net

Where should payments to the creditor be sent? (if different)

Same

Name _____

Number    Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
                                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

004839                    26710004843023

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _NEVADA_

Case number _BKS-18 - 12662 - LEB_

RECEIVED
AND FILED
NPC

2018 AUG 7 PM 12 00

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim                                      04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_RONALD R. COOMBER & CLAIRE T. COOMBER_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_RONALD R. COOMBER_
Name

_6 KAMARK DRIVE_
Number        Street

_MEDFIELD MA.        02052_
City                State        ZIP Code

Contact phone _508-359-6868_

Contact email _CCoomber@comcast.net_

Where should payments to the creditor be sent? (if different)

_CLAIRE T. COOMBER_
Name

_← SAME_
Number        Street

_← SAME_
City                State        ZIP Code

Contact phone _508-359-6868_

Contact email _SAME_

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ____ / ____ / ____
                                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

**Fill in this information to identify the case:**

Debtor 1 _Medizone International, INC_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _BK-S-18-12662-LEB_

RECEIVED
AND FILED

AUG 1 3 2018

NPC

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

### Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

_Jim Carroll_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _James M. Carroll_

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _Jim Carroll_

Number/Street _869 Geraldine St_

City/State/ZIP _Livermore, Ca 94550_

Contact phone _925-443-5399_

Contact email _james carroll-1999 @ yahoo.com_

Where should payments to the creditor be sent? (if different)

Name _____

Number Street _____

City State ZIP _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                         Proof of Claim                         page 1

Fill in this information to identify the case:

Debtor 1    MEDIZONE InternAtionAL Inc

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number   18-12662·leb   EIN: 87-0412648

RECEIVED
AND FILED

AUG 1 3 2018

NPC

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

1. **Who is the current creditor?**

   NANCY A. PENZA
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**

   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   NAncy A. PEnzA
   Name

   447 WASHington ST
   Number    Street

   Norwell      MA      02061
   City         State    ZIP Code

   Contact phone 781-659-1218

   Contact email Norwell2@aol.com

   Where should payments to the creditor be sent? (if different)

   Name

   Number    Street

   City      State    ZIP Code

   Contact phone _____

   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. **Does this claim amend one already filed?**

   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____

   Filed on _____
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1

26710004162029

Fill in this information to identify the case:

Debtor 1 _MEDIZONE INTERNATIONAL, INC_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _NEVADA_

Case number _BK-S 18-12662-LEB_

**RECEIVED AND FILED**

AUG 1 3 2018

NPC

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

_JAMES BELLMAN + DENEEN BELLMAN_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _N/A_

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_JAMES BELLMAN_
Name

_1836 GRAND ISLE BLVD_
Number     Street

_VIERA     FL     32940_
City          State          ZIP Code

Contact phone _516 422-5491_

Contact email _JFBELLMAN@JUNO.COM_
JUNO

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

RECEIVED
AND FILED

AUG 1 3 2018

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK


NPC

Fill in this information to identify the case:

Debtor 1 ~~Boecker~~

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number: ~~_____~~

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

*RUBY BOECKER*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**RUBY BOECKER**
**4385 JOHANNA AVE**
**LAKEWOOD, CA 90713-3303**

City / State

Contact phone *562-429-7104*

Contact email *rubyboecker@verizon.net*

Where should payments to the creditor be sent? (if different)

Name _____

Number     Street _____

City     State     ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on ___ / ___ / _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

029687                6670402971 6020

RECEIVED
AND FILED
DLS

2018 AUG 17 PM 1 35

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

JAMES RICHARD CAMPBELL
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

JAMES R. CAMPBELL
Name

3 MAINSTAY LANE
Number    Street

BOURNE         MA        02532
City              State        ZIP Code

Contact phone 508-743-9734

Contact email CHEMPHARM2 @ YAHOO.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City              State        ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

004359                    26710004363026

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED
AND FILED          DLS

2018 AUG 17  PM 2 20

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Peter and Annette J Mullarkey
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Peter and Annette Mullarkey
Name

