Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:       (702) 892-0122
E-Mail:           bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-18-12662-ABL |
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF LENARD E. SCHWARTZER SUPPORTING OMNIBUS OBJECTION FOR AUTHORITY TO DESIGNATE CERTAIN PROOFS OF CLAIM AS SHAREHOLDER INTERESTS (FRBP 3007(d))** |

I, LENARD E. SCHWARTZER, do declare the following under penalty of perjury:

1. I am over the age of eighteen and I am competent to make this Declaration. I have personal knowledge of the facts in this matter, except where stated upon information and belief.

2. I am the duly appointed Chapter 7 Panel Trustee for the bankruptcy estate of Medizone International, Inc., and I make this Declaration in support of my *Omnibus Objection to Designate Certain Claims as Shareholder Claims* (the "Omnibus Objection")

3. I am seeking authorization to treat the 77 proofs of claim identified in the Omnibus Objections as shareholder interests, rather than proofs of claim, for purposes of distribution.

4. I am requesting this omnibus relief instead of requiring each investor to withdraw the proofs of claims they have already filed and re-file proofs of shareholder interest.

5. On April 18, 2018, creditors Edwin G. Marshall and Dr. Jill C. Marshall (collectively, the "Marshalls"), and creditors Ushio America, Inc. and Engineering CPR, Inc. (together with the Marshalls, the "Petitioning Creditors"), filed an involuntary petition under

Chapter 11 the Bankruptcy Code against Debtor MEDIZONE INTERNATIONAL, INC. (the "Debtor") in Reno, Nevada, thereby commencing bankruptcy case number 18-50412-GWZ (the "Involuntary Chapter 11 Case").

6. On May 8, 2018, the Debtor filed its voluntary petition pursuant to Chapter 7 of the Bankruptcy Code in Las Vegas, Nevada, and I was appointed to administer the Chapter 7 estate. The Involuntary Chapter 11 Case was subsequently dismissed.

7. I was authorized by this Court to operate the business for approximately 90 days from June 1, 2018 through August 31, 2018 [ECF No. 36], and was authorized to borrow up to $200,000.00 from the Marshalls [ECF No. 40] to fund said operation pending sale of the estate's assets. I completed the necessary operation of the business, sold substantially all of the estate assets to ASEPTICSURE SCIENTIFIC, LLC [ECF No. 85], and repaid the post-petition loan from the Marshalls in full.

8. Upon review of the 93 proofs of claim currently filed in this case, I identified 77 proofs of claim that appear to assert shareholder capital stock interests in the Debtor rather than claims against the Debtor for money owed pursuant to a debt.

9. Shareholder equity rights from ownership of capital stock are categorized differently for purposes of distribution than proofs of claim for a debt, so I request authorization to designate the following 77 proofs of claims (the "Shareholder Filings") as proofs of shareholder equity interests rather than proofs of claim for purposes of distribution:

| Claim No. | Claimant | Date Filed | Amount Claimed |
|---|---|---|---|
| 4 | Hans Peter Peters | 06/07/2018 | $ 86,250.00 |
| 7 | Stephanie Freeman | 06/26/2018 | $ 0.00 |
| 8 | Tevon (Dedona) Davis, Tevon Mertz | 06/25/2018 | $ 0.00 |
| 9 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 10 | Robert A Kelley | 06/25/2018 | $ 750.00 |
| 11 | David E. Arthur | 06/25/2018 | $ 500.00 |
| 12 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |

