Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:   (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:         bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MEDIZONE INTERNATIONAL, INC.,<br><br>Debtor. | Case No. BK-S-18-12662-abl<br><br>Chapter 7<br><br>**NOTICE OF HEARING REGARDING OMNIBUS OBJECTION FOR AUTHORITY TO DESIGNATE CERTAIN PROOFS OF CLAIM AS SHAREHOLDER INTERESTS (FRBP 3007(d))**<br><br>Hearing Date: June 10, 2020<br>Hearing Time: 9:30 a.m.<br><br>Location:  Telephonic Hearing[1]<br>　　　　　　Conference No: 888-684-8852<br>　　　　　　Access Code: 8242009# |

**NOTICE IS HEREBY GIVEN** that Lenard E. Schwartzer, Chapter 7 Trustee (the "Trustee"),[2] by and through his counsel, Schwartzer & McPherson Law Firm, has filed an Omnibus Objection For Authority To Designate Certain Proofs Of Claim As Shareholder Interests (FRBP 3007(d)) (the "Omnibus Objection") **which may include the claim you filed.**

---

[1] Pursuant to Administrative Order 2020-05, this hearing shall be heard telephonically. Parties wishing to appear and participate at this hearing should call the toll-free conference line identified in the caption at least 5 minutes prior the scheduled hearing time. More information and instructions on **telephonic** hearings in this District can be found at the following website: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation. If you intend to participate at this hearing, please continue to regularly check this District's website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures.

[2] All capitalized terms have the meanings ascribed them in the underlying motion.

1

The Trustee is objecting to the proofs of claim listed in the Omnibus Objection and attached **Exhibit "1"** because they appear to be shareholder equity interest claims that were mistakenly filed as proofs of claim rather than proofs of interest. To properly categorize these interests for purposes of distribution, the Trustee is requesting entry of an Order pursuant to Fed.R.Bankr.P 3007 that these listed proofs of claim be **allowed** and designated as shareholder **proofs of interest**, not **proofs of claim**, for purposes of distribution.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, email: bkfilings@s-mlaw.com, by facsimile: (702) 892-0122, or by mail: 2850 South Jones Boulevard, Suite 1, Las Vegas, Nevada 89146.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **June 10, 2020 at 9:30 a.m..** However, as set forth above, pursuant to Administrative Order 2020-05, this hearing shall be heard telephonically. Parties wishing to

appear and participate at this hearing should call the toll-free conference line identified in the caption at least 5 minutes prior the scheduled hearing time. More information and instructions on telephonic hearings in this District can be found at the following website: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation.

If you intend to participate at this hearing, please continue to regularly check this District's website (www.nvb.uscourts.gov/news-rss/announcements) prior to the hearing for any Administrative Orders or updated instructions relating to the most recent hearing procedures.

Dated: April 29, 2020.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for Lenard E. Schwartzer, Trustee*

## EXHIBIT 1

### PROOFS OF CLAIM TO BE DESIGNATED AS PROOFS OF SHAREHOLDER INTERESTS

| Claim No. | Claimant | Date Filed | Amount Claimed |
|---|---|---|---|
| 4 | Hans Peter Peters | 06/07/2018 | $ 86,250.00 |
| 7 | Stephanie Freeman | 06/26/2018 | $ 0.00 |
| 8 | Tevon (Dedona) Davis, Tevon Mertz | 06/25/2018 | $ 0.00 |
| 9 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 10 | Robert A Kelley | 06/25/2018 | $ 750.00 |
| 11 | David E. Arthur | 06/25/2018 | $ 500.00 |
| 12 | Thomas Booth Harris | 06/25/2018 | $ 21,776.85 |
| 13 | Darlene M. Laino-Kuren | 06/25/2018 | $ 0.00 |
| 14 | Daniel Durica & Rosemary T. Durica JTTEN | 06/25/2018 | $ 2,500.00 |
| 15 | John S. and Sally J. Washburn JT TEN | 06/26/2018 | $ 0.00 |
| 16 | Batty A. and Cynthia L. Fadden | 06/26/2018 | $ 0.00 |
| 17 | Nancy E. Miller | 06/27/2018 | $ 500.00 |

