_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
June 29, 2020

Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com
*Attorneys for Lenard E. Schwartzer, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-18-12662-ABL |
|---|---|
| MEDIZONE INTERNATIONAL, INC., | Chapter 7 |
| Debtor. | **ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 43 (SBI INVESTMENTS, LLC, 2014-1)** |
| | Hearing Date:    June 25, 2020<br>Hearing Time:    11:00 a.m. |

The Trustee's *Objection to Proof of Claim No. 43 (SBI Investments, LLC, 2014-1)* (the "Objection") [ECF No. 199] having come before this Court on the 25th day of June, 2020;  Lenard E. Schwartzer (the "Trustee"), Chapter 7 Trustee, appearing by and through his counsel, Jason A. Imes., Esq., of the Schwartzer & McPherson Law Firm;  other parties appearing as noted on the record;  the Court finding that notice has been given to all creditors and parties in interest as required by law, there being no opposition, the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Trustee's Objection is GRANTED; and

**IT IS FURTHER ORDERED** that for purposes of distribution of the assets of this

bankruptcy estate that Proof of Claim No. 43 filed by SBI Investments, LLC, 2014-1, on or about July 18, 2018, in the sum of $1,095,899.47 shall be deemed an allowed non-priority unsecured claim but in the reduced sum of **$155,775.62** and that any amounts claimed in excess of this sum are disallowed.

Submitted by:

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146
*Attorneys for Lenard E. Schwartzer, Trustee*

### Local Rule 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court waived the requirement of approval under LR 9021(b)(1).

☒  No party appeared at the hearing or filed an objection to the motion.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm

# # #