

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 07, 2020

1
2
3
4
5
6
7  LENARD E. SCHWARTZER, TRUSTEE
   2850 S. Jones Blvd., Ste 1
8  Las Vegas, NV 89146
   trustee@s-mlaw.com
9  (702) 307-2022
10
11         UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF NEVADA
12
13 | In re                              | CASE NO. BK-S 18-12662-ABL
14 | MEDIZONE INTERNATIONAL, INC.,      | IN PROCEEDINGS UNDER CHAPTER 7
15 |                                    |
16 |                          Debtor.   | DATE:  December 3 2020
                                         TIME:  11:00 a.m.
17                                       PLACE: Foley Bldg., 3rd Floor

18
19   **ORDER APPROVING TRUSTEE'S PAYMENT OF FINAL COMPENSATION
                    AND REIMBURSEMENT OF EXPENSES**

20      Lenard E. Schwartzer, Trustee of the above-entitled estate, having filed herein his Final
21 Report and Account of said estate on October 16, 2020, and Notice of Hearing Trustee's
22 Application For Compensation and Reimbursement of Expenses having been noticed to all
23 creditors and hearing having been held on December 3, 2020, at 11:00 a.m., and good cause
24 appearing therefor,
25 / / /
26 / / /
27 / / /
28 / / /

It is hereby ordered that Trustee fees in the amount of $28,583.28 and expenses in the amount of $14,841.78 be approved.

Submitted by:

_____
LENARD E. SCHWARTZER, TRUSTEE

ALTERNATIVE METHOD RE RULE 9021

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____The Court waived the requirement set forth in LR9021(b)(1).

___X___No parties appeared at the hearing or filed an objection to the motion.

_____I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_____
LENARD E. SCHWARTZER, TRUSTEE

###