UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | § | Case No. 18-12662-ABL |
| | § | |
| MEDIZONE INTERNATIONAL, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Lenard E. Schwartzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $17,130,984.80 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $73,561.25 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $433,104.30 | | |

  3) Total gross receipts of $506,665.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $506,665.55 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $433,104.30 | $433,104.30 | $433,104.30 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $62,682.29 | $52,358.33 | $52,358.33 | $52,358.33 |
| General Unsecured Claims (from **Exhibit 7**) | $3,652,407.32 | $5,042,964.85 | $3,162,717.21 | $21,202.92 |
| **Total Disbursements** | $3,715,089.61 | $5,528,427.48 | $3,648,179.84 | $506,665.55 |

4). This case was originally filed under chapter 7 on 05/08/2018. The case was pending for 36 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2021          By: /s/ Lenard E. Schwartzer
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| PROCEEDS FROM SALE OF ALL ASSETS | 1129-000 | $500,000.00 |
| Wells Fargo Acct 6737 | 1129-000 | $1,544.14 |
| Wells Fargo Acct 6745 | 1129-000 | $929.47 |
| Refund Cerdian 2nd Qtr 2018 tax | 1229-000 | $213.98 |
| Refund from Premium Assignment | 1229-000 | $3,977.96 |
| **TOTAL GROSS RECEIPTS** | | **$506,665.55** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LENARD E. SCHWARTZER, Trustee | 2100-000 | NA | $28,583.28 | $28,583.28 | $28,583.28 |
| Lenard E. Schwartzer, Trustee | 2200-000 | NA | $14,841.78 | $14,841.78 | $14,841.78 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $98.91 | $98.91 | $98.91 |
| GGTC INC | 2410-000 | NA | $3,092.74 | $3,092.74 | $3,092.74 |
| GGTC, INC | 2410-000 | NA | $3,008.63 | $3,008.63 | $3,008.63 |
| GGTC, INC. | 2410-000 | NA | $3,024.71 | $3,024.71 | $3,024.71 |
| PREMIUM ASSIGNMENT CORPORATION | 2420-750 | NA | $1,339.27 | $1,339.27 | $1,339.27 |
| Independent Bank | 2600-000 | NA | $731.83 | $731.83 | $731.83 |
| Integrity Bank | 2600-000 | NA | $107.18 | $107.18 | $107.18 |
| CERIDIAN CANADA LTD | 2690-000 | NA | $12,164.25 | $12,164.25 | $12,164.25 |
| CERIDIAN CANADA PAYROLL TRUST | 2690-000 | NA | $60,213.35 | $60,213.35 | $60,213.35 |
| D SIMPSON | 2690-000 | NA | $1,155.00 | $1,155.00 | $1,155.00 |
| DAY & ROSS | 2690-000 | NA | $1,439.92 | $1,439.92 | $1,439.92 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| DAY & ROSS INC | 2690-000 | NA | $804.40 | $804.40 | $804.40 |
| DR. MICHAEL SHANNON | 2690-000 | NA | $275.22 | $275.22 | $275.22 |
| DYLAN SIMPSON | 2690-000 | NA | $5,717.67 | $5,717.67 | $5,717.67 |
| HUB INTERNATIONAL HKMB LIMITED | 2690-000 | NA | $2,187.00 | $2,187.00 | $2,187.00 |
| KELLY BROWN | 2690-000 | NA | $3,225.76 | $3,225.76 | $3,225.76 |
| KELLY BROWN CONSULTING | 2690-000 | NA | $1,345.91 | $1,345.91 | $1,345.91 |
| Margaret MacLaren | 2690-000 | NA | $428.82 | $428.82 | $428.82 |
| MCGOWAN INSURANCE GROUP INC | 2690-000 | NA | $718.64 | $718.64 | $718.64 |
| MICHAEL SHANNON | 2690-000 | NA | $100.18 | $100.18 | $100.18 |
| OXOID COMPANY | 2690-000 | NA | $1,138.17 | $1,138.17 | $1,138.17 |
| Reimbursement of post petition lender's fees and expenses to the Marshalls per order entered 10/25/18 [DOC 116] (Marshalls assigned Claim to Meyers Law Group) | 2690-000 | NA | $49,099.77 | $49,099.77 | $49,099.77 |
| STERICYCLE | 2690-000 | NA | $272.53 | $272.53 | $272.53 |
| Interest on Loan Fee [Doc 53] | 2990-000 | NA | $680.61 | $680.61 | $680.61 |
| Interest on the $123,905.00 advanced to Trustee [Doc 53] | 2990-000 | NA | $2,254.48 | $2,254.48 | $2,254.48 |
| Loan Fee per loan agreement [Doc 53] | 2990-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| MEYERS LAW GROUP, P.C. | 2990-000 | NA | $32,035.00 | $32,035.00 | $32,035.00 |
| Schwartzer & McPherson Law Firm, Attorney for Trustee | 3110-000 | NA | $141,177.50 | $141,177.50 | $141,177.50 |
