NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−18−12662−abl |
| MEDIZONE INTERNATIONAL, INC. | CHAPTER 7 |
| Debtor(s) | FINAL DECREE |

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that LENARD E. SCHWARTZER is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 5/17/21

*Mary A Schott*

Mary A. Schott
Clerk of Court