27 Sampo Place
Number     Street

Quincy     MA     02169
City          State          ZIP Code

Contact phone  617-773-9080

Contact email  N/A

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number     Street

_____
City          State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____
                                                                     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

RECEIVED EGP
AND FILED

2018 AUG 20 PM 2 30

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Thomas G Beaumont & Mary B Beaumont
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  Mary B Beaumont

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Thomas Beaumont
Name

2316 Fox Glenn Circle
Number    Street

Bedford, Texas 76021
City        State      ZIP Code

Contact phone 817 846-7360

Contact email Deauville4@gmail.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City        State      ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No

☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No

☐ Yes. Who made the earlier filing? _____

014473    66704014487021

Fill in this information to identify the case:

Debtor 1 _Medizone International, Inc._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _18-12662_

RECEIVED
AND FILED     NPC

Official Form 410

# Proof of Claim

2018 AUG 29 PM 1 58

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

✓ CINDY SHETLER VARBLE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

✓ CINDY SHETLER VARBLE
Name

✓ 1644 ZALDIA DR.
Number    Street

✓ MINDEN    NV    89423
City    State    ZIP Code

✓ Contact phone (775) 230-8750

✓ Contact email rcvarble@gmail.com

Where should payments to the creditor be sent? (if different)

Same
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone SAME

Contact email " "

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1

031640

66704031671027

Fill in this information to identify the case:

Debtor 1 ___Medizone International, Inc.___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number ___18-12662___

RECEIVED
AND FILED

NPC

2018 AUG 29  PM 1 57

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | DYKE R VARBLE |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | DYKE R VARBLE<br>Name | Same<br>Name |
| | 1644 ZACDIA DRIVE<br>Number   Street | Number   Street |
| | MINDEN  NV  89423<br>City   State   ZIP Code | City   State   ZIP Code |
| | Contact phone 775 720-9273 | Contact phone SAME |
| | Contact email rcvarble@gmail.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____   Filed on _____<br>MM / DD / YYYY |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410         Proof of Claim         page 1

Fill in this information to identify the case:

Debtor 1 ___Linda Patow Medizone Int, Inc.___

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of ___Nevada___

Case number ___BK-S 18-12662-LEB___

RECEIVED
AND FILED    *NPC*

2018 AUG 29 PM 1 55

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | | |
|---|---|---|---|
| 1. Who is the current creditor? | ___Linda Patow___<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor ___Al Patow (husband deceased)___ | | |

2. Has this claim been acquired from someone else?
☑ No
☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

___Linda Patow___
Name

___10251 Kings St.___
Number    Street

___Los Alamitos CA 90720___
City    State    ZIP Code

Contact phone ___(562) 544-0760___

Contact email ___scheky@aol.com___

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. Does this claim amend one already filed?
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___
MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1

Fill in this information to identify the case:

Debtor 1 _Robert McGuire_

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BKS 18-12442-LEB_

RECEIVED
AND FILED

2018 SEP 4 PM 1 30

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

_Robert McGuire_

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Robert McGuire_
Name

_205 Spruce St_
Number    Street

_Denver,    PA    17517_
City    State    ZIP Code

Contact phone _(717) 445-7501_

Contact email _____

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _(717) 445-7501_

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? _____

011862                    26710011873022

**Fill in this information to identify the case:**

Debtor 1   MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number: **18–12662**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

9/10/2018

**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Henry L. Kozloski <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor    Teresa Kozloski C/F |
| 2. **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Henry L. Kozloski <br><br> Name <br><br> PO BOX 370 <br> East Otis, MA 01029 <br><br> Contact phone _____413–335–5456_____ <br> Contact email _____hkozloski@aol.com_____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ <br><br> **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br> Contact phone _____ <br> Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ <br> MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                     Proof of Claim                     page 1

<table>
<tr>
<td>
Fill in this information to identify the case:

Debtor 1   MEDIZONE INTERNATIONAL INC

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number   BK-S 18-12662-LEB
</td>
<td>
RECEIVED
AND FILED   DLS