| | | | | |
|---|---|---|---|---|
| 13 | Darlene M. Laino-Kuren | 06/25/2018 | $ | 0.00 |
| 14 | Daniel Durica & Rosemary T. Durica JTTEN | 06/25/2018 | $ | 2,500.00 |
| 15 | John S. and Sally J. Washburn JT TEN | 06/26/2018 | $ | 0.00 |
| 16 | Batty A. and Cynthia L. Fadden | 06/26/2018 | $ | 0.00 |
| 17 | Nancy E. Miller | 06/27/2018 | $ | 500.00 |
| 18 | Stephanie Freeman | 06/28/2018 | $ | 0.00 |
| 19 | Dorothy J. Jackson | 06/28/2018 | $ | 500.00 |
| 20* | Richard L. and Lorna J. Johnson | 06/28/2018 | $ | 0.00 |
| 21 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 06/29/2018 | $ | 0.00 |
| 22 | Greg M. Conger | 07/02/2018 | $ | 10,699.48 |
| 23 | The Sunset Trust, Maud P. Leonard, deceased, Russell L. Leonard | 07/02/2018 | $ | 0.00 |
| 24 | Patsy Wong | 07/02/2018 | $ | 955.63 |
| 25 | Joel Savitch | 07/02/2018 | $ | 0.00 |
| 26 | Deborah L. Perri | 07/02/2018 | $ | 0.00 |
| 27 | Guenter B. Moldzio, c/o Andria Moldzio, Trustee | 07/02/2018 | $ | 5,000.00 |
| 28 | Carla G. Brunner | 07/02/2018 | $ | 100.00 |
| 29 | Manuel Perea | 07/05/2018 | $ | 500.00 |
| 30 | Peter and Sheila DiPiazza | 07/05/2018 | $ | 0.00 |
| 31 | George James Kamoutsis | 07/06/2018 | $ | 500.00 |
| 32 | Bruce Oryson | 07/11/2018 | $ | 761.00 |
| 33 | Elaine Parenteau | 07/12/2018 | $ | 500.00 |
| 35 | Joseph V. Martin | 07/13/2018 | $ | 575,000.00 |
| 36 | Harriet Gertner | 07/13/2018 | $ | 0.00 |
| 37 | Erika Varble | 07/16/2018 | $ | 951.60 |
| 38 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 07/16/2018 | $ | 72,350.00 |
| 39* | Daniel M. Newman | 07/16/2018 | $ | 0.00 |
| 40 | Timothy R. Ryan | 07/16/2018 | $ | 3,000.00 |
| 41 | William Leslie Stoodard | 07/17/2018 | $ | 0.00 |
| 44* | Vincent Fam. Trust | 07/19/2018 | $ | 10,000.00 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | |
|---|---|---|---:|
| 45 | Valery Warble | 07/20/2018 | $ 951.60 |
| 47 | David Anthony Gaughan | 07/20/2018 | $ 1641.20 |
| 48 | Arthur Allison Wills III | 07/23/2018 | $ 0.00 |
| 49 | Billy Erwin | 07/26/2018 | $ 151,500.00 |
| 50 | Brian Couture | 07/26/2018 | $ 261,500.00 |
| 51 | Peter Schoener | 07/27/2018 | $ 83,000.00 |
| 52 | Jacqueline Rose | 07/30/2018 | $ 633.00 |
| 53 | Fred Schneider | 07/30/2018 | $ 441.00 |
| 54 | Donald G. Smith | 07/31/2018 | $ 750.00 |
| 55* | Donna M. Teada | 08/01/2018 | $ 0.00 |
| 57 | Lawrence Walter Cooke & Constance Mary Cooke JT TEN | 08/03/2018 | $ 11,665.00 |
| 58* | Betty Jane Cecil | 08/06/2018 | $ 5,020.00 |
| 59 | Kathryne O'Connell | 08/06/2018 | $ 52,000.00 |
| 60 | Ronald R. Coomber & Claire T. Coomber JTWROS | 08/07/2018 | $ 36,599.00 |
| 61 | Jim Carroll | 08/13/2018 | $ 10,000.00 |
| 62 | Nancy A. Penza | 08/13/2018 | $ 0.00 |
| 63 | James Bellman, Deneen Bellman | 08/13/2018 | $ 11,502.10 |
| 64* | Ruby M. Boecker | 08/13/2018 | $ 1,000.00 |
| 65 | James Richard Campbell | 08/17/2018 | $ 0.00 |
| 66 | Peter M. Mullarkey & Annette J. Mullarkey | 08/17/2018 | $ 6,500.00 |
| 67 | Thomas G. Beaumont, Mary B. Beaumont | 08/20/2018 | $ 500.00 |
| 69 | Cindy Shelter Varble | 08/29/2018 | $ 951.60 |
| 70 | Dyke R. Varble | 08/29/2018 | $ 951.60 |
| 71 | Linda Patow | 08/29/2018 | $ 10,000.00 |
| 73 | Robert McGuire | 09/04/2018 | $ 0.00 |
| 77 | Henry L. Kozloski | 09/10/2018 | $ 800.00 |
| 78 | Joseph Gehebe | 09/07/2018 | $ 750.00 |
| 79 | Sherry M. Adler | 09/10/2018 | $ 2,300.00 |
| 81 | Kenneth D. Holroyd | 09/11/2018 | $ 22,000.00 |
| 82 | Joasia Carson | 09/12/2018 | $ 0.00 |
| 83* | Dana Guertin | 09/13/2018 | $ 1,500.00 |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| 84* | Morgan and Ruth O'Shea | 09/13/2018 | $ | 540.00 |
|---|---|---|---|---|
| 85 | Maribeth Kambitsch | 09/13/2018 | $ | 3,647.76 |
| 86 | Catherine M. Campigno & Anthony M. Campigno | 09/14/2018 | $ | 425.00 |
| 87 | Rudolph K. Paulsen, Jr. | 09/14/2018 | $ | 581.25 |
| 88 | Ronald St. John | 09/14/2018 | $ | 0.00 |
| 89 | Solomon Volen & Irma Volen JT TEN | 09/21/2018 | $ | 200.00 |
| 90 | David M. Krombeen | 09/24/2018 | $ | 12,880.00 |
| 91 | Renee Paulson | 09/27/2018 | $ | 250,000.00 |
| 92* | Pauline L. King | 01/28/2019 | $ | 0.00 |
| 93 | Paul D. Borchadt and Paula R. Borchadt | 02/07/2020 | $ | 30,595.00 |

10.    Nine (9) of these identified proofs of claim do not expressly state on their face that they are shareholder interests, but I have concluded these claims represent shareholder interests based on available information.

11.    I have not identified any basis to object to the number of shares claimed in each Shareholder Filing.

Dated: April 28, 2020.

Lenard E. Schwartzer