3

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | |
|---|---|---|---|
| 18 | Stephanie Freeman | 06/28/2018 | $ 0.00 |
| 19 | Dorothy J. Jackson | 06/28/2018 | $ 500.00 |
| 20* | Richard L. and Lorna J. Johnson | 06/28/2018 | $ 0.00 |
| 21 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 06/29/2018 | $ 0.00 |
| 22 | Greg M. Conger | 07/02/2018 | $ 10,699.48 |
| 23 | The Sunset Trust, Maud P. Leonard, deceased, Russell L. Leonard | 07/02/2018 | $ 0.00 |
| 24 | Patsy Wong | 07/02/2018 | $ 955.63 |
| 25 | Joel Savitch | 07/02/2018 | $ 0.00 |
| 26 | Deborah L. Perri | 07/02/2018 | $ 0.00 |
| 27 | Guenter B. Moldzio, c/o Andria Moldzio, Trustee | 07/02/2018 | $ 5,000.00 |
| 28 | Carla G. Brunner | 07/02/2018 | $ 100.00 |
| 29 | Manuel Perea | 07/05/2018 | $ 500.00 |
| 30 | Peter and Sheila DiPiazza | 07/05/2018 | $ 0.00 |
| 31 | George James Kamoutsis | 07/06/2018 | $ 500.00 |
| 32 | Bruce Oryson | 07/11/2018 | $ 761.00 |
| 33 | Elaine Parenteau | 07/12/2018 | $ 500.00 |
| 35 | Joseph V. Martin | 07/13/2018 | $ 575,000.00 |
| 36 | Harriet Gertner | 07/13/2018 | $ 0.00 |
| 37 | Erika Varble | 07/16/2018 | $ 951.60 |
| 38 | Thelma Jo Bennett, Theodore Grant Bennett (deceased) | 07/16/2018 | $ 72,350.00 |
| 39* | Daniel M. Newman | 07/16/2018 | $ 0.00 |
| 40 | Timothy R. Ryan | 07/16/2018 | $ 3,000.00 |
| 41 | William Leslie Stoodard | 07/17/2018 | $ 0.00 |
| 44* | Vincent Fam. Trust | 07/19/2018 | $ 10,000.00 |
| 45 | Valery Warble | 07/20/2018 | $ 951.60 |
| 47 | David Anthony Gaughan | 07/20/2018 | $ 1641.20 |
| 48 | Arthur Allison Wills III | 07/23/2018 | $ 0.00 |
| 49 | Billy Erwin | 07/26/2018 | $ 151,500.00 |
| 50 | Brian Couture | 07/26/2018 | $ 261,500.00 |
| 51 | Peter Schoener | 07/27/2018 | $ 83,000.00 |
| 52 | Jacqueline Rose | 07/30/2018 | $ 633.00 |

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | | | |
|---|---|---|---:|
| 53 | Fred Schneider | 07/30/2018 | $ 441.00 |
| 54 | Donald G. Smith | 07/31/2018 | $ 750.00 |
| 55* | Donna M. Teada | 08/01/2018 | $ 0.00 |
| 57 | Lawrence Walter Cooke & Constance Mary Cooke JT TEN | 08/03/2018 | $ 11,665.00 |
| 58* | Betty Jane Cecil | 08/06/2018 | $ 5,020.00 |
| 59 | Kathryne O'Connell | 08/06/2018 | $ 52,000.00 |
| 60 | Ronald R. Coomber & Claire T. Coomber JTWROS | 08/07/2018 | $ 36,599.00 |
| 61 | Jim Carroll | 08/13/2018 | $ 10,000.00 |
| 62 | Nancy A. Penza | 08/13/2018 | $ 0.00 |
| 63 | James Bellman, Deneen Bellman | 08/13/2018 | $ 11,502.10 |
| 64* | Ruby M. Boecker | 08/13/2018 | $ 1,000.00 |
| 65 | James Richard Campbell | 08/17/2018 | $ 0.00 |
| 66 | Peter M. Mullarkey & Annette J. Mullarkey | 08/17/2018 | $ 6,500.00 |
| 67 | Thomas G. Beaumont, Mary B. Beaumont | 08/20/2018 | $ 500.00 |
| 69 | Cindy Shelter Varble | 08/29/2018 | $ 951.60 |
| 70 | Dyke R. Varble | 08/29/2018 | $ 951.60 |
| 71 | Linda Patow | 08/29/2018 | $ 10,000.00 |
| 73 | Robert McGuire | 09/04/2018 | $ 0.00 |
| 77 | Henry L. Kozloski | 09/10/2018 | $ 800.00 |
| 78 | Joseph Gehebe | 09/07/2018 | $ 750.00 |
| 79 | Sherry M. Adler | 09/10/2018 | $ 2,300.00 |
| 81 | Kenneth D. Holroyd | 09/11/2018 | $ 22,000.00 |
| 82 | Joasia Carson | 09/12/2018 | $ 0.00 |
| 83* | Dana Guertin | 09/13/2018 | $ 1,500.00 |
| 84* | Morgan and Ruth O'Shea | 09/13/2018 | $ 540.00 |
| 85 | Maribeth Kambitsch | 09/13/2018 | $ 3,647.76 |
| 86 | Catherine M. Campigno & Anthony M. Campigno | 09/14/2018 | $ 425.00 |
| 87 | Rudolph K. Paulsen, Jr. | 09/14/2018 | $ 581.25 |
| 88 | Ronald St. John | 09/14/2018 | $ 0.00 |
| 89 | Solomon Volen & Irma Volen JT TEN | 09/21/2018 | $ 200.00 |
| 90 | David M. Krombeen | 09/24/2018 | $ 12,880.00 |

| 91 | Renee Paulson | 09/27/2018 | $ 250,000.00 |
|---|---|---|---|
| 92* | Pauline L. King | 01/28/2019 | $ 0.00 |
| 93 | Paul D. Borchadt and Paula R. Borchadt | 02/07/2020 | $ 30,595.00 |