| Schwartzer & McPherson Law Firm, Attorney for Trustee | 3120-000 | NA | $4,168.95 | $4,168.95 | $4,168.95 |
| CASSAN MACLEAN IP LAW FIRM, Special Counsel for Trustee | 3210-600 | NA | $13,000.00 | $13,000.00 | $13,000.00 |
| HOGAN LOVELLS US, LLP, Special Counsel for Trustee | 3210-600 | NA | $14,500.00 | $14,500.00 | $14,500.00 |
| KENNETH A. SELTZER, CPA, Accountant for | 3410-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| William M. Holland, Special Accountant for Trustee | 3410-580 | NA | $2,668.75 | $2,668.75 | $2,668.75 |
| William M. Holland, Special Accountant for Trustee | 3420-590 | NA | $4.09 | $4.09 | $4.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $433,104.30 | $433,104.30 | $433,104.30 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 34 | DAVID A. DODD | 5300-000 | $12,850.00 | $12,850.00 | $12,850.00 | $12,850.00 |
| 56 | JUDE P. DINGES | 5300-000 | $12,850.00 | $12,850.00 | $12,850.00 | $12,850.00 |
| 72 | DAVID A. ESPOSITO | 5300-000 | $24,132.29 | $12,475.00 | $12,475.00 | $12,475.00 |
| 75 | PHILIP ALLEN THEODORE | 5300-000 | $12,850.00 | $12,850.00 | $12,850.00 | $12,850.00 |
| 76 | STEPHANIE L. SORENSEN | 5300-000 | $0.00 | $1,333.33 | $1,333.33 | $1,333.33 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $62,682.29 | $52,358.33 | $52,358.33 | $52,358.33 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MEYERS LAW GROUP. P.C. | 7100-000 | $0.00 | $466,812.00 | $466,812.00 | $3,129.52 |
| 2 | MEYERS LAW GROUP, P.C. | 7100-000 | $0.00 | $1,118,448.00 | $1,118,448.00 | $7,498.10 |
| 3 | PR Newswire, LLC | 7100-000 | $6,245.00 | $9,565.00 | $9,565.00 | $64.12 |
| 5 | BETTY M. TANAKA | 7100-000 | $79,561.64 | $0.00 | $0.00 | $0.00 |
| 6 | DURHAM JONES & PINEGAR | 7100-000 | $81,753.38 | $82,813.15 | $82,813.15 | $555.18 |
| 34a | DAVID A. DODD | 7100-000 | $11,040.09 | $412,737.78 | $412,737.78 | $2,767.00 |
| 42 | L2 CAPITAL, LLC | 7100-000 | $224,309.53 | $1,095,899.41 | $155,775.62 | $1,044.32 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | SBI INVESTMENTS LLC, 2014-1 | 7100-000 | $224,309.53 | $1,095,899.47 | $155,775.62 | $1,044.32 |
| 46 | CASSAN MACLEAN | 7100-000 | $9,345.83 | $11,628.87 | $11,628.87 | $77.96 |
| 56a | Jude P. Dinges | 7100-000 | $0.00 | $210,275.00 | $210,275.00 | $1,409.69 |
| 68 | HOGAN LOVELLS US LLP | 7100-000 | $57,605.93 | $71,096.03 | $71,096.03 | $476.63 |
| 72a | DAVID A. ESPOSITO | 7100-000 | $123,750.00 | $138,262.05 | $138,262.05 | $926.92 |
| 74 | USHIO AMERICA | 7100-000 | $6,750.90 | $6,750.90 | $6,750.90 | $45.26 |
| 75a | PHILIP ALLEN THEODORE | 7100-000 | $4,474.78 | $258,394.00 | $258,394.00 | $1,732.28 |
| 76a | STEPHANIE L. SORENSEN | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $402.24 |
| 80 | PARFCO, LLC | 7100-000 | $4,383.19 | $4,383.19 | $4,383.19 | $29.38 |
| 94 | Sidney & Sharon Stern Revocable Trust | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AMERICAN STOCK TRANSFER | 7100-000 | $4,802.50 | $0.00 | $0.00 | $0.00 |
| | DR. JILL MARSHALL | 7100-000 | $446,091.92 | $0.00 | $0.00 | $0.00 |
| | DR. MICHAEL E. SHANNON | 7100-000 | $111,109.00 | $0.00 | $0.00 | $0.00 |
| | EDWIN G. MARSHALL | 7100-000 | $1,098,021.67 | $0.00 | $0.00 | $0.00 |
| | EMA PARTNERS | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | FEDERAL FILINGS LLC | 7100-000 | $4,886.50 | $0.00 | $0.00 | $0.00 |
| | FRANK G. RAKAS | 7100-000 | $164,308.00 | $0.00 | $0.00 | $0.00 |
| | G. HANDEL | 7100-000 | $139,366.41 | $0.00 | $0.00 | $0.00 |
| | GERALD SUNNUN | 7100-000 | $170,000.00 | $0.00 | $0.00 | $0.00 |
| | HOWARD FEINSAND | 7100-000 | $17,254.91 | $0.00 | $0.00 | $0.00 |
| | JOHN D. PIPER | 7100-000 | $45,084.11 | $0.00 | $0.00 | $0.00 |
| | JOHN D. PIPER | 7100-000 | $62,257.50 | $0.00 | $0.00 | $0.00 |
| | KAYLENE KOTTER | 7100-000 | $4,607.00 | $0.00 | $0.00 | $0.00 |
| | KEVIN ANDERSON | 7100-000 | $36,000.00 | $0.00 | $0.00 | $0.00 |
| | PLEANER LAW FIRM | 7100-000 | $7,035.14 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| RUBY RECEPTIONISTS | 7100-000 | $1,018.00 | $0.00 | $0.00 | $0.00 |