2018 SEP 7 PM 2 11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
</td>
</tr>
</table>

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

JOSEPH GENEBE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

JOSEPH GENEBE
Name

178 ECHO AVE
Number   Street

EDISON   NJ   08837
City   State   ZIP Code

Contact phone   917-841-3600
Contact email   JOENG1954@GMAIL.COM

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410        **Proof of Claim**        page 1

Fill in this information to identify the case:

Debtor 1    Medizone International, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number   BK-S 18-12662-LEB

RECEIVED
AND FILED                          DLS

2018 SEP 10 PM 2 24

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim                                                              04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Sherry M. Adler<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Sherry M. Adler<br>Name<br>24 Coakley Ave.<br>Number       Street<br>Harrison   NY    10528<br>City          State      ZIP Code<br><br>Contact phone (914) 835-2707<br>Contact email Sher480@optonline.net | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number       Street<br><br>City          State      ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____      Filed on _____<br>                                                                    MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                          Proof of Claim                          page 1

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

</td></tr>
</table>

Debtor 1   MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **18–12662**

FILED
**U.S. Bankruptcy Court**
**District of Nevada**
9/11/2018
**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

KENNETH D HOLROYD

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| KENNETH D HOLROYD | |
| Name | Name |
| 419 BANNOCKBURN AVE AMBLER PA 19002–5806 | |
| Contact phone   215–789–5077 | Contact phone |
| Contact email | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)      Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Fill in this information to identify the case:**

Debtor 1    MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:   **18–12662**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

9/12/2018

**Mary A. Schott, Clerk**

Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

JOASIA CARSON

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| JOASIA CARSON | |
| Name | Name |
| P O BOX 2147 MILL VALLEY CA 94942 | |
| Contact phone   4154569066 | Contact phone |
| Contact email | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)     Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Fill in this information to identify the case:

Debtor 1 _Madizona International, INC._

Debtor 2 _District of Nevada_
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _18-12662-LEB_

_EIN 87-0412648_

RECEIVED AND FILED
2018 SEP 13 PM 1 59
U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK
DLS

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | _DANA Guertin_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>_DANA Guertin_<br>Name<br>_2130 Carolyn Way_<br>Number  Street<br>_Bountiful Ut 84010_<br>City  State  ZIP Code<br><br>Contact phone _801 888 6280_<br>Contact email _dana-guertin@hotmail_ | Where should payments to the creditor be sent? (if different)<br><br>_____<br>Name<br>_____<br>Number  Street<br>_____<br>City  State  ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____<br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                       Proof of Claim                       page 1



Fill in this information to identify the case:

Debtor 1 _Medizone International, Inc._

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_

RECEIVED **DLS**
AND FILED

2018 SEP 13 PM 1 53

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

_Morgan and Ruth O'Shea_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _Morgan and Ruth O'Shea_

Number Street _105 Nightingale Ave._

City _Quincy_ State _MA_ ZIP Code _02169_

Contact phone _617-479-0XX_

Contact email _mooshea@comcast.net_

Where should payments to the creditor be sent? (if different)

Name _____

Number Street _____

City _____ State _____ ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

RECEIVED
AND FILED **DLS**

2018 SEP 13 PM 1 53

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Fill in this information to identify the case:**

Debtor 1 _Medizone INTERNATIONAL INC_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

_Maribeth Kambitsch_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Maribeth Kambitsch_
Name

_2813 COMANCHE DR._
Number        Street

_Kettering OH 45420_
City        State        ZIP Code

Contact phone _937 903 0600_

Contact email _mbkai@juno.com_

Where should payments to the creditor be sent? (if different)

Name _____

Number        Street

City        State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

040984        2671004102402‍1

Fill in this information to identify the case:

Debtor 1 Medizone International Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Nevada

Case number Bk-S 18-12662-LEB

RECEIVED
AND FILED DLS

2018 SEP 14 AM 11 02

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Catherine M. Campigno
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor Anthony M. Campigno

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Catherine Bertera Campigno
Name