| S. HANDEL | 7100-000 | $68,475.64 | $0.00 | $0.00 | $0.00 |
| SHERRY M. ADLER | 7100-000 | $178,498.18 | $0.00 | $0.00 | $0.00 |
| STEVE HANNI | 7100-000 | $200,000.00 | $0.00 | $0.00 | $0.00 |
| TOXCEL, LLC | 7100-000 | $1,227.48 | $0.00 | $0.00 | $0.00 |
| ZOUFMAN MEDICAL CONSULTING | 7100-000 | $48,833.56 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $3,652,407.32 | $5,042,964.85 | $3,162,717.21 | $21,202.92 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 18-12662-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 05/08/2018 (f) |
| For the Period Ending: | 5/5/2021 | §341(a) Meeting Date: | 06/15/2018 |
| | | Claims Bar Date: | 09/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Wells Fargo Acct 6737 | $1,544.13 | $1,544.14 | | $1,544.14 | FA |
| 2  Wells Fargo Acct 6745 | $1,123.09 | $929.47 | | $929.47 | FA |
| 3  PROCEEDS FROM SALE OF ALL ASSETS | $0.00 | $500,000.00 | | $500,000.00 | FA |
| Asset Notes:  Per order entered 8/10/18 [Doc 85]; (see assets 6, 8, 9, 10) | | | | | |
| 4  Lease Deposits - Kingston, Ontario Canada Office | $2,750.00 | $0.00 | | $0.00 | FA |
| 5  100% interest in Medione Canada Inc | Unknown | $0.00 | | $0.00 | FA |
| 6  Finished Goods | $290,057.00 | $290,057.00 | | $0.00 | FA |
| Asset Notes:  Part of Sale to Edwin and Jill Marshall-See Asset 3 | | | | | |
| 7  Lease Interest in 945 Princess St, Kinston ON, Canada | $0.00 | $0.00 | | $0.00 | FA |
| 8  Patents, Copyrights, Trademarks, Trade Secrets | $323,388.80 | $323,388.80 | | $0.00 | FA |
| Asset Notes:  Part of Sale to Edwin and Jill Marshall-See Asset 3 | | | | | |
| 9  Medizone Canada, Inc Note Receivable | $120,519.00 | $120,519.00 | | $0.00 | FA |
| Asset Notes:  Part of Sale to Edwin and Jill Marshall-See Asset 3 | | | | | |
| 10  Canadian Foundation for Global Health Note Receivable | $2,307,270.00 | $2,307,270.00 | | $0.00 | FA |
| Asset Notes:  Part of Sale to Edwin and Jill Marshall-See Asset 3 | | | | | |
| 11  Net Operating Loss as of 12/31/17, and will expire in 2035 | $14,087,000.00 | $14,087,000.00 | | $0.00 | FA |
| Asset Notes:  NOL of $8,486,469 used on 2018 federal return; if taxes owed in other years, will apply balance of NOL against any tax due | | | | | |
| 12  Potential Claims Against Edwin Marshall and Dr. Jill Marshall | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:  Claims re separation and release agreements, including constructively fraudulent transfers or obligations, preferential payments, and breach of dispute resolution venue by filing involuntary petition in an inappropriate forum | | | | | |
| 13  Refund from Premium Assignment    (u) | $0.00 | $3,977.96 | | $3,977.96 | FA |
| 14  Refund Cerdian 2nd Qtr 2018 tax    (u) | $0.00 | $213.98 | | $213.98 | FA |
| 15  Directors & Officers Litigation    (u) | $0.00 | $25,000.00 | | $0.00 | FA |
| Asset Notes:  9/11/19 Doug Gerrard advised Trustee he would not pursue litigation, Trustee will contact one other attorney to see if he will pursue; attorney Tom DiNunzio advised would not pursue litigation 9/10/19 Doug Gerrard advised Jason his firm was going to take a pass on the D&O/malpractice claims as claims are not strong enough and damages are still speculative; 8/6/19 Trustee discussed pursuit of D&O claims with attorney Doug Gerrard; Gerrard to investigate matter and will advise; 6/26/19 motion denied to employ Meyers Law Group to pursue D&O claims; | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 18-12662-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 05/08/2018 (f) |
| For the Period Ending: | 5/5/2021 | §341(a) Meeting Date: | 06/15/2018 |
| | | Claims Bar Date: | 09/12/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 4/18/19 hearing on trustee's motion to approve settlement with Marshalls re CEO litigation; 4/12/19 trustee filed reply to objection by CEOs; 4/11/19 CEO's filed objection to motion; 2/21/19 filed motion to approve settlement with Marshalls re CEO litigation; | | | | | |