35 Elm Ave East
Number     Street

Selkirk     NY     12158
City     State     ZIP Code

Contact phone 518-767-5572

Contact email CMCamp35@yahoo.com

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City     State     ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410     Proof of Claim     page 1

009839     26710009848023

Fill in this information to identify the case:

Debtor 1      Medizone International Inc

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:      District of Nevada

Case number   BK-S 18 12662-LEB

RECEIVED **DLS**
AND FILED

2018 SEP 14   AM 11 01

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Rudolph K. Paulsen Jr.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Rudolph K. Paulsen Jr.
Name

18 Traditional Lane
Number    Street

Loudonville NY 12211
City           State      ZIP Code

Contact phone  518-438-7629

Contact email  rpaulsen1@nycap.rr.com

Where should payments to the creditor be sent? (if different)

same
Name

Number    Street

City          State       ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
            MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410

Proof of Claim

page 1

Fill in this information to identify the case:

Debtor 1 MEDIZONE INTERNATIONAL, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of NEVADA

Case number BK-S 18-12662-LEB

RECEIVED
AND FILED

2018 SEP 14 AM 11 17

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | RONALD ST. JOHN <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor  PEGGY ST. JOHN |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> RONALD ST. JOHN <br> Name <br> 1320 POTTER DRIVE <br> Number   Street <br> MANOTICK ONTARIO K4M1C6 <br> City CANADA   State   ZIP Code <br><br> Contact phone  613-692-0636 <br> Contact email ronaldstjohn@gmail.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | Where should payments to the creditor be sent? (if different) <br><br> Name <br><br> Number   Street <br><br> City   State   ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____   Filed on _____ <br>   MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                Proof of Claim                page 1

Debtor 1 _SOLOMON VOLEN_

Debtor 2 _IRMA VOLEN — (DECEDED)_
(Spouse, if filing)

United States Bankruptcy Court for the: ___ District of _NEVADA_

Case number _BK : 18 12662 LEB_

*Medizone International*
**RECEIVED
AND FILED**

**2018 SEP 21 AM 11 56**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_SOLOMON VOLEN_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _IRMA VOLEN (DECEDED)_

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _SOLOMON VOLEN_

Number Street _11921 COVERT RD._

City _PHILA_, State _PA_ ZIP Code _19154_

Contact phone _215 637 1176_

Contact email _N3UBY @ ARRL. NET_

Where should payments to the creditor be sent? (if different)

Name _____

Number Street _____

City ____ State ____ ZIP Code ____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _8_ _30_ _2018_
        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

Fill in this information to identify the case:

Debtor 1 __Medizone International__

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __Nevada__

Case number __18 - 12662 - leb__

RECEIVED AND FILED **DLS**

2018 SEP 24 PM 2 10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | __David Krombeen__<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>__David Krombeen__<br>Name<br>__1557 Lakeside Dr.__<br>Number   Street<br>__Hudsonville MI  49426__<br>City        State        ZIP Code<br><br>Contact phone __616-540-5509__<br>Contact email __pjkrombeen@att.net__<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | Where should payments to the creditor be sent? (if different)<br><br>Name<br><br>Number        Street<br><br>City        State        ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>                                                                                    MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410          Proof of Claim          page 1

Case 18-12662-leb Claim 81 Filed 05/27/10 40 Page Page 88 of 98
Case 18-12662-leb Doc 48 Entered 06/14/18 08:48:56 Page 3 of 5

4/6

Fill in this information to identify the case.

Debtor 1    MEDIZONE INTERNATIONAL INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NV  District of USBC

Case number  BK-S 18 12662 LEB

Official Form 410

RECEIVED
AND FILED

EGP    SEP 27 2018

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

EGP

U.S. BANKRUPTCY COURT
MARY A. SCHOTT
2018 SEP 27 PM 12:28

RECEIVED AND FILED

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): RENEÉ PAULSON

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: RENEÉ PAULSON
Number Street: 2247 WILSHIRE LANE
City: WESTLAKE VILL  State: CAL  ZIP Code: 91361

Contact phone: 818 889 5808
Contact email: DRENEE@EARTHLINK.NET

Where should payments to the creditor be sent? (if different)