**TOTALS (Excluding unknown value)**                                           **Gross Value of Remaining Assets**
                               $17,133,652.02          $17,659,900.35                     $506,665.55         $0.00

**Major Activities affecting case closing:**
04/22/2021     REPORT OF DISTRIBUTION

| Initial Projected Date Of Final Report (TFR): | 05/31/2020 | Current Projected Date Of Final Report (TFR): | 12/31/2020 | /s/ LENARD E. SCHWARTZER |
|---|---|---|---|---|
| | | | | LENARD E. SCHWARTZER |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2018 | (1) | WELLS FARGO | BANK ACCOUNT 6737 | 1129-000 | $1,544.14 | | $1,544.14 |
| 05/16/2018 | (2) | WELLS FARGO | BANK ACCOUNT | 1129-000 | $929.47 | | $2,473.61 |
| 05/30/2018 | (3) | JILL C MARSHALL | FUNDS ADVANCED | 1129-000 | $46,620.00 | | $49,093.61 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.80 | $49,091.81 |
| 06/04/2018 | 101 | PREMIUM ASSIGNMENT CORPORATION | MEDIZONE PRODUCT LIABILITY INSURANCE; POLICY # N17CA380105 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2420-750 | | $685.97 | $48,405.84 |
| 06/05/2018 | 102 | GGTC INC | RENT FOR JUNE, 2018 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2410-000 | | $3,092.74 | $45,313.10 |
| 06/12/2018 | 103 | D SIMPSON | COMPENSATION FOR CONTRACT SERVICES (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,155.00 | $44,158.10 |
| 06/22/2018 | | CERIDIAN CANADA LTD | CIBC PAYROLL - WAGES 6/1/18 THRU 6/15/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $12,164.25 | $31,993.85 |
| 06/22/2018 | 104 | GGTC, INC | RENT - JULY, 2018 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2410-000 | | $3,008.63 | $28,985.22 |
| 06/22/2018 | 105 | DYLAN SIMPSON | COMPENSATION FOR CONTRACT SERVICES 6/16/18 THRU 6/30/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,125.00 | $27,860.22 |
| 06/22/2018 | 106 | MICHAEL SHANNON | VONNAGE REIMBURSEMENT FOR TELEPHONE SERVICE (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $25.69 | $27,834.53 |
| 06/22/2018 | 107 | OXOID COMPANY | VOIDED -- CLAIMANT UNABLE TO DEPOSIT FOREIGN CHECKS; MEDICAL SAMPLES; INVOICE 5000751771 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | $291.88 | $27,542.65 |
| 06/22/2018 | 108 | OXOID COMPANY | VOIDED -- CLAIMANT UNABLE TO DEPOSIT FOREIGN CHECKS -- MEDICAL SAMPLES; INVOICE 5000752782 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | $298.58 | $27,244.07 |
| 06/22/2018 | 109 | PREMIUM ASSIGNMENT CORPORATION | LOAN NO 17266563 / MCGOWAN INSURANCE GROUP, INC (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2420-750 | | $653.30 | $26,590.77 |
| | | | SUBTOTALS | | $49,093.61 | $22,502.84 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2018 | (3) | ED MARSHALL | FUNDS ADVANCED- SCOTT MACLEAN | 1129-000 | $7,500.00 | | $34,090.77 |
| 06/26/2018 | | CERIDIAN CANADA PAYROLL TRUST | CIBC Payroll 6/16/18 thru 6/30/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $11,967.57 | $22,123.20 |
| 06/26/2018 | 110 | CASSAN MACLEAN IP LAW FIRM | VOIDED; NAME PRINTED INCORRECTLY; SPECIAL COUNSEL FEES PER ORDER ENTERED 7/20/18 [DOC 73] | 3210-603 | | $7,441.27 | $14,681.93 |
| 06/26/2018 | 110 | VOID: CASSAN MACLEAN IP LAW FIRM | VOIDED; NAME PRINTED INCORRECTLY; SPECIAL COUNSEL FEES (PER ORDER ENTERED 7/20/18 [DOC 73]) | 3210-603 | | ($7,441.27) | $22,123.20 |
| 06/26/2018 | 111 | CASSAN MACLEAN IP LAW FIRM | SPECIAL COUNSEL FEES RE MAINTENANCE OF PATENT RIGHTS PER ORDER ENTERED 7/20/18 [DOC 73] | 3210-600 | | $7,441.27 | $14,681.93 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $54.49 | $14,627.44 |
| 07/02/2018 | (3) | ED MARSHALL | PROCEEDS FROM SALE OF ALL ASSETS | 1129-000 | $26,609.00 | | $41,236.44 |
| 07/09/2018 | | CERIDIAN CANADA PAYROLL TRUST | WAGES FOR JULY 1, 2018 THRU JULY 15, 2018 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $12,139.45 | $29,096.99 |
| 07/09/2018 | 112 | DYLAN SIMPSON | COMPENSATION FOR CONTRACT SERVICES 7/1/18 THRU 07/15/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,140.00 | $27,956.99 |
| 07/23/2018 | (3) | JILL MARSHALL | ADVANCE | 1129-000 | $20,176.00 | | $48,132.99 |
| 07/24/2018 | 113 | GGTC, INC. | rent for august, 2018 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2410-000 | | $3,024.71 | $45,108.28 |
| 07/24/2018 | 114 | OXOID COMPANY | VOIDED -- CLAIMANT UNABLE TO DEPOSIT FOREIGN CHECKS; INVOICE 5000757502; 5000754862 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | $577.98 | $44,530.30 |
| 07/24/2018 | 115 | STERICYCLE | INVOICE 10000353605 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | $361.44 | $44,168.86 |
| 07/24/2018 | 115 | VOID: STERICYCLE | INCORRECT AMOUNT ON CHECK (PER ORDER ENTERED 6/15/18 [DOC 53]) (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | ($361.44) | $44,530.30 |
| | | | | SUBTOTALS | $54,285.00 | $36,345.47 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2018 | 116 | STERICYCLE | INVOICE 10000353605 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $272.53 | $44,257.77 |
| 07/24/2018 | 117 | DAY & ROSS | R119361467; ACCT 138814 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,439.92 | $42,817.85 |
| 07/24/2018 | 118 | KELLY BROWN CONSULTING | PHAC (LAB LICENSING AND ANNUAL RENEWAL) (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,345.91 | $41,471.94 |
| 07/24/2018 | 119 | Margaret MacLaren | REIMBURSEMENT FOR EXPENSES PAID TO HEMISPHERE FREIGHT 7/16/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $383.41 | $41,088.53 |
| 07/24/2018 | 120 | DR. MICHAEL SHANNON | REIMBURSEMENT FOR FISHER SCIENTIFIC COMPANY INV 6219318; REIMBURSEMENT FOR VONAGE CANADA 1013582373 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $275.22 | $40,813.31 |
| 07/24/2018 | 121 | DYLAN SIMPSON | TECHNICAL ASSISTANT FEES (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,131.02 | $39,682.29 |
| 07/26/2018 | | CERIDIAN CANADA PAYROLL TRUST | WAGES FOR JULY 16, 2018 THRU JULY 31, 2018 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $12,173.89 | $27,508.40 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $50.89 | $27,457.51 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $7.60 | $27,449.91 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($7.60) | $27,457.51 |
| 08/09/2018 | 122 | DAY & ROSS INC | Acct 138814; Cust Ref 367223877; (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $804.40 | $26,653.11 |
| 08/09/2018 | 123 | MICHAEL SHANNON | REIMBURSEMENT FOR INVOICE D04477 00 0096 02 FOR FISHER SCIENTIFIC (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $49.08 | $26,604.03 |
| 08/09/2018 | 124 | DYLAN SIMPSON | TECHNICAL ASSISTANT FEES (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,147.89 | $25,456.14 |
| 08/09/2018 | 125 | CASSAN MACLEAN IP LAW FIRM | BALANCE OF DEPOSIT DUE FOR SPECIAL COUNSEL PER ORDER ENTERED 7/20/18 [DOC 73] | 3210-600 | | $5,558.73 | $19,897.41 |