Name: SAME
Number Street:
City: State: ZIP Code:
Contact phone:

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410  Proof of Claim  page 1

Fill in this information to identify the case:

Debtor 1 _Medizone International, Inc.(Medizone")_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _____

RECEIVED
AND FILED **DLS**

2019 JAN 28 PM 2 28

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Pauline L. King_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _N/A_

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Pauline L. King_
Name

_1247 GraceMeadowDrive_
Number      Street

_Mooresville, NC 28115-2709_
City                State           ZIP Code

Contact phone _704-663-4476_

Contact email _N/A_

Where should payments to the creditor be sent? (if different)

Name _____

Number      Street

City                State           ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

■ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

■ No
☐ Yes. Who made the earlier filing? _____

018957                          26710018975022

Fill in this information to identify the case:

Debtor 1 _Medizone International Ins "Medizone"_

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _____

RECEIVED
AND FILED

2019 **RETURNED**

U.S. B̶A̶N̶K̶R̶U̶P̶T̶C̶Y̶ COURT
MARY A. SCHOTT, CLERK

Official Form 410

## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | _Pauline L. King_<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _N/A_ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes.  From whom? _____ |

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
2019 FEB 22 PM 1:10
RECEIVED AND FILED
DLS

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>_Pauline L. King_<br>Name<br>_1247 Grace Meadow Drive_<br>Number      Street<br>_Mooresville NC  28115-2762_<br>City      State      ZIP Code<br><br>Contact phone _704-663-4476_<br><br>Contact email _N/A_ | **Where should payments to the creditor be sent? (if different)**<br><br>_____<br>Name<br>_____<br>Number      Street<br>_____<br>City      State      ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____<br>MM  / DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? _____ |

Official Form 410

**Proof of Claim**

page 1

26710018975022

Fill in this information to identify the case:

Debtor 1 _Paul D Borchardt_

Debtor 2 _Paula R Borchardt_
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Nevada_

Case number _BK-S 18-12662-LEB_



## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_Paul D Borchardt_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Paul or Paula Borchardt_
Name

_PO Box 2509_
Number    Street

_Amarillo    TX    79105_
City    State    ZIP Code

Contact phone _806-680-2600_

Contact email _PaulaBwonderlandpark.com_

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

029087    6704029116026

# EXHIBIT "3"

1

2

3

4

5

6  Jason A. Imes, Esq., NV Bar No. 7030
7  Schwartzer & McPherson Law Firm
   2850 South Jones Boulevard, Suite 1
8  Las Vegas NV  89146-5308
   Telephone:     (702) 228-7590
9  Facsimile:      (702) 892-0122
   E-Mail:          bkfilings@s-mlaw.com
10 *Counsel for Lenard E. Schwartzer, Trustee*

11           **UNITED STATES BANKRUPTCY COURT**

12               **DISTRICT OF NEVADA**

13 In re:                              Case No. BK-S-18-12662-ABL

14 MEDIZONE INTERNATIONAL, INC.,       Chapter 7

15                          Debtor.    **[ PROPOSED ] ORDER GRANTING**
                                       **OMNIBUS OBJECTION FOR AUTHORITY**
16                                     **TO DESIGNATE CERTAIN PROOFS OF**
                                       **CLAIM AS SHAREHOLDER INTERESTS**
17                                     **(FRBP 3007(d))**

18                                     Hearing Date:    June 10, 2020
19                                     Hearing Time:    9:30 a.m.