| | | | SUBTOTALS | | $0.00 | $24,632.89 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2018 | 126 | HOGAN LOVELLS US, LLP | SPECIAL COUNSEL ADVANCE PER ORDER ENTERED 7/20/18 [Doc 74] | 3210-600 | | $14,500.00 | $5,397.41 |
| 08/15/2018 | (3) | JILL MARSHALL | FUNDS ADVANCED | 1129-000 | $8,000.00 | | $13,397.41 |
| 08/17/2018 | | CERIDIAN CANADA PAYROLL TRUST | PAYROLL 8/1/18 - 8/15/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $12,017.22 | $1,380.19 |
| 08/20/2018 | (3) | JILL MARSHALL | FUNDS ADVANCED | 1129-000 | $15,000.00 | | $16,380.19 |
| 08/20/2018 | 107 | VOID: OXOID COMPANY | VOIDED -- CLAIMANT UNABLE TO DEPOSIT FOREIGN CHECKS (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | ($291.88) | $16,672.07 |
| 08/20/2018 | 108 | VOID: OXOID COMPANY | VOIDED -- CLAIMANT UNABLE TO DEPOSIT FOREIGN CHECKS (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | ($298.58) | $16,970.65 |
| 08/20/2018 | 114 | VOID: OXOID COMPANY | VOIDED -- CLAIMANT UNABLE TO DEPOSIT FOREIGN CHECKS (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-003 | | ($577.98) | $17,548.63 |
| 08/22/2018 | | OXOID COMPANY | WIRE REPLACES CHECKS 107, 108, 114 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,138.17 | $16,410.46 |
| 08/27/2018 | 127 | MCGOWAN INSURANCE GROUP INC | POLICY N17CA380105; PRODUCT LIABILITY INSURANCE (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $718.64 | $15,691.82 |
| 08/27/2018 | 128 | DYLAN SIMPSON | TECHNICAL ASSISTANT FEE (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $1,156.80 | $14,535.02 |
| 08/30/2018 | | CERIDIAN CANADA PAYROLL TRUST | WAGES 8/16/18 - 8/31/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $11,915.22 | $2,619.80 |