20        The Trustee's *Omnibus Objection to Designate Certain Claims as Shareholder Claims* (the

21 "Omnibus Objection") [ECF No. ___ ] having come before this Court on _____, 2020;

22 Lenard E. Schwartzer (the "Trustee"), Chapter 7 Trustee, appearing by and through his counsel,

23 Jason A. Imes., Esq., of the Schwartzer & McPherson Law Firm;  other parties appearing as noted

24 on the record;  the Court finding that notice has been given to all creditors and parties in interest as

25 required by law, there being no opposition, the Court having made its findings of fact and

26 conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of

27 Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing,

28        **IT IS HEREBY ORDERED** that the Trustee's Omnibus Objection is GRANTED; and

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**IT IS FURTHER ORDERED** that for purposes of distribution of the assets of this bankruptcy estate, the following 77 proofs of claim filed herein shall be deemed timely filed proofs of shareholder equity security interests rather than proofs of claim pursuant to Fed. R. Bankr. P. 3007:

| Claim No. | Claimant | Date Filed | Amount Claimed |
|---|---|---|---|
| 4 | Hans Peter Peters | 06/07/2018 | $ 86,250.00 |
| 7 | Stephanie Freeman | 06/26/2018 | $ 0.00 |
| 8 | Tevon (Dedona) Davis, Tevon Mertz | 06/25/2018 | $ 0.00 |
| 9 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 10 | Robert A Kelley | 06/25/2018 | $ 750.00 |
| 11 | David E. Arthur | 06/25/2018 | $ 500.00 |
| 12 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 13 | Darlene M. Laino-Kuren | 06/25/2018 | $ 0.00 |
| 14 | Daniel Durica & Rosemary T. Durica JTTEN | 06/25/2018 | $ 2,500.00 |
| 15 | John S. and Sally J. Washburn JT TEN | 06/26/2018 | $ 0.00 |
| 16 | Batty A. and Cynthia L. Fadden | 06/26/2018 | $ 0.00 |
| 17 | Nancy E. Miller | 06/27/2018 | $ 500.00 |
| 18 | Stephanie Freeman | 06/28/2018 | $ 0.00 |
| 19 | Dorothy J. Jackson | 06/28/2018 | $ 500.00 |
| 20 | Richard L. and Lorna J. Johnson | 06/28/2018 | $ 0.00 |
| 21 | Thelma Jo Bennett,Theodore Grant Bennett (deceased) | 06/29/2018 | $ 0.00 |
| 22 | Greg M. Conger | 07/02/2018 | $ 10,699.48 |
| 23 | The Sunset Trust, Maud P. Leonard, deceased, Russell L. Leonard | 07/02/2018 | $ 0.00 |
| 24 | Patsy Wong | 07/02/2018 | $ 955.63 |
| 25 | Joel Savitch | 07/02/2018 | $ 0.00 |
| 26 | Deborah L. Perri | 07/02/2018 | $ 0.00 |
| 27 | Guenter B. Moldzio, c/o Andria Moldzio, Trustee | 07/02/2018 | $ 5,000.00 |
| 28 | Carla G. Brunner | 07/02/2018 | $ 100.00 |
| 29 | Manuel Perea | 07/05/2018 | $ 500.00 |
| 30 | Peter and Sheila DiPiazza | 07/05/2018 | $ 0.00 |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 31 | George James Kamoutsis | 07/06/2018 | $ | 500.00 |
|----|---|---|---|---|
| 32 | Bruce Oryson | 07/11/2018 | $ | 761.00 |
| 33 | Elaine Parenteau | 07/12/2018 | $ | 500.00 |
| 35 | Joseph V. Martin | 07/13/2018 | $ | 575,000.00 |
| 36 | Harriet Gertner | 07/13/2018 | $ | 0.00 |
| 37 | Erika Varble | 07/16/2018 | $ | 951.60 |
| 38 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 07/16/2018 | $ | 72,350.00 |
| 39 | Daniel M. Newman | 07/16/2018 | $ | 0.00 |
| 40 | Timothy R. Ryan | 07/16/2018 | $ | 3,000.00 |
| 41 | William Leslie Stoodard | 07/17/2018 | $ | 0.00 |
| 44 | Vincent Fam. Trust | 07/19/2018 | $ | 10,000.00 |
| 45 | Valery Warble | 07/20/2018 | $ | 951.60 |
| 47 | David Anthony Gaughan | 07/20/2018 | $ | 1641.20 |
| 48 | Arthur Allison Wills III | 07/23/2018 | $ | 0.00 |
| 49 | Billy Erwin | 07/26/2018 | $ | 151,500.00 |
| 50 | Brian Couture | 07/26/2018 | $ | 261,500.00 |
| 51 | Peter Schoener | 07/27/2018 | $ | 83,000.00 |
| 52 | Jacqueline Rose | 07/30/2018 | $ | 633.00 |
| 53 | Fred Schneider | 07/30/2018 | $ | 441.00 |
| 54 | Donald G. Smith | 07/31/2018 | $ | 750.00 |
| 55 | Donna M. Teada | 08/01/2018 | $ | 0.00 |
| 57 | Lawrence Walter Cooke & Constance Mary Cooke JT TEN | 08/03/2018 | $ | 11,665.00 |
| 58 | Betty Jane Cecil | 08/06/2018 | $ | 5,020.00 |
| 59 | Kathryne O'Connell | 08/06/2018 | $ | 52,000.00 |
| 60 | Ronald R. Coomber & Claire T. Coomber JTWROS | 08/07/2018 | $ | 36,599.00 |
| 61 | Jim Carroll | 08/13/2018 | $ | 10,000.00 |
| 62 | Nancy A. Penza | 08/13/2018 | $ | 0.00 |
| 63 | James Bellman, Deneen Bellman | 08/13/2018 | $ | 11,502.10 |
| 64 | Ruby M. Boecker | 08/13/2018 | $ | 1,000.00 |
| 65 | James Richard Campbell | 08/17/2018 | $ | 0.00 |