SUBTOTALS    $23,000.00    $40,277.61

Page No: 5     Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | | EDWIN AND JILL MARSHALL | SALE OF ESTATE PROPERTY PER ORDER ENTERED 8/10/18 [DOC 85] | * | $298,159.91 | | $300,779.71 |
| | {3} | | Sale of Assets to the Marshalls $375,194.77 | 1129-000 | | | $300,779.71 |
| | | | Loan Fee per loan agreement [Doc 53] $(25,000.00) | 2990-000 | | | $300,779.71 |
| | | | Interest on the $123,905.00 advanced to Trustee [Doc 53] $(2,254.48) | 2990-000 | | | $300,779.71 |
| | | | Interest on Loan Fee [Doc 53] $(680.61) | 2990-000 | | | $300,779.71 |
| | | | Reimbursement of post petition lender's fees and expenses to the Marshalls per order entered 10/25/18 [DOC 116] (Marshalls assigned Claim to Meyers Law Group) $(45,950.00) | 2690-000 | | | $300,779.71 |
| | | | Reimbursement of post petition lender's fees and expenses to the Marshalls per order entered 10/25/18 [DOC 116] (Marshalls assigned Claim to Meyers Law Group) $(3,149.77) | 2690-000 | | | $300,779.71 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $5,268.41 | $295,511.30 |
| 09/04/2018 | (13) | PREMIUM ASSIGNMENT CORP | REFUND ON INS POLICY | 1229-000 | $3,977.96 | | $299,489.26 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($5,268.41) | $304,757.67 |
| 09/05/2018 | 129 | KELLY BROWN | PHAS (LAB LICENSING AND ANNUAL RENEWAL) AND FDA; INVOICE #2018-004 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $3,225.76 | $301,531.91 |
| 09/05/2018 | 130 | MARGARET MACLAREN | REIMBURSEMENT OF EXPENSES; SALES ORDER #435706831 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $45.41 | $301,486.50 |
| 09/05/2018 | 131 | DYLAN SIMPSON | REIMBURSEMENT OF EXPENSES FROM THE HOME DEPOT 8/2018 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $16.96 | $301,469.54 |
| 09/05/2018 | 132 | MICHAEL SHANNON | REIMBURSEMENT FOR VONNAGE DUE 8/26/18 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $25.41 | $301,444.13 |

SUBTOTALS    $302,137.87    $3,313.54

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-12662-ABL | **Trustee Name:** Lenard E. Schwartzer |
| **Case Name:** | MEDIZONE INTERNATIONAL, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***2648 | **Checking Acct #:** ******2662 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 5/8/2018 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/5/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $447.45 | $300,996.68 |
| 09/07/2018 | | HUB INTERNATIONAL HKMB LIMITED | INVOICES 1248805 & 1248820 (PER ORDER ENTERED 6/15/18 [DOC 53]) | 2690-000 | | $2,187.00 | $298,809.68 |
| 10/01/2018 | (14) | Payroll Tax Truste Account | Ceridian 2018 2nd qtr tax | 1229-000 | $213.98 | | $299,023.66 |
| 10/25/2018 | 133 | Schwartzer & McPherson Law Firm | ATTORNEY FEES AND EXPENSES TO SCHWARTZER & MCPHERSON PER ORDER ENTERED 10/17/18 [DOC 113] | * | | $68,249.63 | $230,774.03 |
| | | | Schwartzer & McPherson Law Firm         $(67,103.00) | 3110-000 | | | $230,774.03 |
| | | | Schwartzer & McPherson Law Firm         $(1,146.63) | 3120-000 | | | $230,774.03 |
| 10/30/2018 | (3) | MEYERS LAW GROUP | PROCEEDS FROM SALE OF ASSETS | 1129-000 | $900.23 | | $231,674.26 |
| 11/01/2018 | 134 | MEYERS LAW GROUP, P.C. | PER ORDER ENTERED 10/29/18 [DOC 118] FOR ADMINISTRATIVE EXPENSES RELATING TO CH 11 PETITION IN RENO  (MEYERS LAW GROUP ASSIGNEE OF MARSHALLS) | 2990-000 | | $32,035.00 | $199,639.26 |
| 11/07/2018 | 135 | WILLIAM M. HOLLAND | SPECIAL ACCOUNTANT FEES AND EXPENSES PER ORDER ENTERED 11/7/18 [DOC 119] | * | | $2,672.84 | $196,966.42 |
| | | | William M. Holland         $(2,668.75) | 3410-580 | | | $196,966.42 |
| | | | William M. Holland         $(4.09) | 3420-590 | | | $196,966.42 |
| 01/08/2019 | 136 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $98.91 | $196,867.51 |
| 02/14/2019 | 137 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES FOR PREPARATION OF 2018 TAX RETURN PER ORDER ENTERED 2/13/19 | 3410-000 | | $750.00 | $196,117.51 |
| 03/12/2020 | 138 | KENNETH A. SELTZER, CPA | ACCOUNTANT COMP FOR PREPARATION OF 2019 TAX RETURN PER ORDER ENTERED 3/9/20 [DOC 185] | 3410-000 | | $750.00 | $195,367.51 |
| 08/19/2020 | 139 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES FOR PREPARATION OF FINAL 2020 TAX RETURN PER ORDER ENTERED 8/11/20 | 3410-000 | | $1,000.00 | $194,367.51 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $284.38 | $194,083.13 |