| 66 | Peter M. Mullarkey & Annette J. Mullarkey | 08/17/2018 | $ | 6,500.00 |
|----|-------------------------------------------|------------|---|----------|
| 67 | Thomas G. Beaumont, Mary B. Beaumont | 08/20/2018 | $ | 500.00 |
| 69 | Cindy Shelter Varble | 08/29/2018 | $ | 951.60 |
| 70 | Dyke R. Varble | 08/29/2018 | $ | 951.60 |
| 71 | Linda Patow | 08/29/2018 | $ | 10,000.00 |
| 73 | Robert McGuire | 09/04/2018 | $ | 0.00 |
| 77 | Henry L. Kozloski | 09/10/2018 | $ | 800.00 |
| 78 | Joseph Gehebe | 09/07/2018 | $ | 750.00 |
| 79 | Sherry M. Adler | 09/10/2018 | $ | 2,300.00 |
| 81 | Kenneth D. Holroyd | 09/11/2018 | $ | 22,000.00 |
| 82 | Joasia Carson | 09/12/2018 | $ | 0.00 |
| 83 | Dana Guertin | 09/13/2018 | $ | 1,500.00 |
| 84 | Morgan and Ruth O'Shea | 09/13/2018 | $ | 540.00 |
| 85 | Maribeth Kambitsch | 09/13/2018 | $ | 3,647.76 |
| 86 | Catherine M. Campigno & Anthony M. Campigno | 09/14/2018 | $ | 425.00 |
| 87 | Rudolph K. Paulsen, Jr. | 09/14/2018 | $ | 581.25 |
| 88 | Ronald St. John | 09/14/2018 | $ | 0.00 |
| 89 | Solomon Volen & Irma Volen JT TEN | 09/21/2018 | $ | 200.00 |
| 90 | David M. Krombeen | 09/24/2018 | $ | 12,880.00 |
| 91 | Renee Paulson | 09/27/2018 | $ | 250,000.00 |
| 92 | Pauline L. King | 01/28/2019 | $ | 0.00 |
| 93 | Paul D. Borchadt and Paula R. Borchadt | 02/07/2020 | $ | 30,595.00 |

Submitted by:


_____

Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146
*Attorneys for Lenard E. Schwartzer, Trustee*

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

## **Local Rule 9021 CERTIFICATION**

2

3

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

4

☐       The court waived the requirement of approval under LR 9021(b)(1).

5

☐       No party appeared at the hearing or filed an objection to the motion.

6

7

☐       I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

8

9

10

☐       I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

11

12

_____
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm

13

14                                                    # # #

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122