| | | | | **SUBTOTALS** | $1,114.21 | $108,475.21 | |

| Case No. | 18-12662-ABL | | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2020 | 140 | Schwartzer & McPherson Law Firm | Attorney Fees and Costs per Order Entered 9/8/20 [Doc 223] | * | | $77,096.82 | $116,986.31 |
| | | | Schwartzer & McPherson Law Firm      $(74,074.50) | 3110-000 | | | $116,986.31 |
| | | | Schwartzer & McPherson Law Firm       $(3,022.32) | 3120-000 | | | $116,986.31 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $228.75 | $116,757.56 |
| 10/02/2020 | | Independent Bank | Bank Fee Reversal | 2600-000 | | ($228.75) | $116,986.31 |
| 12/07/2020 | 141 | Lenard E. Schwartzer | Trustee Expenses | 2200-000 | | $14,841.78 | $102,144.53 |
| 12/07/2020 | 142 | LENARD E. SCHWARTZER | Trustee Compensation | 2100-000 | | $28,583.28 | $73,561.25 |
| 12/07/2020 | 143 | MEYERS LAW GROUP. P.C. | Claim #: 1;   Account Number: ; Amount Claimed: 466,812.00; Amount Allowed: 466,812.00; Dividend: 2.67; Distribution Dividend: 0.67; | 7100-000 | | $3,129.52 | $70,431.73 |
| 12/07/2020 | 144 | MEYERS LAW GROUP, P.C. | Claim #: 2;   Account Number: ; Amount Claimed: 1,118,448.00; Amount Allowed: 1,118,448.00; Dividend: 6.40; Distribution Dividend: 0.67; | 7100-000 | | $7,498.10 | $62,933.63 |
| 12/07/2020 | 145 | PR Newswire, LLC | Claim #: 3;   Account Number: ; Amount Claimed: 9,565.00; Amount Allowed: 9,565.00; Dividend: 0.05; Distribution Dividend: 0.67; | 7100-000 | | $64.12 | $62,869.51 |
| 12/07/2020 | 146 | DURHAM JONES & PINEGAR | Claim #: 6;   Account Number: ; Amount Claimed: 82,813.15; Amount Allowed: 82,813.15; Dividend: 0.47; Distribution Dividend: 0.67; | 7100-000 | | $555.18 | $62,314.33 |
| 12/07/2020 | 147 | DAVID A. DODD | Claim #: 34;   Account Number: ; Amount Claimed: 12,850.00; Amount Allowed: 12,850.00; Dividend: 10.98; Distribution Dividend: 100.00; | 5300-000 | | $12,850.00 | $49,464.33 |
| 12/07/2020 | 148 | DAVID A. DODD | Claim #: 34;   Account Number: ; Amount Claimed: 412,737.78; Amount Allowed: 412,737.78; Dividend: 2.36; Distribution Dividend: 0.67; | 7100-000 | | $2,767.00 | $46,697.33 |
| 12/07/2020 | 149 | L2 CAPITAL, LLC | Claim #: 42;   Account Number: ; Amount Claimed: 1,095,899.41; Amount Allowed: 155,775.62; Dividend: 0.89; Distribution Dividend: 0.67; | 7100-000 | | $1,044.32 | $45,653.01 |

SUBTOTALS    $0.00    $148,430.12

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2020 | 150 | SBI INVESTMENTS LLC, 2014-1 | STOPPED - REISSUE & MAIL CHECK TO NEW ADDRESS; Claim #: 43; Account Number: ; Amount Claimed: 1,095,899.47; Amount Allowed: 155,775.62; Dividend: 0.89; Distribution Dividend: 0.67; | 7100-003 | | $1,044.32 | $44,608.69 |
| 12/07/2020 | 151 | CASSAN MACLEAN | Claim #: 46; Account Number: 2743; Amount Claimed: 11,628.87; Amount Allowed: 11,628.87; Dividend: 0.06; Distribution Dividend: 0.67; | 7100-000 | | $77.96 | $44,530.73 |
| 12/07/2020 | 152 | JUDE P. DINGES | Claim #: 56; Account Number: ; Amount Claimed: 12,850.00; Amount Allowed: 12,850.00; Dividend: 10.98; Distribution Dividend: 100.00; | 5300-000 | | $12,850.00 | $31,680.73 |
| 12/07/2020 | 153 | Jude P. Dinges | Claim #: 56; Account Number: ; Amount Claimed: 210,275.00; Amount Allowed: 210,275.00; Dividend: 1.20; Distribution Dividend: 0.67; | 7100-000 | | $1,409.69 | $30,271.04 |
| 12/07/2020 | 154 | HOGAN LOVELLS US LLP | Claim #: 68; Account Number: 035; 5256; Amount Claimed: 71,096.03; Amount Allowed: 71,096.03; Dividend: 0.40; Distribution Dividend: 0.67; | 7100-000 | | $476.63 | $29,794.41 |
| 12/07/2020 | 155 | DAVID A. ESPOSITO | Claim #: 72; Account Number: ; Amount Claimed: 12,475.00; Amount Allowed: 12,475.00; Dividend: 10.66; Distribution Dividend: 100.00; | 5300-000 | | $12,475.00 | $17,319.41 |
| 12/07/2020 | 156 | DAVID A. ESPOSITO | Claim #: 72; Account Number: ; Amount Claimed: 138,262.05; Amount Allowed: 138,262.05; Dividend: 0.79; Distribution Dividend: 0.67; | 7100-000 | | $926.92 | $16,392.49 |
| 12/07/2020 | 157 | USHIO AMERICA | Claim #: 74; Account Number: 3686; Amount Claimed: 6,750.90; Amount Allowed: 6,750.90; Dividend: 0.03; Distribution Dividend: 0.67; | 7100-000 | | $45.26 | $16,347.23 |
| 12/07/2020 | 158 | PHILIP ALLEN THEORDORE | VOIDED; MISSPELLING OF LAST NAME; Claim #: 75; Account Number: ; Amount Claimed: 12,850.00; Amount Allowed: 12,850.00; Dividend: 10.98; Distribution Dividend: 100.00; | 5300-003 | | $12,850.00 | $3,497.23 |
| | | | **SUBTOTALS** | | $0.00 | $42,155.78 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9     Exhibit 9

| Case No. | 18-12662-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/8/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2020 | 159 | PHILIP ALLEN THEORDORE | Claim #: 75; Account Number: ; Amount Claimed: 258,394.00; Amount Allowed: 258,394.00; Dividend: 1.48; Distribution Dividend: 0.67; | 7100-000 | | $1,732.28 | $1,764.95 |
| 12/07/2020 | 160 | STEPHANIE L. SORENSEN | Claim #: 76; Account Number: ; Amount Claimed: 1,333.33; Amount Allowed: 1,333.33; Dividend: 1.13; Distribution Dividend: 100.00; | 5300-000 | | $1,333.33 | $431.62 |
| 12/07/2020 | 161 | STEPHANIE L. SORENSEN | Claim #: 76; Account Number: ; Amount Claimed: 60,000.00; Amount Allowed: 60,000.00; Dividend: 0.34; Distribution Dividend: 0.67; | 7100-000 | | $402.24 | $29.38 |
| 12/07/2020 | 162 | PARFCO, LLC | Claim #: 80; Account Number: ; Amount Claimed: 4,383.19; Amount Allowed: 4,383.19; Dividend: 0.02; Distribution Dividend: 0.67; | 7100-000 | | $29.38 | $0.00 |
| 12/09/2020 | 158 | VOID: PHILIP ALLEN THEORDORE | VOIDED; CLAIMANT'S NAME MISSPELLED | 5300-003 | | ($12,850.00) | $12,850.00 |
| 12/09/2020 | 159 | VOID: PHILIP ALLEN THEORDORE | VOIDED; CLAIMANT'S NAME MISSPELLED | 7100-003 | | ($1,732.28) | $14,582.28 |
| 12/09/2020 | 163 | PHILIP ALLEN THEODORE | Claim #: 75; Account Number: ; Amount Claimed: 12,850.00; Amount Allowed: 12,850.00; Dividend: 10.98; Distribution Dividend: 100.00; | 5300-000 | | $12,850.00 | $1,732.28 |
| 12/09/2020 | 164 | PHILIP ALLEN THEODORE | Claim #: 75; Account Number: ; Amount Claimed: 258,394.00; Amount Allowed: 258,394.00; Dividend: 1.48; Distribution Dividend: 0.67; | 7100-000 | | $1,732.28 | $0.00 |
| 02/04/2021 | 150 | STOP PAYMENT: SBI INVESTMENTS LLC, 2014-1 | STOPPED - REISSUE & MAIL CHECK TO NEW ADDRESS; Claim #: 43; Account Number: ; Amount Claimed: 1,095,899.47; Amount Allowed: 155,775.62; Dividend: 0.89; Distribution Dividend: 0.67; | 7100-004 | | ($1,044.32) | $1,044.32 |
| 02/08/2021 | 165 | SBI INVESTMENTS LLC, 2014-1 | Distribution re Claim 43 | 7100-000 | | $1,044.32 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $3,497.23 |
|---|---|---|---|---|---|---|

**FORM 2**

Page No: 10   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-12662-ABL | **Trustee Name:** Lenard E. Schwartzer |
| **Case Name:** | MEDIZONE INTERNATIONAL, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***2648 | **Checking Acct #:** ******2662 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 5/8/2018 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/5/2021 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $429,630.69 | $429,630.69 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| **Subtotal** | | $429,630.69 | $429,630.69 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $429,630.69 | $429,630.69 | |

| For the period of 5/8/2018 to 5/5/2021 | | For the entire history of the account between 05/15/2018 to 5/5/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $506,665.55 | Total Compensable Receipts: | $506,665.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $506,665.55 | Total Comp/Non Comp Receipts: | $506,665.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $506,665.55 | Total Compensable Disbursements: | $506,665.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $506,665.55 | Total Comp/Non Comp Disbursements: | $506,665.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 18-12662-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | MEDIZONE INTERNATIONAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2648 | | Checking Acct #: | ******2662 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/8/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $429,630.69 | $429,630.69 | $0.00 |

| For the period of 5/8/2018 to 5/5/2021 | | For the entire history of the case between 05/08/2018 to 5/5/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $506,665.55 | Total Compensable Receipts: | $506,665.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $506,665.55 | Total Comp/Non Comp Receipts: | $506,665.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $506,665.55 | Total Compensable Disbursements: | $506,665.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $506,665.55 | Total Comp/Non Comp Disbursements: | $506,665.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER